IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L. and F.L., *individually and on behalf of* A.L., and A.L., *individually*, <br><br> Plaintiffs, <br><br> v. <br><br> Lower Merion School District, <br><br> Defendant. | Civil Action No. 20-cv-01416 <br><br><br><br><br><br><br><br> Hon. Karen S. Marston |

**UNOPPOSED MOTION TO PLACE ADMINISTRATIVE RECORD UNDER SEAL**

Plaintiffs, J.L. and F.L., individually and on behalf of A.L., and A.L., individually, ("Plaintiffs") by and through undersigned counsel hereby moves pursuant to Fed.R.Civ.Pro. 26(c) and this Court's Local Rule 5.1.5 to place the administrative record from Pennsylvania Department of Education, Office of Dispute Resolution under seal and avers as follows:

1. The entire administrative record in the due process proceedings docketed at 21855/18-18AS, including pleadings, all exhibits, transcripts, closing arguments will be certified to Kate Barkman, Clerk of Court, Eastern District of Pennsylvania for this appeal ("Certified Record").

2. The Certified Record contains A.L.'s education records which include sensitive information about A.L., including his educational performance and his educational, cognitive and social profile as determined by psychological testing.

3. Plaintiffs move for an order that the Certified Record be placed under seal when it is received from the Pennsylvania Office of Dispute Resolution.

4. Counsel for the Defendant concurs in the filing of this Motion.

WHEREFORE, plaintiffs J.L. and F.L., individually and on behalf of A.L., and A.L., individually, respectfully request this Court order that the Certified Record be placed under seal when it is received from the Pennsylvania Office of Dispute Resolution.

Respectfully submitted,

/s/ Nicole Reimann
BATCHIS NESTLE AND REIMANN LLC
Nicole Reimann, Esq. (PA 57707)
7 Bala Avenue, Suite 202
Bala Cynwyd, PA  19004
Telephone: (215) 550-1764
Fax: (215) 550-1768
Nicole@specialedlawgroup.com

Dated:  April 13, 2020