## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13 day of April, 2020, I served the foregoing Unopposed Motion to Place Administrative Record under Seal via electronic mail and ECF, upon the following counsel of record:

>Michael D. Kristofco
>Wisler Pearlstine, LLP
>Blue Bell Executive Campus
>460 Norristown Road, Suite 110
>Blue Bell, PA 19422-2323
>mkristofco@wispearl.com

<u>Nicole Reimann/s</u>
Nicole Reimann