# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L. and F.L., *individually and on behalf of* A.L., and A.L., *individually*,<br><br>Plaintiffs,<br><br>v.<br><br>Lower Merion School District,<br><br>Defendant. | Civil Action No. 20-cv-01416<br><br><br><br><br><br><br><br>Hon. Karen S. Marston |

_____

**ORDER**

_____

AND NOW, this _____ day of _____, 2020, upon consideration of Unopposed Motion to Place Administrative Record from Pennsylvania Department of Education, Office of Dispute Resolution Under Seal, the Clerk is directed that, upon receipt of the Certified Record from the Pennsylvania Department of Education, Office of Dispute Resolution, the Certified Record shall be placed under seal and shall remain confidential except to necessary Court personnel, the parties, and their designees or as provided by further order of the Court.

The Court retains the right to allow disclosure of any subject covered by this Order or to modify this Order at any time in the interest of justice.

BY THE COURT:

_____
The Honorable Karen S. Marston