IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.L. and F.L., individually and on behalf of A.L., and A.L., individually,**<br><br>Plaintiffs,<br><br>*v.*<br><br>**LOWER MERION SCHOOL DISTRICT,**<br><br>Defendant. | CIVIL ACTION<br><br>NO. 20-cv-1416-KSM |

## ORDER

**AND NOW**, this 15th day of April, 2020, upon consideration of Plaintiffs' Unopposed Motion to Place the Administrative Record from the Pennsylvania Department of Education, Office of Dispute Resolution Under Seal (Doc. No. 3), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed that, upon receipt of the Certified Record from the Pennsylvania Department of Education, Office of Dispute Resolution, the Certified Record shall be placed under seal and shall remain confidential except to necessary Court personnel, the parties, and their designees or as provided by further order of the Court.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.