IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.L., et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **LOWER MERION SCHOOL DISTRICT**, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 20-1416-KSM |

**ORDER**

**AND NOW**, this 12th day of March, 2021, upon consideration of the parties' briefing regarding whether Plaintiffs' Americans with Disabilities Act ("ADA") claim is independent of Plaintiffs' Individuals with Disabilities Education Act ("IDEA") and Section 504 of the Rehabilitation Act ("Section 504") claims, (Doc. Nos. 21–24), and the parties' oral arguments, and for the reasons set forth in the Memorandum, it is hereby **ORDERED** as follows:

1. Plaintiffs' ADA claim is not separate from their IDEA and Section 504 claims and was fully exhausted before the hearing officer, and they therefore are not entitled to a jury trial or full discovery on that claim.

2. Plaintiffs shall have until **March 26, 2021** to file an amended complaint, if appropriate, that is consistent with the Court's Memorandum.

3. The parties shall file a joint status report on or before **April 1, 2021** with proposed scheduling dates for this case.

      4.      The Court will hold a telephonic scheduling conference with the parties on **April 6, 2021**, at **11:00 a.m.**[1]

**IT IS SO ORDERED.**

                                            **/s/KAREN SPENCER MARSTON**

                                            KAREN SPENCER MARSTON, J.

---

[1] Prior to this time, the Court will email counsel the dial-in information for the call.