IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.L., et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **LOWER MERION SCHOOL DISTRICT**, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 20-1416-KSM |

## ORDER

**AND NOW**, this 17th day of September, 2021, upon consideration of Plaintiffs' Motion to Supplement the Administrative Record (Doc. No. 38), Defendant's Response in opposition thereto (Doc. No. 41), and the parties' oral arguments, and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that Plaintiffs' Motion is **GRANTED** with respect to A.L.'s testimony and the videos of A.L. using the letterboard and **DENIED** with respect to the peer-reviewed study.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.