Exhibit 9

| From: | bosind@lmsd.org |
|---|---|
| Sent: | Tuesday, May 08, 2018 12:24 PM |
| To: | ToromaJ@lmsd.org |
| Subject: | Re: ipad |

ok- he hasn't used it in years and it'd be ok to start fresh if that matters.
he doesn't really have anything much to save.

---

**From:** "Toromani, Julian" <ToromaJ@lmsd.org>
**Date:** Tuesday, May 8, 2018 at 12:22 PM
**To:** "Bosin, Debra" <bosind@lmsd.org>
**Cc:** "Grimley, Denise" <GrimleD@lmsd.org>, "Borsch, Michael" <BorschM@lmsd.org>, "Wuest, Amanda" <wuest@lmsd.org>
**Subject:** RE: ipad

Yes, once the new iPad comes in, we will swap the iPads and I will transfer the proloquo data over to the new iPad so student can continue using the same proloquo setup.

Thanks!

**From:** Bosin, Debra
**Sent:** Tuesday, May 08, 2018 12:21 PM
**To:** Toromani, Julian <ToromaJ@lmsd.org>
**Cc:** Grimley, Denise <GrimleD@lmsd.org>; Borsch, Michael <BorschM@lmsd.org>; Wuest, Amanda <wuest@lmsd.org>
**Subject:** Re: ipad

OK- thanks so much. Denise- can you help w/the tech purchase request process (is it SETT)?

What should I do w/ this ipad? Should it be returned to you?
thanks,
Deb

---

**From:** "Toromani, Julian" <ToromaJ@lmsd.org>
**Date:** Tuesday, May 8, 2018 at 11:42 AM
**To:** "Bosin, Debra" <bosind@lmsd.org>
**Cc:** "Grimley, Denise" <GrimleD@lmsd.org>, "Borsch, Michael" <BorschM@lmsd.org>, "Wuest, Amanda" <wuest@lmsd.org>
**Subject:** RE: ipad

Hello Deb,

We have tried locating that iPad for a while and ended up marking it as missing..
The iPad will need to be replaced since it is an old unsupported version.
A tech purchase request ticket will need to be submitted.

Thanks!


EXHIBIT
Borsch-3
7-30-21 MM

3

**From:** Bosin, Debra
**Sent:** Tuesday, May 08, 2018 11:39 AM
**To:** Toromani, Julian <ToromaJ@lmsd.org>
**Cc:** Grimley, Denise <GrimleD@lmsd.org>; Borsch, Michael <BorschM@lmsd.org>
**Subject:** ipad

Hi Julian!
The ipad that Alex LePape had been using (since at least 9th grade) is under this name:
BC-KOSMACHEV,ARKADY
serial #. DN6HPMPKDFHW

the proloquo to go version is 3.05

thanks!
Deb