# Exhibit 24

# Alex Le Pape IEP meeting

May 24, 2018 at 10:59 AM
From Jennifer Binder-Le Pape to 8 recipients

Dear Mike, Melissa and team,

While we have not had any official communication from you, we understand through communications from our attorney and Elizabeth Vosseller that the S2C training is not occurring this week. Fred and I are deeply disappointed in this outcome, and our trust in you has been shaken. We were told this was going before the Board for approval on the 21st, and only heard very late last week that there was any uncertainty around that. We are especially disappointed because we had made you aware several times that these were the only dates available before next school year. Elizabeth is now scrambling to come up with a summer date and we are unsure that will be possible.

You should be aware that I found Alex sobbing in a room by himself last evening. When I asked him on the boards what was wrong, he told me he felt hopeless because of the training being cancelled. I tried to assure him that it was a process mistake and that the school, and in particular Mr. Borsch and Mrs. Van Horn were eager to do the training and communicate with him. He spelled in response "You are lying to me." Over the course of a tearful conversation, I tried to offer him many assurances and without writing a transcript, some of his responses included "You have low expectations of me" and "No one believes I am smart". In short, he is devastated. The series of delays in getting S2C training so that he can communicate in the school setting and fully participate in academic and social life have come at a great cost to Alex both academically and emotionally.

He was crying again as he left for school this morning. I hope that he has been able to settle into his day okay Mike.

In light of this situation, it is all the more imperative that we meet as a team to discuss the go forward plan. I understand that Leah and Amy have a tentative agreement around June 7th, could you kindly confirm that as soon as possible?

Our proposed agenda for that meeting would include:

1) Training:

- By what date do you need to have the contract finalized in order for it to be on the agenda for the June 11th meeting, and by what date do other preliminary approvals, e.g. Facilities Commission need to occur. We cannot risk missing the deadline this time.
- Confirm participants: we reiterate that we would like Heather, Mike and one aide to be trained, in addition to any administrators you would like to have attend.

2) ESY:

- We withdraw our approval of your NOREP from last week. We were always on the fence regarding whether one out of four hours being devoted to academic content was sufficient, but agreed to it because we saw a lot of value in Mike and Alex being on the boards together on a daily basis to practice communication skills. Given that it is highly unlikely that the training will happen before ESY, we no longer think your proposal is appropriate for Alex. We also think that signalling that we are willing to have this summer be "business as usual" will be upsetting to Alex given our conversation of last evening.
- We would like the district to reimburse us for alternative programming which we will organize.

3) Next school year

- We would like to discuss your proposal for which three classes he should take next fall, as well as how we will jointly determine what reasonable accommodations look like in terms of testing and homework.
- How many 1-1 sessions with Heather will he have?
- What will his time in Mike's class look like? We would like him to be able to use S2C for social exchanges with peers. If Raz Kids will be part of his programming, it should be on grade level.

Please confirm that the 7th works for you as soon as possible.

Thank you.

Jen & Fred

Sent from iCloud

LE PAPE1756