## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J.L. and F.L., *individually and on behalf of* A.L., and A.L., *individually*, | : Civil Action No. 20-cv-01416-KSM |
| Plaintiffs, | : |
| v. | : |
| Lower Merion School District | : |
| Defendant. | : |

### ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of defendant's motion to preclude plaintiffs' expert reports and related testimony concerning the spelling to communicate methodology and plaintiffs' response thereto,

IT IS ORDERED THAT defendant's motion is denied in its entirety.

BY THE COURT:

_____
The Honorable Karen S. Marston