IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.L., et al.**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **LOWER MERION SCHOOL DISTRICT**, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 20-1416-KSM |

## ORDER

**AND NOW**, this 23rd day of December, 2021, upon consideration of Plaintiffs' Motion for Summary Judgment (Doc. No. 64), Defendant's opposition brief (Doc. No. 66), Plaintiff's reply brief in further support of its motion (Doc. No. 74), Defendant's Motion for Summary Judgment (Doc. No. 61), Plaintiff's opposition brief (Doc. No. 68), and Defendant's reply brief in further support of its motion (Doc. No. 73), it is **ORDERED** as follows:

1. The **STAY** put in place in this matter (Doc. No. 81) is hereby **LIFTED**.

2. Plaintiffs' Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**.

3. Defendant's Motion to Exclude Plaintiffs' Expert Reports and Related Testimony Concerning the Spelling to Communicate Methodology (Doc. No. 62) is **DENIED AS MOOT**.

4. The parties shall participate in a settlement conference with Judge Marilyn Heffley by the end of **January 2022**, if practicable.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.