## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.L., et al.**,<br><br>   Plaintiffs,<br><br>   *v.*<br><br>**LOWER MERION SCHOOL DISTRICT**,<br><br>   Defendant. | **CIVIL ACTION**<br><br>**NO. 20-1416-KSM** |

## ORDER

**AND NOW**, this 15th day of September, 2022, upon consideration of Defendant's Motion for Judgment on the Administrative Record (Doc. No. 63), Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Judgment on the Administrative Record (Doc. No. 79), Defendant's Reply in Support of Defendant's Motion for Judgment on the Administrative Record (Doc. No. 80), Plaintiff's Motion for Judgment on the Supplemented Administrative Record (Doc. No. 65), and Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion for Judgment on the Supplemented Administrative Record (Doc. No. 77), it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion for Judgment on the Supplemented Administrative Record (Doc. No. 65) is **DENIED**.

2. Defendant's Motion for Judgment on the Administrative Record (Doc. No. 63) is **GRANTED**.

3. The Clerk of Court shall **MARK** this matter **CLOSED**.

**IT IS SO ORDERED.**

                                                          */s/ Karen Spencer Marston*

                                                          _____
                                                          KAREN SPENCER MARSTON, J.