IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.L., et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **LOWER MERION SCHOOL DISTRICT**, <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 20-1416-KSM** |

# ORDER

**AND NOW**, this 19th day of November, 2024, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 61), Plaintiff's opposition brief (Doc. No. 68), Defendant's reply brief in further support of its motion (Doc. No. 73), Plaintiffs' response to Defendant's statement of undisputed material facts in support of its motion (Doc. No. 110), Defendant's reply thereto (Doc. No. 111), and the parties' oral arguments, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED in part** as to the ADA and Section 504 intentional discrimination claims of Plaintiff Jennifer Le Pape.[1]

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.

---

[1] During the parties' oral arguments on November 4, 2024, Plaintiffs conceded that summary judgment in favor of Defendant is appropriate as to the ADA and Section 504 associational discrimination claims of Plaintiff Frederic Le Pape. (*See* Doc. No. 123; Oral Arg. Tr. 23:7–10, Nov. 4, 2024.)