IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


J.L., ET AL.,                          :   CIVIL CASE NUMBER
            PLAINTIFF         :
                                       :
     VERSUS                   :   20-CV-1416
                                       :
 LOWER MERION SCHOOL DISTRICT,:
                                       :
            DEFENDANTS        :
_____

                              DECEMBER 2, 2024
                              COURTROOM 15B
                              PHILADELPHIA, PA 19106


_____
     BEFORE THE HONORABLE KAREN S. MARSTON, J.

_____

                         DAUBERT HEARING

APPEARANCES:

NICOLE REIMANN, ESQUIRE
BATCHIS, NESTLE & REIMANN
7 BALA AVE, SUITE 202
BALA CYNWYD, PA 19004


COUNSEL FOR THE PLAINTIFF


          LYNN GLIGOR, RMR
         OFFICIAL COURT REPORTER
        ROOM 2609 U. S. COURTHOUSE
          601 MARKET STREET
        PHILADELPHIA, PA 19106
          (856)649-4774


PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

CONTINUED APPEARANCES:

EVE L. HILL, ESQUIRE
BROWN, GOLDSTEIN & LEVY
120 E. BALTIMORE ST., SUITE 2500
BALTIMORE, MD 21202

COUNSEL FOR THE PLAINTIFF


MICHAEL D. KRISTOFCO, ESQUIRE
AMY HATHAWAY TAYLOR BROOKS, ESQUIRE
BRIAN RICHARD ELIAS, ESQUIRE
WISLER, PEARLSTINE, LLP
BLUE BELL EXECUTIVE CAMPUS
460 NORRISTOWN RD, SUITE 110
BLUE BELL, PA 19422

COUNSEL FOR THE DEFENDANT

(CLERK OPENS COURT.)

THE COURT: HELLO, EVERYONE. YOU MAY BE SEATED.

ALL COUNSEL: GOOD MORNING, YOUR HONOR.

THE COURT: ALL RIGHT. GOOD MORNING, EVERYONE. WILL YOU PLEASE STATE YOUR NAMES FOR THE RECORD?

MS. REIMANN: NICOLE REIMANN HERE WITH EVE HILL FOR PLAINTIFFS.

MS. LE PAPE: JENNIFER BINDER LE PAPE, PLAINTIFF.

THE COURT: GOOD TO SEE YOU.

DR. ROSS: WENDY ROSS, DOCTOR.

THE COURT: DR. ROSS.

YOU ARE?

MS. HILL: EVE HILL FOR THE PLAINTIFFS.

THE COURT: I'M SORRY. GOOD TO HAVE YOU.

ALL RIGHT.

MR. KRISTOFCO: MICHAEL KRISTOFCO FOR THE DEFENDANT. I AM HERE WITH AMY BROOKS AND BRIAN ELIAS FROM MY OFFICE.

THE COURT: GOOD TO HAVE ALL OF YOU.

SO WE ARE PROCEEDING THIS MORNING WITH THE DAUBERT HEARING. SO WE HAVE TWO WITNESSES, CORRECT?

MS. REIMANN: YES, YOUR HONOR.

THE COURT:  THE OTHER WITNESS IS OUTSIDE?

MS. REIMANN:  SHE WILL BE HERE SHORTLY.

THE COURT:  DO YOU WANT THEM SEQUESTERED?

MR. KRISTOFCO:  I THINK THAT WILL BE HELPFUL, YOUR HONOR, YES, PLEASE.

THE COURT:  DOES THE OTHER WITNESS KNOW TO -- OR DO YOU EXPECT --

MS. REIMANN:  I GUESS I CAN TEXT HER.

THE COURT:  WELL, LET ME ASK DIONIS, IF YOU DON'T MIND CLOSING THAT DOOR.  AND IF THE WITNESS HAPPENS TO COME IN, I ASSUME THAT'S THE ONLY PERSON WE ARE EXPECTING THIS MORNING?

MS. REIMANN:  YES.

THE COURT:  WHO IS THIS AGAIN?

MS. REIMANN:  DR. ANNE ROBBINS.

THE COURT:  IF YOU SEE A DR. ROBBINS POP IN, CAN YOU JUST ASK THAT SHE WAIT IN THE ATTORNEY ROOM OUT THERE.

THANK YOU, DIONIS.

OKAY.  YOU MAY PROCEED.

MS. REIMANN:  PLAINTIFFS CALL DR. WENDY ROSS.

THE COURT:  COUNSEL, ARE YOU GOING TO BE ABLE TO SEE DR. ROSS?  YOU MAY HAVE TO MOVE IT A LITTLE MORE TO THE CENTER, SORRY.

DR. ROSS, YOU MAY COME UP.

THE WITNESS:  OKAY.

THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

(PLAINTIFF WITNESS, WENDY ROSS, M.D., IS SWORN.)

THE DEPUTY CLERK:  PLEASE STATE YOUR NAME FOR THE RECORD AND SPELL YOUR LAST NAME.

THE WITNESS:  WENDY ROSS, R-O-S-S.

THE DEPUTY CLERK:  THANK YOU.  PLEASE BE SEATED.

DIRECT EXAMINATION

BY MS. REIMANN:

Q.      GOOD MORNING, DR. ROSS.

HOW DO YOU KNOW ALEX LE PAPE?

A.      ALEX WAS MY PATIENT.

Q.      DID HE ALSO PARTICIPATE IN PROGRAMS THAT YOUR NONPROFIT DEVELOPED?

A.      YES.  SO I HAD A PRACTICE, AND I ALSO HAD A NONPROFIT THAT WORKED ON COMMUNITY PARTICIPATION.  AND MANY OF MY PATIENTS AND OTHER PEOPLE FROM THE AUTISTIC COMMUNITY PARTICIPATED IN THOSE EXPERIENCES.

Q.      AND DID ALEX ALSO SERVE AT SOME POINT AS AN ADVISOR FOR NEURODIVERSITY TO GIVE PERSPECTIVE AS A PERSON WITH AUTISM?

A.    YES.

Q.    AND YOU ARE A DEVELOPMENTAL PEDIATRICIAN, CORRECT?

A.    YES.

Q.    AND WHAT IS THE PRACTICE FOCUS OF A DEVELOPMENTAL PEDIATRICIAN?

A.    A DEVELOPMENTAL AND BEHAVIORAL PEDIATRICIAN DOES THREE YEARS OF GENERAL PEDIATRIC TRAINING AND THEN ADDITIONAL TIME LOOKING SPECIFICALLY AT BEHAVIOR AND DEVELOPMENT OF CHILDREN, SO CHILDREN WITH DEVELOPMENTAL DELAY, ADHD, AUTISM, OTHER KINDS OF DEVELOPMENTAL ISSUES, AND WE DIAGNOSE AND THEN WE WORK ON INTEGRATING THEIR MEDICAL EDUCATIONAL AND THERAPEUTIC PLANS.

Q.    AND ARE YOU BOARD CERTIFIED?

A.    YES, I AM BOARDED BOTH IN GENERAL PEDIATRICS AND DEVELOPMENTAL AND BEHAVIORAL PEDIATRICS.

Q.    CAN YOU JUST TELL US GENERALLY WHAT IS REQUIRED FOR BOARD CERTIFICATION?

A.    SO YOU HAVE TO DO A FELLOWSHIP, AND YOU ALSO HAVE TO TAKE AN EXAM AND RECERTIFY EVERY SEVERAL YEARS.

Q.    OKAY.  AND YOU MENTIONED THAT -- I THINK YOU SAID THAT YOU INTEGRATE CARE.

WHAT -- WHO ARE THE OTHER MEMBERS OF YOUR PATIENTS' CARE TEAM, GENERALLY?

A.    SO GENERALLY I TRY TO BE AS COLLABORATIVE AS

POSSIBLE.  SO I USUALLY WILL REACH OUT TO TEACHERS, SPEECH AND LANGUAGE PATHOLOGISTS, VOCATIONAL THERAPISTS, PHYSICAL THERAPISTS WHERE IT'S APPROPRIATE.  I WORK WITH PSYCHOLOGISTS, I WORK WITH A PSYCHOLOGIST IN MY OFFICE CURRENTLY, AND PSYCHIATRIST AND AS WELL AS NEUROLOGIST. IT SORT OF DEPENDS ON THE INDIVIDUAL AND WHO IS IN THEIR CARE TEAM.

Q.    AND IN YOUR ROLES OF DEVELOPMENTAL PEDIATRICIAN, IS IT YOUR PRACTICE TO SOMETIMES SPEAK WITH SCHOOL TEAMS?

A.    YEAH, I SPEAK WITH SCHOOL TEAMS AND I GO AND DO SCHOOL OBSERVATIONS AND I ATTEND IEP MEETINGS SOMETIMES.

Q.    AND WHY DO YOU DO THAT?

A.    I DO THAT BECAUSE COLLABORATIVE CARE IS BETTER FOR MY PATIENTS.

Q.    AND DO SOME OF YOUR PATIENTS HAVE -- THEIR PRESENTATION IN SCHOOL IN TERMS OF BEHAVIOR AND OTHER KINDS OF THINGS THAT ARE DIFFERENT THAN AT HOME?

A.    IT'S REALLY IMPORTANT TO ME PERSONALLY TO BE IN THE SCHOOL BECAUSE THAT'S THE ONLY PLACE WHERE I CAN SEE THE KIDS WITH THEIR PEERS AND IN THEIR EVERYDAY LIVES, WHICH CAN BE DIFFERENT THAN IN THE OFFICE.

Q.    AND IN TERMS OF THE PEOPLE FOR THE PSYCHIATRIST AND OTHER MEMBERS OF CARE TEAMS, DO YOU SOMETIMES WORK WITH DR. MANELY GHAFFARI?

A.    YES.

Q.    AND WHO IS SHE?

A.    DR. GHAFFARI IS A PSYCHIATRIST.

Q.    DO YOU KNOW DR. GHAFFARI'S REPUTATION?

A.    IT'S OUTSTANDING.

Q.    AND DO YOU SOMETIMES WORK WITH DR. ANNE ROBBINS?

A.    YES.

Q.    AND WHO IS SHE?

A.    SHE IS A PSYCHOLOGIST AND AN EVALUATOR, A NEUROPSYCHOLOGIST AND CERTIFIED SCHOOL PSYCHOLOGIST.

Q.    DO YOU KNOW DR. ROBBINS' REPUTATION?

A.    SHE IS EXCELLENT.

Q.    AND DO YOU SOMETIMES WORK WITH SUSAN CHAPLICK?

A.    YES.

Q.    AND WHO IS SHE?

A.    SHE IS A SPEECH-LANGUAGE PATHOLOGIST IN PRACTICE IN OUR COMMUNITY, AND SHE ALSO USED TO HAVE A CLASSROOM, AND SHE DOES PRIVATE THERAPY AS WELL.

Q.    OKAY.  AND DO YOU KNOW MS. CHAPLICK'S REPUTATION?

A.    YEAH.  EXCELLENT, YEAH.

Q.    AND YOU ARE CURRENTLY THE DIRECTOR OF JEFFERSON HEALTH CENTER FOR AUTISM AND NEURODIVERSITY.

IS THAT RIGHT?

A.    YES.

Q.    SO WE WILL TALK ABOUT THAT IN A FEW MINUTES.

BUT I WOULD LIKE TO FILL IN YOUR EDUCATIONAL AND PROFESSIONAL BACKGROUND FIRST.

WHERE DID YOU GO TO COLLEGE?

A.    I WENT TO BRANDEIS UNIVERSITY.

Q.    AND WERE YOU IN A PREMED PROGRAM AT BRANDEIS?

A.    NO, I WAS ACCEPTED TO MEDICAL SCHOOL AS A FRESHMAN IN COLLEGE AS PART OF THE HUMANITIES PROGRAM. SO I WAS OBLIGATED ACTUALLY NOT TO TAKE A PREMED COURSE, IT WAS HUMANITIES.

Q.    AND WHERE DID YOU GO TO MEDICAL SCHOOL?

A.    MOUNT SINAI MEDICAL SCHOOL IN NEW YORK CITY.

Q.    AND DID YOU DO AN INTERNSHIP AND A RESIDENCY AFTER MEDICAL SCHOOL?

A.    AT YALE NEW HAVEN CHILDREN'S HOSPITAL.

Q.    AND WHAT SPECIALTY WAS THAT IN?

A.    PEDIATRICS.

Q.    AND AFTER YOUR FELLOWSHIP AND RESIDENCY AT YALE, WHAT DID YOU DO NEXT?

A.    I DID A FELLOWSHIP AT CHILDREN'S HOSPITAL IN BOSTON, HARVARD.

Q.    AND DID YOU HAVE ANY TEACHING RESPONSIBILITIES AT HARVARD?

A.    YES, WE TAUGHT RESIDENTS AND MEDICAL STUDENTS AS PART OF OUR ROLE AS FELLOWS.

Q.  AND WHEN DID YOU MOVE TO PHILADELPHIA?

A.  I MOVED TO PHILADELPHIA IN 2006-ISH.

Q.  AND WHEN YOU MOVED TO PHILADELPHIA, WHERE DID YOU FIRST PRACTICE?

A.  AT ALBERT EINSTEIN MEDICAL CENTER IN NORTH PHILLY.

Q.  WHAT WAS YOUR POSITION AT EINSTEIN?

A.  I WAS THE DIRECTOR OF DEVELOPMENTAL MEDICINE IN GENETICS.

Q.  AND FROM EINSTEIN, DID YOU GO INTO PRIVATE PRACTICE?

A.  YES.  I WENT INTO A PRIVATE PRACTICE, AND I ALSO OPENED MY OWN NONPROFIT WHERE I WORKED ON COMMUNITY INCLUSION.

Q.  HAS AUTISM BEEN A PARTICULAR AREA OF INTEREST FOR YOU OVER YOUR PROFESSIONAL CAREER?

A.  YES.  AUTISM IS VERY UNIQUE, BECAUSE SOMETIMES INDIVIDUALS MIGHT LOOK TYPICAL BUT MAY NOT BEHAVE AS EXPECTED, WHICH MAKES IT REALLY HARD FOR FAMILIES TO GO OUT IN THE COMMUNITY.

Q.  AND OVER YOUR PROFESSIONAL CAREER, ON AVERAGE, WHAT PERCENTAGE OF YOUR PATIENTS HAVE HAD A DIAGNOSIS OF AUTISM, IF YOU CAN GIVE US AN ESTIMATE?

A.  MAYBE 60 TO 70 PERCENT.

Q.  AND APPROXIMATELY -- AND AGAIN, THIS WOULD JUST

BE A BALLPARK -- BUT HOW MANY PATIENTS HAVE YOU DIAGNOSED AND TREATED WHO HAVE AUTISM OVER THE COURSE OF YOUR CAREER?

A.        I MEAN, PROBABLY THOUSANDS.

Q.        IN ADDITION TO YOUR MEDICAL PRACTICE, YOU ALSO MENTIONED THAT YOU FOUNDED A NONPROFIT.

WHAT IS THE NAME OF THE NONPROFIT?

A.        SO THE NONPROFIT WAS CALLED AUTISM INCLUSION RESOURCES.  AND THEN WHEN I MOVED TO JEFFERSON, IT BECAME PART OF THE CENTER.

Q.        AND WHAT WAS THE MISSION OF AUTISM INCLUSION RESOURCES?

A.        WELL, IT'S REALLY TO LOOK AT BELONGING IN THE COMMUNITY.  AND SO WE HAD -- WE WOULD PREPARE INDIVIDUALS AND FAMILIES; WE WOULD CREATE RESOURCES. BUT MORE IMPORTANTLY, WHATEVER WAS HAPPENING WITH MY PATIENTS WITH INTELLECTUAL OR DEVELOPMENTAL DISABILITIES AND AUTISM, IT WAS TO PREPARE THE COMMUNITY.  SO IT WAS SORT OF LIKE A RAMP FOR WHEELCHAIRS, BUT IT WAS ABOUT KNOWLEDGE AND SENSITIVITY AND STRATEGIES AND TOOLS.  AND THEN WE WOULD HOST SUPPORTIVE EXPERIENCES THAT WOULD OFTEN LEAD TO INDEPENDENCE.

Q.        OKAY.  AND I JUST WANT TO TALK ABOUT SOME OF THOSE PROGRAMS.

DID AUTISM INCLUSION RESOURCES WORK TO

MAKE MUSEUMS MORE INCLUSIVE FOR PERSONS WITH AUTISM?

A.      YEAH.  I STARTED TO WORK WITH MUSEUMS BECAUSE MY FAMILIES, ESPECIALLY AT EINSTEIN, IT WAS HARD ENOUGH TO GET SOMEWHERE BECAUSE YOU OFTEN HAVE TO TAKE PUBLIC TRANSPORTATION IF YOU LIVE IN THE CITY.  BUT MUSEUMS ARE PLACES WHERE KIDS GO TO SOCIALIZE AND PLAY, AND MY PATIENTS COULD NEITHER SOCIALIZE NOR PLAY TYPICALLY.

SO I TRIED TO EXPLAIN THAT PLAY IS CONSIDERED A HUMAN RIGHT, BUT THAT DID NOT REALLY WORK.

WHAT REALLY GOT ME INTO THE MUSEUMS WAS THE MUSEUM CONFERENCES RIGHT HERE IN PHILADELPHIA.  THAT YEAR IT WAS THE AMERICAN ALLIANCE OF MUSEUMS AND THE ASSOCIATION OF CHILDREN'S MUSEUMS.  SO I DID PROGRAMS WITH MANY OF THE MUSEUMS IN THE CITY.

AND THEN AT THAT CONFERENCE, THE SMITHSONIAN SAW OUR PRESENTATION AND INVITED ME TO START THEIR AUTISM PROGRAM IN WASHINGTON.

Q.      AND DID ANY OF AUTISM INCLUSION'S PROGRAMS INVOLVE SPORTS TEAMS?

A.      YEAH.  I REALLY WANTED THE SPORTS TEAMS, BECAUSE PHILADELPHIA IS SUCH A SPORTS CITY.  AND I WAS TRYING REALLY TO SHIFT CULTURE TO INCLUDE MY POPULATION, AND I WAS REALLY HOPING TO GET SOME FUNDING, TOO, BECAUSE WE ARE UNFUNDED.  AND THEN THE PHILLIES WERE THE FIRST TEAM.  I GOT IN WITH THE PHILLIES.  DANNY O'BRIEN

FACILITATED THAT WITH ME.  AND WE GOT TO TRAIN ALL OF THE EMPLOYEES AT CITIZENS BANK PARK, INCLUDING ALL OF THE ARAMARK EMPLOYEES.  AND WE PREPARED PEOPLE FOR THE GAME WITH VISUAL STORIES, AND THEN WE HOSTED SUPPORTIVE GAME DAY EXPERIENCES AT PHILLIES GAMES.

Q.    AND DID YOU THEN EXPAND THAT PROGRAM TO OTHER PHILADELPHIA SPORTS TEAMS?

A.    YES.  I STARTED THE GAME DAY PROGRAMS IN THE CITY.

Q.    OKAY.  AND DID YOU ALSO, THROUGH AUTISM INCLUSION, DO WORK TO MAKE AIR TRAVEL MORE ACCESSIBLE?

A.    YEAH.  SO IN THE MIDDLE OF THAT, I HAD A PATIENT WHO GOT STUCK IN A FLIGHT HOME FROM ORLANDO.  BECAUSE HER FAMILY HAD ASKED TO PREBOARD AS AN ENTIRE FAMILY, BUT IT WAS THE AIRLINE, SOUTHWEST, WHERE YOU DIDN'T HAVE AN ASSIGNED SEAT.

SO THEY THOUGHT THE FAMILY -- BECAUSE IT WAS -- THEY THOUGHT THE FAMILY WAS TRYING TO GAME THE SYSTEM TO TRY TO GET BETTER SEATS.  SO I GUESS SHE GOT VERY AGGRESSIVE BECAUSE SHE DIDN'T UNDERSTAND.  WE HAD PREPARED HER FOR THE TRIP, BUT I DIDN'T ANTICIPATE THAT.  SO, LIKE, SHE GOT VERY AGGRESSIVE, AND THEY GOT KICKED OUT OF THE FLIGHT.  AND THEN ALL OF THEIR CAR SEATS AND EVERYTHING FLEW BACK WITHOUT THEM AS A FAMILY OF FIVE, ACTUALLY.

SO I NEGOTIATED WITH SOUTHWEST.  AND THEN I CALLED THE ADA ENTITY AT PHILADELPHIA.  AND I SAID, YOU KNOW, THIS THING THAT HAPPENED AT YOUR AIRPORT, WE NEED TO EDUCATE AIRLINES AND AIRPORTS AND TSA AND PREPARE FAMILIES AND HAVE MOCK FLIGHTS SO THAT MY FAMILIES CAN FLY.

Q.      AND DID THE WORK THAT YOU DID TO MAKE AIR TRAVEL MORE ACCESSIBLE, DID THAT GET THE ATTENTION OF LEGISLATORS?

A.      YES.  SO SENATOR LAUTENBERG IN NEW JERSEY HEARD ABOUT OUR PROGRAM AND INVITED US TO NEW YORK TO DO A PRACTICE THERE.  AND THEN THE SECRETARY OF TRANSPORTATION AT THE TIME WAS RAY LAHOOD.  HE INVITED US TO SPEAK AT THE DEPARTMENT OF TRANSPORTATION.

AND THEN, WE HAD BEEN SPREADING THIS PROGRAM TO OTHER AIRPORTS ACROSS THE COUNTRY.  WE HAD THAT FIRST MOCK FLIGHT ANYWHERE IN THE WORLD AT PHL, BUT WE WERE GOING TO OTHER AIRPORTS AS WELL.  AND THEN WE HAD BEEN MEETING WITH SENATOR LAUTENBERG'S OFFICE.  AND HE WAS ON THE COMMITTEE FOR HOMELAND SECURITY, SO HE REQUIRED TSA TO BE OPEN TO PRACTICES LIKE MINE FOR POPULATIONS WITH AUTISM AND OTHER DISABILITIES.  AND ALSO, WE -- THAT WAS THE BEGINNING OF THE TSA CARES HOTLINE, WHERE IF YOU LOOK IT UP, THERE'S A HOTLINE YOU CAN CALL IF YOU THINK YOU ARE GOING TO HAVE TROUBLE

TRAVERSING TSA AND THEY WILL HELP YOU.  AND THEN SECRETARY RAY LAHOOD ENDORSED OUR PROGRAM AS WELL AS SENATOR LAUTENBERG.

Q.      AND YOU WERE ALSO A TOP TEN CNN HERO; IS THAT RIGHT?

A.      YES.

Q.      AND FOR WHAT WORK WERE YOU RECOGNIZED BY THIS TOP TEN HERO?

A.      SO AT THAT TIME, IT WAS FOR THE AIR TRAVEL PROGRAM AND THE PHILLIES PROGRAM WERE THE TWO STORIES THAT THEY COVERED, ALTHOUGH THEY HAVE COVERED OTHER STORIES SINCE THEN.

Q.      AND IN 2021, DID YOU WORK ON A STUDY THAT ADDRESSED THE IMPACT OF COVID ON PERSONS WITH INTELLECTUAL DISABILITIES?

A.      YES.  SO WE LOOKED AT THE DATA FROM 64 MILLION MEDICAL RECORDS AND 540 HEALTHCARE CENTERS ACROSS THE COUNTRY AND IDENTIFIED THAT HAVING AN INTELLECTUAL DISABILITY WAS ACTUALLY THE NUMBER ONE RISK FACTOR FOR COVID, AND SECOND ONLY TO AGE FOR DYING FROM COVID, WHICH AT THAT TIME -- NOW IT SEEMS LIKE NOBODY WANTS TO GET VACCINATED, BUT AT THE TIME THERE WAS A VERY SHORT LIST WHO COULD GET VACCINATED.  AND MY POPULATION WAS NOT ON THAT LIST, IT WAS MORE IF LIKE YOU HAD DIABETES OR EMPHYSEMA OR WERE OBESE.  SO WE USED THE DATA FROM

THAT STUDY.  IT WAS REALLY DISTURBING, BECAUSE IF YOU WERE ADMITTED TO THE HOSPITAL AND YOU HAD COVID, YOU WERE 30 PERCENT MORE LIKELY TO DIE ALSO AND LESS LIKELY TO BE ADMITTED TO AN I.C.U.

SO WE PARTNERED WITH SPECIAL OLYMPICS INTERNATIONAL, THE CLINICAL INTERNATIONAL BOARD, AND WE WENT TO THE CDC, AND WE GOT THEM TO CHANGE THEIR POLICY ON VACCINATION TO INCLUDE THIS POPULATION.

Q.      OKAY.  AND WAS THIS STUDY PUBLISHED?

A.      YES, IT WAS PUBLISHED IN THE NEW ENGLAND JOURNAL OF MEDICINE CATALYST.

Q.      HAVE YOU DONE WORK FOR THE PENNSYLVANIA COURT SYSTEM?

A.      YES.  SO JUSTICE DOUGHERTY'S OFFICE CALLED US AND ASKED US TO HELP THEM MAKE THE FAMILY COURTS MORE AUTISM FRIENDLY, SO WE DID THAT IN SEVERAL WAYS.  ONE WAS STATEWIDE BY EDUCATING LAWYERS, JUDGES AND GUARDIAN AD LITEMS ABOUT AUTISM AND IMPROVING EDUCATION, TOOLS AND SENSITIVITY.  AND THEN WE ALSO WORKED ON PROCESSES AND PHYSICAL DESIGN, SPECIFICALLY AT THE PHILADELPHIA FAMILY COURTS.  WE HELPED DESIGN THEIR SENSORY ROOM, AND WE CREATED VISUAL STORIES THAT COULD BE USED ACROSS THE STATE, AND WE DID EDUCATIONAL SESSIONS.

Q.      OKAY.  AND JUST FOCUSING ON -- COMING BACK TO JEFFERSON HEALTH CENTER FOR AUTISM AND NEURODIVERSITY.

DO YOU HAVE A FACULTY POSITION AT JEFFERSON?

A.    YEAH.  I AM A CLINICAL ASSOCIATE PROFESSOR.

Q.    AND IS IT FAIR TO SAY THAT -- I THINK YOU'VE ALREADY SAID THIS, THAT YOU BROUGHT YOUR MEDICAL PRACTICE AND YOUR NONPROFIT WORK TO JEFFERSON.

IS THAT RIGHT?

A.    YES.

Q.    AND WHAT PERCENTAGE OF YOUR TIME ON AVERAGE IS DEVOTED TO DIRECT PATIENT CARE SINCE YOU HAVE BEEN AT JEFFERSON, WOULD YOU SAY?

A.    SO IT KIND OF VARIES, LIKE WITH THE ONGOING PROJECTS.  BUT PROBABLY LIKE 60-ISH PERCENT IS ONGOING PATIENT CARE.

Q.    AND, DO YOU DIAGNOSE PATIENTS?

A.    YES.

Q.    AND WHAT IS THE AGE RANGE OF THE PATIENTS THAT YOU SEE?

A.    WELL, I SEE PATIENTS USUALLY FROM -- I MEAN NOT FROM AUTISM AT BIRTH, BUT IF THEY HAVE DEVELOPMENTAL DELAYS THAT YOUNG, AND USUALLY THROUGH THE AGE OF 18-ISH, GIVE OR TAKE.

Q.    OKAY.  AND YOU SAID THAT ABOUT 60 PERCENT OF YOUR TIME IS DEVOTED TO SEEING PATIENTS.

AFTER A DIAGNOSIS, DO YOU FOLLOW UP

VISITS WITH PATIENTS?

A.      YES.

Q.      AND ABOUT HOW OFTEN -- IS THERE LIKE A SET SCHEDULE FOR HOW OFTEN YOU DO FOLLOW-UP, OR HOW DOES THAT VARY?

A.      IT KIND OF DEPENDS, SO FOR LIKE THE LITTLE GUYS I MAY SEE MORE OFTEN BECAUSE A FEW MONTHS IS A GREATER PROPORTION OF THEIR LIFE.  THE OLDER KIDS I MIGHT SEE A LITTLE LESS OFTEN, UNLESS THERE IS A NEED THAT ARISES. BUT WE USUALLY INSIST ON SEEING THE KIDS EVERY SIX MONTHS JUST SO WE FEEL LIKE WE ARE FOLLOWING THEM.

Q.      OKAY.

MR. KRISTOFCO:  I'M SORRY, I DIDN'T HEAR THAT LAST BIT.

THE WITNESS:  AT LEAST EVERY SIX MONTHS OR AROUND THAT.  IT KIND OF DEPENDS.  IT WAS DIFFERENT DURING COVID AND IT WAS DIFFERENT SHORTLY BEFORE COVID, BECAUSE MY HUSBAND WAS TERMINALLY ILL, SO IT KIND OF VARIED ON WHERE I WAS.

BY MS. REIMANN:

Q.      OKAY.  AND I JUST WANT TO TALK ABOUT THE PROGRAMMATIC WORK THAT YOU HAVE DONE SINCE YOU HAVE BEEN AT JEFFERSON, JUST FOCUSING FOR A MINUTE ON THAT.

WAS ONE OF THE PROJECTS YOU WORKED ON THE HONICKMAN CENTER?

A.      YEAH.  ONE OF THE REASONS I REALLY WANTED TO BE AT JEFFERSON IS BECAUSE THEY HAVE A SCHOOL OF DESIGN.  SO I HAVE MULTIPLE COURSES IN ADDITION TO THE COMMUNITY WORK THAT I DO.  WE HAVE INDUSTRIAL DESIGN, ARCHITECTURE, INTERIOR DESIGN, LANDSCAPE ARCHITECTURE, IMMERSIVE ART, FASHION DIVERSITY, AND ONE ON DISABILITY FOR MEDICAL STUDENTS.  I AM RUNNING VARIOUS SCHEDULES.  AND WHEN I HEARD THAT JEFFERSON WAS BUILDING A NEW SPECIALTY PAVILION, WHAT TURNED OUT TO BE THE HONICKMAN CENTER, I ASKED IF MY POPULATION COULD CONSULT ON IT FROM THE BEGINNING, LIKE FIVE YEARS AGO.  AND I WAS PLEASANTLY SURPRISED THAT THEY WERE LIKE, DEFINITELY.

SO WE HAD GROUPS OF PEOPLE THAT WOULD PROVIDE FOCUS GROUPS AND INDIVIDUAL INPUT.  WE DESIGNED A NEW LINE OF FURNITURE FOR THAT BUILDING WITH MILLERKNOLL, WHICH IS AN INTERNATIONAL DESIGN COMPANY THAT WON AN AWARD FROM FAST COMPANY IN NEW YORK.

BUT WE MADE SEVERAL ACCOMMODATIONS TO THAT BUILDING.  WE DIDN'T GET EVERYTHING.  LOOK, I GUESS NOBODY GETS EVERYTHING.  BUT WE GOT TO DESIGN THESE SEMI-ENCLOSED OUT COVES.  AND ON THE SECOND FLOOR, WE GOT TO DESIGN SOME OF THE FURNITURE.  WE GOT TO PUT IN ADULT CHANGING TABLES IN SEVERAL OF THE BATHROOMS.  WE HAVE NINE PIECES OF IMMERSIVE LIKE BASED ART IN THAT BUILDING.

AND ONE OF THE THINGS WE DID IS WE HAD AN AUTISTIC ARTIST NAMED KAMBEL SMITH DO A MODEL OF THE BUILDING.  HE IS AN AWARD WINNING, PEER AWARD WINNING ARTIST WHO IS AUTISTIC, ALTHOUGH HE PREFERS TO BE CALLED AN ARTISARIAN.  AND HE MADE A MODEL OF THE BUILDING, BECAUSE WE WANTED TO MAKE SURE THAT PEOPLE TOOK LIKE A STRENGTH-BASED PERSPECTIVE AND NOT JUST ANY BASED PERSPECTIVE.

SO THOSE WERE SOME OF THE THINGS.  WE ALSO CONSULTED ON THE DESIGN OF THE EXAMINATION ROOMS. SO WE HAD INPUT INTO WHAT THEY CHOSE AS THE EXAM TABLES, AND THOSE EXAM TABLES WILL CHECK YOUR WEIGHT, SO THAT TAKES AWAY A WHOLE TRANSITION.  AND THE ROOMS ARE VERY STREAMLINED, BECAUSE THAT CAN BE VERY CLUTTERED.

THERE IS ALSO IN THE ROOMS WHITE BOARDS. SO IF FAMILY MEMBERS CAN'T COME TO VISIT OR OTHER PROFESSIONALS ARE INVOLVED, THEY CAN ZOOM IN.  AND WE ARE CREATING A PASSPORT WITH SPECIAL OLYMPICS INTERNATIONAL.  SO THAT, LIKE -- BECAUSE THE ANXIETY CAN BE A HUGE ISSUE, THAT LIKE IF SOMEBODY LIKES FLOWERS OR RIVERS, WE CAN PROGRAM THOSE BOARDS TO HAVE THAT ON IT PRIOR TO THEIR VISIT.  WE ARE WORKING TOWARDS THAT NOW.

SO THOSE ARE SOME OF THE THINGS THAT WE --

Q.    AND YOU JUST MENTIONED THAT ANXIETY CAN BE AN

ISSUE.

CAN YOU EXPAND ON THAT, HOW DOES ANXIETY IN PARTICULAR AFFECT THIS POPULATION, AND WHAT ARE THE RAMIFICATIONS OF THAT?

A.      YEAH.   WELL, I THINK ANXIETY AFFECTS ALL OF US. I AM KIND OF ANXIOUS RIGHT NOW.

THE COURT:  TRY TO RELAX.

THE WITNESS:  SORRY.

SO A LOT OF AUTISTIC INDIVIDUALS, AND DEFINITELY WITH MY PATIENTS, HAVE A LOT OF ANXIETY BECAUSE COMMUNICATION CAN BE A HUGE BARRIER FOR THEM. AND PEOPLE WHO CANNOT COMMUNICATE OR -- YOU KNOW, CAN BE ANXIOUS AND THEY HAVE A LOT OF SENSORY ISSUES.  AND SENSORY EXPERIENCES CAN BE EITHER VERY DYSREGULATING OR CALMING, DEPENDING ON THE SITUATION.

ANXIETY ALSO AFFECTS OUR OVERALL REACTIONS TO THINGS, I WOULD SAY.  SO, FOR EXAMPLE, IF I'M IN THE CAR AND IT'S A BEAUTIFUL DAY AND THE ROADS ARE FINE AND THE KIDS ARE IN THE BACK MAKING NOISE, IT MIGHT NOT BOTHER ME AT ALL, AND I MIGHT BE ABLE TO DRIVE FINE.  IF THE ROADS ARE ICY AND PEOPLE ARE MAKING THE SAME AMOUNT OF NOISE IN THE BACK, I MIGHT, YOU KNOW, NEED THEM TO CHANGE THEIR --

THE COURT:  I MIGHT YELL AT THEM.

THE WITNESS:  YEAH.

THE COURT:  I THINK WE CAN ALL RELATE.

THE WITNESS:  YES.

I THINK ANXIETY IS MORE LIKELY FOR PEOPLE WHO HAVE DIFFICULTY COMMUNICATING, FOR PEOPLE WHO HAVE -- YOU KNOW, ARE LIKE IN A HEIGHTENED SENSORY AWARENESS, WHO ARE NOT UNDERSTOOD.  AND I THINK ANXIETY ALSO AFFECTS OUR PERFORMANCE, RIGHT?  SO IT'S SORT OF, LIKE, BACK AND FORTH.

BY MS. REIMANN:

Q.      OKAY.  AND WHY IS THE ENVIRONMENT SO IMPORTANT FOR THE SORT OF THE NEURODIVERSE POPULATION?

A.      THE ENVIRONMENT IS SUPER IMPORTANT, AND THAT'S WHY WHEN I WAS LOOKING AT THE HOSPITALS AND UNIVERSITIES, I CHOSE JEFFERSON TO APPROACH BECAUSE OF THE SCHOOL OF DESIGN.  PEOPLE WITH AUTISM HAVE SENSORY-SEEKING OR SENSORY-AVOIDANT BEHAVIOR, AND SOMETIMES BOTH.  SO THEY MIGHT MAKE LOUD NOISES BUT BE COMPLETELY DYSREGULATED BY LOUD NOISES.  AND SOMETIMES BEFORE EVEN ANYTHING HAPPENS TO THEM, LIKE THE ENVIRONMENT CAN MAKE A DIFFERENCE BETWEEN IF THEY CAN ACCESS IT OR NOT.

SO THERE IS NO ADA GUIDELINES FOR MY POPULATION, ALTHOUGH, OF COURSE, THE ADA APPLIES TO THEM.  AND THAT'S ONE OF THE THINGS THAT WE HOPE TO DEVELOP AT THE CENTER FOR AUTISM AND NEURODIVERSITY IS

THE BEST PRACTICE AND TO HELP IT BECOME A LEGISLATIVE PART OF THE ADA.

Q.      OKAY.

THE COURT:  YOU JUST SAID "SENSORY-SEEKING," AND WHAT WAS THE OTHER ONE?

THE WITNESS:  SENSORY-AVOIDANT.

THE COURT:  CAN YOU EXPAND ON THAT A LITTLE BIT MORE?

THE WITNESS:  YEAH.  SO FOR SOME PEOPLE, LIKE A CERTAIN TEXTURE OF WHAT THEY ARE WEARING, IT MIGHT BE IMPOSSIBLE FOR THEM -- LIKE, THIS IS PROBABLY A BAD ANALOGY, BUT IF I WERE IN PANTYHOSE RIGHT NOW, I WOULD BE SUPER UNCOMFORTABLE AND THAT WOULD BE ALL I COULD THINK ABOUT IS HOW UNCOMFORTABLE I AM AND NOT BE ABLE TO ACCESS ANYTHING ELSE.  SO IT'S SORT OF LIKE LIGHTS OR ACOUSTICS OR --

THE COURT:  THEY BECOME SO FOCUSED ON THAT THAT THEY CAN'T ACCESS --

THE WITNESS:  IT'S SO OVERWHELMING, YES.

AND THAT'S ALSO WHY A LOT OF PEOPLE WITH AUTISM HAVE REPETITIVE BEHAVIORS, IT'S JUST SORT OF CONTROL OF THE SENSORY ENVIRONMENT AROUND THEM.  SO THAT'S WHY YOU MIGHT SEE PEOPLE SPINNING OR JUMPING OR -- BECAUSE THEN THEY ARE SORT OF MORE IN CONTROL OF IT, IF THAT MAKES SENSE.

THE COURT:  OKAY.

THE WITNESS:  SO YOU MIGHT SEE PEOPLE WHO HAVE THESE SELF-STIMULATORY BEHAVIORS IF THEY ARE OVERWHELMED.  YOU MIGHT ALSO, ON THE OTHER HAND, SEE THEM IF THEY ARE MORE RELAXED, YOU KNOW.  AND, YOU KNOW, LOUD NOISES CAN BE HUGELY DYSREGULATING.  SOME OF MY KIDS WILL SEEK OUT TIGHT SPOTS.

AND IF YOU LOOK AT LITERATURE ABOUT, LIKE, MARY TEMPLE GRANDIN, I DON'T KNOW IF YOU HAVE HEARD OF HER, BUT SHE IS A FAMOUS AUTISTIC WOMAN WHO -- EVENTUALLY SHE DEVELOPED SHOOTS FOR CATTLE AS THEY GO TO THE SLAUGHTER -- I'M SORRY, BUT THEY GET COMPRESSED TO KIND OF CALM THEM DOWN.  SO SHE CREATED A SQUEEZE MACHINE FOR HERSELF, BECAUSE THAT COMPRESSION HELPED HER SELF-REGULATE, AND SHE WOULD SORT OF PUT HERSELF IN THE SQUEEZING THING.

SO THEY CAN BE SENSORY-SEEKING LIKE THAT, OR THEY CAN BE SENSORY-AVOIDANT.  AND SOMEBODY MIGHT AVOID SOME THINGS AND SEEK OTHER THINGS, SO IT'S NOT LIKE YOU ARE ALL ONE OR THE OTHER.

THE COURT:  OKAY.

MS. REIMANN:  IF THE COURT -- I WOULD LIKE TO MARK AN EXHIBIT.  I JUST DON'T KNOW -- JUST FOR IDENTIFICATION FOR RIGHT NOW, IT'S THE C.V.

THE COURT:  OKAY.  THAT'S FINE.  WE WILL

MARK IT AS EXHIBIT 1.

IF YOU HAVE AN EXTRA COPY, I WILL TAKE IT.

MS. REIMANN:  SURE.

BY MS. REIMANN:

Q.     I HAVE GIVEN YOU A DOCUMENT THAT WE HAVE MARKED FOR INDICATION AS PLAINTIFF'S EXHIBIT 1.

CAN YOU TELL US WHAT THIS IS?

A.     THIS IS MY C.V.

Q.     AND DOES IT ACCURATELY REFLECT YOUR EDUCATIONAL AND PROFESSIONAL BACKGROUND?

A.     YES.

MS. REIMANN:  SO PLAINTIFFS OFFER DR. ROSS AS AN EXPERT IN BEHAVIOR AND DEVELOPMENTAL PEDIATRICS AND THE DIAGNOSIS AND TREATMENT OF AUTISM.

MR. KRISTOFCO:  I DON'T HAVE ANY BASIS TO QUESTION HER QUALIFICATIONS IN THOSE AREAS.  THE MOTION WAS REALLY ABOUT HER OPINION SHE WAS GIVEN ABOUT COMMUNICATION, WHICH SHE IS NOT BEING OFFERED AS AN EXPERT IN.

THE COURT:  OKAY.  SO FOR PURPOSES OF THIS HEARING, WE WILL CERTAINLY HAVE HER AS AN EXPERT IN THAT.

MS. REIMANN:  OKAY.

BY MS. REIMANN:

Q.      CAN YOU TELL US JUST -- HOW DOES AUTISM AFFECT A PERSON'S ABILITY TO COMMUNICATE?

A.      SO, COMMUNICATION HAS A FEW PARTS.  THERE'S RECEPTIVE LANGUAGE, OUR UNDERSTANDING OF LANGUAGE; OUR EXPRESSIVE LANGUAGE, OUR USE OF LANGUAGE OR COMMUNICATION; AND THEN THERE IS THE MOTOR COMPONENT OF EXPRESSIVE LANGUAGE, WHICH IS SORT OF LIKE THE SUBAREA.

AND WHEN WE THINK ABOUT LANGUAGE, IT'S NOT JUST ABOUT SPOKEN LANGUAGE, THERE IS NONVERBAL COMMUNICATION.  SOMEHOW WE USE OUR EYES, OUR HANDS TO COMMUNICATE, HOW WE POINT, SOCIALLY PREFERENCE.

Q.      OKAY.  AND HOW DOES THE INABILITY TO RELIABLY COMMUNICATE AFFECT PERSONS WITH AUTISM?

A.      WELL, IF YOU CAN'T COMMUNICATE, YOU COULD GET EASILY FRUSTRATED OR ANXIOUS.

Q.      AND CAN AUTISM ALSO AFFECT MOTOR MOVEMENT?

A.      INDIVIDUALS WITH AUTISM MIGHT HAVE A LOW TONE OR THEY MIGHT HAVE A COMPONENT OF APRAXIA, WHICH IS A PROBLEM WITH MOTOR PLANNING.  IT CAN AFFECT DIFFERENT PARTS OF YOUR BODY.  IT CAN AFFECT, YOU KNOW, LIKE YOUR OVERALL ABILITY TO MOVE.  IT COULD AFFECT ALL DIFFERENT PARTS.

Q.      OKAY.  SO I'VE HEARD OF APRAXIA SPEECH, BUT APRAXIA, IS IT SOMETHING MORE THAN JUST --

A.      YOU COULD HAVE APRAXIA OF ANY BODY PART THAT

MOVES.

Q.    OKAY.  AND HOW DOES -- JUST TELL US A LITTLE BIT ABOUT -- FIRST OF ALL, IS THERE AN INTERRELATIONSHIP BETWEEN THE EXECUTIVE FUNCTIONING AND AUTISM OR AN INTERSECTION THERE?  CAN YOU JUST TELL US THAT FIRST, AND THEN YOU CAN TELL US A LITTLE BIT ABOUT WHAT THE INTERSECTION IS, IF THERE IS ONE.

A.    YEAH.  SO A LOT OF INDIVIDUALS WITH AUTISM HAVE THE EXECUTIVE FUNCTIONING DEFICITS THAT CAN IMPACT APRAXIA.  THERE IS AN INTERPLAY BECAUSE IT AFFECTS MOTOR PLANNING, SO EXECUTIVE FUNCTIONING IS SORT OF LIKE OUR INNER ADMINISTRATIVE EXECUTIVE THAT HELPS US EXECUTE WHAT WE WANT TO DO.  SO IT CAN IMPACT MOTOR MOVEMENTS. SO THAT THINGS THAT ARE AUTOMATIC CAN BE DONE QUITE EASILY, BUT THINGS THAT NEED SPONTANEOUS ONGOING DEVELOPMENT CAN BE VERY COMPLICATED.

Q.    OKAY.  SO JUST IN TERMS OF ALEX, ARE YOU AWARE THAT -- SO LIKE THAT HE CAN TYPE, LIKE, LISTS OF THINGS.

DO YOU KNOW THAT?

A.    YES.

Q.    AND SO HOW IS THAT DIFFERENT THAN -- FROM BEING ABLE TO SPONTANEOUSLY GENERATE THOUGHTS THROUGH TYPING?

A.    SO SOME INDIVIDUALS WITH AUTISM, INSTEAD OF A REPETITIVE BEHAVIOR, THEY CAN HAVE -- WELL, HIS REPETITIVE BEHAVIOR IS HYPERLEXIC, SO THEY CAN TYPE

REPEATEDLY OR HAVE SPECIAL INTERESTS, BUT THAT'S

DIFFERENT THAN COMMUNICATION.  THAT'S JUST A REPETITIVE

SUB-STIMULATORY BEHAVIOR FOR HIM.

Q.      AND HOW DOES EXECUTIVE FUNCTIONING SORT OF COME

INTO PLAY WITH THAT?

A.      WELL, THAT DOES NOT REQUIRE EXECUTIVE

FUNCTIONING, BECAUSE IT'S SOMETHING THAT IS DONE BY

APPROACH.

Q.      DOES A ONE-SIZE-FITS-ALL APPROACH WORK TO

ADDRESS THE NEEDS AND STRENGTHS OF PERSONS WITH AUTISM?

A.      NO.  AUTISM IS VERY HETEROGENOUS.  THAT'S WHY

STEPHEN SHORE, WHO A FAMOUS SELF-ADVOCATE.  SO IT'S IF

YOU KNOW ONE PERSON WITH AUTISM, YOU KNOW ONE PERSON.

IT COULD BE THE INDIVIDUAL THAT HAS NO EYE CONTACT THAT

IS SITTING AND ROCKING UNDER A TABLE AND HAS REPETITIVE

BEHAVIORS AND NO SOCIAL SKILLS AND IS EXTREMELY WHAT WE

WOULD CALL CLASSICALLY AUTISTIC, OR IT COULD BE SOMEBODY

THAT HAS WHAT WE USED TO CALL ASPERGER'S OR A LEVEL 1

AUTISM, THAT'S WHAT THEY WOULD CALL IT.  IT'S SOMEBODY

WHO IS LIKE A LITTLE PROFESSOR WHO HAS A PERSEVERATIVE

INTEREST, LIKE PHYSICS OR SOMETHING MIGHT BE THEIR

BEHAVIOR, SO TO SPEAK.  AND THEN THEY CAN SPEAK BUT

MAYBE NOT HAVE A CONVERSATION.  THEY TEND TO MONOLOGUE

AND LECTURE INSTEAD OF HAVING A RECIPROCAL.  THEY LACK

SOCIAL OR A PRAGMATIC LANGUAGE AS OPPOSED TO ANY

LANGUAGE.

THE COURT:  SO ASPERGER'S IS A FORM OF AUTISM?

THE WITNESS:  SO NOT ANYMORE.  SO THAT DSM, THE DIAGNOSTIC STATISTICAL MANUAL, WAS REWRITTEN IN -- VERSION 5 IN 2013, SO THEY REMOVED ASPERGER'S.

NOW WHAT WOULD BE -- HAVE BEEN -- NOW IT'S LIKE LEVEL 1, LEVEL 2, LEVEL 3.  SO IT'S REALLY LIKE LOW NEED AND HIGH NEED IS HOW WE USE IT NOW.

THE COURT:  IN TERMS OF AUTISM?

THE WITNESS:  YEAH.

THE COURT:  AND TOURETTE WAS NEVER --

THE WITNESS:  TOURETTE IS NOT A FORM OF AUTISM, NO.

THE COURT:  OKAY.

BY MS. REIMANN:

Q.     SO LET'S TALK ABOUT ALEX'S COMMUNICATION WITH THE LETTER BOARD.

WAS ALEX YOUR FIRST PATIENT TO COMMUNICATE WITH A LETTER BOARD AND A COMMUNICATION PARTNER?

A.     YES.

Q.     AND HAVE YOU HAD OTHER PATIENTS AFTER ALEX WHO COMMUNICATE WITH A LETTER BOARD AND COMMUNICATION PARTNER?

A.    I HAVE.

Q.    AND HAVE YOU HAD OTHER PATIENTS WHO HAVE TRIED TO COMMUNICATE WITH A LETTER BOARD AND COMMUNICATION PARTNER BUT HAVE BEEN UNSUCCESSFUL?

A.    YES.

Q.    AND --

THE COURT:  LET ME ASK.  WHEN EXACTLY DID ALEX BECOME YOUR PATIENT?

THE WITNESS:  GOSH, IT WAS OVER A DECADE AGO.  I DON'T REALLY REMEMBER SPECIFICALLY.  I KNOW I TRANSITIONED HIM AROUND AGE 18 TO MARY STEVENS, PRIMARY CARE PRACTICE.  BUT, I'M SORRY, I DON'T TOTALLY REMEMBER EXACTLY WHEN.

THE COURT:  DO YOU KNOW HOW LONG HE WAS YOUR PATIENT?

THE WITNESS:  I WOULD SAY ABOUT 8 TO 10 YEARS.

THE COURT:  AND SO WERE YOU WITH THE JEFFERSON -- YOU SAID 2006 IS WHEN YOU --

THE WITNESS:  SO I WAS AT EINSTEIN FIRST, AND THEN I OPENED A PRIVATE PRACTICE, AND THEN I --

THE COURT:  AND THEN YOU FOLDED IT INTO JEFFERSON?

THE WITNESS:  YES.

THE COURT:  AND IN THAT CONTINUUM, WHEN

DID HE BECOME YOUR PATIENT?  DO YOU REMEMBER WHERE YOU WERE?

THE WITNESS:  YEAH, I WAS AT EINSTEIN. SO THAT PROBABLY WOULD HAVE BEEN AROUND 2007-ISH.

THE COURT:  SO HE CAME WITH YOU EVERY STEP, LIKE, EINSTEIN TO YOUR PRIVATE PRACTICE TO JEFFERSON?

THE WITNESS:  MM-HMM.

THE COURT:  OKAY.

BY MS. REIMANN:

Q.    OKAY.  AND FOR THE PATIENTS WHO HAVE TRIED COMMUNICATING WITH A LETTER BOARD AND COMMUNICATION PARTNER, FOR THE ONES THAT HAVE BEEN UNSUCCESSFUL, DID THEY CONTINUE TO USE THE LETTER BOARD AND COMMUNICATION PARTNER EVEN THOUGH THEY WERE NOT HAVING SUCCESS?

A.    NO.

Q.    AND APPROXIMATELY HOW MANY TIMES HAVE YOU BEEN WITH ALEX WHEN HE HAS COMMUNICATED WITH A LETTER BOARD AND COMMUNICATION PARTNER?

A.    I DON'T KNOW AN EXACT NUMBER OF TIMES, BUT HE HAS DONE IT IN MY OFFICE; HE HAS DONE IT AT EXPERIENCES WE HAVE HAD IN THE COMMUNITY.  HE PRESENTED AT A COUPLE OF CONFERENCES.  ONE WAS A SYMPOSIUM THAT WE HAVE, WHICH IS AN INTERNATIONAL SYMPOSIUM ON AUTISM AND THE BUILT ENVIRONMENT.  AND HE AND SOME OF THE OTHER INDIVIDUALS

WHO SPELL TO COMMUNICATE PRESENTED IT.

THE COURT:  CAN YOU TELL ME HOW THAT WENT?

THE WITNESS:  IT WENT VERY WELL.

THE COURT:  NO, EXACTLY.

THE WITNESS:  I'M SORRY.  SO IT WAS DURING COVID SO IT WAS ON ZOOM.

THE COURT:  OKAY.

THE WITNESS:  SO IT WAS -- PART OF THE STATEMENTS WERE PREWRITTEN AND THEN PEOPLE DID ASK QUESTIONS.  AND SPELLERS COMMUNICATED ON ZOOM.  AND THEY WERE -- THE WAY WE HAD THEM SET UP IS PEOPLE COULD SEE THEM SPELLING ON THE CAMERA.  IT WASN'T JUST ALEX, IT WAS ALSO SOME OTHER INDIVIDUALS.

THE COURT:  I GUESS I HAVE SEEN SOME OF THE VIDEOS, SO I AM TRYING TO UNDERSTAND, BECAUSE IT SEEMS TO ME THAT WHEN HE IS USING THE LETTER BOARD -- AND I'VE ONLY SEEN A VERY MINOR SEGMENT OF VIDEOS, NOT A HUGE AMOUNT.  BUT HOW DID THAT WORK WHEN HE WAS ASKED QUESTIONS IN TERMS OF -- IT SEEMS TO ME LIKE HE TOUCHES THE LETTER BOARD, TOUCHES THE LETTER.  THE COMMUNICATION PARTNER MAY OR MAY NOT SAY THE LETTER OUT LOUD.  THEY MIGHT WRITE IT DOWN.  BUT IT SORT OF SEEMS LIKE IT'S A RUN-ON SENTENCE.

DOES THAT MAKE SENSE?

THE WITNESS:  SOMETIMES, YES.  HE HAS SOME TACTICAL ERRORS.

THE COURT:  FORGET THE ERRORS.

JUST SAY THAT IF HE DOES A WHOLE RUNNING SENTENCE, ONCE YOU SEE IT AT THE END, YOU CAN SEE THE SENTENCE.  BUT SAY HE WROTE, I AM HAPPY AND SAD.  HE MIGHT DO THAT WHOLE THING.  AND THEN ONCE YOU SEE IT, OKAY, THE LETTERS ALL MAKE OUT THAT SENTENCE, RIGHT?

THE WITNESS:  I SEE WHAT YOU ARE SAYING. BUT I GUESS FROM WHAT I REMEMBER FROM THE CONFERENCES, HIS STATEMENTS WERE MUCH SHORTER.

THE COURT:  LIKE YES OR NO OR SOMETHING?

THE WITNESS:  OR MORE LIKE SHORT ANSWERS, NOT COMPLETE SENTENCES.

THE COURT:  SO IT'S OBVIOUS WHAT THE WORD IS THEN ONCE HE SPELLS?  EVERYBODY IN THE AUDIENCE KNOWS?

THE WITNESS:  YES.

THE COURT:  AND NOBODY HAS TO SAY IT OUT LOUD?

THE WITNESS:  NO.

THE COURT:  SO YOU SEE IT BASED ON HIM DOING THE LETTERS?

THE WITNESS:  TOUCHING THE BOARD, YES.

THE COURT:  LIKE, I MEAN, DO YOU HAVE TO

-- I GUESS THEY ARE SHORT ENOUGH YOU CAN GET -- YOU KNOW WHAT THE WORD IS?

DO YOU SEE WHAT I'M SAYING?

THE WITNESS:  I MEAN --

THE COURT:  DO YOU REMEMBER AN EXAMPLE OF WHAT HE SAID?

THE WITNESS:  I MEAN, I THINK IT VARIES. SOMETIMES WHEN HE WRITES, LIKE IT'S PRETTY OBVIOUS, LIKE YOU HEAR THE LETTERS AND YOU KNOW.  SOMETIMES I HAVE HAD IT WHERE IF IT'S JUST HE AND I IN MY OFFICE AND HIS STATEMENTS TEND TO BE LONGER, SOMETIMES I WILL WRITE IT AND THEN I WILL LOOK AT IT.  DO YOU KNOW WHAT I MEAN?

THE COURT:  RIGHT.

THE WITNESS:  BUT I THINK IT VARIES. LIKES, SOMETIMES I MAKE SHORTER STATEMENTS AND SOMETIMES I MAKE LONGER STATEMENTS AND -- I DON'T THINK IT'S LIKE REALLY ONE -- LIKE I DON'T ALWAYS SPEAK THE SAME WAY, AND ALEX DOES NOT ALWAYS SPEAK THE SAME WAY.

THE COURT:  I UNDERSTAND WHAT YOU ARE SAYING, AND I AGREE WITH YOU.

I AM TRYING TO UNDERSTAND FOR YOUR AUDIENCE HOW THEY WERE ABLE TO UNDERSTAND.

THE WITNESS:  RIGHT.  SO THEY WOULD SEE HIM TOUCHING THE LETTERS, AND THEN SOMETIMES SOMEBODY WOULD SAY IT AFTERWARDS.  BUT YOU COULD SEE THAT HE USED

THOSE LETTERS.

THE COURT:  OKAY.

THE WITNESS:  THEY WOULD WAIT.

THE COURT:  OKAY.

BY MS. REIMANN:

Q.      FOR THAT SYMPOSIUM, WHO ACTED AS HIS COMMUNICATION PARTNER?

A.      IT WAS TOM.

Q.      TOM FOTI?

A.      YES.

Q.      DO YOU REMEMBER?  IF YOU DON'T KNOW, YOU DON'T KNOW.  THAT'S FINE.

A.      YES.

Q.      APPROXIMATELY -- AND HAS ALEX INITIATED CONVERSATIONS WITH YOU?

A.      YES.

Q.      AND DO YOU HAVE AN OPINION TO A REASONABLE DEGREE OF PROFESSIONAL CERTAINTY AS TO WHETHER THE LETTER BOARD AND COMMUNICATION PARTNER IS AN EFFECTIVE METHOD OF COMMUNICATION FOR ALEX?

A.      I BELIEVE FOR ALEX IT IS.

Q.      AND DO YOU HAVE ANY DOUBT THAT ALEX'S COMMUNICATION WITH THE LETTER BOARD AND COMMUNICATION PARTNER ARE HIS THOUGHTS AND NO ONE ELSE'S?

A.      YES, I BELIEVE THAT.

Q.        DO YOU HAVE AN OPINION TO A REASONABLE DEGREE OF PROFESSIONAL MEDICAL CERTAINTY AS TO WHETHER ALEX'S NEED FOR A LETTER BOARD -- AS TO WHETHER ALEX NEEDS A LETTER BOARD AND COMMUNICATION PARTNER TO COMMUNICATE?

A.        YES, I THINK HE DOES.

Q.        AND WHAT IS THE BASIS OF YOUR OPINION?

          SO HAVE YOU SEEN ALEX BEFORE -- YOU SAW ALEX BEFORE HE STARTED COMMUNICATING WITH THE LETTER BOARD, CORRECT?

A.        YES.

Q.        AND CAN YOU JUST TELL US WHAT THAT COMMUNICATION LOOKED LIKE?

A.        IT WAS A LOT LESS THAN WHEN HE HAD THE LETTER BOARD.  AND I HAVE BEEN WITH HIM.  FOR EXAMPLE, WHEN HE WENT TO SEE DR. STEVENS AND HE TRANSITIONED, I ACCOMPANIED HIM, AND HE TOLD HER THINGS THAT THERE WAS NO WAY WE WOULD HAVE KNOWN.  LIKE HE SAID HIS EARS HURT, AND IT WASN'T LIKE HE WAS TOUCHING HIS EARS AND SHE LOOKED IN HIS EARS AND HE HAD AN EAR INFECTION.  SO, YOU KNOW, I BELIEVED THAT HE WAS COMMUNICATING.

          I DON'T SEE HOW JUST FROM HAVING WATCHED HIM, NOBODY TOUCHES HIM, NOBODY IS MOVING THE BOARD, I DON'T SEE HOW IT COULD NOT BE HIS COMMUNICATION.

Q.        OKAY.  AND DO YOU HAVE AN OPINION TO A REASONABLE DEGREE OF MEDICAL CERTAINTY AS TO WHETHER OR

NOT LETTING ALEX USING THE LETTER BOARD AND COMMUNICATION PARTNER SILENCES HIM?

A.    I THINK IT ABSOLUTELY SILENCES HIM.

Q.    DO YOU HAVE AN OPINION TO A REASONABLE DEGREE OF MEDICAL CERTAINTY AS TO WHETHER COMMUNICATION WITH THE LETTER BOARD AND COMMUNICATION PARTNER IS EFFECTIVE FOR ALL PERSONS WITH AUTISM?

A.    I DON'T THINK IT'S EFFECTIVE FOR ALL PERSONS WITH AUTISM.

Q.    AND WHY IS THAT?

A.    I DON'T KNOW.  I DON'T KNOW ALL THE PERSONS WITH AUTISM.  BUT I DO FEEL LIKE IT'S EFFECTIVE FOR ALEX.

THE COURT:  FOR THE PATIENTS THAT YOU HAVE HAD THAT IT'S BEEN UNSUCCESSFUL FOR, DO YOU KNOW WHY?

THE WITNESS:  I DON'T KNOW WHY.  I THINK SOMETIMES THE PARENTS WERE MOVING THEIR FINGERS, LIKE WERE HOLDING THEM OR TOUCHING THEM.  SO IT WASN'T CLEAR TO ME THAT IT WAS THEIR COMMUNICATION AS OPPOSED TO THEIR PARENTS MOVING THEIR HAND.  THEY DIDN'T -- YOU JUST -- THEY DIDN'T SEEM ABLE TO COMMUNICATE THINGS THAT OTHER PEOPLE WOULD NOT HAVE KNOWN UNLESS THEY COMMUNICATED IT LIKE ALEX HAS IN THE PAST.  AND THEIR BEHAVIORS DIDN'T SEEM RELATED TO THE COMMUNICATION.  SO LIKE USUALLY WHEN -- I MEAN, THAT'S A HUGE AREA OF

ANXIETY AND FRUSTRATION, AND THEIR BEHAVIORAL DYSREGULATION IS WHEN PEOPLE CAN'T COMMUNICATE IT.  SO THEY DIDN'T SEEM TO HAVE A CHANGE IN THEIR BEHAVIOR AND DEMEANOR AFTER USING THE BOARD.

BUT I DON'T KNOW WHY IT DOESN'T WORK FOR SOME PEOPLE AND WHY IT WORKS FOR OTHER PEOPLE.  BUT THAT'S NO DIFFERENT WHY I DON'T KNOW CERTAIN OTHER THINGS WORK FOR INDIVIDUALS WITH AUTISM.

THE COURT:  RIGHT.  AND HOW DID ALEX COMMUNICATE WITH YOU BEFORE THE LETTER BOARD?

THE WITNESS:  I MEAN, NOT A LOT.  I MEAN, I DON'T KNOW.  SOMETIMES -- YOU KNOW, IT'S REALLY HARD TO KNOW WHEN SOMEBODY WITH AUTISM IS EVEN ENGAGED IN NONVERBAL COMMUNICATION BECAUSE SOMETIMES IT'S EASIER FOR THEM TO ATTEND WHEN THEY ARE NOT MAKING EYE CONTACT, OR THEY MIGHT BE HAVING REPETITIVE BEHAVIORS.  BUT WHEN HE IS USING THE LETTER BOARD, HE CAN DO THAT FOR A PROLONGED PERIOD OF TIME.  I WILL ASK A QUESTION, AND HE CAN PROVIDE A SOMEWHAT COMPLEX ANSWER THAT ONLY HE WOULD KNOW.

IT'S RECIPROCAL, SO THAT IT'S NOT JUST WHEN WE LOOK AT AUTISM AND WE ARE DOING AN ASSESSMENT, WE USE SOMETHING CALLED THE AUTISM DIAGNOSTIC OBSERVATION SCHEDULE, AND THERE ARE DIFFERENT LEVELS OF COMMUNICATION.  SO THERE IS LIKE:  CAN SOMEBODY ANSWER A

QUESTION?  CAN THEY ANSWER A QUESTION AND THEN ELABORATE ON THEIR ANSWERS SPONTANEOUSLY?  CAN THEY ANSWER A QUESTION, ELABORATE ON THEIR OWN RESPONSE SPONTANEOUSLY, AND THEN ASK THE EXAMINER A QUESTION?

BECAUSE A CONVERSATION IS VERY RECIPROCAL.  IT'S LIKE A TENNIS MATCH.  IT'S NOT LIKE SQUASH WHERE IT'S HITTING AGAINST THE WALL OR YOU ARE JUST SERVING, RIGHT.  IT'S AN ONGOING, RECIPROCAL, SOCIAL EXPERIENCE.

SO THE NATURE OF HIS COMMUNICATION BECAME MORE RECIPROCAL AND SUSTAINED BY ALEX.

THE COURT:  OKAY.

BY MS. REIMANN:

Q.     OKAY.  AND I WOULD LIKE TO SHOW YOU A DOCUMENT THAT WE WILL MARK FOR IDENTIFICATION AS PLAINTIFF'S EXHIBIT 2.

AND YOU SAID AT SOME POINT THAT ALEX TRANSITIONED FROM YOUR PRACTICE TO DR. STEVENS' PRACTICE.

WHERE DOES DR. STEVENS PRACTICE?

A.     SO JEFFERSON HAS A PRIMARY CARE PRACTICE FOR INDIVIDUALS WITH INTELLECTUAL AND DEVELOPMENTAL CHALLENGES.  AND NOW YOU CAN TRANSITION FROM AGE 14; IT USED TO BE 18.  AND SHE PROVIDES PRIMARY CARE.  SHE IS A SOCIAL WORKER ON STAFF.

SO ALEX ALREADY HAD DR. GHAFFARI, AND HE HAD DR. STEVENS.  SO, YOU KNOW, IT WAS SORT OF DUPLICATIVE.  HE DIDN'T NECESSARILY NEED A THIRD DOCTOR. I TRANSITIONED HIM TO DR. STEVENS.

Q.    AND THE DOCUMENT THAT WE HAVE JUST MARKED AS PLAINTIFF'S EXHIBIT 2, CAN YOU TELL US WHAT THIS IS?

A.    YEAH.  THIS WAS WHEN ALEX TRANSITIONED, AND HE ALSO HAD AN EAR INFECTION AND SINUS INFECTION.

Q.    AND WHO WAS HIS COMMUNICATION PARTNER?

DID HE USE THE LETTER BOARD TO COMMUNICATE WITH DR. STEVENS?

A.    YES.

Q.    AND WHO WAS HIS COMMUNICATION PARTNER?

A.    HIS MOTHER.

Q.    AND DID ALEX COMMUNICATE ANYTHING ABOUT HOW HE WAS FEELING AT THAT VISIT?

A.    YEAH, HE SAID THAT HIS EARS WERE HURTING AND THAT HE HAD SORT OF PRESSURE.

Q.    OKAY.  THIS MEDICAL RECORD, DOES THAT REFLECT DR. STEVENS'S EXAMINATION OF ALEX?

A.    YES.

Q.    AND WHAT DID SHE CONCLUDE?

A.    SHE CONCLUDED THAT HE HAD A BILATERAL OTITIS MEDIA, WHICH IS AN EAR INFECTION.  AND SHE ALSO CONCLUDED HERE THAT SHE WAS CONVERSING WITH HIM.

Q.    OKAY.  AND SO IS THIS RECORD MADE AS PART OF A REGULAR MEDICAL VISIT AT JEFFERSON?

A.    YEAH, THIS IS PART OF THE ELECTRONIC MEDICAL RECORD.

Q.    AND ARE THESE RECORDS MADE AT OR NEAR THE TIME OF THE VISIT?

A.    YES.

Q.    AND IS THIS MEDICAL RECORD CREATED AS PART OF JEFFERSON'S INTERNAL RECORD KEEPING?

A.    YES.

MS. REIMANN:  THAT'S ALL I HAVE.  THANK YOU.

THE COURT:  OKAY.

CROSS-EXAMINATION.

MR. KRISTOFCO:  THANK YOU, YOUR HONOR.

THE COURT:  ACTUALLY, WHY DON'T WE TAKE A TWO-MINUTE RECESS BEFORE WE START, IF THAT'S ALL RIGHT?

MR. KRISTOFCO:  THAT'S FINE, THANK YOU.

(SHORT RECESS TAKEN.)

THE COURT:  WE WILL RESUME.  THANK YOU.

CROSS-EXAMINATION

BY MR. KRISTOFCO:

Q.    GOOD MORNING, DR. ROSS.

I WANT TO ASK YOU TO CLEAR UP A COUPLE OF THINGS FROM THE DIRECT EXAMINATION BEFORE I GET INTO MY

QUESTIONS.

ONE OF THE QUESTIONS THAT YOU WERE ASKED WAS ABOUT HOW ALEX COMMUNICATED PRIOR TO USING THE LETTER BOARD.  AND I THINK THAT YOUR RESPONSE WAS SOMETHING ALONG THE LINES OF NOT AS WELL.

BUT WHAT I WANT TO ASK SPECIFICALLY ABOUT IS HOW HE ACTUALLY DID COMMUNICATE BEFORE HE WAS USING THE LETTER BOARD.

SO LET ME ASK YOU:  PRIOR TO HIM USING THE LETTER BOARD, WOULD HE EVER ANSWER ANY QUESTIONS VERBALLY?

A.     NO.

Q.     DID HE EVER SPEAK AT ALL?

A.     YES.

Q.     AND IN WHAT CONTEXT DID HE SPEAK?

A.     IT WOULD MORE BE A VOCALIZATION.  IT WOULD NOT NECESSARILY BE IN THE FORM OF A FUNCTIONAL, COMMUNICATIVE WORD.

Q.     WERE YOU AWARE THAT WHEN HE WAS AT SCHOOL HE COULD ASK TO GO TO THE BATHROOM OR ASK TO GO TO THE NURSE VERBALLY?

A.     YES.

Q.     OKAY.  AND IS HE CAPABLE OF WRITING ANYTHING DOWN?

A.     HE IS HYPERLEXIC, SO HE CAN WRITE THINGS DOWN,

BUT HE USUALLY DOES NOT WRITE DOWN A LOT OF SPONTANEOUSLY PUT-TOGETHER THINGS.

THE COURT:  WHAT WAS THE WORD THAT YOU USED FOR, HE CAN WRITE THINGS DOWN?  YOU USED A TECHNICAL WORD.

THE WITNESS:  HE IS WHAT IS CALLED HYPERLEXIC.  SO A LOT OF KIDS WITH AUTISM, THEY CAN FIXATE ON LETTERS AND WORDS.  THEY CAN ECHO THEM.  THEY CAN HAVE WHAT IS CALLED A STEREOTYPICAL REPETITIVE BEHAVIOR WITH THEM.

SO PART OF WHAT WE DO WHEN WE DO AN AUTISM ASSESSMENT IS WE DO LOOK AT THE COMMUNICATION.  THAT'S PART OF THE ADOS, WHICH IS THE GOLD STANDARD TEST.  AND WHEN YOU LOOK AT LANGUAGE, THERE IS A LOT OF DIFFERENT PARTS TO IT.  SO THERE IS, YOU KNOW, CAN SOMEBODY FOLLOW A DIRECTION; CAN THEY FOLLOW A NONVERBAL COMMUNICATION, LIKE A POINT OR A HEAD TURN; CAN THEY POINT THEMSELVES; WHEN THEY POINT, DO THEY CONJOIN IT WITH EYE CONTACT, BECAUSE IT'S DIFFERENT TO JUST POINT AT SOMETHING AND TO POINT AND LOOK TO SEE IF THE PERSON IS LOOKING.

THERE IS PEOPLE WHO HAVE ECHOLALIA, WHICH IS ONE THING THAT WE SCORE ON THE TEST, SO THAT IS WHEN THEY REPEAT THE LAST WORD THAT THEY HAVE HEARD.  THERE IS SOMETHING WHERE PEOPLE CAN HAVE STEREOTYPICAL OR

REPETITIVE PHRASES, WHICH IS SOMETHING PEOPLE SCRIPT, THAT THEY REPEAT PHRASES THAT THEY HAVE HEARD BEFORE BUT NOT SORT OF FUNCTIONALLY.

AND THEN SOMETIMES IT'S CALLED GESTALT LANGUAGE DEVELOPMENT WHEN THEY WOULD SCRIPT, BUT THEY HAVE MOVED ON FROM SCRIPTING NON-FUNCTIONALLY TO USING THE SCRIPT TO ACTUALLY GET THEIR NEEDS MET.  SO THEY MIGHT ANSWER QUESTIONS USING A SCRIPT, WHICH, YOU KNOW, IS LIKE A REPEATED KIND OF THING, BUT THEY HAVE ANSWERED IN THE WAY IT WAS STILL A RESPONSE THAT WAS FUNCTIONAL FOR THEM.

YOU LOOK AT THE CADENCE OF THEIR LANGUAGE OR WHAT IS CALLED THE PROSODY OR THE MELODY OF IT CAN BE UNUSUAL.  SO THAT'S WHY SOME PEOPLE WITH AUTISM HAVE A MONOTONIC VOICE OR LIKE A SING-SONG, EXAGGERATED VOICE.

AND THEN WE LOOK AT THE QUALITY OF THE LANGUAGE AS WELL, BECAUSE SOME PEOPLE WITH AUTISM HAVE A LOT OF LANGUAGE, BUT IT'S NOT RECIPROCAL OR WHAT WE CALL PRAGMATIC OR SOCIAL LANGUAGE.  SO, FOR EXAMPLE, THEY MIGHT HAVE A PREFERRED TOPIC.  SO I HAD KIDS IN MY PRACTICE THAT REALLY LOVE SPORTS STATISTICS, SO THEY COULD NOT TELL ME A NARRATIVE, SO THAT'S ONE OF THE THINGS WE LOOK AT, IS CAN AN INDIVIDUAL TELL A NARRATIVE, AND CAN THEY HAVE A RECIPROCAL BACK-AND-FORTH CONVERSATION.  AND THEN IF THEY CAN HAVE A RECIPROCAL

CONVERSATION, HOW MANY EXCHANGES WILL IT GO, RIGHT.

SO ONE OF THE THINGS THAT WE DID IN MY PRACTICE WAS WE HAD KIDS THAT HAD THE -- THEY WOULD MEMORIZE SPORTS STATISTICS, BUT THEY COULD NOT TELL A STORY OR HAVE A CONVERSATION.  SO WE DID A SPORTS CASTING PROGRAM WHERE WE LEVERAGED THEIR AREA OF INTEREST AND GOT THEM REALLY COMFORTABLE, BECAUSE ONCE SOMEBODY IS COMFORTABLE, THEY ARE MORE LIKELY TO DEMONSTRATE A SKILL SET, RIGHT.  AND SO A NEWS STORY OR A SPORTS STORY IS TELLING A NARRATIVE.  DO YOU KNOW WHAT I MEAN?  SO WE LEVERAGED WHAT THEY WERE PASSIONATE ABOUT TO DEVELOP MORE LIFE SKILLS.  AND THEN AN INTERVIEW IS A CONVERSATION.

AND THEN IT WAS REALLY COOL BECAUSE WE HAD MERRILL REESE COME FROM THE EAGLES AND PARTICIPATED.  AND THEN KIDS WERE ON 60 MINUTES SPORTS AND SPORTS ILLUSTRATED.  AND THEN THEY ACTUALLY PRESENTED IN A NATIONAL DEVELOPMENTAL AND BEHAVIOR PEDIATRICS CONFERENCE ABOUT THE EXPERIENCE AND HOW THEY LEARNED -- AND HOW SORT OF WHAT THEY LEARNED FROM THAT EXPERIENCE AND HOW THEY FELT LIKE IT IMPROVED, SORT OF, THEIR STORYTELLING AND CONVERSATIONAL SKILLS.

THE COURT:  OKAY.

SORRY TO INTERRUPT.

MR. KRISTOFCO:  THAT'S OKAY.

BY MR. KRISTOFCO:

Q.      AND SO PRIOR TO HIM USING THE LETTER BOARD, THE INFORMATION YOU NEEDED TO TREAT ALEX, DID YOU GET THAT PRIMARILY FROM HIS PARENTS?

A.      I WOULD EITHER GET IT FROM HIS PARENTS OR FROM OBSERVING HIM.

Q.      OKAY.  AND YOU HAD TESTIFIED ABOUT AN INTERACTION WITH -- WHEN YOU WERE TRANSITIONING ALEX TO DR. STEVENS, I BELIEVE YOU SAID HIS MOTHER WAS ALEX'S COMMUNICATION PARTNER AND HE INDICATED THAT HE HAD -- THROUGH THE USE OF THE LETTER BOARD, THAT HE HAD SOME ISSUE WITH HIS EARS.

DO YOU RECALL THAT?

A.      YES.

Q.      AND WHAT WAS -- WAS ALEX -- DO YOU RECALL ANYTHING ABOUT HOW ALEX WAS BEHAVING DURING THAT MEETING?

A.      I MEAN, JUST -- HE SEEMED FAIRLY TYPICAL ALEX TO ME.

Q.      AND IS IT YOUR BELIEF THAT THERE IS NO WAY THAT HIS MOTHER WOULD HAVE KNOWN THAT HE HAD AN EAR INFECTION?

A.      I DO BELIEVE THAT, BECAUSE IF THAT HAD BEEN THE CASE, SHE WOULD HAVE COME IN AND SAID, I THINK ALEX HAS AN EAR INFECTION.  SHE WOULD NOT HAVE WAITED FOR HIM TO

GENERATE IT.

MOST PARENTS WOULD DO THAT, IF THEY THOUGHT THEIR CHILD WAS SICK AND WHETHER OR NOT THEY COULD OR COULD NOT COMMUNICATE AND FIGURE OUT WHAT THEY ARE SAYING.

Q.    LET ME SHOW YOU A DOCUMENT.

MR. KRISTOFCO:  WE CAN MARK THIS AS DEFENDANT'S EXHIBIT 1.  AND I HAVE A COPY FOR YOUR HONOR AS WELL.

THE COURT:  THANK YOU.

BY MR. KRISTOFCO:

Q.    THIS DOCUMENT HAS BEEN REPRESENTED --

THE COURT:  DO YOU HAVE ONE FOR THE WITNESS?  DOES SHE HAVE ONE?

MR. KRISTOFCO:  NO, I DON'T HAVE AN EXTRA ONE FOR THE WITNESS, SORRY.

MS. REIMANN:  YOU CAN HAVE MINE.

THE WITNESS:  THANK YOU.

BY MR. KRISTOFCO:

Q.    DR. ROSS, THIS DOCUMENT HAS BEEN REPRESENTED TO BE A DECLARATION THAT WAS PREPARED BY ALEX.  AND ON THE LAST PAGE OF THIS DOCUMENT IT HAS BEEN PURPORTED TO BE HIS SIGNATURE.

AND WHAT I WANT TO DO IS JUST DRAW YOUR ATTENTION TO PARAGRAPH FIVE, WHICH IS ON THE FIRST PAGE,

WHERE IT SAYS -- THE VERY LAST SENTENCE, SOMETIMES I USED TO PULL MY MOM'S HAIR WHEN I HAVE AN EAR INFECTION.

DO YOU SEE THAT?

A.      YES.

Q.      AND WHAT YOU ARE SAYING IS THAT YOU DON'T BELIEVE THAT IT'S POSSIBLE THAT ALEX WAS BEHAVING -- EXHIBITING SOME BEHAVIOR THAT HIS MOTHER PICKED UP ON THAT ENDED UP BEING COMMUNICATED THROUGH THE LETTER BOARD?

A.      I DO NOT, BECAUSE SADLY TO SAY, ALEX PULLED HIS MOM'S HAIR FAIRLY OFTEN WHEN HE WAS UPSET OR FRUSTRATED. SO THE FACT THAT HE IS COMMUNICATING THIS DOES NOT MEAN THAT THERE WEREN'T OTHER TIMES WHEN HE PULLED HER HAIR. HE PULLED HER HAIR, SADLY, A LOT.

Q.      AND HE HAD A LONG HISTORY OF EAR INFECTIONS AS WELL, CORRECT?

A.      I MEAN, HE HAS A HISTORY OF MANY THINGS.  YOU KNOW, I WAS NOT HIS GENERAL PEDIATRICIAN, I WAS HIS DEVELOPMENTAL PEDIATRICIAN.  SO I DIDN'T TREAT EAR INFECTIONS IN ALEX.

Q.      YOU PREPARED A REPORT IN THIS MATTER, DID YOU NOT?

A.      YES.

Q.      OKAY.  AND I HAVE A COPY HERE.

MR. KRISTOFCO:  I WILL MARK THIS AS

DEFENDANT'S EXHIBIT 2.

BY MR. KRISTOFCO:

Q.      IS THAT A COPY OF THE REPORT YOU PREPARED IN CONNECTION WITH THIS MATTER?

A.      I HAVE NOT SEEN THIS IN A LONG TIME, SO I DON'T -- I AM JUST LOOKING AT IT.

Q.      BY ALL MEANS, TAKE A MINUTE TO LOOK AT IT.  I REALIZE IT HAS BEEN A NUMBER OF YEARS SINCE THIS WAS CREATED.

A.      I MEAN, IT LOOKS LIKE -- I HAVE NOT SEEN IT IN A LONG TIME.  I DON'T KNOW.

Q.      DO YOU RECALL PROVIDING TESTIMONY AT THE DUE PROCESS HEARING THAT WAS CONDUCTED CONCERNING ALEX'S EDUCATION?

A.      YES.

Q.      OKAY.  AND THE TESTIMONY YOU PROVIDED DURING THAT DUE PROCESS HEARING WAS TRUE AND CORRECT, CORRECT?

A.      YES.

Q.      LET ME ASK YOU A LITTLE BIT ABOUT YOUR QUALIFICATIONS.

YOU DO NOT HAVE ANY EDUCATIONAL DEGREES IN SPEECH-LANGUAGE PATHOLOGY, CORRECT?

A.      NO, BUT I ROUTINELY HAVE TRAINED -- WHEN I TRAINED AT CHILDREN'S HOSPITAL OF BOSTON, ALL OF OUR ASSESSMENTS WERE INTERDISCIPLINARY.  AND AT EINSTEIN,

OUR ASSESSMENTS WERE INTERDISCIPLINARY WITH THE SPEECH-LANGUAGE PATHOLOGIST.  SO I AM NOT FORMALLY TRAINED IN SPEECH AND LANGUAGE PATHOLOGY, BUT I HAVE WORKED FOR A PROLONGED PERIOD OF TIME IN INTERDISCIPLINARY.  AND THAT WOULD HAVE BEEN ONE OF THE PROFESSIONALS THAT I WORKED WITH.

AND ALSO, DEVELOPMENTAL AND BEHAVIORAL PEDIATRICIANS, AS PART OF AN AUTISM ASSESSMENT, WE DO LOOK AT USING OTHER FORMS OF TOOLS, LIKE THE ADOS, TO LOOK AT SOME ASPECTS OF COMMUNICATION.

SO WHILE I AM NOT A SPEECH-LANGUAGE PATHOLOGIST, I AM NOT COMPLETELY SPEECH-LANGUAGE PATHOLOGY NAIVE.

Q.    YOU SAID YOU WERE NOT FORMALLY TRAINED AS A SPEECH-LANGUAGE PATHOLOGIST.

WHEN IS THE LAST TIME YOU HAD ANY TRAINING IN SPEECH-LANGUAGE PATHOLOGY THROUGH THOSE ROTATIONS THAT YOU MENTIONED?

A.    PROBABLY WHEN I WORKED AT EINSTEIN.  I WORKED WITH THE SPEECH-LANGUAGE PATHOLOGIST IN OUR AUTISM PROGRAM.

Q.    AND YOU DON'T HOLD ANY STATE OR GOVERNMENTAL LICENSURE AS A SPEECH-LANGUAGE PATHOLOGIST, CORRECT?

A.    NO.

Q.    YOU DON'T HOLD YOURSELF OUT AS A SPEECH-LANGUAGE

PATHOLOGIST?

A.      NO.

Q.      YOU DON'T HAVE A CERTIFICATE OF CLINICAL COMPETENCE FROM THE AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION?

A.      I DON'T.

Q.      YOU HAVE NOT PUBLISHED ANY PEER REVIEWED RESEARCH IN THE FIELD OF SPEECH-LANGUAGE PATHOLOGY?

A.      NO.

Q.      AND YOU HAVE NOT TAUGHT ANY SPEECH-LANGUAGE PATHOLOGY CLASSES, CORRECT?

A.      WELL, I HAVE PRESENTED ON SPEECH-LANGUAGE PATHOLOGY IN THE CONTEXT OF AUTISM.  AND IT'S THE ROLE OF THE DEVELOPMENTAL AND BEHAVIORAL PEDIATRICIAN TO BE FAMILIAR WITH OCCUPATIONAL THERAPY, PHYSICAL THERAPY AND SPEECH-LANGUAGE PATHOLOGY IN TERMS OF UNDERSTANDING HOW THEY INTERPLAY WITH AUTISM.

Q.      SO DOES THAT MEAN YOU HAVE NOT TAUGHT ANY SPEECH-LANGUAGE PATHOLOGY CLASSES?

A.      NO.

Q.      AND THE PLACES WHERE YOU HAVE LECTURED, YOU HAVE BEEN BROUGHT INTO A CLASS TO LECTURE ABOUT AUTISM, CORRECT?

A.      YES.

Q.      AND YOU HAVE NOT BEEN TRAINED IN SPELLING TO

COMMUNICATE, CORRECT?

A.      NO.

Q.      WHAT INFORMATION DID YOU GATHER TO PREPARE YOUR
EXPERT REPORT?

A.      I MEAN, I DON'T REMEMBER WHEN I PREPARED THIS,
BUT IT LOOKS LIKE, YOU KNOW, I -- I MEAN, I WOULD HAVE
TO REALLY LOOK AT IT.  I DIDN'T SEE THIS BEFORE I CAME
TODAY, AND I HAVE NOT LOOKED AT IT IN A NUMBER OF YEARS.
BUT IT LOOKS LIKE SOME OF IT TALKS ABOUT MY EXPERIENCE
AND TRAINING, AND SOME OF IT TALKS ABOUT SOME OF THE
WORK THAT I DID.  SOME OF IT TALKS ABOUT MY EXPERIENCES
WITH ALEX AND PARTICIPATING IN THE COMMUNITY PROGRAMS
AND THE PRESENTATION THAT WE GAVE TOGETHER.  I GUESS
THAT'S IT.

Q.      ANYTHING ELSE?

A.      I MEAN, IT LOOKS LIKE THERE'S SOME ARTICLES.
LOOKS LIKE THERE IS SOMETHING ABOUT STEREOTYPE BIAS
HERE.  THERE IS SOMETHING ABOUT EPIGENETICS IN HERE.

Q.      DID YOU CONDUCT ANY EXAMINATIONS OF ALEX TO COME
TO YOUR -- THE OPINIONS THAT YOU HAVE EXPRESSED IN THE
REPORT MARKED AS D2?

A.      THAT'S THIS?

YEAH, I HAVE SEEN ALEX IN MULTIPLE
CONTEXTS, BOTH IN THE COMMUNITY WHEN GIVING
PRESENTATIONS WITH HIM AND IN MY OFFICE.

Q.      WHEN WAS THE LAST TIME YOU EXAMINED ALEX?

A.      I MEAN, PRIOR TO HIM TRANSITIONING TO MARY STEVENS, SO IT WOULD HAVE BEEN A LONG TIME AGO.

THE COURT:  YOU MEAN PRIOR TO THIS EXHIBIT 2 THAT WE SAW?

THE WITNESS:  YES.

THE COURT:  SO THE DATE OF THAT IS APRIL 16, 2019.

THE WITNESS:  YES.

THE COURT:  BUT YOU WORKED WITH HIM SINCE THIS DATE?

THE WITNESS:  I MEAN, HE HAS PARTICIPATED IN COMMUNITY PROGRAMS THAT I HAVE HAD, OR I THINK WE GAVE THAT TALK.

I'M GOING TO BE TOTALLY HONEST, I DON'T REMEMBER THE EXACT TIMING AROUND THIS TIME BECAUSE MY HUSBAND --

THE COURT:  YOU WERE GOING THROUGH A PERSONAL SITUATION.

THE WITNESS:  I'M SORRY, IT'S JUST THAT I DON'T REMEMBER DATES AS WELL.

BY MR. KRISTOFCO:

Q.      IT'S FAIR TO SAY THAT THE LAST TIME YOU ACTUALLY EXAMINED ALEX WAS SOME TIME PRIOR TO APRIL OF 2019?

A.      I THINK SO.

Q.      OKAY.  AND DID YOU CONDUCT ANY TESTING OF ALEX
TO PREPARE YOUR REPORT?

A.      A DEVELOPMENTAL AND BEHAVIORAL PEDIATRICIAN DOES
NOT ALWAYS DO TESTING.  SOMETIMES WE INTERACT WITH THE
PATIENT.

Q.      IS THAT A NO?

A.      THERE WAS NO FORMAL ASSESSMENT.

Q.      SO WAS THERE AN INFORMAL TESTING THAT YOU DID OF
ALEX IN ORDER TO PREPARE YOUR REPORT?

A.      YES, I SPOKE TO HIM AND WE INTERACTED WITH HIM
IN THAT WAY.

Q.      DID YOU CONDUCT ANY TESTING OF SPELLING TO
COMMUNICATE TO PREPARE YOUR REPORT?

A.      IN HAVING A CONVERSATION WITH HIM AND WITH HIS
COMMUNICATION PARTNER, WHICH WAS HIS MOM.  I GUESS THAT
WAS AN INFORMAL INTERACTION.

Q.      I'M NOT ASKING ABOUT AN INTERACTION.  I AM
ASKING YOU WHETHER YOU CONDUCTED ANY TESTING OF WHETHER
THE SPELLING TO COMMUNICATE METHODOLOGY WORKS IN ORDER
TO PREPARE YOUR REPORT?

A.      NO, I DID NOT DO FORMAL TESTING.

Q.      HAVE YOU EVER CONDUCTED ANY TESTING OF WHETHER
SPELLING TO COMMUNICATE WORKS FOR ALEX?

A.      NO.

Q.      DID YOU DO ANY RESEARCH ON WHETHER SPELLING TO

COMMUNICATE IS A GENERALLY ACCEPTED METHODOLOGY IN ORDER TO PREPARE YOUR REPORT?

A.    I WOULD HAVE TO LOOK AT THIS REPORT TO SAY EXACTLY WHAT I LOOKED AT.  I GUESS WHEN I WAS INTERACTING WITH HIM, A LOT OF WHAT WE DO AND WHAT TESTS, LIKE THE ADOS, ARE BUILT ON ARE OBSERVATION AND EXPERIENCE WITH THE PATIENT.  I SPOKE WITH OTHER PEOPLE THAT WORKED WITH HIM, LIKE SUSAN CHAPLICK AND ANNE ROBBINS AND DR. GHAFFARI, TO MAKE SURE THAT WHAT I WAS SEEING REFLECTED WHAT THEY WERE SEEING AS WELL.

I WILL SAY THAT I THINK THERE WERE ARTICLES BY JASWEL WHERE HE LOOKED AND IT SHOWED THAT EYE TRACKING, WHEN PEOPLE ARE SPELLING TO COMMUNICATE, THEIR EYES ARE LOOKING AT THE WORD, AT THE LETTERS AS THEY -- AND I WILL SAY THAT SINCE THEN, THERE ARE SEVERAL SELF-ADVOCATES THAT ARE SPELLING TO COMMUNICATE THAT ARE PART OF -- THAT ARE GOING TO COLLEGE THAT ARE ON THE SELF-ADVOCATE BOARD OF THE AUTISM BOARD OF THE SOCIETY OF AMERICA.

Q.    AND THAT'S THE RESEARCH THAT YOU DID AS TO WHETHER THE SPELLING TO COMMUNICATE WAS AN ACCEPTED METHODOLOGY?

A.    I LOOKED AT THE LITERATURE THAT EXISTED AT THAT POINT, AND I CONTINUED TO LOOK AT ONGOING LITERATURE.

Q.    NOW, IN YOUR REPORT, YOU DO NOT GIVE AN OPINION

THAT ALEX HAS APRAXIA, CORRECT?

A.      I MAY NOT HAVE.

Q.      OKAY.  IN YOUR REPORT, YOU DO NOT PROVIDE ANY SCIENTIFIC OR MEDICAL OPINION AS TO WHY SPELLING TO COMMUNICATE WORKS FOR ALEX, CORRECT?

A.      I DON'T KNOW WHY IT WORKS FOR HIM.  I DON'T KNOW WHY LOTS OF THINGS WORK, BUT I STILL BELIEVE THAT IT DOES WORK FOR HIM.

Q.      NOW, DURING THE DUE PROCESS HEARING WHEN YOU TESTIFIED, AND I CAN SHOW YOU THE TESTIMONY IF YOU WOULD LIKE, BUT YOU SAID, I CANNOT SAY SPECIFICALLY WHY HAVING SOMEBODY BESIDE HIM HOLDING THE BOARD HELPS HIM COMMUNICATE.

IS THAT STILL YOUR OPINION TODAY?

A.      I MEAN, I CAN HYPOTHESIZE AS TO WHY THAT'S THE CASE.  I THINK IT'S SORT OF THE CASE FOR A LOT OF US. AND WHEN WE HAVE -- IF I HAD A PERSON AT A BASKETBALL GAME THAT LOOKS TO THE STANDS AND SEES HIS PARENTS AND THEN MAKES A LAYOUT VERSUS SEEING THAT THEY ARE NOT THERE AND DOESN'T.  YOU KNOW WHAT I MEAN?  I DON'T HAVE AN ACTUAL METHOD.  I COULD HYPOTHESIZE.  BUT AGAIN, I DON'T KNOW WHY A LOT OF THINGS WORK OR HOW, BUT I STILL KNOW THAT THEY DO.

Q.      THOSE HYPOTHESES, YOU HAVE NOT TESTED ANY OF THEM?

A.      NO.

Q.      AND YOU ALSO TESTIFIED AT THE DUE PROCESS HEARING THAT, SCIENTIFICALLY, I DON'T KNOW WHY THIS IS WORKING FOR HIM.

IS THAT STILL THE CASE?

A.      THAT'S STILL THE CASE.  BUT I ALSO DON'T KNOW WHY PEOPLE HAVE AUTISM, AND A LOT OF PEOPLE HAVE BEEN STUDYING THAT.  AND I DON'T KNOW WHY IT PRESENTS DIFFERENT WAYS IN DIFFERENT PEOPLE, BUT IT STILL PRESENTS THAT WAY.

Q.      IF YOU COULD TURN TO PAGE 7 OF DEFENDANT'S EXHIBIT 2.

ON PAGE 7, YOU SAY, BASED ON MY OBSERVATIONS AND CLINICAL JUDGMENT, THE LETTER BOARD IS EFFECTIVE COMMUNICATION FOR ALEX.

IT'S THE SECOND SENTENCE IN THE FIRST FULL PARAGRAPH THERE ON PAGE 7.  DO YOU SEE THAT?

A.      MM-HMM.

Q.      NOW, WHEN YOU SAY THE LETTER BOARD IS EFFECTIVE COMMUNICATION FOR ALEX, DO YOU MEAN JUST THE LETTER BOARD BY ITSELF OR DO YOU MEAN THE WHOLE SPELLING TO COMMUNICATE METHODOLOGY?

A.      I GUESS FOR MY PERSPECTIVE, THEY ARE THE SAME.

Q.      OKAY.  SO FROM YOUR PERSPECTIVE, IT'S THE SAME THING IF YOU PUT A LETTER BOARD ON THE TABLE IN FRONT OF

ALEX VERSUS IF SOMEBODY HOLDS THE BOARD?

A.      NO, I THINK ALEX NEEDS A COMMUNICATION PARTNER.

Q.      SO YOUR OPINION THEN IS THAT YOU BELIEVE THAT THE LETTER BOARD WITH THE COMMUNICATION PARTNER IS EFFECTIVE COMMUNICATION FOR ALEX?

A.      YES.

Q.      AND WHAT IS THE DEFINITION OF AN EFFECTIVE COMMUNICATION?

A.      I DON'T HAVE A SPECIFIC DEFINITION, BUT FOR ALEX I WILL SAY HE CAN USE THE LETTER BOARD AND ASK FOR SOMETHING.  AND WHEN HE GETS IT, HE AGREES THAT'S WHAT HE WANTED AND HE USES IT.  SO INASMUCH AS COMMUNICATION IS GETTING YOUR NEEDS MET OR COMMUNICATING A THOUGHT OR, YOU KNOW -- - AND HAVING A RECIPROCAL CONVERSATION WITH ALEX USING THE LETTER BOARD, I'VE HAD A QUESTION; HE'S ANSWERED.  I'VE SAID SOMETHING BASED ON HIS ANSWER; HE HAS SAID SOMETHING BASED ON WHAT I ASKED.  DO YOU KNOW WHAT I MEAN?  I FEEL LIKE IT'S COMMUNICATION.

Q.      SO IN USING THAT PHRASE IN YOUR REPORT, YOU DID NOT MEAN EFFECTIVE COMMUNICATION AS THAT PHRASE IS USED UNDER THE AMERICANS WITH DISABILITIES ACT?

A.      I'M NOT COMPLETELY FAMILIAR WITH EXACTLY HOW IT IS USED IN THE AMERICANS WITH DISABILITIES ACT.  BUT FOR ME, INASMUCH AS ALEX WAS COMMUNICATING HIS THOUGHTS AND NEEDS, I FELT LIKE HE WAS.

Q.    WHY DID YOU USE THE PHRASE "EFFECTIVE COMMUNICATION" AT ALL IN YOUR REPORT?

A.    BECAUSE THAT WAS MY PERSPECTIVE.

Q.    OKAY.  ARE YOU AWARE THAT TO BE EFFECTIVE, AN AID OR A SERVICE MUST BE PROVIDED IN SUCH A WAY TO PROTECT THE PRIVACY AND INDEPENDENCE OF THE INDIVIDUAL WITH THE DISABILITY?

A.    I WAS NOT SPECIFICALLY AWARE OF THAT NUANCE, NO.

Q.    USING THE LETTER BOARD AND COMMUNICATION PARTNER, IT'S TRUE THAT ALEX CANNOT HAVE A PRIVATE CONVERSATION WITH HIS DOCTOR, CORRECT?

A.    I GUESS NOT.

Q.    AND USING THE LETTER BOARD AND COMMUNICATION PARTNER, IT'S TRUE THAT ALEX IS ALWAYS RELYING UPON THE PRESENCE OF A THIRD PERSON TO COMMUNICATE, CORRECT?

A.    AT THIS TIME.

Q.    YOU SAY, "AT THIS TIME."

ALEX HAS BEEN USING SPELLING TO COMMUNICATE OVER SEVEN YEARS, AND HE IS STILL NOT ABLE TO COMMUNICATE INDEPENDENTLY, CORRECT?

A.    BUT THAT'S NOT UNLIKE OTHER PEOPLE THAT HAVE USED SPELLING TO COMMUNICATE THAT HAVE TAKEN MANY, MANY, MANY YEARS TO COMMUNICATE INDEPENDENTLY.  AND ALEX HAS ALSO HAD A LOT OF OTHER HEALTH ISSUES, INCLUDING INCAPACITATING MIGRAINE HEADACHES AND OTHER ISSUES.  AND

THERE HAS ALSO BEEN COVID, WHICH HAS IMPACTED A LOT OF PEOPLE.

Q.    JUST TO MAKE SURE THE RECORD IS CLEAR, ALEX HAS BEEN USING SPELLING TO COMMUNICATE FOR OVER SEVEN YEARS, AND HE IS STILL NOT ABLE TO COMMUNICATE INDEPENDENTLY, CORRECT?

A.    THAT'S MY UNDERSTANDING.

Q.    AND ISN'T IT TRUE THAT THE OPINION THAT YOU PROVIDE IN YOUR REPORT, THAT THIS LETTER BOARD AND COMMUNICATION PARTNER IS EFFECTIVE COMMUNICATION FOR ALEX IS BASED EXCLUSIVELY ON THE FACT THAT YOU HAVE SEEN IT AND BASED ON WHAT YOU HAVE SEEN YOU BELIEVE THAT IT WORKS?

A.    IT'S ALSO BASED ON MY INTERACTIONS WITH THE OTHER PROVIDERS THAT CARE FOR HIM.  AND WHEN I SEE IT, THERE IS NO NOBODY MOVING THE BOARD, THERE IS NOBODY TOUCHING HIM.  SO I DON'T KNOW WHY -- WHAT ELSE COULD EXPLAIN THAT HE IS SPELLING WORDS AND SENTENCES.

Q.    WHO ARE THE OTHER PROVIDERS THAT YOU MENTIONED?

A.    DR. GHAFFARI, SUSAN CHAPLICK, ANNE ROBBINS.

Q.    SO BECAUSE THE OTHER PEOPLE BELIEVE IT WORKS, THAT BOLSTERED YOUR BELIEF THAT IT WORKS?

A.    IT'S NOT THAT IT BOLSTERS, BUT IT'S HELPFUL.  I MEAN, THAT'S NOT MY OPINION, IT'S NOT BASED ON THEIR OPINION.  BUT WHEN PROVIDERS GENERALLY AGREE

INDEPENDENTLY, THAT'S SORT OF NICE.

Q.    WELL, LET'S JUST TALK ABOUT WHAT YOUR OPINION IS BASED ON.

IS YOUR OPINION BASED ON ANYTHING OTHER THAN THE FACT THAT YOU HAVE SEEN IT IN ACTION AND YOU BELIEVE IT WORKS?

A.    YES, THAT'S WHAT IT'S BASED ON.  I HAVE SEEN IT IN ACTION AND I BELIEVE IT WORKS.

Q.    WOULD YOU AGREE WITH ME THAT THERE'S A DIFFERENCE BETWEEN SCIENCE AND BELIEF?

A.    SURE.

Q.    AND WHAT FACTS OR DATA IS THE OPINION THAT YOU HAVE GIVEN IN YOUR REPORT ABOUT EFFECTIVE COMMUNICATION BASED UPON?

A.    WELL, WHEN ALEX TOUCHES THE LETTERS AND NO ONE IS TOUCHING HIM AND NOBODY IS TOUCHING THE BOARD, HE SPELLS WORDS.  HE FUNCTIONALLY ANSWERED QUESTIONS THAT I ASKED HIM.  HE CONVEYED THINGS ABOUT HIMSELF THAT OTHER PEOPLE DID NOT KNOW.  HE WAS ABLE TO REQUEST THINGS AND INDICATE THAT REQUESTING THEM HAS LED TO HIM GETTING WHAT HE WANTS WHEN PEOPLE LISTEN.  AND ALSO, HIS BEHAVIORS CHANGED BECAUSE HE WAS NOT QUITE AS FRUSTRATED.  NOT EVERY DAY, NOT ON THE WHOLE, BUT TO SOME DEGREE BASED ON HIS COMMUNICATION.

Q.    IS IT FAIR TO SAY THAT EVERYTHING THAT YOU

DISCUSSED ABOUT ALEX IN YOUR REPORT FROM 2017 ON, YOU LEARNED THROUGH HIM COMMUNICATING WITH THE LETTER BOARD AND COMMUNICATION PARTNER?

A.      I THINK SO.  I DON'T REALLY -- IT'S HARD TO PUT MYSELF -- IT WAS A NUMBER OF YEARS AGO.

I WOULD NOT SAY EVERYTHING, BECAUSE I DO ALSO GET INFORMATION FROM OTHER PEOPLE.  BUT I BELIEVE IN TERMS OF HIS COMMUNICATION THAT THAT WAS HIM.

Q.      YOU WOULD AGREE WITH ME THAT THE BASIS FOR YOUR OPINION, THE FACT THAT YOU SAW AND BELIEVE IT WORKS, IS SOMETHING THAT IS NOT TESTABLE, CORRECT?

A.      I THINK THAT MIGHT BE TRUE, BUT I THINK A LOT OF THINGS ARE NOT TESTABLE.

Q.      SO, ON PAGE 6 OF YOUR REPORT, IT'S THE FIRST SENTENCE OF THE SECOND PARAGRAPH.  YOU SAY, WHEN ALEX BEGAN TO COMMUNICATE WITH A LETTER BOARD AND COMMUNICATION PARTNER, I LOOKED FOR ANY POSSIBLE WAY THAT THIS MIGHT NOT BE HIS OWN VOICE AND FOUND NONE.

DO YOU SEE THAT?

A.      I'M SORRY, WHAT PAGE WAS THAT?

Q.      PAGE 6.

A.      WHERE IS IT?

Q.      THE SECOND FULL PARAGRAPH.

A.      SORRY, OKAY.  OKAY.

Q.      I WILL READ THE SENTENCE AGAIN.

IT SAID, WHEN ALEX BEGAN TO COMMUNICATE WITH THE LETTER BOARD AND COMMUNICATION PARTNER, I LOOKED FOR ANY POSSIBLE WAY THAT THIS MIGHT NOT BE HIS OWN VOICE AND FOUND THAT.

DO YOU SEE THAT?

A.    YES.

Q.    WHAT SPECIFICALLY DID YOU LOOK FOR?

A.    I LOOKED FOR SOMEBODY TOUCHING HIM, SOMEBODY MOVING THE BOARD, SOMEBODY SAYING LETTERS THAT HE WAS NOT POINTING TO.

Q.    DID YOU CONDUCT A MESSAGE PASSING TEST?

A.    NO.

Q.    DID YOU SHOW ALEX A PICTURE THAT THE COMMUNICATION PARTNER COULD NOT SEE AND THEN ASK ALEX QUESTIONS ABOUT THE PICTURE?

A.    NO, BUT IT'S NOT MY JOB TO UNDERMINE HIS LEVEL OF COMMUNICATION.  I HAVE A THERAPEUTIC RAPPORT WITH HIM, SO IT WASN'T THAT I WAS TESTING HIM, THAT WOULD HAVE ERODED THE TRUST.  I WAS WATCHING HIM.  NOBODY WAS MOVING THE BOARD, NOBODY WAS TOUCHING HIM, AND HE WAS TOUCHING THE LETTERS THAT WERE SPELLING THE WORDS.  I DON'T TEST MY PATIENTS TO DISCREDIT THEM OR TO SORT OF EXPRESS A DISBELIEF IN WHAT THEY ARE DOING OR NOT DOING.

SO THAT WOULD BE THE PURPOSE OF DOING A MESSAGE PASSING TEST, AND I DON'T KNOW THAT THERE WOULD

HAVE BEEN A PURPOSE OR NEED TO HAVE DONE THAT.  BASED ON WHAT I SAW, I FELT CONVINCED HE WAS COMMUNICATING.

Q.      SO IS IT FAIR TO SAY THAT FOR THE PURPOSES FOR WHICH YOU WERE TREATING ALEX, IT WAS NOT IN YOUR INTEREST TO CHALLENGE WHETHER THIS SYSTEM ACTUALLY WORKED?

A.      I DON'T REALLY THINK THAT'S FAIR TO SAY, ACTUALLY.  MY GOAL IS NOT TO CHALLENGE MY PATIENTS, IT'S TO OBSERVE THEM.  I USE MY 25 YEARS OF CLINICAL EXPERIENCE ON WHAT IS HAPPENING AND MY INTERRELATIONSHIP WITH PEOPLE FROM OTHER DISCIPLINES TO LOOK AT WHAT IS HAPPENING.  AND BASED ON WHAT I WAS SEEING, I FELT LIKE HE WAS COMMUNICATING AND I DIDN'T REALLY FEEL A NEED TO SORT OF SAY, OH, ALEX, I DOUBT YOU.  I'M GOING TO TRY TO PROVE THAT YOU ARE NOT COMMUNICATING.  IT JUST DIDN'T SEEM --

Q.      WELL, IF --

A.      -- MEANINGFUL TO DO THAT.

Q.      SORRY.

        IF THIS ISN'T TRULY ALEX'S VOICE COMING THROUGH THE LETTER BOARD, ISN'T THAT SOMETHING THAT YOU WOULD WANT TO KNOW?

A.      I FELT LIKE IT WAS HIS VOICE BASED ON MY EXPERIENCE AND WATCHING HIM.  SO I DO FEEL LIKE I KNOW THAT, FIRST OF ALL.

AND SECOND OF ALL, MY GREATER FEAR WOULD BE TO SAY THAT SOMEBODY WHO IS COMMUNICATING IS NOT COMMUNICATING.  TO SILENCE SOMEBODY BY SAYING THAT THEY ARE NOT COMMUNICATING AND GOING AFTER THEM AS IF I'M GOING TO DOUBT YOU AND I'M GOING TO PROVE THAT YOU ARE NOT COMMUNICATING, THAT'S NOT A PERSPECTIVE THAT A CLINICIAN TAKES.

AND I WOULD BE TERRIFIED IF SOMEBODY WERE ACTUALLY COMMUNICATING, EVEN IF IT WERE ONE PERSON, BY USING THIS LETTER BOARD, I WOULD BE TERRIFIED OF SILENCING THEM.  I WOULD THINK THAT THAT WOULD BE FAIRLY HORRIFYING.

Q.    AND IT WOULD BE WORTH IT TO ALLOW PEOPLE WHO WERE NOT REALLY COMMUNICATING TO CONTINUE TO BELIEVE SO JUST SO YOU DIDN'T SILENCE THAT ONE PERSON?

A.    WELL, IN MY EXPERIENCE, THE PEOPLE WHO IT DID NOT WORK FOR DID NOT CONTINUE IT.

Q.    I GUESS IT'S FAIR TO SAY THAT YOU DIDN'T ASK ALEX A QUESTION OUTSIDE THE PRESENCE OF THE COMMUNICATION PARTNER AND SEE IF ALEX COULD ANSWER THE QUESTION WHEN THE PERSON CAME BACK?

A.    NO, THERE WOULD BE NO PURPOSE.  THAT WOULD BE SET UP TO SORT OF SAY TO HIM, I DON'T BELIEVE YOU ARE COMMUNICATING, SO I AM GOING TO TRY TO TRICK YOU TO SEE IF THIS IS REAL.  THAT'S JUST NOT WHAT A CLINICIAN DOES

TO A PATIENT.

Q.      HOW IS THAT TRICKING HIM?

A.      IT'S NOT TRICKING HIM, BUT IT'S SORT OF TESTING. IT WOULD BE LIKE I AM GOING TO SET YOU UP AND SEE IF THIS IS REAL.  FROM WHAT I WAS SEEING, IT FELT REAL.  SO TO PUT HIM IN A SITUATION WHERE THE POINT -- THE PERSPECTIVE WAS, I DOUBT YOU, DIDN'T SEEM -- DIDN'T EVEN OCCUR TO ME BECAUSE I WAS CONVINCED FROM WATCHING HIM THAT IT WAS HIS COMMUNICATION.  SO IT WOULD NOT HAVE OCCURRED TO ME TO DO THAT, BECAUSE I WAS WATCHING HIM, AND IT FELT LIKE SPONTANEOUS, REAL COMMUNICATION.

Q.      ISN'T TESTING PART OF THE SCIENTIFIC METHOD?

A.      YES, BUT I WAS NOT A SCIENTIST STUDYING ALEX, I WAS HIS CLINICIAN.

Q.      I GUESS IT'S FAIR TO SAY THAT THE METHOD THAT YOU USED TO ARRIVE AT YOUR OPINION, THE, I HAVE SEEN IT AND BASED ON MY OBSERVATION I BELIEVE IT WORKS, THAT METHODOLOGY HAS NOT BEEN PEER REVIEWED, CORRECT?

A.      WELL, I THINK THERE ARE MORE STUDIES OF PEOPLE USING A LETTER BOARD OR SPELLING TO COMMUNICATE.  AND MORE AND MORE -- WE ARE SEEING MORE AND MORE DATA TO SUPPORT IT AS A FORM OF FUNCTIONAL COMMUNICATION.  NOT FOR EVERYONE, BUT FOR A LOT OF PEOPLE.

Q.      THAT WAS NOT MY QUESTION.

MY QUESTION WAS:  THE METHODOLOGY THAT

YOU USED TO ARRIVE AT YOUR OPINION, THAT METHODOLOGY OF, I HAVE SEEN IT AND I BELIEVE THAT IT WORKS BASED ON MY OBSERVATION, THAT HAS NOT BEEN PEER REVIEWED?

A.     IT IS -- THAT'S WHAT DOCTORS DO.  I MEAN, THAT'S WHAT DOCTORS DO.  THEY USE WHOLE BODY, LISTENING TO WATCH WHAT PATIENTS DO.  SO EVEN IF SOMEBODY HAD SOME KIND OF A MEDICAL CONDITION, YOU WATCH HOW THEY ARE MOVING THEIR BODY; YOU LISTEN TO WHAT THEY ARE SAYING; YOU MIGHT EVEN WATCH THE PEOPLE AROUND HIM, BECAUSE THE TRUTH IS, WE ARE KIND OF INTERDEPENDENT.  SO YOU WOULDN'T INCORPORATE THE PERSPECTIVE OF SOMEBODY ELSE. I DON'T KNOW WHY SOMEBODY WITH A DEVELOPMENTAL DISABILITY SHOULD BE EXPECTED TO BE LESS INTERDEPENDENT THAN THE REST OF US.  BUT THAT'S A PART OF THE ART OF MEDICINE.  THAT'S WHAT YOU DO.  AND YOU DON'T TEST IT SCIENTIFICALLY EVERY TIME YOU SEE A PATIENT.  YOU HAVE EXPERIENCE AND BACKGROUND, AND THAT'S WHAT YOU DO.

Q.     THE OBSERVATION PIECE THAT A DOCTOR USES IS PART OF AN OVERALL EVALUATION OF A PATIENT, CORRECT?

A.     YES.

Q.     SO YOU GATHER ACTUAL DATA WHEN YOU EXAMINE THE PATIENTS.  YOU MIGHT TEST THEIR BODY BY PRESSING ON PARTS OF IT; YOU MIGHT TAKE THEIR TEMPERATURE; YOU MIGHT TAKE THEIR BLOOD PRESSURE; YOU MIGHT TAKE TESTS, LIKE X-RAYS OR SOME OTHER FORM OF EXAMINATION.  BUT THE

OBSERVATION PART THAT YOU ARE TALKING ABOUT IS PART OF THE OVERALL EXAMINATION PROCESS, CORRECT?

A.      THE PRACTICE OF MEDICINE IS AN ART.  IT'S NOT JUST BASED ON SCIENTIFIC DATA LIKE LABS OR NUMBERS OR SIGNS.

Q.      ARE YOU FAMILIAR WITH THE FACT THAT THE AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION HAS COME OUT WITH A STATEMENT WARNING AGAINST THE USE OF THE METHODOLOGY THAT ALEX USES?

A.      YEAH.  I THINK IT'S HORRIBLE.

Q.      AND YOU ARE AWARE, OF COURSE, THAT THAT IS THE NATIONWIDE ASSOCIATION FOR SPEECH-LANGUAGE PATHOLOGISTS, CORRECT?

A.      YES.  AND I'M ALSO AWARE THAT BARRY PRIZANT, WHO HAS BEEN GIVEN THEIR HIGHEST HONOR, ALSO DISAGREES WITH THEM.  AND MANY OF US WHO ARE CLINICIANS DON'T THINK THAT BLANKET STATEMENT SHOULD BE MADE ABOUT ALL PEOPLE UNDER ALL CIRCUMSTANCES.

SO I DON'T KNOW WHAT TO SAY, BUT I DISAGREE WITH ASHA, AS DO MANY OTHER PEOPLE.

Q.      SO THE FACT THAT THAT STATEMENT HAS BEEN ISSUED, AND THE FACT THAT YOU HAVE SEVERAL PEOPLE WHO ARE -- SEVERAL PATIENTS WHO ARE USING THIS METHODOLOGY, NONE OF THIS HAS LED YOU TO BELIEVE THAT YOU SHOULD, PERHAPS, TEST IT TO SEE IF IT WORKS?

A.        I BELIEVE WHEN I WATCH SOMEBODY, EVEN THOUGH SOMEBODY IS HOLDING THE BOARD, IF THE BOARD IS NOT BEING MOVED AND NO ONE IS TOUCHING THEM, I DON'T -- I MEAN, TO ME THAT'S ENOUGH EVIDENCE THAT IT'S WORKING.  AND I DON'T UNDERSTAND HOW AN ORGANIZATION LIKE ASHA COULD MAKE A GLOBAL STATEMENT ABOUT A WHOLE GROUP, A HETEROGENOUS GROUP NO LESS, AND NOT LOOK AT THEM ONE BY ONE.  I THINK NO RESPONSIBLE CLINICIAN OR MEDICAL PROFESSIONAL OR OTHER PERSON WOULD MAKE A DECISION ON A PERSON WITHOUT SEEING OR INTERACTING WITH THEM PERSONALLY.

MR. KRISTOFCO:  I DON'T HAVE ANY ADDITIONAL QUESTIONS, YOUR HONOR.

THE COURT:  OKAY.  I HAVE A COUPLE OF QUESTIONS.

BY THE COURT:

Q.        SO HE STARTED USING THE LETTER BOARD IN, WHAT, 2017 APPROXIMATELY?

IS THAT YOUR UNDERSTANDING?

A.        I GUESS SO.

Q.        AND HE WAS STILL YOUR PATIENT AT THE TIME HE STARTED?

A.        YES.

Q.        DO YOU KNOW APPROXIMATELY HOW MANY TIMES -- AND I KNOW THAT WAS A DIFFICULT TIME IN YOUR LIFE -- BUT DO

YOU HAVE ANY IDEA APPROXIMATELY HOW MANY TIMES YOU ACTUALLY INTERACTED WITH HIM BETWEEN THAT AND WHEN YOU TRANSFERRED HIM TO DR. STEVENS, WHICH IS IN APRIL 2018?

A.    MAYBE LIKE TEN TIMES.

Q.    OKAY.  SO IT WOULD HAVE BEEN FOR STANDARD VISITS TO YOU, LIKE YOU SAID?

A.    IT WOULD HAVE BEEN VISITS, BUT IT ALSO WOULD HAVE BEEN -- HE ATTENDED, LIKE MANY OF MY PATIENTS DO, MY EVENTS.  SO I RAN EVENTS WITH THE PHILLIES, THE EAGLES ON A REGULAR BASIS THAT HE PARTICIPATED IN.

Q.    OKAY.  AND IS HE STILL AN ADVISOR WITH YOU AT YOUR WORK AT JEFFERSON?

A.    HE HAS NOT.  HE HAS BEEN HAVING A LOT OF MIGRAINES, SO HE HAS NOT REALLY WANTED TO PARTICIPATE RECENTLY.  BUT HE HAS IN THE PAST BEEN COLLABORATING PROFESSIONALLY.

Q.    OKAY.  AND THEN IN TERMS OF -- I THINK WE ARE SORT OF USING INTERCHANGEABLY SPELLING TO COMMUNICATE AND LETTER BOARD.

JUST FOR MY OWN EDIFICATION, I MEAN, OBVIOUSLY SPELLING TO COMMUNICATE HAS THE COMMUNICATION PARTNER, WHICH ALEX USES.  THERE ARE SOME LETTER BOARDS, I SUPPOSE, THAT IS JUST THE LETTER BOARD WHERE A PERSON CAN JUST TOUCH IT WITHOUT HAVING THE COMMUNICATION PARTNER HOLD IT, AND THAT MAY BE THE GOAL AT SOME POINT.

IS THAT CORRECT?

A.   YES.

Q.   OKAY.   THE LETTER BOARDS IN BOTH OF THOSE CASES ARE REALLY THE SAME, RIGHT?

A.   YES.

Q.   IT'S JUST WHETHER SOMEBODY IS HOLDING IT?

A.   YES.

Q.   AND THEN YOUR OTHER STUDENTS, ALEX WAS THE FIRST ONE.  WAS HE YOUR FIRST ONE USING THE LETTER BOARD OR WAS HE THE FIRST ONE USING SPELLING TO COMMUNICATE, MEANING THE COMMUNICATION PARTNER WITH THE LETTER BOARD?

A.   YES.  ALEX HAS TO COMMUNICATE WITH THE LETTER BOARD, YES.

Q.   DO YOU HAVE ANYBODY WHO USES JUST A LETTER BOARD WITHOUT THE COMMUNICATION PARTNER?

A.   NOT IN MY PRACTICE, BUT I --

Q.   BUT YOU ARE AWARE OF THEM?

A.   YES, INCLUDING ON THE SELF-ADVOCATE BOARD OF -- I AM ON THE CLINICAL BOARD OF THE AUTISM SOCIETY OF AMERICA, BUT THERE IS ALSO A SELF-ADVOCATE BOARD.  SO TWO PARTICIPANTS THERE ARE USING --

Q.   DO PEOPLE -- I DON'T KNOW IF YOU KNOW THE ANSWER TO THIS.  OBVIOUSLY EVERY PATIENT IS DIFFERENT, BUT IS IT -- WHAT YOU UNDERSTAND, DO PEOPLE USUALLY START WITH A COMMUNICATION PARTNER AND THEN MOVE DIRECTLY TO NOT

USING A COMMUNICATION PARTNER TO JUST A LETTER BOARD, OR DO SOME PEOPLE GO DIRECTLY TO JUST USING A LETTER BOARD WITHOUT A COMMUNICATION PARTNER?

A.      NO.  IN MY EXPERIENCE AND BASED ON HISTORICALLY ON THE OTHERS WHO HAVE STARTED WITH THE COMMUNICATION PARTNER, IT CAN TAKE YEARS AND YEARS.

AND I ALSO JUST WANT TO SAY THAT THIS IS NOT -- SO, I MEAN, I MENTIONED THAT MY HUSBAND WAS SICK. SO THERE WERE TIMES WHEN I WAS THERE, AND HE WOULD GET INTO REAL TROUBLE, WHERE HE DID BETTER JUST BECAUSE I WAS THERE.  SO --

Q.      WAIT A MINUTE, WHO?  YOU MEAN YOUR HUSBAND?

A.      YES.  SO I AM JUST SAYING THE IDEA THAT SOMEBODY IS THERE DOES NOT IN MY MIND MAKE IT LESS.

Q.      RIGHT, I AGREE WITH YOU.  THAT'S WHY PEOPLE -- AT SCHOOLS, YOU WANT YOUR PARENT TO BE THERE VERSUS WHEN THEY ARE NOT THERE.

A.      YES, YOU PERFORM BETTER.

Q.      SOMETIMES YOU PERFORM WORSE, BUT YES, OFTENTIMES.  I TOTALLY UNDERSTAND WHAT YOU ARE SAYING. THERE IS A COMFORT IN THERE.

OKAY.  BUT I GUESS MY QUESTION IS:  DO YOU EVER HAVE A PATIENT THAT JUST GOES DIRECTLY TO THE LETTER BOARD WITHOUT THE COMMUNICATION PARTNER?

A.      NO, I'VE NEVER SEEN THAT, NO.

Q.      AND SO YOU STOPPED -- WHEN HE TRANSITIONED TO DR. STEVENS, HAVE YOU SEEN ALEX SINCE THEN, OTHER THAN HIM -- I KNOW HE PRESENTED IN MAY OF THAT YEAR WITH YOU AT CHOP?

A.      JUST AT THE CONFERENCES AND THE COMMUNITY EVENTS, YES.

Q.      IN YOUR REPORT I THINK YOU SAID SOMETHING ABOUT THAT YOU MADE RECOMMENDATIONS TO THE PARENTS AND THE DISTRICT ABOUT HIS EDUCATIONAL NEEDS.

A.      YES.

Q.      WAS THAT WHILE HE WAS A PATIENT OF YOURS?

A.      YES.

Q.      UNFORTUNATELY THE MIGRAINES THAT HE HAS TODAY, IS THAT JUST A SYMPTOM OF -- DO YOU KNOW WHAT THE REASON FOR THOSE MIGRAINES IS?

A.      I DON'T THINK WE KNOW IN GENERAL ABOUT THE REASON THAT PEOPLE HAVE MIGRAINES, BUT ALEX HAS HAD A LOT OF PSYCHIATRIC -- THE MIGRAINE -- SOMETIMES ALSO STRESS DOES NOT HELP WITH THAT, DO YOU KNOW WHAT I'M SAYING?

Q.      RIGHT.

A.      SO CAN I SAY THAT'S WHY HE HAS THE MIGRAINES? NO.

        CAN I SAY THAT IT'S HELPED HIM?  MOST DEFINITELY NOT.

BUT HE IS VERY, VERY ANXIOUS.  HE IS A LITTLE DEPRESSED.  HE HAS HAD A LOT OF PSYCHOLOGICAL ISSUES AND MEDICAL-RELATED STUFF.

Q.    OKAY.  HOW WERE YOU ABLE TO REACH THE CONCLUSION THAT YOU DID IN YOUR REPORT THAT WHEN HE WAS FIRST COMMUNICATING WITH THE LETTER BOARD AND COMMUNICATION PARTNER THERE WAS A SIGNIFICANT REDUCTION IN NEGATIVE BEHAVIORS, AND THEN AS THE SCHOOL FAILED TO LET HIM USE THE LETTER BOARD AND COMMUNICATION PARTNER, HE GOT INCREASINGLY ANXIOUS AND ENGAGED IN SELF-INJURIOUS AND AGGRESSIVE BEHAVIORS?

A.    AGAIN, IT WAS A WHILE AGO.  BUT GENERALLY WHEN PEOPLE START TO COMMUNICATE, THEY ARE LESS FRUSTRATED AND THEIR BEHAVIORS IMPROVE.  BUT THEN AS YOU CAN IMAGINE, PEOPLE DON'T BELIEVE THAT YOU ARE COMMUNICATING.  YOU MIGHT HAVE AN INCREASE IN YOUR LEVEL OF FRUSTRATION IF YOU ARE NOT ALLOWED TO COMMUNICATE YOUR CHOSEN WAY ALL DAY.

Q.    CAN YOU TELL ME SPECIFICALLY AND WHAT SPECIFIC NEGATIVE BEHAVIORS YOU WERE FOCUSED ON?

A.    I THINK SOMETIMES HE PULLED HIS MOM'S HAIR.  HE MIGHT HAVE PULLED THE HAIR OF OTHER PEOPLE, I REMEMBER THAT.  SOMETIMES HE WOULD SORT OF GO OFF BY HIMSELF IN A DARK AREA.  THOSE ARE THE THINGS THAT COME TO MIND MOSTLY.

THE COURT:  OKAY.

DO YOU HAVE ANY FOLLOW-UP QUESTIONS?

MS. REIMANN:  I DO NOT.

THE COURT:  OKAY.  DO YOU HAVE ANY FOLLOW-UP QUESTIONS BASED ON WHAT I ASKED?

MR. KRISTOFCO:  NO, YOUR HONOR.

THE COURT:  BEFORE I RELEASE YOU, LET ME TAKE A BRIEF FIVE-MINUTE RECESS AND WE WILL COME RIGHT BACK, OKAY?

(RECESS TAKEN.)

THE COURT:  I HAVE A COUPLE OF FOLLOW-UP QUESTIONS.

BY THE COURT:

Q.    I GUESS I WANT TO CLARIFY THAT DURING YOUR -- WHEN YOU WERE ACTUALLY TREATING ALEX, DID YOU TREAT HIM FOR MIGRAINES AND ANXIETY?

A.    NO, BECAUSE HE HAD DR. GHAFFARI WAS TREATING HIS ANXIETY.

Q.    OKAY.

A.    AND I'M NOT A NEUROLOGIST, SO I DON'T TREAT MIGRAINES.  AND HE IS ON A VERY SOPHISTICATED MIGRAINE REGIMENT.

Q.    EVEN BACK THEN?

A.    I JUST DON'T TREAT MIGRAINES.  BUT NOW HE IS DEFINITELY ON A SOPHISTICATED MIGRAINE REGIMENT.

Q.      RIGHT, TODAY.

I'M TALKING ABOUT BACK IN THE TIMEFRAME BEFORE HE TRANSFERRED TO DR. STEVENS.

A.      I DON'T TREAT MIGRAINES.

Q.      SO WHEN YOU ARE TALKING ABOUT THE NEGATIVE BEHAVIORS, THE AGGRESSIVE BEHAVIORS AND THINGS THAT SUPPOSEDLY WERE HAPPENING WHEN HE WAS NOT ALLOWED TO USE THE LETTER BOARD, WHEN YOU WERE TREATING HIM, IS THAT INFORMATION THAT YOU WERE LEARNING FROM OTHER DOCTORS OR IS THAT WHAT YOU WERE SEEING WHEN HE VISITED YOU AS A PATIENT?

A.      I DIDN'T SEE THAT WHEN HE VISITED ME, NO.  SO A DEVELOPMENTAL PEDIATRICIAN USES SOME INFORMATION WHEN YOU SEE PEOPLE, SOME HISTORY FROM THE FAMILY, SOME HISTORY FROM WHAT HAPPENS AT SCHOOL.

Q.      YOU ARE GATHERING FROM OTHER SOURCES?

A.      YEAH.  AND FROM THE OTHER PROFESSIONAL VISITS, I TRY TO GET AS MUCH INFORMATION AS I CAN SO THAT I HAVE A COMPREHENSIVE PERSPECTIVE ON A PATIENT.

THE COURT:  ALL RIGHT.  I THINK I AM FINISHED.  THANK YOU SO MUCH.

ANYTHING ELSE FROM ANYBODY ELSE?

MR. KRISTOFCO:  NO, YOUR HONOR.

MS. REIMANN:  NO, YOUR HONOR.

THE COURT:  WE CAN GO OFF THE RECORD.

(OFF THE RECORD.)

THE COURT:  WE ARE GOING TO BE READY FOR THE NEXT WITNESS.  LET'S TAKE A FIVE-MINUTE COMFORT BREAK FOR ALL OF YOU, AND THEN WE WILL START IMMEDIATELY WITH THE NEXT WITNESS.

IF WE ARE NOT FINISHED BY THE NEXT WITNESS BY 1 O'CLOCK, WE WILL BREAK AND DO WHAT WE NEED TO DO AT 1 O'CLOCK, OKAY?

(RECESS TAKEN.)

THE COURT:  YOU MAY BE SEATED.  ARE WE READY FOR THE NEXT WITNESS?

MS. REIMANN:  YES, WE ARE.

DR. ROBBINS.

THE COURT:  FOR PURPOSES OF THIS HEARING, IF YOU WANT TO, BUT YOU REALLY DON'T HAVE TO QUALIFY THE PERSON AS AN EXPERT BEFORE ME.  ALL RIGHT?  YOU CERTAINLY NEED TO GO OVER THEIR -- I MEAN, I GUESS UNLESS YOU GUYS HAVE A STIPULATION IN TERMS OF THE BACKGROUND AND EDUCATION.

MS. REIMANN:  OKAY.

THE COURT:  WOULD YOU AGREE WITH THAT ASSESSMENT?

MR. KRISTOFCO:  YES, FOR THE PURPOSE OF THIS HEARING.

THE COURT:  RIGHT.

YOU MAY PUT YOUR COAT THERE AND SO FORTH, BUT COME ON UP TO THE WITNESS STAND.

THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

(PLAINTIFF WITNESS, ANNE ROBBINS, IS SWORN.)

THE DEPUTY CLERK:  PLEASE STATE YOUR NAME FOR THE RECORD AND SPELL YOUR LAST NAME.

THE WITNESS:  ANNE, MIDDLE INITIAL R, ROBBINS, R-O-B-B-I-N-S.

THE DEPUTY CLERK:  THANK YOU.  PLEASE BE SEATED.

THE COURT:  HELLO, DOCTOR, HOW ARE YOU?

THE WITNESS:  GOOD.  HOW ARE YOU?

THE COURT:  GOOD, THANKS.

DIRECT EXAMINATION

BY MS. REIMANN:

Q.    GOOD AFTERNOON, DR. ROBBINS.

HOW DO YOU KNOW ALEX LE PAPE?

A.    I COMPLETED TWO PSYCHOLOGICAL EVALUATIONS WITH ALEX.

Q.    AND WAS THE FIRST ONE IN 2018; IS THAT RIGHT?

A.    2018 WAS THE FIRST ONE; 2021 WAS THE SECOND.

Q.    AND WHEN YOU SAY EVALUATE, WHAT KIND OF EVALUATION DID YOU DO; CAN YOU TELL US A LITTLE BIT MORE

ABOUT THAT?

A.       I WAS ASSESSING CERTAIN ASPECTS OF COGNITIVE ABILITY AND SOME ASPECTS OF ACADEMIC ABILITIES.  AND THE SECOND EVALUATION THERE WAS A LITTLE BIT OF MEMORY TESTING THAT WAS DONE, AND AN ADAPTIVE BEHAVIOR SKILLS WAS COMPLETED.

Q.       AND DO YOU HOLD ANY PROFESSIONAL LICENSES?

A.       I AM LICENSED AS A PSYCHOLOGIST IN PENNSYLVANIA.

Q.       AND DO YOU HOLD A CERTIFICATION IN PENNSYLVANIA, AS WELL?

A.       I AM CERTIFIED AS A SCHOOL PSYCHOLOGIST IN PENNSYLVANIA.

Q.       AND ARE YOU -- AS A SCHOOL PSYCHOLOGIST, ARE YOU QUALIFIED TO WORK AS A PSYCHOLOGIST IN PENNSYLVANIA SCHOOL DISTRICTS?

A.       YES.

Q.       CAN YOU GIVE THE COURT AN OVERVIEW OF YOUR EDUCATIONAL BACKGROUND FROM COLLEGE?

A.       I COMPLETED A BACHELOR OF ARTS IN PSYCHOLOGY AT THE UNIVERSITY OF MICHIGAN WITH A FOCUS ON CLINICAL AND DEVELOPMENTAL PSYCHOLOGY.  I EARNED A MASTER'S DEGREE IN SPECIAL EDUCATION FROM THE OHIO STATE UNIVERSITY WITH A FOCUS ON APPLIED BEHAVIOR ANALYSIS AND MILDLY HANDICAPPED STUDENTS, THAT WAS THE TERM THEN.  AND I COMPLETED A DOCTORAL DEGREE, DOCTOR OF PSYCHOLOGY AT

HAHNEMANN UNIVERSITY INITIALLY AND ULTIMATELY WIDENER UNIVERSITY BECAUSE THE PROGRAM MOVED.

Q.     DID YOU DO ANY POSTDOCTORAL TRAINING?

A.     I WORKED AT NEMOURS AI DUPONT INSTITUTE IN WILMINGTON, DELAWARE.

Q.     AT SOME POINT WERE YOU ON THE MEDICAL STAFF AT DUPONT?

A.     YES.

Q.     AND WHAT WERE YOUR DUTIES AND RESPONSIBILITIES WHEN YOU WERE ON THE MEDICAL STAFF AT DUPONT?

A.     SO, I WORKED IN THE DIVISION OF PHYSICAL MEDICINE AND REHABILITATION.  AND OUR PATIENT POPULATION WAS LARGELY CHILDREN AND ADOLESCENTS WITH TRAUMATIC BRAIN INJURY AND SOME WITH SPINAL CORD INJURY.  THERE WAS INPATIENT TREATMENT; THERE WAS OUTPATIENT TREATMENT. AND I WAS RESPONSIBLE FOR DOING ASSESSMENTS, ONGOING ASSESSMENTS, DISCHARGE ASSESSMENTS, INDIVIDUAL THERAPY, GROUP THERAPY, PARENT CONSULTATION, WORKING WITH A MULTIDISCIPLINARY TEAM TO ADVISE THEM AROUND THE PATIENT'S PROGRESS.  AND THEN ULTIMATELY WHEN APPROPRIATE, WORKING WITH THE SCHOOLS WHEN WE WERE TRANSITIONING PATIENTS BACK TO THEIR HOME COMMUNITIES AND THEIR SCHOOLS.

Q.     AND IN TERMS OF THE -- WHAT WERE -- THE TEAM THAT YOU WORKED WITH, CAN YOU JUST TELL US SORT OF WHAT

THEIR SPECIALTY AREAS WERE?

A.      TYPICALLY THERE WAS THE PHYSIATRIST, WHICH IS THE PHYSICIAN WHO IS IN CHARGE, A SPEECH AND LANGUAGE THERAPIST, OCCUPATIONAL THERAPIST, PHYSICAL THERAPIST, SOCIAL WORK, CHILD LIFE SPECIALIST, MYSELF AND SOMETIMES THE PSYCHIATRIST.

Q.      AND DID YOU USE STANDARDIZED MEASURES WHEN YOU ASSESSED PATIENTS WITH TRAUMATIC BRAIN INJURIES OR SPINAL CORD INJURIES?

A.      YES.

Q.      AND WHAT ARE STANDARDIZED MEASURES?

A.      STANDARDIZED MEASURES ARE MEASURES THAT HAVE BEEN DEVELOPED, AND THEIR ADMINISTRATION IS DONE IN A PRESCRIBED AND CONSISTENT FASHION ACROSS INDIVIDUALS.

Q.      AND WHY DO PSYCHOLOGISTS USE STANDARD MEASURES?

A.      IT ALLOWS FOR CONSISTENCY IN ADMINISTRATION PROCESS AND APPLICATION OF NORMS THAT HAVE BEEN COLLECTED TO ASSESS THE INDIVIDUALS AND COMPARE THEM TO OTHER INDIVIDUALS THEIR AGE.

Q.      AND DO SOME PATIENTS WITH TRAUMATIC BRAIN INJURY THAT YOU HAVE EVALUATED HAVE ALTERED CAPACITY FOR INPUTTING AND OUTPUTTING INFORMATION?

A.      YES.

Q.      CAN YOU GIVE US SOME EXAMPLES OF WHAT IT MEANS TO HAVE ALTERED CAPACITY FOR INPUTTING AND OUTPUTTING

INFORMATION?

A.    SPEECH AND LANGUAGE IS ONE OF THE MOST COMMON ONES.  PEOPLE WITH ALL KINDS OF INJURIES AND DISABILITIES MAY HAVE IMPAIRED EXPRESSIVE OR RECEPTIVE LANGUAGE OR SPEECH WHICH AFFECTS THEIR ABILITY TO TAKE IN AND RESPOND.  INDIVIDUALS WITH MOTOR IMPAIRMENTS OBVIOUSLY WILL HAVE DIFFICULTY PERFORMING TASKS THAT INVOLVE PAPER AND PENCIL OR FINE MOTOR MANIPULATION.

Q.    OKAY.  AND CAN YOU GIVE US SOME EXAMPLES OF HOW FUNCTIONAL IMPAIRMENTS CAN AFFECT STANDARDIZED ASSESSMENTS?

A.    SO INDIVIDUALS LIKE I JUST DESCRIBED WHO HAVE DIFFICULTY WITH SPEECH OR MOTOR FUNCTION, SOMETIMES THEY EITHER CAN'T TAKE SOME OF THE TESTS THAT YOU WANT TO GIVE OR THEIR -- OR YOU HAVE TO MAKE SOME SORT OF ADAPTATION IN ORDER TO ELICIT INFORMATION ABOUT WHAT THEY ARE CAPABLE OF, WHAT THEIR ABILITIES ARE, WHAT THEIR IMPAIRMENTS ARE.

Q.    OKAY.  AND WHAT ARE NORMS IN THE CONTEXT OF STANDARDIZED ASSESSMENTS?

A.    SO NORMS ARE SCORES THAT ARE DERIVED BY A REPRESENTATIVE POPULATION, EITHER BY AGE OR BY GRADE, SOMETIMES BY GENDER.  AND THEY ARE USED FOR THE PURPOSE OF COMPARING ONE INDIVIDUAL'S PERFORMANCE RELATIVE TO A REPRESENTATIVE GROUP.

Q.    OKAY.  AND DID YOU LEAVE DUPONT AT SOME POINT?

A.    YES.

Q.    AND WHEN WAS THAT?

A.    1999.

Q.    AND WHERE DID YOU GO WHEN YOU LEFT DUPONT?

A.    I WENT TO WORK AT THE CHILD STUDY INSTITUTE AT BRYN MAWR COLLEGE, AND I STARTED MY OWN PRACTICE, PRIVATE PRACTICE.

Q.    AND DOES BRYN MAWR CHILD STUDY INSTITUTE STILL EXIST?

A.    NO, THEY HAVE CLOSED.

Q.    AND WHAT WAS -- WHAT DID BRYN MAWR CHILD STUDY INSTITUTE, WHAT DID THEY DO, WHAT WAS THEIR FOCUS?

A.    THEY WERE A CLINIC-ORIENTED SERVICE WITH MANY PSYCHOLOGISTS, SPEECH AND LANGUAGE -- FUSED BETWEEN SPEECH AND LANGUAGE THERAPIST, ECONOMIC FOLKS THAT DID TUTORING THAT PROVIDED SERVICES TO THE COMMUNITY.  SO PEOPLE WOULD COME AND HAVE VARIOUS EVALUATIONS DONE OR TUTORING OR TREATMENT.

Q.    AND WHAT DO YOU DO IN YOUR PRIVATE PRACTICE?

A.    I ADMINISTER COMPREHENSIVE NEUROPSYCHOLOGICAL EVALUATIONS; I WRITE COMPREHENSIVE REPORTS; I CONSULT WITH PARENTS; I CONSULT WITH SCHOOLS.  AND SOME OF THESE EVALUATIONS ARE, YOU KNOW, WITH FAMILIES WHERE I SEE INDIVIDUALS AT DIFFERENT STAGES OF THEIR DEVELOPMENT TO

HELP THE FAMILIES AND THE SCHOOLS MAKE DECISIONS ABOUT PROGRAMMING OR PLACEMENT OR WHATEVER QUESTIONS ARE RELEVANT OR BEING ASKED AT THE TIME.

Q.      AND WHAT IS THE AGE RANGE OF YOUR CLIENTS?

A.      TYPICALLY THEY ARE AS YOUNG AS 4, OCCASIONALLY YOUNGER, AND TYPICALLY THROUGH 22, AS LONG AS THEY ARE IN SCHOOL.  SO I DON'T REALLY DO THE WORK POPULATION.

Q.      AND DO YOU EVALUATE CLIENTS WITH A VARIETY OF DIAGNOSTIC CONDITIONS?

A.      YES.

Q.      AND WHAT ARE SOME OF THOSE DIAGNOSES?

A.      WELL, ATTENTION DEFICIT DISORDERS, LEARNING DISABILITIES, BEHAVIOR DISORDERS, DEVELOPMENTAL DISABILITIES, AUTISM SPECTRUM DISORDERS; SOME -- I DO GET SOME INDIVIDUALS WHO HAVE TBI, MOSTLY THEY GO TO HOSPITAL-BASED PRACTICES.  SOME OTHER MEDICAL CONDITIONS, CHILDREN WITH EPILEPSY OR OTHER CONDITIONS THAT REQUIRE A NEUROPSYCHOLOGICAL EVALUATION.

Q.      AND CAN YOU GIVE US AN ESTIMATE OF THE PERCENTAGE OF YOUR CLIENTS WHO HAVE A DIAGNOSIS OF AUTISM?

A.      I WOULD SAY CLOSE TO 50 PERCENT.

Q.      SO WE JUST TALKED ABOUT THE INPUT AND OUTPUT OF INFORMATION.

CAN THE DIAGNOSIS THAT YOU JUST

IDENTIFIED AFFECT INPUT AND OUTPUT OF INFORMATION?

A.      THEY CAN.

Q.      AND SINCE YOU HAVE BEEN IN PRIVATE PRACTICE, APPROXIMATELY HOW MANY STUDENTS HAVE YOU EVALUATED?

A.      I'M GOING TO SAY SOMEWHERE BETWEEN 750 AND 800.

Q.      AND APPROXIMATELY HOW MANY EVALUATIONS DO YOU DO A YEAR?

A.      WELL, THERE IS PRE PANDEMIC AND POST PANDEMIC. SO PRE PANDEMIC I THINK I WAS DOING 35 A YEAR; POST PANDEMIC I THINK IT'S LESS THAN THAT.

Q.      OKAY.  AND I'M GOING TO SHOW YOU A DOCUMENT THAT WE ARE GOING TO MARK AS PLAINTIFF'S EXHIBIT 3.

            AND IF YOU COULD FIRST LOOK AT THE TOP OF THE PAGE, THE NUMBERING THERE ON PAGE 34 AND 35.

            AND CAN YOU JUST TELL US WHAT THIS DOCUMENT IS OR WHAT THESE PAGES ARE?

A.      THIS IS MY C.V., CURRICULUM VITAE.

Q.      AND DOES THIS ACCURATELY REFLECT YOUR EDUCATIONAL AND PROFESSIONAL EXPERIENCE?

A.      YES.

Q.      AND AS PART OF THE 750 OR 800 EVALUATIONS YOU HAVE DONE, HAVE YOU MADE RECOMMENDATIONS ABOUT SCHOOL PROGRAMMING?

A.      YES.

Q.      AND AS PART OF THOSE EVALUATIONS, DO YOU

SOMETIMES DO SCHOOL OBSERVATIONS?

A.      YES.

Q.      SO I WANT TO FOCUS ON ALEX.

WHEN YOU EVALUATED HIM, DID YOU ASSESS HIS COGNITIVE ABILITIES?

A.      ASPECTS OF HIS COGNITIVE ABILITIES.

Q.      AND DID YOU USE STANDARDIZED MEASURES?

A.      I DID.

Q.      AND WHAT STANDARD MEASURE DID YOU USE?

A.      TO ASSESS COGNITION?

Q.      YES.

A.      WE USED THE WECHSLER ADULT INTELLIGENCE SCALES, 4TH EDITION.

Q.      IS THERE AN ABBREVIATED WAY THAT IS REFERRED TO?

A.      WAIS, WAIS-IV.

Q.      DOES THE WAIS-IV GIVE GUIDANCE ON ASSESSMENTS FOR STUDENTS WITH SPECIAL NEEDS?

A.      YES.

Q.      AND WHY DOES IT INCLUDE THAT GUIDANCE?

A.      BECAUSE I ASSUME THEY RECOGNIZED THAT THE MEASURES IS GOING TO BE USED WITH A VARIETY OF POPULATIONS OF INDIVIDUALS.  AND SO THEY, YOU KNOW, ALERT THE EXAMINERS, PEOPLE GIVING THE TEST, THAT THERE ARE CERTAIN CONSIDERATIONS THAT NEED TO BE IN PLAY WHEN TESTING SPECIAL POPULATIONS.

Q.        AND IF WE COULD LOOK AT -- WITHIN PLAINTIFF'S EXHIBIT 3, PAGE 3, OVER TO 4 -- AND AGAIN, THESE ARE THE PAGE NUMBERS ON THE TOP OF THE PAGE.

YOU WILL SEE THERE AT THE BOTTOM OF PAGE 3 OVER TO PAGE 4 --

A.        SO I HAVE EXHIBIT 4 HERE.  DID YOU SAY --

THE COURT:  IT IS.  IT SAYS EXHIBIT 4, BUT SHE IS TALKING ABOUT EXHIBIT 3.

THE WITNESS:  I WANT TO MAKE SURE I HAVE THE RIGHT THING.

BY MS. REIMANN:

Q.        FIRST OF ALL, IT'S JUST THE ENTIRE -- THIS EXHIBIT, IS THIS THE REPORT THAT YOU DID FOR THIS CASE?

A.        YES.

Q.        LOOKING AT THE TOP OF -- ON PAGE 32, IS THAT YOUR SIGNATURE, ELECTRONIC SIGNATURE THERE?

A.        YES.

Q.        SO I WANT TO FOCUS ON PAGES 3 AND 4 AND THE BLOCK QUOTE THAT YOU HAVE THERE.

THE COURT:  WHAT IS THE DATE OF THIS REPORT?

MS. REIMANN:  IT WAS SUBMITTED ON AUGUST 8, 2021.

THE COURT:  IS THAT WHEN SHE DID IT?

IS THAT THE DATE OF YOUR REPORT?

THE WITNESS:  IT INVOLVED, I BELIEVE, FOUR SESSIONS OF TESTING AND THEN A PERIOD OF TIME OF WRITING IT UP.  BUT THE TESTING, I BELIEVE, WAS DONE IN AUGUST OF 2021.  IT TAKES ME A GOOD MONTH OR SO TO WRITE IT UP.

THE COURT:  OKAY.

BY MS. REIMANN:

Q.    IF YOU CAN LOOK AT -- LET'S LOOK AT PAGE 4 JUST TO CLEAR UP THAT QUESTION.  IN WHAT LOOKS LIKE THE SECOND FULL PARAGRAPH THAT STARTS, MY CLINICAL JUDGMENT.

A.    YES.

Q.    DO YOU SEE THAT?

A.    YES.

Q.    AT THE END OF THAT PARAGRAPH, ARE THOSE THE DATES THAT YOU EVALUATED ALEX IN 2021?  DO YOU SEE WHERE IT SAYS 5/29, 5/31, 6/2, 6/16?

A.    YES, THAT MAKES SENSE, 2021, MAY.  SO IT WASN'T AUGUST, I WAS WRONG.  MAY 29, MAY 31, JUNE 2ND, JUNE 16TH.  SO THAT AUGUST REFERENCE IS PROBABLY WHEN THE REPORT BECAME AVAILABLE.

Q.    YES.  OKAY.

SO NOW BACK TO THE BLOCK QUOTE ON PAGE 3 AND 4.

WHERE DOES THIS COME FROM?

A.    SO ARE YOU TALKING ABOUT THE QUOTE --

Q.    IT STARTS, EXAMINEES WITH SPECIAL NEEDS.

DO YOU SEE THAT AT THE BOTTOM?

A.    I SEE.

Q.    I AM ALWAYS LOOKING --

A.    YOU ARE LOOKING AT THE TOP.

Q.    YES.

A.    AND WHAT DID YOU --

Q.    WHERE DOES THIS QUOTE COME FROM?

A.    THIS IS IN THE WAIS SCORING AND ADMINISTRATION MANUAL.

Q.    AND WHAT DOES THIS -- WHAT IS THE PURPOSE OF THIS MANUAL, OR WHAT DOES IT CONTAIN?

A.    IT CONTAINS ALL OF THE ADMINISTRATION PROCEDURES AND GUIDELINES FOR GIVING THE TEST, FOR SCORING THE TEST, SOME GUIDANCE AROUND INTERPRETATION, ALL OF THE NORMS ARE INCLUDED IN THE MANUAL.

Q.    AND DO PSYCHOLOGISTS AND NEUROPSYCHOLOGISTS RELY ON INSTRUCTIONS LIKE THESE WHEN ADMINISTERING AND SCORING WAIS?

A.    YES.

Q.    IF YOU COULD READ THE FIRST THREE SENTENCES OF THE BLOCK QUOTE, AND IF YOU COULD JUST READ THOSE OUT LOUD, PLEASE.

A.    QUOTE, EXAMINEES WITH SPECIAL NEEDS, SUCH AS PHYSICAL, LANGUAGE OR SENSORY LIMITATIONS, ARE

FREQUENTLY REFERRED FOR PSYCHOLOGICAL EVALUATION.  WITH SUCH EXAMINEES, IT IS IMPORTANT NOT TO ATTRIBUTE LOW PERFORMANCE ON A COGNITIVE TEST TO LOW INTELLECTUAL ABILITY WHEN, IN FACT, IT MAY BE RELATED TO PHYSICAL LANGUAGE OR SENSORY DIFFICULTIES.

Q.    OKAY.  AND HAVE YOU SEEN -- YOU PERSONALLY SEEN INSTANCES IN YOUR PRACTICE WHERE SCORES UNDERESTIMATE THE INTELLECTUAL ABILITY IF THE TEST IS ADMINISTERED IN A STANDARD FASHION?

A.    YES.

Q.    AND SO IN DEVIATING FROM THE STANDARDIZATION, WHAT TYPE OF MODIFICATIONS HAVE YOU USED IN YOUR PRACTICE WHEN NECESSARY?

A.    SO THERE ARE SITUATIONS WHERE A STUDENT IS -- HAS A LOT OF BEHAVIORAL CHALLENGES OR A LOT OF IMPULSIVITY.  THEY ARE MANAGED IN THEIR PROGRAMMING WITH A BEHAVIORAL SPECIALIST OR A TSS OR SOMETHING.  SO THERE HAVE BEEN TIMES WHEN I AM ADMINISTERING THE TEST, WHICH TYPICALLY IS THE EXAMINER AND THE TEST TAKER, WHERE THE PRESENCE OF A TSS OR A BEHAVIORAL SPECIALIST IS IN THE ROOM AND HAVE SOME GUIDANCE ABOUT WHAT THEY -- WHAT THEIR ROLE CAN BE WITHOUT INTERFERING WITH THE ADMINISTRATION OF THE TEST BUT CAN SUPPORT THE CHILD IN A WAY THAT THEY ARE ABLE TO PERFORM AT THEIR BEST LEVEL AND HOPEFULLY THE INFORMATION THAT I GET, THE DATA THAT

I GET, IS MORE REPRESENTATIVE, MORE MEANINGFUL OF WHAT THEY CAN DO.  THEREFORE, MY RECOMMENDATIONS CAN REFLECT THAT.

THERE ARE SITUATIONS, OBVIOUSLY --

THE COURT:  WHY DON'T WE JUST GO DIRECTLY TO THE SITUATION WE ARE DEALING WITH.  DOES THAT WORK?

CAN YOU ADDRESS WHATEVER MODIFICATIONS SHE MADE WHEN SHE GAVE THE TEST TO ALEX?

BY MS. REIMANN:

Q.    SURE.

CAN YOU TELL US WHAT MODIFICATIONS YOU MADE WHEN YOU TESTED ALEX?

A.    HE USED AN ALTERNATIVE FORM OF COMMUNICATION, THE SPELLING TO COMMUNICATE METHOD, BECAUSE HE IS NONVERBAL, BUT HE IS ESSENTIALLY VERBAL WITH THAT METHODOLOGY.  AND THAT METHODOLOGY REQUIRES THE PRESENCE OF A COMMUNICATION PARTNER.  SO THERE WAS A COMMUNICATION PARTNER IN THE ROOM AT THAT TIME, WHICH WAS HIS MOTHER.  SO THOSE WERE REALLY THE TWO ADAPTATIONS.

GO AHEAD.

Q.    DID YOU GIVE HIS MOTHER INSTRUCTIONS ON WHAT SHE COULD OR COULD NOT DO WITHIN -- DURING THAT -- IN HER ROLE AS COMMUNICATION PARTNER?

A.    YES.

Q.      AND WHAT DID -- WHAT WERE THOSE INSTRUCTIONS?

A.      JUST THAT SHE WAS NOT ABLE TO EXPLAIN OR, YOU KNOW, ENCOURAGE ALEX IN ANY WAY.  SHE WAS REPEATING THE LETTERS THAT HE WAS SPELLING.  I TOLD HER SHE COULD PRAISE HIM FOR WORKING HARD, BUT SHE WAS NOT TO EXPLAIN OR GIVE ANY REAL FEEDBACK TO ALEX WHILE SHE WAS BEING A COMMUNICATION PARTNER.

Q.      AND DID MRS. BINDER-LE PAPE, DID SHE COMPLY WITH THOSE DIRECTIONS?

A.      YES.

Q.      AND SO HOW -- LET'S JUST TALK ABOUT HOW IT IS THAT YOU CAME TO EVALUATE ALEX.

        HOW WERE YOU -- HOW WAS THAT BROUGHT UP AS A POSSIBILITY?

A.      SO I WAS CONTACTED BY ALEX'S SPEECH AND LANGUAGE THERAPIST WHO HAD WORKED WITH HIM FOR MANY, MANY, MANY YEARS.  HER NAME IS SUSAN CHAPLICK.  SHE WAS INTRODUCED TO THE SPELLING TO COMMUNICATE METHOD THAT THE PARENTS AND ALEX SHOWED THAT TO HER AS PART OF HER TREATMENT. SHE MADE A DECISION TO EXPLORE HOW HE WOULD PERFORM GIVEN THAT MODE OF COMMUNICATION RELATIVE TO HOW HE PERFORMED IN THE ABSENCE OF IT, AND THE SCORES THAT WERE GENERATED WERE SIGNIFICANTLY BETTER.

        AND SO THEN I GUESS SHE HAD THE THOUGHT THAT MAYBE WE SHOULD -- MAYBE THE PARENTS SHOULD

CONSIDER EXPLORING WHAT WE COULD LEARN ABOUT HIS COGNITIVE ABILITIES IF HE WAS USING THIS PREFERRED MODE OF COMMUNICATION.  AND SUSAN CHAPLICK SUGGESTED THEY BE IN TOUCH WITH ME.  AND I GOT A CALL AND A CONVERSATION STARTED.

Q.     OKAY.  AND DID YOU DO ANYTHING TO FAMILIARIZE YOURSELF WITH S2C AND COMMUNICATION WITH THE LETTER BOARD AND COMMUNICATION PARTNER FOR ALEX?

A.     YES.  WELL, OBVIOUSLY I TALKED TO SUSAN CHAPLICK AND I GOT INFORMATION FROM HER BASED ON HER EXPERIENCE. I REVIEWED SOME VIDEOS THAT HAD BEEN TAKEN OF HIM COMMUNICATING USING THE METHOD.  AND I WENT TO OBSERVE HIM IN ONE OF HIS SPELLING TO COMMUNICATE TRAINING SESSIONS AT THE PRACTICE IN SPRINGFIELD WHERE HE WAS UNDERGOING TRAINING IN THE METHOD.

Q.     CAN YOU TELL US ABOUT THAT OBSERVATION IN SPRINGFIELD?

A.     SO TOM -- ALEX WAS WORKING WITH A COMMUNICATION PARTNER BY THE NAME OF TOM FOTI.  I THINK THAT'S HOW YOU PRONOUNCE IT.  AND I WAS IN THE BACK OF THE ROOM.  AND I THINK THEY WERE GOING THROUGH A PRETTY STRUCTURED AND PRESCRIBED SEQUENCE OF TASKS.  IT STARTED WITH WHAT THEY CALLED A CHECK-IN WHERE TOM ASKED ALEX HOW HE WAS DOING AND ALEX USED THE SPELLING BOARD TO SAY HE WAS HAPPY AND HE WAS EXCITED TO DO THE WORK, ET CETERA.

THEN TOM READ A PASSAGE TO ALEX, AND THEN THERE WAS A PRESCRIBED SET OF QUESTIONS THAT WERE ASKED OF ALEX FOLLOWING THE PASSAGE.  AND THE QUESTIONS SEEMED TO GO FROM, YOU KNOW, REQUIRING THE LEAST AMOUNT OF INFORMATION OR RESPONSE FROM ALEX TO MORE INFORMATION.  SO THERE WAS QUESTIONS THAT HAD JUST A ONE-ANSWER RESPONSE.  AND HE IS SPELLING ALL OF HIS RESPONSES.  AND SOME THAT REQUIRES SORT OF A SENTENCE LENGTH AND SOME INTERPRETATION OF WHAT HAPPENED IN THE VIDEO AND WHAT HE SAW, WHAT IT MEANT.

AND THEN AT THE END OF THAT, I THINK TOM -- TOM ASKED HIM IF HE WANTED TO SEE A VIDEO OF THE -- THE PASSAGE WAS ABOUT A COUNTRY MUSIC SINGER.  AND HE ASKED IF HE WANTED TO SEE A VIDEO OF THE GUY.  AND ALEX SAID, YES.  AND SO THEY WATCHED THE VIDEO.  AND THEN AFTER WATCHING THE VIDEO, TOM ASKED ALEX ABOUT HIS IMPRESSIONS.  AND ALEX COMMUNICATED QUITE A BIT OF MATERIAL ABOUT WHAT HE SAW, WHAT HE THOUGHT, WHAT HIS INITIAL IMPRESSION WAS, HOW HIS IMPRESSION CHANGED OVER THE COURSE OF THE VIDEO, AND HE SPOKE ABOUT HIS ADMIRATION FOR THE PERFORMER.

SO THAT'S WHAT OCCURRED IN SESSION, THAT'S WHAT I OBSERVED.

THE COURT:  WAIT A SECOND, BECAUSE I THINK I HEARD A KNOCK ON THE DOOR.  DID I?  WAS IT MY

IMAGINATION?  THE DOOR SHOULD NOT BE LOCKED.

(BRIEF PAUSE IN THE PROCEEDING.)

THE COURT:  HOW MUCH LONGER DO YOU HAVE OF THIS WITNESS?

MS. REIMANN:  PROBABLY 20 MINUTES, I WOULD SAY.

MR. KRISTOFCO:  YOUR HONOR, DR. KATHARINE BEALS IS ONE OF OUR EXPERTS THAT IS HERE TO OBSERVE THE VOIR DIRE.

DO YOU HAVE ANY PROBLEM IF SHE SITS IN THE COURTROOM?

THE COURT:  DO YOU HAVE ANY PROBLEM IF SHE SITS IN THE COURTROOM?

MS. REIMANN:  NO.

MR. KRISTOFCO:  YOU CAN SIT IN THE BACK.

THE COURT:  OKAY.  YOU CAN PROCEED.

BY MS. REIMANN:

Q.    AND SO AFTER YOU DID THESE THINGS, SPOKE TO SUSAN CHAPLICK, LOOKED AT THE VIDEOS AND THEN OBSERVED ALEX, DID YOU AGREE TO DO AN EVALUATION OF HIM WITH HIM USING THE LETTER BOARD AND COMMUNICATION PARTNER?

A.    I DID.

Q.    AND DOES ALEX USE SPEECH TO FUNCTIONALLY COMMUNICATE?

A.    I DID NOT OBSERVE THAT.

Q.        AND WHAT IS YOUR UNDERSTANDING OF FUNCTIONAL COMMUNICATION?

A.        FUNCTIONAL COMMUNICATION IS USED TO EXPRESS WANTS OR NEEDS, EXPRESS EMOTIONS, YOU KNOW, RESIST OR PROTEST.  JUST COMMUNICATE WHAT YOU ARE THINKING, WHAT YOU ARE FEELING.

Q.        OKAY.  AND JUST GENERALLY TELL THE COURT, WHAT DID YOU LEARN FROM THE TESTING YOU DID OF ALEX?  WHAT YOU DID LEARN ABOUT ALEX?

A.        SO HIS PERFORMANCE ON THE TEST CERTAINLY IN TERMS OF THE VERBAL COGNITIVE ABILITIES WERE WELL ABOVE AVERAGE COMPARED TO OTHER STUDENTS HIS AGE, OBVIOUSLY USING THE PREFERRED AND EFFECTIVE COMMUNICATION METHOD, HIS SOLE METHOD OF COMMUNICATING.  THERE WERE TESTS OF ECONOMIC ACHIEVEMENT THAT SHOWED THAT HIS READING COMPREHENSION WAS ALSO WELL ABOVE AGE AND GRADE EXPECTANCY.  THERE WAS SOME TESTING OF MATH APPLICATIONS AND CONCEPTS WHERE HIS PERFORMANCE WAS I THINK A LITTLE BELOW AVERAGE THE FIRST TESTING AND IMPROVED AT THE SECOND TESTING.  THERE WAS A MEASURE OF LISTENING COMPREHENSION WHERE HE DEMONSTRATED AVERAGE OR ABOVE CAPABILITIES.  THERE WERE A FEW OTHER SUBTESTS THAT WERE MEASURED, BUT THOSE WERE SOME EXAMPLES WHERE HIS PERFORMANCE WAS VERY STRONG.

I ATTEMPTED A FEW OF THE VISUAL,

NONVERBAL TESTS.  AND SOME HE WAS ABLE TO COMPLETE; SOME I WAS NOT CONVINCED THAT HE UNDERSTOOD WHAT I WAS ASKING HIM TO DO, AND I STOPPED HIM MIDWAY.  I DID NOT REALLY GET A SENSE OF THAT ASPECT OF HIS NEUROPSYCHOLOGICAL FUNCTIONING FROM THESE EVALUATIONS.

Q.      AND DID YOU LEARN ANYTHING ABOUT HIS ABILITY TO THINK AND COMMUNICATE IN ABSTRACT TERMS?

A.      YES.  BECAUSE, YOU KNOW, ONE OF THE TESTS SORT OF REQUIRES SOME ABSTRACT AND CONCEPTUAL REASONING IN ORDER TO SEE SIMILARITIES AMONGST OBJECTS OR CONCEPTS. THE READING COMPREHENSION TEST HAS QUESTIONS THAT REQUIRE SOME INFORMATIONAL REASONING WHERE HE HAD TO PUT TOGETHER INFORMATION AND GENERATE WHAT HIS UNDERSTANDING OF WHAT WAS BEING EXPRESSED IN THE TEXT.

Q.      OKAY.  AND DID YOU -- DID ALEX DEMONSTRATE A SENSE OF HUMOR IN THE TIME THAT HE WAS WITH YOU?

A.      YES, HE DID.

Q.      AND CAN YOU GIVE US AN EXAMPLE OF THAT?

A.      I GUESS THE FIRST ONE THAT COMES TO MIND IS ONE OF THE WORDS THAT -- I HOPE I AM NOT VIOLATING COPYRIGHT.  ONE OF THE WORDS ON THE DEFINITIONS TEST, WORD DEFINITIONS, VOCABULARY TEST IS RELUCTANT.  AND HIS INITIAL COMMENT WAS, LIKE ME TODAY.

Q.      OKAY.  AND SO IF WE CAN JUST TURN TO PAGES 36 AND 37, AND YOU WILL SEE THERE IT'S MARKED AT THE TOP,

APPENDIX B.  IN THAT FIRST TABLE, ARE THOSE THE RESULTS OF THE COGNITIVE TESTING?

A.     YES.

Q.     AND WERE YOU ABLE TO CALCULATE A FULL SCALE I.Q.?

A.     NO.

Q.     AND WHY WERE YOU NOT ABLE TO DO THAT?

A.     I DIDN'T ADMINISTER ENOUGH SUBTESTS.  AS I MENTIONED, THERE WERE SOME SUBTESTS THAT I WAS JUST NOT COMFORTABLE WITH WHAT HE UNDERSTOOD ABOUT WHAT HE WAS SUPPOSED TO DO.  SO I JUST LIMITED -- I ADMINISTERED THREE SUBTESTS FROM THE VERBAL COMPREHENSION INDEX, SO I WAS ABLE TO COMPUTE A VERBAL COMPREHENSION INDEX SCORE, AND THEN THERE WAS A FEW OTHER INDIVIDUAL SUBTESTS WHERE I WAS ABLE TO GET SOME SCORES.

Q.     AND FOR THE MATRIX REASONING, CAN YOU DESCRIBE WHAT THAT -- HOW THAT TEST IS DONE?

A.     THAT'S A VISUAL, NONVERBAL TEST THAT SORT OF CALLS ON PATTERN REASONING.  SO HE WOULD HAVE VISUAL STIMULI.  THERE WOULD BE FOUR QUADRANTS OF INFORMATION: THERE WOULD BE VISUAL STIMULI IN THREE OF THEM; THERE WOULD BE AN EMPTY QUADRANT.  THERE WOULD BE FIVE CHOICES AT THE BOTTOM OF THE MANUAL, THE STIMULUS MANUAL THAT HE IS LOOKING AT.  AND THE TEST TAKER IS SUPPOSED TO CHOOSE WHICH OF THE OPTIONS WOULD COMPLETE -- WOULD BEST FIT

WITH THE PATTERN OF INFORMATION.

Q.    OKAY.  SO IF THAT WAS DONE WITHOUT DEVIATING FROM STANDARDIZATION, THEN THE EXAMINEE WOULD POINT TO --

A.    THEY WOULD TYPICALLY POINT, OR THEY DO HAVE THE OPTION TO SAY THE NUMBER.  THE OPTIONS AT THE BOTTOM HAVE NUMBERS.

Q.    OKAY.  AND DID YOU START -- DID YOU INITIALLY TRY TO DO THE TEST WITH ALEX POINTING?

A.    YES, I DID.

Q.    AND WAS HE SUCCESSFUL WITH THAT?

A.    NO, IT WAS VERY RANDOM.  I COULD NOT INTERPRET WHAT HE WAS POINTING AT.  HE WAS MOVING HIS HANDS.

Q.    AFTER THAT, DID YOU ALSO TRY TO HAVE HIM USE THE LETTER BOARD TO POINT TO --

A.    RIGHT, THE LETTER BOARD --

Q.    TELL US WHAT THAT LOOKED LIKE.

A.    SO THE LETTER BOARD HAD NUMBER OPTIONS ON IT, I THINK IT WAS ON THE FLIP SIDE OF THE BOARD.  SO, YOU KNOW, I PROPOSED, WHY DON'T YOU MAKE YOUR DECISION AND SHOW ME BY POINTING -- POINTING AT THE NUMBER ON YOUR LETTER BOARD AND WE WILL USE THAT AS YOUR RESPONSE.

Q.    AND WAS HE ABLE TO DO THAT?

A.    YEAH, HE WAS ABLE TO DO THAT.

Q.    AND SO HE DID THAT BOTH IN -- YOU ADMINISTERED

THAT TEST BOTH IN 2018 AND 2021; IS THAT RIGHT?

A.      YES.

Q.      AND SO IN 2018 WHEN HE WAS USING THE LETTER BOARD, HE WAS AT THE 16TH PERCENTILE; IS THAT RIGHT?

A.      YES.

Q.      AND IN 2021 WITH THAT SAME DEVIATION FROM STANDARDIZATION, HE WAS IN THE 5TH PERCENTILE?

A.      CORRECT.

Q.      DO YOU HAVE ANY HYPOTHESIS ABOUT -- I MEAN, IS THAT STATISTICALLY MEANINGFUL, THAT CHANGE, IF YOU KNOW, AND DO YOU HAVE ANY HYPOTHESIS ABOUT WHY THAT MIGHT HAVE OCCURRED?

A.      IT'S DIFFICULT TO KNOW.  WE DIDN'T REALLY TALK ABOUT THIS, BUT HIS OVERALL PRESENTATION WAS DIFFERENT IN THE SECOND SET OF TESTING.  SO I THINK HE WAS MORE ANXIOUS AROUND THAT TESTING.  OBVIOUSLY HE STILL DID WELL ON THE VERBAL.  HE WAS COMFORTABLE WITH THE APPROACH WE WERE USING.

I REALLY DON'T KNOW.  I WOULD NOT BE ABLE TO HYPOTHESIZE WHY HE HAD A HARDER TIME EXECUTING THAT TASK.

Q.      IN THE SECOND BOX THERE, THAT'S THE RESULTS OF THE KAUFMAN TEST OF EDUCATIONAL ACHIEVEMENT; IS THAT RIGHT?

A.      YES.

Q.      WHAT DO THOSE SUBTESTS MEASURE?

A.      WELL, OBVIOUSLY ACADEMIC ACHIEVEMENT.  SO THE SUBTESTS THAT I CHOSE TO GIVE IN BOTH EVALUATIONS WERE READING COMPREHENSION AND MATH CONCEPTS AND APPLICATIONS.  AND THEN IN THE SECOND EVALUATION I ADDED THE SPELLING SUBTEST AND A LISTENING COMPREHENSION SUBTEST.

Q.      OKAY.  AND ON THE MATH CONCEPTS AND APPLICATIONS -- FIRST OF ALL, WHAT DOES G.E. STAND FOR?

A.      GRADE EQUIVALENT.

Q.      AND WHAT EXACTLY DOES THAT -- WHAT DOES THAT SHOW?

A.      SO THE GRADE EQUIVALENTS ARE DERIVED FROM THE RAW SCORE THAT THEY ACHIEVE COMPARED TO THE MEDIAN SCORE OF STUDENTS IN THE PARTICULAR GRADE.  SO, YOU KNOW, IF HE SCORED AT THE 8.0 GRADE EQUIVALENT, THAT WAS COMPARABLE TO -- IN THE NORM OF REFERENCE GROUP, STUDENTS PERFORMING ESSENTIALLY AVERAGE -- STUDENTS IN EIGHTH GRADE PERFORMING AN AVERAGE LEVEL IN EIGHTH GRADE.

Q.      AND SO HIS GRADE EQUIVALENT IMPROVED FROM 2018 TO 2021.

        DOES THAT MEAN HE ANSWERED MORE QUESTIONS CORRECTLY?

A.      YES.

Q.    AND DID HE HAVE MATH INSTRUCTION BETWEEN 2018 AND 2021?

A.    I WAS TOLD THAT HE DID.

Q.    OKAY.  AND WAS HE -- IN YOUR REPORT WHAT KIND OF QUESTIONS WAS HE ABLE TO ANSWER IN 2021 THAT HE WAS NOT ABLE TO ANSWER IN 2018?

GIVE AN EXAMPLE.

A.    THE ONES THAT COME TO MIND THAT I PARTICULARLY TOOK NOTE OF IS THERE WAS A QUESTION ABOUT SLOPE THAT HE WAS ABLE TO ANSWER.  AND I THINK THERE WAS A QUESTION THAT INVOLVED COMPUTING THE DEGREES IN A TRIANGLE, WITH ONE ANGLE MISSING, THAT HE WAS ABLE TO ANSWER, QUESTIONS THAT HE DIDN'T ANSWER IN THE FIRST ADMINISTRATION.

Q.    AND DID YOU --

THE COURT:  THIS MIGHT BE A GOOD TIME, BECAUSE IT'S 1 O'CLOCK.  DO WE HAVE EVERYBODY OUT THERE?  BECAUSE I DEFINITELY WANT TO DO THAT.  I WANT TO BE MINDFUL OF THE TIME.

HOW MUCH MORE DO YOU THINK YOU HAVE?  I DON'T THINK THERE IS ANY -- CORRECT ME IF I'M WRONG, BUT I DON'T THINK THERE IS ANY DISPUTE RELATED TO THESE TESTING RESULTS.

AM I CORRECT ABOUT THAT?

MR. KRISTOFCO:  THE DISPUTE IS THAT THEY WERE ALL OF THE TESTING RESULTS UTILIZED AND RELIED UPON

HIM COMMUNICATING THROUGH THE SPELLING TO COMMUNICATE METHODOLOGY.

THE COURT:  YOU ARE DISPUTING THE ACTUAL TEST RESULTS THEN?

MR. KRISTOFCO:  YEAH, THE PURPOSE FOR THE DAUBERT MOTION WAS TO PRECLUDE THE WITNESS FROM TESTIFYING THAT THIS IS HIS EFFECTIVE COMMUNICATION AND ALSO FROM TESTIFYING ABOUT THE INFORMATION THAT SHE GAINED THROUGH USE OF THIS METHODOLOGY.

MS. REIMANN:  CAN WE WAIT, PLEASE?

THE COURT:  YES.  IF YOU CAN STEP DOWN, PLEASE, WE WILL CONTINUE WITH YOU IN A MINUTE.

MS. REIMANN:  HOW WOULD YOU LIKE TO DO THIS, YOUR HONOR?

THE COURT:  I THINK THAT WE SHOULD ASK THE DISTRICT.

DO YOU WANT TO START WITH THE COMMUNICATION PARTNER?

MR. KRISTOFCO:  YES.

THE COURT:  LET'S START WITH THE COMMUNICATION PARTNER THEN, PLEASE.

MS. REIMANN:  OKAY.

THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

(PLAINTIFF WITNESS, THOMAS FOTI, IS

SWORN.)

THE DEPUTY CLERK:  PLEASE STATE YOUR NAME FOR THE RECORD.

THE WITNESS:  TOM FOTI.

THE DEPUTY CLERK:  SPELL YOUR LAST NAME, PLEASE.

THE WITNESS:  F-O, T AS IN TOM, I AS IN IGLOO.

THE COURT:  THANK YOU VERY MUCH FOR BEING HERE.  AND THANK YOU FOR MAKING ARRANGEMENTS WITH YOUR SCHEDULE TODAY.  I APPRECIATE IT.

THE WITNESS:  OF COURSE.

DIRECT EXAMINATION

BY MS. REIMANN:

Q.    GOOD AFTERNOON.

A.    GOOD AFTERNOON.

Q.    CAN YOU JUST BRIEFLY TELL US ABOUT YOUR EDUCATIONAL BACKGROUND, PLEASE?

A.    FROM HIGH SCHOOL, COLLEGE?

Q.    FROM COLLEGE.

THE COURT:  ACTUALLY, WE HAVE HIS RESUME.  SO I DON'T -- THIS IS REALLY -- I THINK WE NEED TO REALLY GET TO THE ISSUE HERE.  SO I DON'T THINK WE NEED TO GO OVER HIS EDUCATION.  I HAVE HIS RESUME.  I HAVE NO REASON TO DOUBT HIS EDUCATIONAL BACKGROUND.

MS. REIMANN:  OKAY.

BY MS. REIMANN:

Q.      SO, HOW LONG HAVE YOU WORKED WITH ALEX LE PAPE?

A.      ABOUT SEVEN YEARS NOW.

Q.      AND YOU ARE ONE OF HIS COMMUNICATION PARTNERS; IS THAT CORRECT?

A.      CORRECT.

Q.      AND YOU DO NOT SEE ALEX ON A REGULAR BASIS CURRENTLY; IS THAT RIGHT?

A.      NO.

Q.      AND WHEN DID YOU -- FROM WHAT YOU RECALL, WHEN DID YOU LAST SEE, SORT OF, ALEX ON A REGULAR BASIS WHERE YOU WERE WORKING WITH HIM ON SPELLING TO COMMUNICATE?

A.      ON A REGULAR BASIS, I WOULD SAY MAYBE THREE YEARS AGO, THREE OR FOUR YEARS AGO.  IT WAS RIGHT AROUND -- IT WAS PRE COVID.  I DEFINITELY REMEMBER THAT.

Q.      OKAY.  AND SO IN THAT THREE OR FOUR YEARS AGO, HOW MANY TIMES HAVE YOU SEEN ALEX AND IN WHAT SETTINGS TO THE EXTENT YOU RECALL?

A.      I WOULD SAY IN THE TIMES ALEX HAS NOT BEEN COMING FOR WEEKLY SESSIONS, I PROBABLY HAVE SEEN HIM I WOULD SAY 20, 25 TIMES.  AND IT'S BEEN SESSIONS HERE AND THERE.  ALL SESSIONS HAVE BEEN CONDUCTED AT THE INSIDE VOICE CENTER IN SPRINGFIELD, PENNSYLVANIA.  AND THEY HAVE LASTED ON AVERAGE ABOUT 45 MINUTES TO ABOUT

55 MINUTES.

Q.      OKAY.  AND HAS THERE BEEN ANY SITUATIONS WHERE HE HAS BEEN LIKE WITH A GROUP OF SPELLERS OR HAS IT ALL BEEN JUST INDIVIDUAL WITH YOU?

A.      PRIMARILY INDIVIDUAL, BUT ALEX HAS ATTENDED SOME GROUP SESSIONS OR GROUP GATHERING WHERE HE HAS BEEN ON THE LETTER BOARD, BUT THAT HAS NOT BEEN THE PRIMARY FOCUS OF THOSE GATHERINGS.  IT WAS MORE SOCIAL.

MS. REIMANN:  THAT'S ALL I HAVE.  THANK YOU.

THE COURT:  DO YOU WANT TO BRIEFLY ASK HIM QUESTIONS?

AND WHILE YOU ARE DOING THAT, LET ME ASK A COUPLE.

I AM JUST TRYING TO FIGURE OUT HOW BEST WE CAN ACCOMMODATE.  SO IN TERMS OF WHEN ALEX IS USING YOU AS HIS COMMUNICATION PARTNER, HE WILL BE DOING THE LETTERS, I HAVE SEEN SOME VIDEOS.

THE WITNESS:  YES.

THE COURT:  YOU WILL THEN BE SAYING THE LETTERS OUT LOUD.

THE WITNESS:  YES.  IF THAT WOULD BE MOST HELPFUL FOR EVERYONE, I CAN DO THAT.

THE COURT:  ALL RIGHT.  FROM THE VIDEOS I HAVE LOOKED AT, IT DOES NOT -- IT LOOKS LIKE ONCE ALL OF

THE LETTERS -- WHATEVER HE IS COMMUNICATING -- ALL OF THE LETTERS ARE SAID, THEN YOU SORT OF TAKE THOSE LETTERS AND READ THE ENTIRE SENTENCE?

THE WITNESS:  CORRECT.  I STOP EVERY THREE TO FIVE WORDS TO WRITE THEM DOWN OR SAY THEM OUT LOUD SO I AM NOT TRYING TO REMEMBER AN ENTIRE SENTENCE IN MY HEAD OR MULTIPLE SENTENCES IN MY HEAD.  THAT'S THE MOST EFFECTIVE WAY THAT I HAVE BEEN ABLE TO DO IT.

THE COURT:  OKAY.

MR. KRISTOFCO:  THANK YOU, YOUR HONOR.

CROSS-EXAMINATION

BY MR. KRISTOFCO:

Q.    MR. FOTI, JUST SO WE ARE CLEAR, YOU DON'T HAVE ANY LICENSES TO DO WHAT YOU DO, CORRECT; NO STATE OR GOVERNMENTAL LICENSES TO DO WHAT YOU DO?

A.    THE FCC DOES NOT HAVE A LICENSED PROGRAM IN THE STATE IN THE STATE OF PENNSYLVANIA, NO.

Q.    AND MY UNDERSTANDING IS YOU WENT THROUGH A SIX-MONTH TRAINING PROGRAM WITH ELIZABETH VOSSELLER IN ORDER TO BE TRAINED AS COMMUNICATION PARTNER?

A.    YES, THE I.S. COHORT IS NOW WHAT IT IS OFFICIALLY KNOWN AS.

Q.    IS THERE A TRAINING MANUAL THAT YOU USED?

A.    YES.

Q.    AND --

A.    A MANUAL OR A SYLLABUS.

Q.    SYLLABUS?

A.    MANUAL, SYLLABUS.  WE WERE GIVEN MATERIALS AHEAD OF TIME.

Q.    DID THOSE WRITTEN MATERIALS INCLUDE ROLES FOR WHAT YOU WERE AND WERE NOT ALLOWED TO DO AS A COMMUNICATION PARTNER?

A.    FROM AN ETHICAL STANDPOINT, YES.

Q.    WHAT DOES THAT MEAN?

A.    THERE ARE -- WITHOUT DIVING TOO DEEP INTO THE HISTORY, THERE IS OTHER COMMUNICATION METHODS THAT HAVE BEEN CONTROVERSIAL IN THE PAST.  AND WHAT SPELLING TO COMMUNICATE HAS DONE IS LEARN FROM THE MISTAKES THAT WERE MADE AND INTEGRATED STRUCTURE, INTEGRATED ETHICS TO MAKE SURE THAT THINGS WERE STRUCTURED AND AS REPLICABLE AS POSSIBLE.

Q.    CAN YOU EXPLAIN WHAT THOSE ETHICAL RULES ARE THAT YOU WILL BE FOLLOWING AS THE COMMUNICATION PARTNER FOR ALEX HERE IN COURT?

A.    SO FROM AN ETHICAL STANDPOINT, IT IS MY DUTY, MY OBLIGATION TO ALEX TO SAY THE LETTERS AND THE WORDS THAT HE HAS -- THAT HE HAS POINTED TO ON THE LETTER BOARD, NOT TO CHANGE THEM OR ALTER THEM IN ANY SORT OF WAY. THE WORDS AND THE LETTERS THAT ALEX -- THE LETTERS THAT ALEX POKES ARE THE LETTERS THAT I SAY.  AND IT'S ALSO MY

ETHICAL DUTY THAT IN THE EVENT THAT FROM A BODY STANDPOINT, IF I AM SAYING THAT ALEX IS BECOMING DYSREGULATED TO A POINT WHERE HE MIGHT BE INJURIOUS TO HIMSELF OR POTENTIALLY INJURIOUS TO OTHERS, IT'S MY OBLIGATION AND MY DUTY TO LOOK OUT FOR THAT AND MAKE SURE THAT HE -- THAT I CAN GET HIM BACK INTO A MORE REGULATED STATE BEFORE ANY SORT OF CONTINUATION MAY HAPPEN.

Q.      THAT LAST PIECE YOU ARE TALKING ABOUT, THAT HAS NOTHING TO DO WITH HIM POKING LETTERS, THAT JUST HAS TO DO WITH YOU TENDING TO HIM AND YOU KNOWING HOW HE REACTS TO CERTAIN SITUATIONS, CORRECT?

A.      THEY WALK HAND IN HAND, I WOULD SAY.  I WOULD COMPARE IT TO IF A COACH SEES THAT ONE OF HIS PLAYERS IS VERY EMOTIONAL FOR ONE REASON OR ANOTHER, IT'S THE COACH'S RESPONSIBILITY TO BRING THAT PLAYER BACK INTO A MORE REGULATED AND MORE EVEN KEELED SENSE SO THAT THE PLAYER CAN PERFORM AT HIS OR HER BEST ABILITY.  THAT'S HOW -- THAT'S THE BEST LAYMAN WAY THAT I CAN EXPLAIN.

THE COURT:  SO IT MIGHT MEAN TAKE A PAUSE?

THE WITNESS:  RIGHT.

THE COURT:  DEEP BREATH, YES, CORRECT.

BY MR. KRISTOFCO:

Q.      AND HOW LONG OF A TIME CAN DO YOU THE SPELLING

TO COMMUNICATE WITH ALEX?

A.      TYPICALLY IN AN INDIVIDUAL SESSION, WE HAVE GONE FROM 45 MINIMUMS TO AN HOUR.  ALEX HAS STRUGGLED WITH MIGRAINES IN THE PAST.  AND IN THE PAST, THERE HAS BEEN TIMES WHERE AFTER ABOUT 20 MINUTES TO A HALF-HOUR HE HAS INDICATED THAT A MIGRAINE IS COMING ON AND SAYS HE DOESN'T WANT TO PUSH HIS BODY ANY FURTHER.  I ALWAYS RESPECT THAT REQUEST WHEN ALEX SAYS THAT HE IS FEELING A MIGRAINE COMING ON, AND SPELLING IS NOT SOMETHING THAT WOULD BE HELPFUL TO HIM IF HE CONTINUED.

Q.      IF HE DOES GET DYSREGULATED, OTHER THAN HE IS HAVING A DEBILITATING MIGRAINE, THAT HE JUST BECOMES DYSREGULATED, WOULD A CERTAIN PERIOD OF A BREAK ENABLE HIM TO THEN RESUME SPELLING?

A.      YES, BUT IT'S NOT ALWAYS A DEFINED BREAK.  IT MIGHT BE 20 MINUTES; IT MIGHT BE AN HOUR; IT MIGHT BE FIVE MINUTES.  IT'S VERY MUCH DEPENDENT ON HOW ALEX IS DOING AT THAT CURRENT MOMENT.

Q.      NOW, THE WRITTEN TRAINING MATERIALS THAT YOU REFERENCED IS -- ARE THOSE WRITTEN TRAINING MATERIALS THAT EXPLAIN WHAT THE RULES ARE THAT YOU ARE TO DO AS A COMMUNICATION PARTNER, ARE THEY AVAILABLE SOMEWHERE THAT WE CAN LOOK AT AND REVIEW?

A.      POTENTIALLY.  I DON'T KNOW WITH 100 PERCENT CERTAINTY, BUT I AM CERTAIN THAT -- I CAN POINT YOU IN

THE DIRECTION AND WHO YOU CAN GET IN TOUCH WITH, CERTAINLY.

Q.    CAN ANYONE WHO IS TRAINED AS A COMMUNICATION PARTNER IN SPELLING TO COMMUNICATE WORK WITH ALEX THE SAME WAY THAT YOU CAN?

A.    AS A PRACTITIONER -- IT'S A BIT OF A LAYERED QUESTION.  SO ANYBODY WHO IS TRAINED IN SPELLING TO COMMUNICATE LIKE I AM IS CONSIDERED A PRACTITIONER. ANYONE WHO HAS COACHED SPECIFICALLY TO WORK WITH JUST ALEX IS CONSIDERED A COMMUNICATION AND REGULATION PARTNER.

AND THE PRIMARY DIFFERENCE AS A PRACTITIONER, I AM COACHED AND I AM TAUGHT AND TRAINED HOW TO WORK WITH ANY NON-SPEAKER, LIMITED SPEAKER WHO WALKS THROUGH THE DOORS AT INSIDE VOICE AND TO BE ABLE TO COACH THEIR BODIES AND TEACH THEM THIS METHODOLOGY WITHIN THE STRUCTURE OF SPELLING TO COMMUNICATE.

I APOLOGIZE, I FORGET YOUR INITIAL QUESTION.

Q.    THE QUESTION WAS, CAN ANYONE WHO IS TRAINED AS A COMMUNICATION PARTNER IN SPELLING TO COMMUNICATE WORK WITH ALEX THE SAME WAY THAT YOU CAN?

A.    YES.

Q.    WHEN ACTING AS A COMMUNICATION PARTNER FOR ALEX, DO YOU INFLUENCE IN ANY WAY WHAT HE SAYS?

A.      I DO NOT.

Q.      IS IT NECESSARY FOR YOU TO UNDERSTAND A QUESTION IN ORDER FOR ALEX TO ANSWER IT?

A.      IT'S HELPFUL FOR THE TWO OF US TO BE ON THE SAME PAGE.

Q.      THAT'S NOT THE QUESTION.

        THE QUESTION IS, IS IT NECESSARY FOR YOU TO UNDERSTAND THE QUESTION IN ORDER FOR ALEX TO ANSWER IT?

A.      IT IS IMPORTANT FOR ME TO UNDERSTAND THE QUESTION.

Q.      IS IT NECESSARY FOR YOU TO UNDERSTAND THE QUESTION IN ORDER FOR ALEX TO ANSWER IT?

A.      YES.

Q.      AND WHY IS THAT?

A.      BECAUSE ALEX MAY INTERPRET THAT QUESTION DIFFERENTLY.  IF WE ARE ON DIFFERENT PAGES ON HOW WE INTERPRET THE QUESTION, THEN I CAN'T BE AN EFFECTIVE COMMUNICATION PARTNER FOR ALEX.  BECAUSE HE MIGHT BE ANSWERING THE QUESTION ONE WAY, AND I MIGHT BE -- I MIGHT HAVE SOME CONFUSION ON WHAT HE MIGHT BE TRYING TO COMMUNICATE AT THAT POINT IN TIME.  SO FOR ME TO UNDERSTAND THE QUESTION, IT IS NECESSARY FOR ME TO BE THE BEST COMMUNICATION PARTNER AND BE THE BEST PRACTITIONER FOR ALEX.

Q.      I THINK I AM A LITTLE CONFUSED.

THE COURT:  I DON'T UNDERSTAND WHAT DO YOU MEAN BY "UNDERSTAND THE QUESTION."

MR. KRISTOFCO:  SURE.

THE COURT:  MAYBE WE DON'T UNDERSTAND THE QUESTION WE ARE SUPPOSED TO UNDERSTAND.

BY MR. KRISTOFCO:

Q.      LET ME GIVE YOU AN EXAMPLE.

IF I WERE TO ASK ALEX A QUESTION ABOUT A PICTURE THAT YOU HAVE NOT SEEN AND THE QUESTION IS, DESCRIBE WHAT YOU SEE IN THE PICTURE, BUT YOU HAVE NOT SEEN THE PICTURE, DOES THAT PREVENT YOU FROM BEING A COMMUNICATION PARTNER FOR ALEX?

A.      I BELIEVE YOU ARE REFERENCING SOMETHING THAT WAS DONE A HANDFUL OF YEARS AGO THAT DIDN'T HAVE AN ETHICAL PLACE IN VALIDATING THIS COMMUNICATION METHOD.

Q.      ACTUALLY, IT'S A QUESTION THAT I JUST ASKED YOU.

IF I WERE TO SHOW ALEX A PICTURE THAT YOU DIDN'T SEE AND I SAID -- THE QUESTION IS:  ALEX, CAN YOU PLEASE DESCRIBE WHAT IS HAPPENING IN THAT PICTURE.

THE FACT THAT YOU HAVE NOT SEEN THE PICTURE, DOES THAT MEAN THAT YOU CANNOT ACT AS A COMMUNICATION PARTNER FOR HIM?

A.      FROM AN ETHICAL STANDPOINT, I WOULD NOT BE ABLE TO TAKE PART IN THAT.

THE COURT:  WHY?

THE WITNESS:  IT'S WRITTEN WITHIN THE ETHICS THAT WE -- THAT A PRACTITIONER FROM AN ETHICAL STANDPOINT, AS A PRACTITIONER, I CAN'T TAKE PART IN THOSE SORTS OF QUESTIONS BECAUSE OF THE HISTORY OF WHAT WAS DONE IN THE PAST.  BECAUSE IT WAS DONE IN A WAY THAT WAS UNETHICAL TO THE -- TO THE SPELLER AND TO THE COMMUNICATION PARTNER.

THE COURT:  I GUESS I AM CONFUSED.  WHAT IS UNETHICAL ABOUT IT?

THE WITNESS:  BECAUSE WHEN I FIRST BEGIN WITH ANY SORT OF SPELLER, I TELL THAT SPELLER -- THE FIRST CONVERSATION THAT I HAVE IS THAT, I BELIEVE YOU ARE SMART AND I BELIEVE THAT YOU DON'T HAVE ANYTHING TO PROVE TO ME.

AND FOR ME TO TAKE PART IN SOMETHING LIKE THAT WOULD BE UNETHICAL BECAUSE IT WOULD UNDERMINE THE CONVERSATION AND THE BELIEF THAT I HAVE IN THAT SPELLER RIGHT FROM THE GET-GO.

NOW, AS A PRACTITIONER, IT'S KIND OF SIMILAR.  I CAN ADVISE, I CAN RECOMMEND THAT CERTAIN THINGS NOT BE DONE, BUT I ALSO CAN'T BE EVERYWHERE ALL THE TIME AND FORCE THAT.  SO IF A COMMUNICATION REGULATION PARTNER DECIDES TO DO THAT, THAT'S OUT OF MY CONTROL.

BY MR. KRISTOFCO:

Q.      SO A MINUTE AGO YOU TOLD ME THAT IT'S YOUR ETHICAL OBLIGATION TO ONLY SAY THE LETTERS THAT ALEX POINTS TO, CORRECT?

A.      YES.

Q.      AND YOU DON'T INFLUENCE IN ANY WAY WHAT LETTERS HE POINTS TO, CORRECT?

A.      I DO NOT.

Q.      AND YOU DON'T INFLUENCE IN ANY WAY THE -- WHAT HE IS SAYING WHEN HE IS USING THE LETTER BOARD, CORRECT?

A.      I DO NOT INFLUENCE HIM IN ANY WAY, SHAPE OR FORM.

Q.      SO I DON'T UNDERSTAND THE ETHICAL PROBLEM AS TO -- IF HE SEES A PICTURE THAT YOU DON'T SEE AND THE QUESTION IS, CAN YOU EXPLAIN WHAT IS HAPPENING IN THE PICTURE, WHY UNDER SPELLING TO COMMUNICATE YOU ARE UNABLE TO BE THE COMMUNICATION PARTNER FOR HIM, FOR ALEX, TO POINT TO THE LETTERS AND EXPLAIN WHAT HE SEES IN THE PICTURE?

A.      BECAUSE IT GOES BACK TO A STUDY THAT WAS DONE A HANDFUL OF YEARS AGO THAT DIDN'T PUT EITHER SIDE IN A POSITION TO SUCCEED.  IT GOES INTO -- THE SPELLER WAS SHOWN ONE PHOTO, THE COMMUNICATION PARTNER WAS SHOWN A DIFFERENT PHOTO.  AND BECAUSE OF WHAT YOU HAD JUST DESCRIBED THERE IS SIMILAR.  FROM AN ETHICAL STANDPOINT,

I CANNOT ETHICALLY TAKE PART IN A QUESTION LIKE THAT AS A PRACTITIONER.

Q.    IS IT NECESSARY FOR YOU TO HEAR THE QUESTION THAT ALEX ANSWERS IN ORDER FOR YOU TO FUNCTION AS A COMMUNICATION PARTNER?

A.    SO IF I WERE TO LEAVE THE ROOM, ALEX WOULD BE ASKED A QUESTION; I WOULD COME BACK?

Q.    YES.

A.    I WOULD CONSIDER THAT A MESSAGE PASSING TEST, AND THAT IS ALSO NOT SOMETHING I CAN TAKE PART IN AS A COMMUNICATION PARTNER.  AS A PRACTITIONER.

Q.    IT SOUNDS TO ME LIKE SPELLING TO COMMUNICATE HAS A SET OF ETHICS THAT PREVENTS IT FROM BEING TESTED.

A.    SPELLING TO COMMUNICATE HAS TAKEN PART IN TESTS. AND IT'S TAKEN PART IN STUDIES WITH THE UNIVERSITIES OF CAMBRIDGE, ALSO WITH THE UNIVERSITY OF VIRGINIA.  AND WE ARE ALSO VERY, VERY -- WE, AS IN SPELLING TO COMMUNICATE AS A WHOLE, WE ARE VERY, VERY -- WE ARE VERY CAUTIOUS ABOUT WHAT STUDIES WE TAKE PART IN BECAUSE THERE ARE PEOPLE WHO HAVE POSED AS RESEARCHERS LOOKING TO VALIDATE THIS AND THEN THINGS HAVE BEEN TURNED AROUND, THE RULES WERE CHANGED, AND THINGS WERE CHANGED.

AND SO WE VERY MUCH VET THE RESEARCHERS AND THE STUDIES WHO ARE INTERESTED IN DOING THIS TO MAKE SURE THAT IT'S DONE IN A WAY THAT DOESN'T ASK A SPELLER

TO TRY AND PROVE THAT THEY ARE UNDERSTANDING AND THAT THEY ARE COMPREHENDING.

Q.      WHEN ALEX USES SPELLING TO COMMUNICATE, ARE YOU PERMITTED TO MOVE THE BOARD?

A.      WHEN THE BOARD IS IN FRONT OF HIM, NO, I'M NOT PERMITTED TO MOVE THE BOARD.  HOWEVER, IF ALEX TOUCHES TWO OR THREE LETTERS THAT MIGHT NOT MAKE SENSE, FOR EXAMPLE, Q AND THEN D, Q, V, A, THAT WOULD BE SOMETHING WHERE I MIGHT PULL THE BOARD AWAY FROM HIM AND SAY -- AND GIVE HIM SOME COACHING TO LOOK DIRECTLY AT HIS LETTERS, EYES ON THE TARGETS, ANY SORT OF EYE PROMPT TO GIVE HIM THAT REMINDER OF HERE IS WHAT YOU NEED TO DO WITH YOUR BODY, AND I WOULD PUT THE BOARD BACK IN FRONT OF HIM.  BUT ONCE ALEX BEGINS TO SPELL, THAT BOARD STAYS AS STILL AS I CAN POSSIBLY HOLD IT.  BUT IT DOES NOT -- IT DOES NOT MOVE.

Q.      SO --

A.      -- LEFT, RIGHT, UP, CENTER.

Q.      I'M SORRY.

        ARE YOU DONE?

A.      SORRY.

Q.      EARLIER YOU SAID IT WAS ONE OF YOUR ETHICAL OBLIGATIONS TO SAY THE LETTERS THAT HE TOUCHES AND NOT CHANGE ANY OF THE LETTERS.  BUT NOW YOU ARE SAYING IF HE TOUCHES LETTERS THAT DON'T MAKE SENSE TO YOU, YOU CAN

THEN STOP HIM AND REDIRECT HIM TO TOUCH DIFFERENT LETTERS?

A.      WELL, LETTERS THAT DON'T MAKE SENSE WHEN THEY ARE STRUNG TOGETHER.

Q.      DON'T MAKE SENSE TO WHOM?

A.      WELL, IF THERE IS A STRING OF LETTERS THAT DON'T REALLY GO TOGETHER, SUCH AS Q, V AND B OR Q, V, A.  IT'S DIFFERENT IF ALEX POKES Q, U, O.  THOSE ARE STRINGS OF LETTERS THAT MAKE SENSE WHEN THEY ARE PUT TOGETHER.  BUT Q, V, A WITHIN THE CONTEXT OF A SENTENCE OR SO, THAT WOULD NOT MAKE -- THAT WOULD NOT MAKE A TON OF SENSE.

Q.      ISN'T IT TRUE THAT THE ENTIRE IDEA BEHIND SPELLING TO COMMUNICATE IS THAT THE DISABLED INDIVIDUAL WHO IS DOING THE SPELLING IS POINTING TO THE LETTERS THAT THEY WANT TO COMMUNICATE?

A.      I'M NOT SURE I UNDERSTAND YOUR QUESTION.

Q.      SURE.

THE WHOLE PREMISE OF IT IS THAT WHEN YOU HOLD THE LETTER BOARD IN FRONT OF ALEX, THAT HE POINTS TO LETTERS THAT HE WANTS TO COMMUNICATE.  THAT'S THE PREMISE, ISN'T IT?

A.      THE PREMISE IS TO PRESUME COMPETENCE, THAT ALEX IS UNDERSTANDING AND COMPREHENDING EVERYTHING THAT IS GOING ON AROUND HIM WHILE ALSO SIMULTANEOUSLY UNDERSTANDING THAT ALEX HAS A FORM OF MOTOR PLANNING

CALLED APRAXIA AND THAT HE NEEDS COACHING TO BE ABLE TO MOVE THROUGH THAT MOTOR PLANNING AND THAT APRAXIA.

WHEN WE START, WE START WITH SOME OF THE BASICS SPELLING TO COMMUNICATE AND HELPING HIM POKE TO LETTERS ON THE BOARD RELIABLY AND ACCURATELY SO WHEN WE GET TO OPEN-ENDED COMMUNICATION, HE HAS BUILT UP THE SKILLS TO BE ABLE TO GET THOSE LETTERS.

BUT EVERY SO OFTEN IF A PLAYER MAKES A MISTAKE IN THE FIELD OF PLAY, THAT DOES NOT MEAN THAT PLAYER DOES NOT KNOW WHAT TO DO.  THEY JUST SOMETIMES NEED THE COACHING TO REMIND THEM OF HERE IS WHAT YOU NEED TO DO TO BE SUCCESSFUL.

Q.      A COUPLE OF QUESTIONS FROM THAT.

ONE IS:  WHO DIAGNOSED ALEX WITH THE APRAXIA?

A.      WHO DIAGNOSED ALEX WITH APRAXIA?

Q.      YEAH.

A.      THERE IS A STUDY OUT THERE THAT SHOWS -- FROM PENN STATE UNIVERSITY THAT SAYS 66 PERCENT -- AT LEAST 66 PERCENT OF PEOPLE WITH AUTISM HAVE A FORM OF APRAXIA. AND WE GO IN WITH THAT, THAT THE PEOPLE THAT WE WORK WITH HAVE APRAXIA.

NOW, JEN AND FRED, ALEX'S PARENTS, MIGHT BE ABLE TO POINT OUT A DOCTOR THAT HAD DIAGNOSED ALEX WITH APRAXIA.  I DON'T HAVE THAT INFORMATION ON HAND.

Q.    SO EARLIER WHEN YOU SAID ALEX HAD APRAXIA, YOU DON'T ACTUALLY KNOW WHETHER THAT'S TRUE?

A.    I GO IN WITH THE PRESUMPTION THAT HE IS A NON-SPEAKER AND HE DOES HAVE APRAXIA, BECAUSE I HAVE SEEN THAT MYSELF.

Q.    MY QUESTION IS:

YOU DON'T ACTUALLY KNOW IF THAT'S TRUE, CORRECT?

A.    NOT DEFINITIVELY, NO.  I DON'T HAVE A NOTE FROM A DOCTOR; I DON'T HAVE AN OFFICIAL DIAGNOSIS.  BUT I ALSO SEE THAT THAT'S ALSO MEDICAL INFORMATION THAT JEN AND FRED WOULD NEED TO SHARE WITH ME, BUT WE ALWAYS OPERATED UNDER THAT PRESUMPTION, THAT ALEX HAS APRAXIA AS AN AUTISTIC ADULT.

Q.    BASED ON WHAT YOU SAID HERE TODAY, IT SOUNDS LIKE AS THE COMMUNICATION PARTNER WHO WOULD BE WITH ALEX AT TRIAL, YOU WILL BE DOING MORE THAN JUST HOLDING THE BOARD, CORRECT?

A.    IN TERMS OF COACHING HIS BODY AND BEING A REGULATED COMMUNICATION PARTNER FOR HIM, YES.

Q.    AND THERE IS ALSO A REASON WHY -- AN ETHICAL REASON WHY YOU NEED TO HEAR THE QUESTION, UNDERSTAND THE QUESTION, AND BE ABLE TO ANSWER THE QUESTION YOURSELF IN ORDER TO FUNCTION AS ALEX'S COMMUNICATION PARTNER, CORRECT?

A.        WELL, THAT LAST PART, I WOULD NOT NEED TO BE ABLE TO ANSWER THE QUESTION MYSELF BECAUSE IF THE QUESTION IS DIRECTED AT ALEX, THEN MY ANSWER DOES NOT HAVE MUCH OF A BEARING ON IT.

Q.        DO YOU RECALL WHEN THE SCHOOL DISTRICT CAME OUT TO OBSERVE ALEX IN INSIDE VOICE IN JANUARY OF 2018, ALEX WAS NOT ABLE TO GET THE CORRECT ANSWERS ON HIS HISTORY EXAM UNTIL EMILY, THE COMMUNICATION PARTNER, WAS PROVIDED WITH THE CORRECT ANSWERS AND THEN HE WAS ABLE TO GET THE CORRECT ANSWERS?

                MS. REIMANN:  I AM GOING TO OBJECT.  THIS SEEMS TO GO WELL BEYOND THE SCOPE.

                THE COURT:  I'M GOING TO ALLOW IT FOR THE PURPOSE OF THIS.

                GO AHEAD.

                THE WITNESS:  I WAS NOT IN THE ROOM AT THAT TIME, SO I CANNOT SPEAK TO WHAT DID OR DID NOT HAPPEN IN THAT SESSION.

BY MR. KRISTOFCO:

Q.        CAN THE LETTER BOARD BE PLACED ON A STURDY EASEL AND YOU JUST STAND BEHIND THE EASEL OR STAND NEXT TO IT, DOING ALL OF THE OTHER THINGS THAT YOU DO WITH RESPECT TO REGULATING HIS BODY AND EVERYTHING LIKE THAT FOR THIS METHODOLOGY TO WORK?

A.        THERE IS INDEPENDENT TYPING THAT IS DONE WITH A

KEYBOARD THAT IS ON AN EASEL.  HOWEVER, ALEX HAS NOT REACHED THAT LEVEL OF SKILLS.

Q.     I'M NOT TALKING ABOUT A KEYBOARD.  I'M TALKING ABOUT THE SAME LETTER BOARD THAT HE USES WHEN YOU HOLD IT UP, CAN IT JUST BE SET UP ON A STURDY EASEL IN FRONT OF HIM WITH YOU STANDING RIGHT BESIDE IT DOING THE OTHER THINGS THAT YOU DO FOR HIM, CAN THAT BE USED INSTEAD OF YOU HOLDING THE BOARD?

A.     IT HAS NOT BEEN DONE IN SPELLING TO COMMUNICATE BEFORE, SO FOR RIGHT NOW, NO, I WOULD NOT BE ABLE TO DO THAT.

Q.     DOES ALEX ACTUALLY HAVE TO TOUCH A LETTER FOR IT TO COUNT?

A.     YES.

Q.     AND WHEN ALEX TOUCHES BETWEEN TWO LETTERS, HOW DO YOU INTERPRET THAT?

A.     I DO NOT INTERPRET IT AT ALL.  IF HE POKES BETWEEN TWO LETTERS, I SAY I NEED YOU TO DEFINITIVELY POKE ONE OF THE LETTERS THAT YOU MEAN.

Q.     TELL ME ABOUT THIS RESET.  WHAT ARE THE RULES FOR WHEN YOU DO A RESET?

A.     SO FOR A RESET, IF ALEX GIVES THREE LETTERS WITHIN THE CONTEXT OF THE QUESTION THAT DO NOT MAKE -- THAT DON'T REALLY MAKE SENSE, COMING BACK TO THAT Q, V AND A, THERE IS A COUPLE OF DIFFERENT WAYS THAT I COULD

GO ABOUT IT.  I COULD EITHER BRING HIS HAND BACK TO HIS LAP.  I SOMETIMES CALL THAT HOME BASE FOR HIM.  AND I WILL KEEP THAT BOARD IN FRONT OF HIM, GIVE HIM A FEW -- GIVE HIM A FEW COACHING TIPS, SUCH AS EYES ON THAT LETTER, LOOK AT THAT LETTER UNTIL YOU POKE, THINGS ALONG THAT LINE.  AND THEN I WILL BRING HIS HAND BACK UP.

THERE IS ALSO ANOTHER WAY THAT I DESCRIBE WHERE HE HITS Q, V, A DOES NOT MAKE SENSE -- PARDON ME, DID NOT MAKE SENSE IN THE CONTEXT OF THE QUESTION THAT HE ASKED -- OR THAT HE IS ANSWERING.  AND I WOULD PULL THAT BOARD BACK, BACK AWAY FROM HIM, GIVE HIM THE SAME -- GIVE HIM THE SAME COACHING AND THEN PUT THAT BOARD BACK IN FRONT OF HIM AND SEE WHAT HAPPENED FROM THERE.

Q.    CAN ALEX TYPE ON A KEYBOARD?

A.    I BELIEVE HE HAS REACHED THAT LEVEL OF SKILL, ALTHOUGH I HAVE NOT -- I HAVE NOT USED THE KEYBOARD WITH HIM IN QUITE SOME TIME BECAUSE HE HAS ADVOCATED FOR THE LAMINATED BOARD BEING HIS PREFERRED METHOD.

Q.    SO IF HE CAN TYPE ON A KEYBOARD, THEN THERE WOULD BE NO REASON FOR SOMEBODY TO HAVE TO HOLD THE BOARD OTHER THAN HIM JUST NOT WANTING TO TYPE ON THE KEYBOARD.

IS THAT WHAT YOU ARE SAYING?

A.    WELL, WHEN IT COMES TO A KEYBOARD, ALEX IS STILL ISOLATING HIS POINTER FINGER AND TOUCHING ONE LETTER AT

A TIME THERE.  AND THE KEYBOARD IS ALSO DESIGNED FOR USING TWO -- FOR PRIMARILY USING TWO HANDS.  SO IF ALEX IS GOING TO USE A KEYBOARD, HE WILL BE USING JUST ONE HAND THERE.

Q.      SO THE LETTER BOARD THAT ALEX CURRENTLY USES, IT'S CLEAR, CORRECT?

A.      CORRECT.

Q.      AND HOW IS IT THAT -- IS THERE A WAY BY WHICH WHEN HE IS HERE IN THE COURTROOM AND THE JURY IS SEATED NEXT TO THE WITNESS BOX, HOW IS IT THAT WE WILL BE ABLE TO ENSURE THAT HE IS ACTUALLY -- OR THAT THE LETTERS YOU ARE SAYING ARE THE ACTUAL ONES THAT HE IS TOUCHING?  HOW CAN WE ARRANGE THAT TO KEEP WITHIN THE CONFINES OF SPELLING TO COMMUNICATE?

A.      I WOULD SAY THAT WHEN ALEX TOUCHES A LETTER, IT IS OBVIOUS THAT -- BECAUSE YOU WILL SEE THE BOARD.  WHEN HE MAKES CONTACT WITH THE BOARD, IT WILL MOVE A LITTLE BIT, BUT THAT'S JUST CONTACT HAS BEEN MADE AND HE IS BRINGING HIS FINGER RIGHT BACK.  IF -- I MEAN, I WOULD SAY IN TERMS OF -- YOU WILL SEE THAT THE BOARD WILL MOVE BACK, BUT IT WON'T -- IT WON'T BE VERY, VERY OBVIOUS. BUT IF YOU ARE LOOKING TO THE SIDE, YOU WILL BE ABLE TO SEE THAT.

Q.      IS IT ALLOWABLE UNDER THE SPELLING TO COMMUNICATE METHODOLOGY FOR A CAMERA TO BE PLACED ON THE

BOARD TO SEE EXACTLY WHAT LETTERS HE IS TOUCHING?

A.      HOW DO YOU MEAN BY "ON THE BOARD?"

Q.      FOCUSED ON THE BOARD.  SO THAT IT CAN SITTING BEHIND HIM BUT JUST FOCUSED ON THE BOARD SO THAT WE CAN SEE EXACTLY WHAT LETTERS HE IS TOUCHING?

A.      YES, A CAMERA COULD BE SET UP.

Q.      AND WHEN YOU DO TRAINING SESSIONS FOR ALEX, SOMETIMES YOU READ HIM A PARAGRAPH AND ASK QUESTIONS ABOUT IT, CORRECT?

A.      CORRECT.

Q.      THAT'S A PROCEDURE HE IS VERY FAMILIAR WITH, CORRECT?

A.      THAT'S CORRECT.

Q.      SO IF I WERE TO READ SOMETHING TO HIM AND THEN ASK HIM QUESTIONS ABOUT IT, THERE IS NO REASON WHY HE SHOULD NOT BE ABLE TO ANSWER THEM, CORRECT?

A.      ANSWER THEM WITH YOU?

Q.      YES.

A.      IT WOULD DEPEND ON WHAT LEVEL OF SKILLS THAT YOU HAVE.  IF I AM STARTING --

THE COURT:  NO, NO, NO.  YOU WOULD BE THE COMMUNICATION PARTNER DOING THE ANSWERS; HE WOULD READ THE PARAGRAPH.

BY MR. KRISTOFCO:

Q.      LET ME START THAT QUESTION OVER AGAIN.  I THINK

I MIGHT HAVE CONFUSED YOU THERE.  I WILL RESTATE THAT.

SO IF ALEX WERE ON THE STAND AND YOU WERE ACTING AS HIS COMMUNICATION PARTNER AND I ASKED -- AND I READ HIM A PARAGRAPH AND THEN ASKED HIM A QUESTION ABOUT THE PARAGRAPH, THERE IS NO REASON WHY HE SHOULD NOT BE ABLE TO ANSWER THOSE QUESTIONS USING SPELLING TO COMMUNICATE, CORRECT?

A.     IT WOULD BE DIFFERENT FOR HIM, THAT'S NOT A -- BECAUSE ALEX IS USED TO HEARING THE PARAGRAPH COME FROM ME AND THERE ARE ALSO KEY WORDS THAT ARE READ OUT LOUD. SO IT WOULD BE DIFFERENT FOR HIM TO BE ABLE TO DO THAT. AND I THINK THAT WOULD PUT HIM IN A BIT OF A DIFFICULT SPOT IN DOING SOMETHING THAT IS BRAND NEW TO HIM IN THIS SORT OF SETTING.  IF IT WAS SOMETHING THAT HE WAS ABLE TO PRACTICE, THEN I THINK -- THEN I HAVE ALL THE FAITH IN THE WORLD THAT HE COULD DO IT.  BUT TO DO IT RIGHT HERE ON THE SPOT WOULD BE -- WOULD BE DIFFICULT FOR HIM, AND I WOULD BE CONCERNED THAT ALEX'S NERVOUSNESS OR WHATEVER HE MAY BE GOING THROUGH AT THAT TIME WOULD MAKE THAT A PRAXIS ELEMENT TO HIM MORE DIFFICULT TO WORK THROUGH.

Q.     SO LET ME JUST FOLLOW UP ON THAT BECAUSE THIS WHOLE TRIAL IS GOING TO BE -- HIS PARTICIPATION IN IT WILL BE HIM SITTING ON THE WITNESS STAND AND BEING ASKED QUESTIONS FROM HIS ATTORNEYS AND FROM ME OR ANOTHER

ATTORNEY FROM MY OFFICE.

SO IS IT YOUR BELIEF THAT ALEX WILL NOT BE ABLE TO ANSWER THE QUESTIONS THAT WE ASK HIM AT TRIAL USING SPELLING TO COMMUNICATE?

A.      I BELIEVE ALEX WILL BE ABLE TO ANSWER YOUR QUESTIONS.

Q.      OKAY.  BUT YOU ARE SAYING IF I READ HIM A PARAGRAPH AND ASKED HIM A QUESTION ABOUT THE PARAGRAPH, HE COULD NOT ANSWER THAT QUESTION?

A.      I THINK WE ARE TALKING ABOUT TWO SEPARATE THINGS HERE, BECAUSE ANSWERING A QUESTION IS MUCH DIFFERENT THAN -- BECAUSE HE HAS DONE THAT BEFORE, HE HAS -- HE HAS EXPERIENCE DOING THAT.  YOU READING A PARAGRAPH TO HIM CHANGES WHAT HE IS USED TO.  AND FOR A POPULATION THAT IS VERY USED TO ROUTINE AND REPETITIVENESS, INTRODUCING SOMETHING NEW IN A HIGH STAKE SETTING IS -- IT CAN BE NERVE WRACKING.  AND I WOULD NOT FEEL RIGHT PUTTING ALEX IN A SITUATION THAT HE HAS NEVER DONE BEFORE.

Q.      JUST SO YOU UNDERSTAND, I DON'T KNOW IF YOU HAVE BEEN IN A TRIAL OR NOT, BUT IT'S VERY, VERY TYPICAL FOR A WITNESS ON THE STAND TO BE SHOWN EXHIBITS AND TO BE ASKED QUESTIONS ABOUT WRITTEN DOCUMENTS AND EXHIBITS IN FRONT OF THEM.  IT'S VERY TYPICAL FOR AN ATTORNEY TO READ PART OF AN E-MAIL OR A LETTER OR A DOCUMENT AND

THEN ASK THE PERSON A QUESTION ABOUT THAT.

AND WHAT I'M TRYING TO UNDERSTAND IS, IS WHAT YOU ARE SAYING IS THAT YOU DON'T THINK THAT ALEX WOULD BE ABLE TO PERFORM UNDER THOSE CIRCUMSTANCES WITH SPELLING TO COMMUNICATE IN A COURTROOM THAT'S GOING TO BE FULL OF JURORS AND EVERYBODY ELSE?

MS. REIMANN:  I'M GOING TO OBJECT AGAIN. I GUESS WE WOULD HAVE TO PUT IN THAT THERE WAS ACTUALLY E-MAILS THAT ALEX WROTE.  WHAT MR. KRISTOFCO HAS JUST DESCRIBED AS READING A PARAGRAPH --

THE COURT:  I'M GOING TO OVERRULE YOUR OBJECTION.

HE IS LAYING OUT WHAT COULD VERY WELL BE -- WHAT HAPPENS DURING TRIAL, WHETHER IT'S FROM YOU ON DIRECT EXAMINATION OR HIM ON CROSS-EXAMINATION.

SO WE DO NEED TO KNOW THE ANSWER TO THIS QUESTION.

THE WITNESS:  SO TO DESCRIBE HOW AN S2C COMMUNICATION -- AN S2C SESSION UNFOLDS.  SO --

THE COURT:  THIS IS NOT GOING TO BE A SESSION, YOU UNDERSTAND THAT.

THE WITNESS:  YES.

THE COURT:  SO I MEAN THE BOTTOM LINE IS ARE YOU GOING TO BE ABLE TO BE HIS COMMUNICATION PARTNER WITH WHATEVER QUESTION IS POSED TO HIM WHICH MAY OR MAY

NOT BE A QUESTION THAT YOU UNDERSTAND OR KNOW THE ANSWER TO?

AND I UNDERSTAND YOU SAY YOU DON'T NEED TO KNOW THE ANSWER BECAUSE IT'S GOING TO BE ALEX'S ANSWER, AND THAT'S CORRECT, BUT I DON'T KNOW WHETHER YOU ARE GOING TO UNDERSTAND THE QUESTION.  IT'S ULTIMATELY UP TO ALEX TO UNDERSTAND THE QUESTION.

THE WITNESS:  AND --

THE COURT:  AND IF HE DOES NOT UNDERSTAND THE QUESTION, I GUESS HE CAN SAY, I DON'T UNDERSTAND.

THE WITNESS:  YES, HE WILL SAY THAT.

THE COURT:  MAYBE WE SHOULD GO TO THAT PART OF THIS.

MR. KRISTOFCO:  JUST ONE MORE FOLLOW-UP, YOUR HONOR, JUST A COUPLE OF BRIEF QUESTIONS.

THE COURT:  OKAY.

BY MR. KRISTOFCO:

Q.    IS INSIDE VOICE THE PRIMARY SOURCE OF YOUR INCOME?

A.    YES, ALL INSIDE VOICE IS.

Q.    HOW MUCH OF INSIDE VOICE'S BUSINESS IS DEPENDENT UPON SPELLING TO COMMUNICATE?

A.    INSIDE VOICE IS A SPELLING TO COMMUNICATE PROGRAM, SO WE ARE BASED ON SESSIONS AND SPELLERS COMING IN FOUR SESSIONS.

Q.    SO THAT WOULD BE 100 PERCENT?

A.    YES.

Q.    AND IF SPELLING TO COMMUNICATE WERE PROVEN NOT TO WORK, THAT WOULD HAVE A DETRIMENTAL EFFECT ON YOUR INCOME, CORRECT?

A.    IT WOULD.

MR. KRISTOFCO:  THAT'S THE LAST SET OF QUESTIONS I HAVE FOR MR. FOTI.

THE COURT:  ANYTHING IN RESPONSE TO HIS QUESTIONS?

MS. REIMANN:  NO.

THE COURT:  ALL RIGHT.  SO HOW WOULD YOU -- HOW DO YOU ALL PROPOSE DOING THIS?  WHERE WOULD YOU LIKE ALEX TO SIT, WHERE WOULD YOU LIKE THE COMMUNICATION PARTNER TO BE?

MS. REIMANN:  WELL, WHY DON'T WE --

THE COURT:  WE CAN DO IT OVER HERE AND MS. HANCOCK CAN MOVE.

THE WITNESS:  WE CAN DO THAT.

MS. REIMANN:  I GUESS, YOUR HONOR, WOULD YOU LIKE TO STAND?  I JUST FEEL LIKE YOU NEED TO BE ABLE TO --

THE COURT:  I THINK I SHOULD BE ABLE TO SEE.

WHY DON'T YOU COME OVER HERE, SIR, AND WE

CAN MOVE THE COMPUTER SCREENS.  THEY CAN GO FLAT.

UNLESS THE DEFENSE -- I DON'T HAVE A PROBLEM WITH MOM SITTING NEXT TO HIM.  DO YOU, AT THIS POINT?

MR. KRISTOFCO:  I HONESTLY DON'T KNOW, YOUR HONOR.

THE COURT:  LET'S GIVE THIS A TRY.

MR. KRISTOFCO:  WE CAN TRY AND SEE IF IT WORKS, AND MAYBE WE CAN TRY WITH AND WITHOUT.

THE COURT:  LET'S START WITH YOU.

DIRECT EXAMINATION

BY MS. REIMANN:

Q.      HI, ALEX.  HOW ARE YOU FEELING?  YOU LOOK LIKE YOU ARE A LITTLE BIT NERVOUS.

ARE YOU NERVOUS?

A.      I, A-M, I AM, V-E-R-Y N-E-R-V-O-U-S, I AM VERY NERVOUS.  I AM VERY NERVOUS, PERIOD.  I AM VERY NERVOUS.

Q.      OKAY.  WELL, YOU KNOW ME, RIGHT?

A.      I DO.

Q.      I TOLD YOU WHAT THIS WAS GOING TO BE LIKE TODAY, IT WAS GOING TO BE STRESSFUL.  SO I WANT TO ASK YOU A COUPLE OF QUESTIONS.

CAN YOU TELL US A LITTLE BIT MORE ABOUT HOW YOU ARE FEELING?

A.      T-H-E-S-E M-O-M-E-N-T-S, THESE MOMENTS, A-R-E

I-N-T-E-N-S-E, THESE MOMENTS ARE INTENSE, T-O M-E, TO ME.  THESE MOMENTS ARE INTENSE TO ME.

Q.      IS THERE SOME KIND OF -- IS THERE A GENRE OF MUSIC THAT YOU LIKE?

A.      M-U-S-I-C I-S M-Y, MUSIC IS MY, MUSIC IS MY HAVEN -- IS MY HAVEN.

AND YOU ARE TWO UP.  T-O.

NICE AND DIRECT AS YOU CAN.

MY HAVEN, T-O M-O-R-E C-A-L-M-N-E-S-S, MUSIC IS MY HAVEN TO MORE CALMNESS -- TO MORE CALMNESS, PERIOD.  MUSIC IS MY HAVEN TO MORE CALMNESS.

AND I, A-M, S -- KEEP AN EYE ON THE TARGET.

E-S-C-A-P-E.  IT IS AN ESCAPE.  IT IS AN ESCAPE, PERIOD.

RIGHT ON TOP OF IT.

I-T-H.  ALL RIGHT.  LET'S STAY WITH I-T. I-T-H.  I-T-H, OKAY.  GO AHEAD.  IT'S HELPED ME TO IN THE SENSE.  A-L-L -- IT HAS HELPED ME TO ALLOW -- IT HAS HELPED ME TO ALLOW -- TO ALLOW -- T-I -- IT HAS ALLOWED ME -- IT HAS ALLOWED ME TO OUT -- LET'S GO BACK.  MAYBE O?  IT HAS ALLOWED ME TO TALK WITHOUT -- M-Y, I-M-T-E-N -- IT HAS ALLOWED ME TO TALK ABOUT MY INTENSE -- IT HAS ALLOWED ME TO TALK ABOUT MY INTENSE AND F-E-E-L-I-N-G-S.  IT ALLOWS ME TO TALK ABOUT MY

INTENSE FEELINGS.  MY INTENSE FEELINGS.  MY INTENSE FEELINGS.  AND H-A -- I AM HAVING A -- I AM HAVING L-I -- LET'S BE DIRECT AND SLOW DOWN THERE.

HAVING IT IS LIKE -- BACKTRACK TO THAT. HAVING IT IS, L-I-K-E, HAVING IT IS LIKE BREATHING. HAVING IT IS LIKE BREATHING.

TOM P-E-T-T-Y I-S M-Y G-U-Y.  TOM PETTY IS MY GUY.

THE COURT:  ALL RIGHT.  LET'S HAVE COUNSEL -- CAN WE HAVE COUNSEL ASK SOME QUESTIONS?

MS. REIMANN:  SURE.

MR. KRISTOFCO:  SURE.

WHAT I WOULD LIKE TO DO, YOUR HONOR, IS TO SHOW ALEX A PICTURE AND ASK HIM ABOUT THE PICTURE, BUT I'M NOT SURE WHETHER MR. FOTI IS WILLING TO DO THAT.

THE COURT:  YOU ARE GOING TO SHOW THEM BOTH THE PICTURE, RIGHT?

MR. KRISTOFCO:  THAT KIND OF DEFEATS THE PURPOSE IF I SHOW THEM BOTH THE PICTURE.

SO I GUESS THE QUESTION IS, IS MR. FOTI WILLING TO ACT AS THE COMMUNICATION PARTNER IF I JUST SHOW ALEX THE PICTURE AND HE DOESN'T SEE IT?

MS. BINDER-LE PAPE:  YOUR HONOR, I DON'T WANT TO PUT TOM IN A POSITION WHERE HE HAS TO CHOOSE BETWEEN THE COURT AND HIS ETHICS CODE.

IF I MAY REPLACE HIM AS THE COMMUNICATION PARTNER?

THE COURT:  THAT'S FINE.

DOES THAT WORK?

MR. KRISTOFCO:  YES.  WE CAN DO THAT.

THE COURT:  ALL RIGHT.

MS. BINDER-LE PAPE:  STAY THERE A SECOND. MR. KRISTOFCO IS GOING TO SHOW YOU A PICTURE AND THEN HE IS GOING TO ASK YOU SOME QUESTIONS.

MR. KRISTOFCO:  I HAVE A COPY I CAN GIVE THE COURT.

THE COURT:  THAT'S FINE.

MS. REIMANN:  CAN I HAVE A COPY?

THE COURT:  WELL, YEAH, LET HER HAVE A COPY.

MR. KRISTOFCO:  I WILL GIVE A COPY TO YOU.

MS. REIMANN:  CAN I HAVE A COPY NOW?

MR. KRISTOFCO:  RIGHT WHEN I AM DONE.

CROSS-EXAMINATION

BY MR. KRISTOFCO:

Q.     ALEX, I AM SHOWING YOU A PICTURE.  IF YOU CAN TAKE A LOOK AT THAT.  OKAY.  I AM GOING TO ASK YOU A QUESTION ABOUT THE PICTURE, OKAY?

ALEX, CAN YOU EXPLAIN WHAT IS HAPPENING

IN THE PICTURE THAT I JUST SHOWED YOU?

A.      WHAT IS HAPPENING IS YOU DON'T WANT ME TO TESTIFY.

MR. KRISTOFCO:  I WOULD REQUEST THAT THE COURT ASK THE WITNESS TO ANSWER MY QUESTION.

BY THE COURT:

Q.      HI, ALEX.  HOW ARE YOU?  I AM JUDGE MARSTON.

A.      NERVOUS AS HELL.

Q.      OKAY.  EVERYBODY WHO COMES IN HERE IS AS NERVOUS AS YOU ARE.  AND I KNOW IT DOES NOT MAKE IT ANY BETTER.

IT'S NOT THAT COUNSEL DOES NOT WANT YOU TO TESTIFY, WE ARE JUST TRYING TO FIGURE OUT THE BEST WAY FOR THE JURY TO BE ABLE TO HEAR YOU SPEAK.

SO, HE SHOWED YOU A PICTURE.  DO YOU REMEMBER SEEING THE PICTURE, ALEX?  DO YOU REMEMBER SEEING THE PICTURE?

A.      YES.

Q.      OKAY.  WHAT IS IN THE PICTURE?

A.      NOT SURE WHAT YOU WANT ME TO DESCRIBE.  THIS IS REALLY INSULTING.  EVERYONE ELSE JUST ALLOWED WRITING OR SPEAKING.

Q.      ALEX --

A.      WHY I AM DIFFERENT?

Q.      WE KNOW YOU TALK TO US WITH A LETTER BOARD, SO WE WANT TO HEAR YOU TALK TO US.  COUNSEL IS ASKING YOU A

QUESTION, AND HE IS NOT TRYING TO INSULT YOU, HE JUST WANTS YOU TO TELL HIM.

WHAT DID YOU SEE IN THE PICTURE?

A.      I DON'T REMEMBER.

Q.      WE CAN SHOW IT TO YOU AGAIN, OKAY?

A.      STOP.  IF YOU DON'T BELIEVE IN ME, IS IT WORTH HAVING A TRIAL?

THE COURT:  ALL RIGHT.  I THINK NOW WOULD BE A GOOD TIME TO TAKE A BREAK.

AND, ALEX, ULTIMATELY THAT IS YOUR DECISION WITH YOUR LAWYER AND YOUR PARENTS ABOUT WHETHER OR NOT YOU WANT TO HAVE A TRIAL.  ALL RIGHT.  THAT'S A DECISION YOU HAVE TO MAKE.  I DON'T MAKE THAT DECISION.

ALL RIGHT.  I THINK WE SHOULD TAKE A BREAK.  I ACTUALLY HAVE ANOTHER HEARING AND I SEE LAWYERS IN HERE FOR IT, AND I KNOW YOU HAVEN'T GOTTEN A CHANCE TO GET A BITE TO EAT, SO I WOULD ASK YOU THAT COME BACK AT 3:15.  THANK YOU.

(COURT IN RECESS.)

THE COURT:  OKAY.  ARE WE READY TO PROCEED?

MR. KRISTOFCO:  YES.

BY THE COURT:

Q.      OKAY.  I DON'T KNOW IF ALEX -- CAN ALEX HEAR ME RIGHT NOW?

A.      JUST MAKES THINGS QUIETER.

Q.      OKAY.  THAT'S FINE.  I JUST WANT TO MAKE SURE HE CAN HEAR ME.

I UNDERSTAND WHAT ALEX WAS COMMUNICATING TO US EARLIER, AND I CERTAINLY UNDERSTAND HIS FRUSTRATION.  BUT, ALEX, THIS IS A TRIAL THAT YOU HAVE BROUGHT WITH YOUR PARENTS.  AND THE WAY A TRIAL PROCEEDS IS THE DEFENSE GETS TO ASK QUESTIONS.  SO THEY ARE NOT TRYING TO INSULT YOU IN ANY WAY, BUT WE JUST WANT TO FIGURE OUT TODAY HOW THIS IS GOING TO WORK WHEN WE SPEND TIME IN HERE WITH ACTUALLY THE JURY BEHIND YOU.

SO I DO NEED YOU TO ANSWER COUNSEL'S QUESTIONS IF YOU CAN, OKAY?  YOU CAN JUST ANSWER ME YES OR NO.

A.      I'M SORRY FOR EARLIER.  I WAS WRONG.  SO LET'S DO IT.

Q.      OKAY.  PERFECT.  AND YOU DON'T HAVE TO APOLOGIZE.

THE ONLY THING I WILL SAY IS THAT I THINK IT'S GOING TO BE REALLY HELPFUL IF YOUR MOM, WHO IS ACTING AS COMMUNICATION PARTNER RIGHT NOW, SAYS EVERY LETTER.  AND I NOTICE THAT.

DO WE HAVE THE OTHER COMMUNICATION PARTNER STILL HERE?

MS. REIMANN:  WE DO NOT.

THE WITNESS:  SORRY, WE THOUGHT WE WERE JUST GOING TO DO THAT.

THE COURT:  OKAY.  THAT'S, I GUESS, FINE. BUT AT TRIAL, YOU DO ANTICIPATE USING THE OTHER COMMUNICATION PARTNER FOR, RIGHT?

MS. REIMANN:  I THINK THAT WE CAN HAVE A FOLLOW-UP DISCUSSION ABOUT IT.

THE COURT:  OKAY.  ALL RIGHT.  THEN LET'S JUST PROCEED.  I GUESS I WILL MOVE BACK.

MS. BINDER LE PAPE:  I HAVE TO MOVE WHILE HE SHOWS HIM THE PICTURE.

THE COURT:  YOU ARE RIGHT.

CONTINUED CROSS-EXAMINATION

BY MR. KRISTOFCO:

Q.      ALEX, I'M GOING TO SHOW YOU A PICTURE, AND I'M GOING TO ASK YOU TO PLEASE TO TAKE A LOOK AT IT AND STUDY IT.  IN A MINUTE, I'M GOING TO ASK YOU A QUESTION ABOUT IT.  OKAY?

OKAY, ALEX, CAN YOU PLEASE EXPLAIN FOR ME WHAT WAS HAPPENING IN THE PICTURE THAT I JUST SHOWED YOU?

LOOKS LIKE HE SAID L.

A.      L-O, SORRY, T-S, LOTS, O-F, LOTS OF, P-E-O-P-L-E, PEOPLE, S-T-A-R-I-N-G, STARING, FOR WRONG -- FOR ALWAYS -- I'M NOT USED TO -- W-A-N-T, WANT,

T-O, WANT TO, S-A-Y, WANT TO SAY, W-O-U-L-D, WOULD, L-I-K-E, WOULD LIKE, S-O-M-E, SOME, T-H-I-N-G, WOULD LIKE SOMETHING.  S-O-M-E, SOME, T-I-M-E, SOME TIME, T-O P-R-E-P-A-R-E, PREPARE, M-Y, MY, A-N-S-W-E-R.  I WOULD LIKE SOME TIME TO PREPARE MY ANSWER.

TAKE A COUPLE OF DEEP BREATHS.  I DON'T THINK MR. KRISTOFCO IS LOOKING FOR A LOT.

I-T, IT IS A, P-I-C-T-U-R-E, PICTURE, O-F, OF W-O-N-G, WRONG, S-T-A-R-T.  START BEGIN.  I-T, I-S, IT IS A, P-I-C-T-U-R-E, PICTURE, O-F, OF, S-W-E-E-T, S-W-E-E-T-S W-I-T-H, WITH, K-I-D-S, KIDS.

MR. KRISTOFCO:  I WOULD LIKE TO MARK THE PICTURE AS AN EXHIBIT.

THE COURT:  OKAY.

MR. KRISTOFCO:  FOR THE RECORD, THE PICTURE IS A TORNADO APPROACHING A HOUSE.

THE WITNESS:  B-U-T T-H-A-T, BUT THAT, I-S B-E-F-O-R-E, BEFORE, T-H-E-Y, BEFORE THEY A-R-R-I-V-E, ARRIVE, I-N, IN, O-Z.

THAT IS BEFORE THEY ARRIVED IN OZ.

MR. KRISTOFCO:  I DON'T HAVE ANY MORE QUESTIONS, YOUR HONOR.

THE COURT:  OKAY.

COUNSEL, DO YOU WANT TO ASK ANYTHING?

MS. REIMANN:  MAY I HAVE A MOMENT,

PLEASE?

THE COURT:  SURE.

(BRIEF PAUSE IN THE PROCEEDING.)

MS. REIMANN:  I DON'T HAVE ANYTHING.
THANK YOU.

THE COURT:  OKAY.  THANK YOU, ALEX.
THANK YOU.

THE WITNESS:  T-H-A-N-K, Y-O-U, THANK
YOU, F-O-R, FOR, L-E-T-T-I-N-G, LETTING, M-E, ME,
C-O-M-E, COME, H-E-R-E, COME HERE, T-O-D-A-Y, TODAY.  I
KNOW, I, K-N-O-W, T-H-A-T, I KNOW THAT, I, D-I-D-N-T,
THAT I DIDN'T, D-O, DO, W-A-N-T-E-D.  START AGAIN.
WHAT -- WHAT YOU, W-A-N-T-E-D, WANTED, B-U-T, BUT I,
A-M, I AM, G-L-A-D, GLAD, I G-O-T, I GOT, T-O, TO,
T-R-Y, TRY.

THE COURT:  WHAT WAS THE LAST WORD?

MS. BINDER LE-PAPE:  TRY.

THE COURT:  ALEX, YOU DID A GREAT JOB,
AND IT WAS VERY IMPRESSIVE TO SEE YOU TODAY.  SO THANK
YOU SO MUCH FOR COMING, AND YOU SHOULD NOT THINK THAT
YOU DIDN'T DO WHAT WE WANTED YOU TO DO.  I JUST WANTED
TO GET A SENSE OF HOW THIS WOULD WORK IN FRONT OF THE
JURY BEFORE WE DID THAT TO YOU, BECAUSE ALL PEOPLE THAT
COME INTO THIS COURTROOM BEFORE JURIES GET NERVOUS, EVEN
MORE NERVOUS THAN THEY DO TODAY.  SO I SORT OF WANTED TO

HAVE A DRY RUN, SO TO SPEAK, JUST SO YOU WOULD UNDERSTAND HOW THIS WORKS.

THE WITNESS:  T-H-A-T I-S, THAT IS, V-E-R-Y, VERY, K-I-N-D, KIND, O-F, OF, Y-O-U, YOU.

THE COURT:  THANK YOU, ALEX, BUT YOU DON'T HAVE TO THANK ME.  I AM JUST DOING MY JOB.

MS. BINDER LE PAPE:  CAN I JUST EXPLAIN TO HIM THAT THE JURY IS GOING TO BE RIGHT THERE?

THE COURT:  YES, THE JURY WOULD BE BEHIND YOU.

MS. BINDER LE PAPE:  THE JURY IS GOING TO BE SITTING, WHEN WE COME BACK FOR THE TRIAL, OKAY, JUST SO YOU KNOW.  SO THE SETUP WILL BE MOSTLY LIKE THIS AND THE WITNESSES WILL BE WHERE YOU SAW DR. ROSS.  WELL, YOU DIDN'T SEE HER.  DR. ROSS WAS UP THERE EARLIER.  AND YOU WILL BE HERE, AND YOU AND TOM WILL BE HERE, AND THE PEOPLE WILL BE BEHIND YOU.

THE WITNESS:  W-H-A-T, WHAT, D-A-Y, WHAT DAY, D-O W-E S-T-A-R-T?

MS. BINDER LE PAPE:  JANUARY 7TH.

THE COURT:  ALL RIGHT.  BUT YOU ARE EXCUSED FOR TODAY.  WE HAVE A LITTLE BIT MORE BUSINESS TO TAKE CARE OF RELATED TO SOME OTHER MATTERS, BUT THANK YOU VERY, VERY MUCH FOR COMING TODAY, ALEX.

ALL RIGHT.  DO YOU WANT TO CALL YOUR

WITNESS BACK ON THE STAND?  DO YOU THINK YOU CAN FINISH UP IN THE NEXT FIVE MINUTES?

MS. REIMANN:  MAYBE TEN.

THE COURT:  AGAIN, MAYBE IT WILL HELP IF COUNSEL STATES EXACTLY WHAT YOU ARE OBJECTING TO.

MR. KRISTOFCO:  CERTAINLY, YOUR HONOR.

THE DAUBERT MOTION WAS FILED BECAUSE DR. ROBBINS STATED IN HER REPORT THAT SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX, AND SHE RELIED UPON THAT METHODOLOGY TO CONDUCT HER TESTING AND ASSESSMENTS OF HIM.

SO WHAT WE ARE LOOKING TO DO IS CHALLENGE HER ABILITY TO OFFER EXPERT OPINION ABOUT WHETHER SPELLING TO COMMUNICATE IS, IN FACT, EFFECTIVE COMMUNICATION, AND AS A RESULT, WOULD PRECLUDE HER FROM TESTIFYING ABOUT THE INFORMATION SHE GAINED UTILIZING THAT METHODOLOGY.

THE COURT:  OKAY.  THANK YOU.

DOCTOR, YOU MAY COME BACK UP.

(DR. ANNE ROBBINS RETAKES THE STAND.)

CONTINUED DIRECT EXAMINATION

BY MS. REIMANN:

Q.    IF WE COULD GO BACK TO THE INFORMATION THAT IS ON PAGE 36 AND OVER TO 37, WHICH IS THE APPENDIX B AND THE SUMMARY OF YOUR SCORES.

LOOKING AT THE SPELLING SUBTEST, WHAT WAS ALEX ASKED TO DO ON THAT SUBTEST?

A.    HE WAS GIVEN A WORD TO SPELL.  THE WORD WAS INCLUDED IN A SENTENCE AND THEN REPEATED.  TYPICALLY STUDENTS WOULD WRITE THEIR ANSWERS.  BECAUSE HE WAS NOT WRITING, HE SPELLED IT ON THE -- ON HIS LETTER BOARD.

Q.    OKAY.  AND THEN ON PAGE 37, YOU HAVE ADAPTIVE SCORES.

AND WHAT -- SO FIRST OF ALL, WHO COMPLETED THE RATING SCALES THERE?

A.    ALEX'S FATHER.

Q.    WHAT ARE ADAPTIVE BEHAVIORS?

A.    THEY ARE FUNCTIONAL SKILLS THAT PEOPLE USE TO HANDLE DOMESTIC RESPONSIBILITIES, INTERACT WITH THE COMMUNITY, SOCIALIZE, ET CETERA.

Q.    OKAY.  AND BASED ON YOUR ASSESSMENTS IN 2018 AND 2021, DOES ALEX HAVE AN INTELLECTUAL DISABILITY?

A.    NO.

Q.    AND WHAT IS THE -- WHAT IS REQUIRED FOR A DIAGNOSIS OF AN INTELLECTUAL DISABILITY?

A.    WELL, TYPICALLY A TEST OF COGNITIVE ABILITIES IS GIVEN AND IT NEEDS A CUTOFF SCORE OF APPROXIMATELY 70 FOR INTELLECTUAL ABILITY AND A GLOBAL ADAPTIVE COMPOSITE ON AN ADAPTIVE BEHAVIOR SCALE, ALSO AT 70 OR BELOW.

Q.    OKAY.  DO YOU HAVE AN OPINION TO A REASONABLE

DEGREE OF PROFESSIONAL CERTAINTY AS TO WHETHER ALEX NEEDED A LETTER BOARD AND COMMUNICATION PARTNER TO HAVE EQUAL ACCESS TO THE PROGRAMS, ACTIVITIES AND SERVICES OFFERED BY THE LOWER MERION SCHOOL DISTRICT?

A.    YES.

Q.    AND WHAT IS YOUR OPINION?

A.    THAT HIS ACCESS TO THE LETTER BOARD REALLY WAS HIS ACCESS TO COMMUNICATION, TO INTERACTION, TO EXPRESSING HIMSELF, TO MAKING REQUESTS.  IT WAS REALLY HIS TICKET TO HAVING A VOICE.

Q.    DID YOU OBSERVE ALEX AT LOWER MERION HIGH SCHOOL?

A.    YES.

Q.    WHEN YOU OBSERVED ALEX, WAS HE ABLE TO EFFECTIVELY COMMUNICATE?

A.    NO.

Q.    AND HOW LONG WAS THAT OBSERVATION?

A.    APPROXIMATELY AN HOUR TO AN HOUR AND A HALF. PROBABLY AN HOUR AND A HALF.

MS. REIMANN:  OKAY.  THANK YOU.

NOTHING ELSE, YOUR HONOR.

THE COURT:  THANK YOU.

CROSS-EXAMINATION

BY MR. KRISTOFCO:

Q.    GOOD AFTERNOON, DR. ROBBINS.

YOU ALSO PROVIDED TESTIMONY AT THE DUE PROCESS HEARING IN THIS MATTER.

DO YOU RECALL THAT?

A.      I DO.

Q.      AND THAT WAS -- THE TESTIMONY YOU PROVIDED THERE WAS TRUE AND CORRECT, WASN'T IT?

A.      WAS WHAT?

Q.      TRUE AND CORRECT?

A.      YES.

Q.      NOW, YOU DO NOT HAVE ANY EDUCATIONAL DEGREES IN SPEECH-LANGUAGE PATHOLOGY, DO YOU?

A.      I DO NOT.

Q.      YOU HAVE NOT BEEN TRAINED AS A SPEECH-LANGUAGE PATHOLOGIST, CORRECT?

A.      CORRECT.

Q.      YOU DO NOT HOLD ANY STATE OR GOVERNMENTAL LICENSES AS A SPEECH-LANGUAGE PATHOLOGIST?

A.      CORRECT.

Q.      YOU DON'T PRACTICE AS A SPEECH-LANGUAGE PATHOLOGIST?

A.      CORRECT.

Q.      OR HOLD YOURSELF OUT AS A SPEECH-LANGUAGE PATHOLOGIST?

A.      CORRECT.

Q.      AND YOU DON'T HAVE A CERTIFICATE OF CLINICAL

COMPETENCE FROM THE AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION, CORRECT?

A.     CORRECT.

Q.     YOU HAVE NOT PUBLISHED ANY PEER REVIEWED RESEARCH IN THE FIELD OF SPEECH-LANGUAGE PATHOLOGY?

A.     CORRECT.

Q.     AND YOU HAVE NOT TAUGHT ANY SPEECH-LANGUAGE PATHOLOGY COURSE, HAVE YOU?

A.     I HAVE NOT.

Q.     HAVE YOU BEEN TRAINED IN SPELLING TO COMMUNICATE?

A.     I HAVE NOT.

Q.     LET ME ASK YOU, WE TALKED A LOT ABOUT THE ASSESSMENTS THAT YOU DID IN YOUR REPORT.

ARE YOU AWARE THAT IT'S ALREADY BEEN DETERMINED IN THIS LAWSUIT THAT THE LOWER MERION DISTRICT SCHOOL OFFERED AN APPROPRIATE EDUCATIONAL PROGRAM TO ALEX?

MS. REIMANN:  I'M GOING TO OBJECT.

THE COURT:  WHAT'S THE BASIS?

MS. REIMANN:  IT'S NOT RELEVANT.  THESE ARE INDEPENDENT CLAIMS.

THE COURT:  I'M GOING TO ALLOW IT.

YOU MAY ANSWER THE QUESTION.

THE WITNESS:  CAN YOU REPEAT THE

QUESTION?

BY MR. KRISTOFCO:

Q.      SURE.

        ARE YOU AWARE THAT IN CONNECTION WITH THIS LAWSUIT, IT'S ALREADY BEEN DETERMINED THAT THE LOWER MERION SCHOOL DISTRICT OFFERED AN APPROPRIATE EDUCATIONAL PLACEMENT OR PROGRAM FOR ALEX?

A.      BASED ON THAT DUE PROCESS HEARING YOU REFERENCED EARLIER; IS THAT WHAT YOU ARE REFERRING TO?

Q.      THE DUE PROCESS HEARING THAT WAS APPEALED TO THIS COURT AND UPHELD, AND IT WAS NOT FURTHER APPEALED?

A.      I AM AWARE THAT THAT WAS THE DECISION THAT WAS MADE IN THAT CASE.

Q.      OKAY.  AND MOST OF YOUR REPORT DISPUTES THAT DETERMINATION, CORRECT?

        MS. REIMANN:  SAME OBJECTION.

        MAY I HAVE A STANDING OBJECTION TO THIS LINE OF QUESTIONING?

        THE COURT:  YOU CAN.

        MS. REIMANN:  THANK YOU.

        THE WITNESS:  PLEASE REPEAT THE QUESTION.

BY MR. KRISTOFCO:

Q.      SURE.

        MOST OF WHAT YOU SAY IN YOUR REPORT DISPUTES THE CONCLUSION THAT THE LOWER MERION SCHOOL

DISTRICT PROVIDED AN APPROPRIATE EDUCATIONAL PROGRAM FOR ALEX, CORRECT?

A.      CORRECT.

Q.      YOU AGREE WITH ME THAT THE PRESENCE OF ALEX'S PARENTS DURING THE TESTING THAT YOU PERFORMED REPRESENTS A DEVIATION FROM THE STANDARDIZED PROCEDURE?

A.      YES.

Q.      AND YOU AGREE WITH ME THAT ALLOWING ALEX'S PARENTS TO PRAISE HIM FOR HIS PARTICIPATION DURING YOUR ASSESSMENT ALSO REPRESENTS A DEVIATION FROM THE STANDARDIZED PROCEDURE?

A.      IT WAS A DEVIATION THAT WAS USED IN SPECIFIC SITUATIONS AND APPLIED IN THIS ONE.

Q.      AND YOU AGREE WITH ME THAT PERMITTING ALEX TO TAKE STANDARDIZED ASSESSMENTS THROUGH THE USE OF SPELLING TO COMMUNICATE ALSO REPRESENTS A DEVIATION FROM THE STANDARDIZED PROCEDURE, CORRECT?

A.      YES.

Q.      AND IN PREPARING YOUR REPORT AND COMING TO YOUR CONCLUSIONS ABOUT THE EFFECTIVENESS OF SPELLING TO COMMUNICATE, WHAT INFORMATION DID YOU GATHER?

A.      I THINK I COVERED THAT IN THE PREVIOUS TESTIMONY.

I SPOKE WITH THE SPEECH AND LANGUAGE THERAPIST WHO HAD BEEN TREATING HIM FOR SEVERAL YEARS

AND WHO GENERATED THE IDEA OF ALLOWING HIM TO USE HIS EFFECTIVE COMMUNICATION TO TAKE SOME TESTS THAT SHE -- THAT HE HAD BEEN GIVEN BY STANDARD ADMINISTRATION.  I SPENT TIME REVIEWING SOME VIDEOS SO I COULD FAMILIARIZE MYSELF WITH ALEX, WITH HOW HE WAS RESPONDING TO THE METHOD, WHAT HE WAS ABLE TO TALK ABOUT, HOW HE WAS ABLE TO TALK ABOUT IT.  AND I VISITED THE TRAINING SITE WHERE HE WAS INVOLVED IN A 45-MINUTE TO AN HOUR LESSON TRAINING HIM IN THE USE OF SPELLING TO COMMUNICATE.

Q.      NOW, WHEN WAS THE LAST TIME THAT YOU DID ANY TESTING OF ALEX?

A.      2021.

Q.      OKAY.  HAVE YOU SEEN HIM OR -- AS EITHER A PATIENT OR IN ANY OTHER CAPACITY SINCE THAT TIME?

A.      NO, I HAVE NOT.

MS. REIMANN:  YOUR HONOR, MAY I BE HEARD FOR JUST ONE MOMENT?

YOU HAD -- I HAD MADE A REQUEST OVER THE SUMMER TO UPDATE REPORTS, AND YOU HAD DENIED THAT.  SO I JUST WOULD LIKE TO PUT ON THE RECORD THAT WE ARE GOING TO BE REQUESTING SOME SORT OF A LIMITING INSTRUCTION, BECAUSE WE DON'T WANT TO HAVE IN FRONT OF THE JURY TIME AFTER TIME --

THE COURT:  WE WILL HAVE PLENTY OF TIME TO TALK ABOUT THOSE, BUT YOU SHOULD GATHER UP WHATEVER

YOU THINK YOU NEED A LIMITING INSTRUCTION ON.  I ALREADY HAVE SOME OF MY OWN THOUGHTS ON THAT AS WELL.  SO JUST KEEP A LIST, OKAY?

MS. REIMANN:  YES, YOUR HONOR.

BY MR. KRISTOFCO:

Q.    AND IN PREPARING YOUR REPORT AND RENDERING YOUR OPINIONS IN THE REPORT, DID YOU CONDUCT ANY TESTING OF SPELLING TO COMMUNICATE?

A.    TESTING OF SPELLING TO COMMUNICATE?

TELL ME WHAT YOU MEAN, PLEASE.

Q.    DID YOU CONDUCT ANY TESTING OF THE EFFICACY OF SPELLING TO COMMUNICATE?

A.    I DID NOT, OTHER THAN MY OBSERVATIONS WITH HIM.

Q.    DID YOU DO ANY RESEARCH INTO SPELLING TO COMMUNICATE TO DO YOUR REPORT OR RENDER YOUR OPINIONS?

A.    I READ SOME OF THE MATERIALS THAT I THINK DR. VOSSELLER HAD PREPARED.  I DON'T REMEMBER SPECIFICS OF THAT, BUT I DID LOOK THROUGH SOME OF THAT.

Q.    AND BY DR. VOSSELLER, YOU MEAN ELIZABETH VOSSELLER?

A.    YES.

Q.    OKAY.  IN YOUR REPORT, YOU DO NOT PROVIDE ANY SCIENTIFIC OR MEDICAL OPINION AS TO WHY SPELLING TO COMMUNICATE WORKS FOR ALEX, CORRECT?

A.    SCIENTIFIC OR MEDICAL?

Q.      YES.

A.      NO, THAT'S NOT REALLY THE PURPOSE OF MY REPORT.

Q.      IN FACT, YOU DON'T PROVIDE ANY OPINION AS TO WHY IT WORKS FOR HIM AT ALL IN THE REPORT, CORRECT?

A.      I WAS NOT ASKED TO DO THAT.  THAT WAS NOT THE PURPOSE OF THE REPORT.  THAT WAS NOT WHAT THE REFERRAL REQUEST WAS.  THAT REALLY DID NOT APPLY IN THIS SITUATION.

Q.      ON PAGE 6 OF YOUR REPORT, YOU SAY, BASED ON MY OBSERVATIONS AND -- I'M SORRY, I AM JUMPING AHEAD.  THIS IS THE PAGE 6 WHERE THE NUMBER IS AT THE BOTTOM, NOT THE ONES AT THE TOP.

YOU SAY, BASED ON MY OBSERVATIONS AND ASSESSMENTS, USE OF THE LETTER BOARD IS EFFECTIVE COMMUNICATION FOR ALEX.

THAT'S IN, I GUESS, THE SECOND FULL PARAGRAPH, THE FIRST SENTENCE.

DO YOU SEE THAT?

A.      YES.

Q.      AND WHEN YOU SAY USE OF THE LETTER BOARD, YOU MEAN SPELLING TO COMMUNICATE?

A.      I MEAN HIS USE OF THE LETTER BOARD AS HE WAS TRAINED AND THE METHOD OF SPELLING TO COMMUNICATE WAS EFFECTIVE FOR HIM TO RESPOND TO WHAT I WAS ASKING HIM TO DO.

Q.      OKAY.  AND YOUR USE OF THE PHRASE, EFFECTIVE COMMUNICATION, DO YOU KNOW WHAT THE DEFINITION OF THAT PHRASE IS UNDER THE AMERICANS WITH DISABILITIES ACT?

A.      NOT SPECIFICALLY.

Q.      WHY DID YOU USE THE PHRASE EFFECTIVE COMMUNICATION IN THE REPORT?

A.      BECAUSE TO ME, IT WAS THE SOLE METHOD THAT THIS YOUNG MAN HAD FOR COMMUNICATION, AND HE WAS ABLE TO COMMUNICATE WITH ME IN RESPONSE TO MULTIPLE HOURS OF TESTING, AS WELL AS SOME INFORMAL INTERACTION AS YOU ALL OBSERVED HERE TODAY.

Q.      ARE YOU AWARE THAT TO BE EFFECTIVE AN AID OR SERVICE MUST BE PROVIDED IN SUCH A WAY TO PROTECT THE PRIVACY AND INDEPENDENCE OF INDIVIDUALS WITH A DISABILITY?

A.      CAN YOU REPEAT THAT, PLEASE?

Q.      SURE.

        ARE YOU AWARE THAT TO BE CONSIDERED EFFECTIVE, AN AID OR SERVICE MUST BE PROVIDED IN SUCH A WAY AS TO PROTECT THE PRIVACY AND INDEPENDENCE OF THE INDIVIDUAL WITH THE DISABILITY?

A.      I DON'T REALLY KNOW WHAT THAT PHRASE MEANS, WHAT YOU ARE ASKING.

Q.      LET ME ASK YOU THIS WAY:  USING SPELLING SPELLING TO COMMUNICATE, ALEX CANNOT HAVE A PRIVATE

CONVERSATION WITH YOU, CORRECT?

A.      CORRECT, HE WILL HAVE A COMMUNICATION PARTNER.

Q.      AND SO HE IS ALWAYS RELYING UPON THE PRESENCE OF A THIRD PERSON TO COMMUNICATE?

A.      A THIRD PERSON IS PRESENT.  I DON'T KNOW THAT HE IS RELYING ON THEM TO COMMUNICATE, BUT THEY ARE PRESENT.

Q.      NOW, ISN'T IT TRUE THAT YOUR OPINION IS BASED EXCLUSIVELY ON THE FACT THAT YOU HAVE OBSERVED ALEX USE SPELLING TO COMMUNICATE, AND YOU BELIEVE THAT IT WORKS?

A.      AFTER DOING MY -- AFTER GATHERING WHATEVER INFORMATION I DID TO MAKE THE DECISION TO GATHER INFORMATION USING STANDARDIZED TOOLS, I DID -- I CAME TO THE CONCLUSION THAT THE INFORMATION THAT I WAS GATHERING WAS MEANINGFUL AND USEFUL AND REFLECTED HIM AND WHAT HE WAS ABLE TO DO.

Q.      ALL RIGHT.  I'M NOT SURE THAT DIRECTLY HAS ANSWERED MY QUESTION.  SO, LET ME REPHRASE MY QUESTION.

IS IT TRUE THAT YOUR OPINION THAT SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX IS BASED EXCLUSIVELY ON THE FACT THAT YOU HAVE SEEN IT AND BASED UPON WHAT YOU OBSERVED YOU BELIEVE THAT IT WORKS?

A.      SO I AM NOT WEIGHING IN ON SPELLING TO COMMUNICATE AS A METHOD IN GENERAL.  I AM WEIGHING IN ON MY INTERACTION WITH THIS INDIVIDUAL, THIS YOUNG MAN,

KNOWING HIS HISTORY, KNOWING HIS PERSONAL LIFE EXPERIENCE, MY UNDERSTANDING OF TESTING ALL KINDS OF INDIVIDUALS WITH VARIOUS DISABILITIES, HAVING TO ADAPT, GET HIM TO ADAPT IN ORDER TO GATHER INFORMATION ABOUT THAT PERSON SO THAT IT COULD BE HELPFUL TO HIM, TO HIS PARENTS, TO THE SCHOOL, IF THEY CHOOSE TO USE IT.  THAT IS WHAT I WAS HIRED TO DO, AND THAT'S WHAT I DID.  I'M A NEUROPSYCHOLOGIST.  I AM NOT A SPEECH THERAPIST.  I AM NOT AN EXPERT IN SPELLING TO COMMUNICATE.  I DID WHAT I WAS ASKED TO DO, AND I BELIEVE IT IS EFFECTIVE FOR HIM.

Q.    LET ME TRY ONE MORE SHOT AT RESTATING THIS, BECAUSE I THINK THE LAST TIME I RESTATED IT, I THINK I STATED IT TOO BROADLY.

IS IT TRUE THAT YOUR OPINION THAT SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX IS BASED EXCLUSIVELY ON THE FACT THAT YOU HAVE SEEN IT AND BASED ON WHAT YOU SAW YOU BELIEVE THAT IT WORKS?

A.    BASED ON WHAT I SAW OVER THE COURSE OF ABOUT 15 HOURS OF INTERACTING WITH HIM ON STANDARDIZED TEST ADMINISTRATION AND INFORMAL CONVERSATIONS AND SEEING THE ALTERNATIVE WHEN IT WAS NOT IN USE, THAT'S THE BEST ANSWER I CAN GIVE YOU.

Q.    OKAY.  YOU WOULD AGREE WITH ME THAT THERE IS -- FOR SOMETHING TO BE -- STRIKE THAT.

WHAT FACTS OR DATA IS THAT OPINION THAT

SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX BASED UPON?

A.      THE FACTS ARE MY INTERACTION WITH HIM, MY INTERACTION WITH HIM ADMINISTERING STANDARDIZED TESTS, WHICH I HAVE BEEN DOING FOR 30 YEARS WITH A VERY, VERY DIVERSE AND COMPLICATED POPULATION OF STUDENTS.  SO I USED MY CLINICAL JUDGMENT AT A CERTAIN POINT TO MAKE MY DECISION AND MAKE -- AND DECIDE TO AGREE TO BE INVOLVED IN THIS PROCESS, TO FACILITATE SOME INFORMATION THAT MIGHT BE HELPFUL TO THIS FAMILY AND TO THIS YOUNG MAN.

Q.      SO WOULD YOU AGREE WITH ME THAT YOUR CLINICAL JUDGMENT THAT SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX IS NOT SOMETHING THAT IS TESTABLE?

A.      CLINICAL JUDGMENT IS ALMOST NEVER TESTABLE.

Q.      WOULD YOU AGREE WITH ME THAT THERE IS NO OBJECTIVE CRITERIA OR TESTING THAT YOU DID TO COME TO THE CONCLUSION THAT SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX?

A.      OTHER THAN THE RESULTS THAT I GOT AND MY INTERACTION WITH HIM.

Q.      THE RESULTS YOU GOT WERE THE RESULTS OF THE ASSESSMENTS THAT YOU DID USING SPELLING TO COMMUNICATE?

A.      THERE WAS NO OTHER WAY TO TEST HIM.

Q.      OKAY.  MY QUESTION IS NOT ABOUT THE RESULTS OF

THE ASSESSMENTS.  MY QUESTION IS ABOUT THE METHOD OF COMMUNICATION.

SO, WOULD YOU AGREE WITH ME THAT THERE ARE NO OBJECTIVE FACTS OR CRITERIA THAT YOU RELIED UPON IN COMING TO THE CONCLUSION THAT THE METHOD OF COMMUNICATION CALLED SPELLING TO COMMUNICATE THAT ALEX WAS USING WAS EFFECTIVE FOR HIM?

A.    OBJECTIVE FACTS?  SO WHAT ARE YOU REFERRING TO?  RESEARCH?  WHAT ARE YOU REFERRING TO?

Q.    I AM REFERRING TO SOMETHING THAT IS TESTABLE, PROVABLE, CAN BE RECREATED.

A.    SO I DON'T KNOW EXACTLY.  I KNOW THAT THERE HAS BEEN SOME RESEARCH ON THIS SPELLING TO COMMUNICATE.  I AM NOT AN EXPERT IN SPELLING TO COMMUNICATE.  I AM AN EXPERT IN NEUROPSYCHOLOGICAL TESTING WITH COMPLICATED DIVERSE, MULTIPLE DISABILITY INDIVIDUALS.  AND THAT'S WHAT I BROUGHT TO BEAR IN THIS SITUATION WITH MY EXPERIENCE AND MY CLINICAL JUDGMENT AND THE RESEARCH THAT I DID LEADING UP TO IT, TO MAKE THE DECISION TO BE A PARTICIPANT IN THIS PROCESS, WHICH I WAS ASKED, IS THERE INFORMATION THAT COULD BE GLEANED, AND THIS WAS THE INFORMATION THAT COULD BE GLEANED.  AND THAT'S WHAT I REPORTED.

Q.    SO YOU DIDN'T VIEW IT AS YOUR ROLE AT ALL TO DETERMINE WHETHER THIS TRULY WAS EFFECTIVE

COMMUNICATION?

A.      FOR HIM, YES.  I DETERMINED THAT THROUGH OBSERVATION AND THROUGH CLINICAL JUDGMENT AND THROUGH THE PROCESS THAT I TOOK HIM THROUGH.  IF AT ANY POINT IN THIS PROCESS I CAME -- HAD COME TO THE DECISION THAT THIS WAS NOT EFFECTIVE AND THAT THE INFORMATION THAT I WAS GATHERING WAS NOT VALID OR NOT RELIABLE, I WOULD HAVE STOPPED THE PROCESS AT THAT POINT.

Q.      DID YOU CONDUCT ANY SORT OF A MESSAGE PASSING TEST WITH ALEX?

A.      I DID NOT.

Q.      WERE YOU PRESENT IN THE COURTROOM WHEN WE WERE SHOWING ALEX THE PICTURE AND ASKING HIM TO DESCRIBE IT?

A.      I WAS.

Q.      DID YOU DO ANYTHING LIKE THAT WITH ALEX?

A.      I DID NOT.

Q.      THE FACT THAT ALEX WAS UNABLE TO DESCRIBE WHAT WAS IN THE PICTURE, DID THAT CAUSE YOU ANY PAUSE AT ALL AS TO WHETHER THIS TRULY IS ALEX'S VOICE USING SPELLING TO COMMUNICATE?

A.      SO, I AM NOT CONVINCED THAT HE COULD NOT DO THAT.  I AM CONVINCED THAT HE WOULD NOT DO THAT.

Q.      DID YOU ASK ALEX ANY QUESTIONS OUTSIDE THE PRESENCE OF THE COMMUNICATION PARTNER AND SEE IF THE ALEX COULD ANSWER THEM WHEN THE COMMUNICATION PARTNER

WAS NOT PRESENT?

A.      AT SCHOOL I DID.  I DON'T REMEMBER EXACTLY WHAT I DID, BUT I ATTEMPTED TO COMMUNICATE WITH HIM AT SCHOOL.  AND I WAS NOT ABLE TO COMMUNICATE WITH HIM.

Q.      DOES THE METHOD THAT YOU USED TO REACH YOUR OPINION THAT SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX IN THIS CASE, HAVE -- HAS IT BEEN PEER REVIEWED OR HAVE ANY SORT OF KNOWN ERROR RATE?

A.      I AM NOT UP TO SPEED ON WHERE THEY ARE WITH THEIR PEER REVIEW.  I BELIEVE THERE IS SOME THINGS IN PROCESS, BUT I AM NOT UP TO SPEED ON THAT.

Q.      IS THERE ANY SORT OF SCIENTIFIC OR PSYCHOLOGICAL STANDARD OR METHODOLOGY THAT YOU EMPLOYED IN REACHING YOUR CONCLUSION THAT SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX?

A.      I FEEL LIKE I HAVE ANSWERED THAT QUESTION.

Q.      IT WAS THE OBSERVATION AND YOUR CLINICAL JUDGMENT?

A.      OBSERVATION, CLINICAL JUDGMENT AND THE CONSISTENCY AND RELIABILITY WITH WHICH HE PERFORMED ACROSS MULTIPLE SESSIONS, ACROSS MULTIPLE TASKS.

Q.      SO --

A.      AND CONTRASTING WHAT THEY OBSERVED IN THE ABSENCE OF A COMMUNICATION PARTNER AND A LETTER BOARD.

Q.      IN DOING YOUR RESEARCH, IN PREPARING YOUR

OPINION IN THIS CASE THAT SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX, DID YOU RUN ACROSS THE POSITION STATEMENT ISSUED BY THE AMERICAN SPEECH-LANGUAGE-HEARING ASSOCIATION?

A.     I WAS INFORMED OF IT.  I BELIEVE THAT CAME OUT AFTER I DID MY INITIAL TESTING WITH HIM.

Q.     ARE YOU AWARE THAT THAT POSITION STATEMENT WARNS AGAINST THE USE OF SPELLING TO COMMUNICATE?

A.     THAT'S WHAT I HAVE BEEN TOLD.  I HAVE BEEN TOLD, AND I'VE ALSO BEEN -- READ INFORMATION ABOUT THE SPEECH AND LANGUAGE PEOPLE ARE VERY MUCH IN DISAGREEMENT WITH THE ASHA STATEMENT.

Q.     THERE IS NO PUBLISHED PEER REVIEWED RESEARCH THAT YOU CAN POINT TO TO INDICATE THAT YOUR METHODOLOGY FOR DETERMINING WHETHER SPELLING TO COMMUNICATE IS EFFECTIVE COMMUNICATION FOR ALEX IS SCIENTIFICALLY RELIABLE, CORRECT?

A.     THERE IS NOTHING I CAN POINT TO AT THIS TIME.

          MR. KRISTOFCO:  I DON'T HAVE ANY FURTHER QUESTIONS.

          THE COURT:  ANY REDIRECT?

          MS. REIMANN:  I JUST HAVE ONE.

          REDIRECT EXAMINATION

BY MS. REIMANN:

Q.     YOU SAID THAT -- AND I DIDN'T GET IT DOWN

EXACTLY, BUT THAT WHEN YOU OBSERVED ALEX WITH THE PICTURE THAT YOU WERE NOT CONVINCED THAT HE COULD NOT DO IT BUT THAT HE WOULD NOT DO IT.

COULD YOU JUST ELABORATE ON THAT?

A.    IN MY EXPERIENCE WITH ALEX -- I MEAN, I HAD A FEW DIFFERENT EXPERIENCES WITH HIM.  AND THERE WERE TIMES WHEN HE WAS VERY MUCH INVESTED AND WANTED TO COOPERATE, AND THERE WERE SOME TIMES WHERE HE DID NOT UNDERSTAND WHY HE WAS BEING ASKED TO DO WHAT HE WAS BEING ASKED TO DO AND WOULD NOT COOPERATE, OR HE WAS NOT COMFORTABLE WITH WHAT HE WAS BEING ASKED TO DO AND WOULD NOT COOPERATE.

SO I HAVE SEEN THAT BEHAVIOR FROM HIM. AND I ALSO THINK HE EXPRESSED IT HIMSELF IN HERE WHERE HE SAID, I FEEL LIKE YOU DON'T WANT ME TO TESTIFY, I FEEL LIKE -- YOU KNOW, I DON'T -- TRUST ME, ET CETERA, ET CETERA.  THOSE COMMENTS TO ME WAS HIS WAY OF SAYING, I'M NOT COMFORTABLE IN THIS SITUATION, I'M NOT COMFORTABLE WITH WHAT YOU ARE ASKING ME TO DO.  AND I DO NOT KNOW TO WHAT EXTENT OR IF THAT CAME TO BEAR ON HOW HE RESPONDED TO THIS TEST THAT WAS GIVEN TO HIM IN FRONT OF ALL OF THESE PEOPLE IN THIS SETTING.  BUT I WOULD SAY THERE IS A DECENT CHANCE HE VERY WELL COULD DO THAT.  HE DID THINGS LIKE THAT ABOVE AND BEYOND MORE CHALLENGING THAN THAT.  SO I BELIEVE IT'S VERY POSSIBLE HE COULD DO

IT AND CHOSE NOT TO DO IT HERE.  I DON'T KNOW THAT FOR SURE, BUT...

Q.    AND WHEN YOU SAY THAT HE WAS ASKED TO DO THINGS THAT WERE MORE COMPLEX, CAN YOU JUST GIVE US AN EXAMPLE OR TWO OF WHAT PART OF YOUR TESTING?

A.    SO ONE THING, I GUESS, THAT COMES TO MIND IS THAT THERE IS AN ELEMENT TO THE READING COMPREHENSION TEST WHERE HE HAS TO READ A PASSAGE AND THEN LOOK AT DIFFERENT STATEMENTS FROM THE PASSAGE AND RESEQUENCE EVERYTHING IN ORDER THE WAY HE READ IT IN THE PASSAGE.

I HAVE BEEN GIVING THESE TESTS FOR A LONG TIME.  IT'S UNUSUAL FOR SOMEBODY TO BE ABLE TO HANDLE ALL OF THE WORKING MEMORY ASPECTS, THE MEMORY ASPECTS, THE COMPREHENSION ASPECTS.  AND HE DEMONSTRATED ALL OF THAT WHEN HE PERFORMED THAT TEST.  SO I AT THAT POINT WAS IMPRESSED AT WHAT HE WAS CAPABLE OF DOING UNDER THESE CIRCUMSTANCES.

MS. REIMANN:  THAT'S ALL I HAVE.

THANK YOU.

THE COURT:  I HAVE A COUPLE OF QUESTIONS.

BY THE COURT:

Q.    HAVE YOU HAD ANY OTHER PATIENT THAT HAS USED A LETTER BOARD OR THE SPELLING TO COMMUNICATE?  I KNOW WE ARE USING THEM INTERCHANGEABLY.  BUT HAVE YOU HAD OTHER PATIENTS?

A.      NOT THIS METHOD.  I HAVE HAD TRAUMATIC BRAIN INJURY PATIENTS WHO HAVE USED SPELLING AS AN ALTERNATIVE TO EXPRESS COMMUNICATION.

Q.      HOW DO THEY DO THE SPELLING?

A.      IT DID NOT NECESSARILY INVOLVE A COMMUNICATION PARTNER, BUT IT WOULD BE A BOARD LIKE THIS, A LAMINATED BOARD.

Q.      WHERE THEY TOUCH?

A.      LIKE A STROKE PATIENT MIGHT DO.

Q.      ALL RIGHT.  WHAT ARE THE DIFFERENCE IN THE MEASURES THAT YOU DID FOR 2018 VERSUS 2021 ASSESSMENTS?

A.      THEY WERE -- MOST OF THEM WERE THE SAME.

Q.      THAT'S WHAT I THOUGHT.

A.      I ADDED -- WHEN I WAS ASKED TO TEST HIM ORIGINALLY THERE WERE VERY SPECIFIC QUESTIONS THAT WERE BEING ASKED.  SO IT WAS PROBABLY A MORE LIMITED -- MORE LIMITED NUMBER OF SUBTESTS OR TASKS.  SO WHEN I TESTED HIM IN 2021, YOU KNOW, VARIOUS THINGS HAD OCCURRED IN THE INTERIM.  AND SO I ADDED A COUPLE OF OTHER MEASURES.

Q.      IN YOUR REPORT, THERE WAS SOME REFERENCE TO MODIFYING STANDARDIZED PROCEDURES THAT PERMITTED STUDENTS TSS.

        WHAT IS TSS?

A.      THERAPEUTIC SUPPORT STAFF.

Q.      OKAY.

THE COURT:  LET'S TAKE A BRIEF RECESS OF TWO MINUTES, PLEASE.

(BRIEF RECESS TAKEN.)

THE COURT:  I HAVE A COUPLE MORE QUESTIONS IF YOU DON'T MIND COMING BACK UP.

BY THE COURT:

Q.      IN YOUR REPORT I THINK YOU TALK ABOUT THE HOME PROGRAM THAT ALEX'S PARENTS IMPLEMENTED THAT WAS APPROPRIATE, AND IF NOT FOR HIS MEDICAL ISSUES, HIS PARTICIPATION IN THE HOME PROGRAM WOULD HAVE ALLOWED HIM TO MAKE APPROPRIATE PROGRESS.

HOW DID YOU REACH THAT CONCLUSION?

A.      WELL, I SAW THE IMPROVEMENT IN HIS MATH SCORES. I DID NOT OBSERVE THE PROGRAM, SO MOST OF THAT WAS WHAT WAS SHARED WITH ME.  BUT IN TERMS OF THE LEVEL OF INSTRUCTION, THE SOPHISTICATION OF THE MATERIAL THAT HE WAS BEING PRESENTED WITH, IT -- FROM THAT I CONCLUDED THAT, YOU KNOW, HE WAS AVAILABLE FOR LEARNING AT A HIGH LEVEL.

Q.      AND YOU ALSO OPINED THAT ALEX NEEDS A LETTER BOARD AND COMMUNICATION PARTNER TO HAVE EQUAL ACCESS TO THE PROGRAMS, ACTIVITIES, SERVICES THAT THE LOWER MERION SCHOOL DISTRICT, BASED ON MATERIALS REVIEWED, OBSERVATIONS INTERVIEWS AND YOUR INTERACTIONS WITH ALEX'S PERFORMANCE DURING THE STANDARDIZED TESTING

ADMINISTRATION.

SPECIFICALLY WHAT MATERIALS DID YOU REVIEW?

A.      I'M SORRY, CAN YOU REPEAT SOME OF THAT AGAIN?

Q.      SURE.

IN YOUR REPORT YOU OPINED THAT ALEX NEEDS A LETTER BOARD AND COMMUNICATION PARTNER TO HAVE EQUAL ACCESS TO THE PROGRAMS, ACTIVITIES AND SERVICES THAT LOWER MERION SCHOOL DISTRICT, BASED ON MATERIALS REVIEWED, OBSERVATIONS, INTERVIEWS AND YOUR INTERACTIONS WITH ALEX AND HIS PERFORMANCE DURING STANDARDIZED TEST ADMINISTRATION.

I TOTALLY UNDERSTAND YOUR 15 HOURS OF OBSERVATION -- WORKING WITH HIM, DOING STANDARDIZED TESTING.  I JUST WANT TO SEE WHAT OTHER MATERIALS DID YOU REVIEW AND WHO DID YOU INTERVIEW?

A.      SO IT WAS -- I GUESS THE PRIMARY THING WOULD BE WHEN I WAS AT SCHOOL.

Q.      OKAY.

A.      SO I OBSERVED HIM IN THE LIFE SKILL CLASS, IN THE AUTISM CLASSROOM.  BUT ALSO OBSERVED HIM IN A SOCIAL STUDIES CLASSROOM WHERE THERE WAS A LOT OF DISCUSSION ABOUT THE CIVIL RIGHTS MOVEMENT AND THE WALK-OUT THAT HAPPENED THAT DAY.  THERE WAS PREPARATION FOR A QUIZ. AND DURING THAT PERIOD OF TIME, THOSE MATERIALS WERE NOT

PRESENTED TO ALEX, BUT WHAT WAS PRESENTED TO ALEX WAS SOME MATERIALS THAT HIS AIDE HAD WRITTEN UP, AND HE WAS COPYING THEM INTO A BOOK.

SO IT WAS VERY OBVIOUS TO ME AT THAT POINT HE WAS SITTING IN A CLASSROOM, BUT HE WAS NOT BEING INTEGRATED INTO THAT CLASSROOM.  HE WAS NOT USING A LETTER BOARD OR COMMUNICATION PARTNER TO MAYBE OFFER HIS OPINION ABOUT THE CIVIL RIGHTS MOVEMENT OR THE VIDEO THAT THEY HAD WATCHED OR EVEN PREPARATION FOR THE QUIZ, OR WHATEVER.  HE WAS DOING A COMPLETELY SEPARATE ACTIVITY THAN WHAT THE CLASS WAS DOING.  ALTHOUGH HE WAS ALLOWED TO BE IN THERE, HE WAS NOT REALLY ACCESSING WHAT WAS HAPPENING IN THERE.

Q.    OKAY.  ARE THERE ANY OTHER SPECIFIC MATERIALS THAT YOU REVIEWED?

A.    I LOOKED AT SOME OF THE SYLLABUS THAT THE FAMILY WAS USING IN TERMS OF THE DIFFERENT TOPICS THAT THEY WERE -- DIFFERENT TUTORS THEY WERE USING AND THE MATH PROGRAM THAT HE WAS BEING INSTRUCTED WITH.  SO I LOOKED AT SOME OF THOSE MATERIALS.

Q.    AND OTHER THAN OBVIOUSLY YOUR INTERACTIONS WITH ALEX, DID YOU INTERVIEW ANYBODY ELSE, ANY OF HIS TEACHERS, ANYONE LIKE THAT?

A.    I SPOKE TO THE TEACHER IN THE AUTISTIC SUPPORT CLASSROOM, AND I SPOKE TO HIS AIDE WHO WAS IN THE OTHER

CLASSROOM.  OBVIOUSLY I SPOKE TO THE SPEECH AND LANGUAGE THERAPIST, THE PRIVATE SPEECH AND LANGUAGE THERAPIST.  I AM TRYING TO THINK IF THERE WAS ANYBODY ELSE.  I SPOKE TO BOTH TOM AND EMILY AT INSIDE VOICES.  THOSE ARE THE ONES THAT COME TO MIND.  THERE MIGHT HAVE BEEN OTHERS.

THE COURT:  OKAY.  ANYTHING BASED ON MY QUESTIONS?

MS. REIMANN:  I HAVE A COUPLE.

FURTHER DIRECT EXAMINATION

BY MS. REIMANN:

Q.    DID YOU AT SOME POINT AFTER -- I THINK IT WOULD HAVE BEEN THE FALL OF 2018.  DID YOU SPEAK WITH ANYONE FROM THE SCHOOL DISTRICT FROM THEIR PSYCHOLOGY DEPARTMENT, THE HEAD CLINICAL PSYCHOLOGIST OR ANYBODY ELSE AS PART OF THAT?

A.    THERE WAS A PHONE CALL.

Q.    OKAY.  AND THEN ALSO, DID YOU ALSO REVIEW THE DISTRICT'S WEBSITE AS PART OF WHAT YOU DID FOR YOUR REPORT?

A.    YES, I DID.

MS. REIMANN:  THAT'S ALL I HAVE.  THANK YOU.

THE COURT:  OKAY.  ALL RIGHT.  THANK YOU VERY MUCH FOR YOUR TIME TODAY.

ALL RIGHT.  COUNSEL, THANK YOU VERY MUCH

FOR YOUR TIME TODAY.

I AM MOVING ON TO -- I DO HAVE ANOTHER HEARING AFTER THIS.  BUT BEFORE WE GO, I WOULD LIKE YOU ALL TO MEET AND CONFER AND SEE IF YOU CAN COME TO SOME AGREEMENT ON SOME OF THESE AREAS THAT OBVIOUSLY MAYBE ARE NOT RELEVANT TO WHAT IS NOW BEFORE THE COURT WITH THE CLAIMS THAT ARE LEFT, SPECIFICALLY AND OBVIOUSLY THE FAPE, THAT IS A DISCUSSION.  IF THERE IS A LIMITING INSTRUCTION THAT I SHOULD BE GIVING.  AND THEN YOU BROUGHT UP ONE TODAY IN TERMS OF OBVIOUSLY THE DOCTOR WAS NOT PERMITTED TO DO ANY EVALUATION PAST 2021.  SO I DON'T KNOW IF YOU ALL CAN AGREE ON THAT.  THERE MAY BE SOME OTHER THINGS THAT YOU NEED TO BE THINKING ABOUT BETWEEN NOW AND THE FINAL PRETRIAL CONFERENCE, OKAY?  BUT I WOULD LIKE YOU ALL TO ATTEMPT TO MEET AND CONFER.

IF YOU THINK IT'S WORTHWHILE GOING BACK TO MAGISTRATE JUDGE WELLS, YOU SHOULD DEFINITELY THINK ABOUT THAT.  BUT AT THE END OF THE DAY, WE WILL PROCEED ACCORDINGLY.

AND, YOU KNOW, I OBVIOUSLY HEAR WHAT THE DOCTOR JUST SAID.  I CERTAINLY OBSERVED WHAT I OBSERVED HERE THIS AFTERNOON IN TERMS OF THE STRESS AND ANXIETY. I THINK YOU ALL SHOULD -- IF YOU REALLY INTEND TO CALL ALEX EVERY SINGLE DAY FOR A MONTH, THEN THAT'S FINE. BUT IT'S GOING TO BE I THINK SIMILAR TO WHAT WE SAW HERE

TODAY IN TERMS OF -- WE HAVE TO MAKE SURE THAT THE COMMUNICATION PARTNER SAYS EVERY LETTER OUT LOUD.  I DO THINK IT WOULD BE WORTHWHILE DOING A CAMERA, BECAUSE OBVIOUSLY YOU ARE ONLY -- IF THE JURY SITTING IS BEHIND HIM, THEY AREN'T BEING ABLE TO SEE HIS FACE, AND OBVIOUSLY, YOU KNOW, NORMALLY WE CERTAINLY SEE THE FACE OF WITNESSES.

SO THERE ARE -- AND THERE MAY BE SOME OTHER ISSUES, BUT LET'S -- YOU ALL SHOULD MEET AND CONFER FIRST, AND THEN WE WILL TALK ABOUT THOSE FURTHER THE NEXT TIME WE ARE TOGETHER, OKAY?

MS. REIMANN:  YES, YOUR HONOR.

MR. KRISTOFCO:  YES, YOUR HONOR.

THE COURT:  ALL RIGHT.  THANK YOU, EVERYBODY.

(COURT ADJOURNED.)

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

DATE                          OFFICIAL COURT REPORTER

LYNN GLIGOR, RMR.

I  N  D  E  X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DR. WENDY ROSS | | | | |
| BY MS. REIMANN | 5 | -- | -- | -- |
| BY MR. KRISTOFCO | -- | 41 | -- | -- |
| DR. ANN ROBBINS | | | | |
| BY MS. REIMANN | 78, 142 | -- | 159 | -- |
| BY MR. KRISTOFCO | -- | 144 | -- | -- |
| THOMAS FOTI | | | | |
| BY MS. REIMANN | 104 | -- | -- | -- |
| BY MR. KRISTOFCO | -- | 107 | -- | -- |
| ALEX LE PAPE | | | | |
| BY MS. REIMANN | 131 | -- | -- | -- |
| BY MR. KRISTOFCO | -- | 134 | -- | -- |

## 1

**1** [8] - 25:1, 25:7, 28:18, 29:8, 47:8, 77:7, 77:8, 102:16
**10** [1] - 30:17
**100** [2] - 110:24, 130:1
**104** [1] - 169:12
**107** [1] - 169:13
**110** [1] - 2:8
**120** [1] - 2:3
**131** [1] - 169:15
**134** [1] - 169:16
**14** [1] - 39:23
**142** [1] - 169:9
**144** [1] - 169:10
**15** [2] - 154:19, 164:13
**159** [1] - 169:9
**15B** [1] - 1:9
**16** [1] - 53:8
**16TH** [2] - 88:19, 100:4
**18** [2] - 30:11, 39:24
**18-ISH** [1] - 17:22
**19004** [1] - 1:16
**19106** [2] - 1:9, 1:21
**19422** [1] - 2:9
**1999** [1] - 83:4

## 2

**2** [7] - 1:8, 29:8, 39:16, 40:6, 49:1, 53:5, 57:12
**20** [4] - 95:5, 105:22, 110:5, 110:16
**20-CV-1416** [1] - 1:5
**2006** [1] - 30:19
**2006-ISH** [1] - 10:2
**2007-ISH** [1] - 31:4
**2013** [1] - 29:6
**2017** [2] - 62:1, 69:18
**2018** [12] - 70:3, 78:22, 78:23, 100:1, 100:3, 101:21, 102:1, 102:6, 121:6, 143:16, 162:11, 166:12
**2019** [2] - 53:8, 53:24
**202** [1] - 1:15
**2021** [16] - 15:13, 78:23, 87:23, 88:4, 88:15, 88:17, 100:1, 100:6, 101:22, 102:2, 102:5, 143:17, 149:12, 162:11, 162:18, 167:11
**2024** [1] - 1:8
**21202** [1] - 2:3

## 3

**3** [8] - 29:8, 85:12, 87:2, 87:5, 87:8, 87:18, 88:22
**30** [2] - 16:3, 155:5
**31** [1] - 88:18
**32** [1] - 87:15
**34** [1] - 85:14
**35** [2] - 85:9, 85:14
**36** [2] - 97:24, 142:24
**37** [3] - 97:25, 142:24, 143:7
**3:15** [1] - 136:18

## 4

**4** [8] - 84:5, 87:2, 87:5, 87:6, 87:7, 87:18, 88:8, 88:23
**41** [1] - 169:7
**45** [2] - 105:25, 110:3
**45-MINUTE** [1] - 149:8
**460** [1] - 2:8
**4TH** [1] - 86:13

## 5

**5** [2] - 29:6, 169:6
**5/29** [1] - 88:16
**5/31** [1] - 88:16
**50** [1] - 84:22
**540** [1] - 15:17
**55** [1] - 106:1
**5TH** [1] - 100:7

## 6

**6** [4] - 62:14, 62:21, 151:9, 151:11
**6/16** [1] - 88:16
**6/2** [1] - 88:16
**60** [3] - 10:24, 17:23, 45:16
**60-ISH** [1] - 17:13
**601** [1] - 1:20
**64** [1] - 15:16
**66** [2] - 119:19, 119:20

## 7

**7** [4] - 1:15, 57:11, 57:13, 57:17

## 22

**22** [1] - 84:6
**25** [2] - 64:9, 105:22
**2500** [1] - 2:3
**2609** [1] - 1:20
**29** [1] - 88:18
**2ND** [1] - 88:18

## 70

**70** [3] - 10:24, 143:22, 143:24
**750** [2] - 85:5, 85:21
**78** [1] - 169:9
**7TH** [1] - 141:20

## 8

**8** [2] - 30:16, 87:23
**8.0** [1] - 101:16
**800** [2] - 85:5, 85:21
**856)649-4774** [1] - 1:21

## A

**A-N-S-W-E-R** [1] - 139:4
**ABBREVIATED** [1] - 86:14
**ABILITIES** [7] - 79:3, 82:17, 86:5, 86:6, 93:2, 96:11, 143:21
**ABILITY** [10] - 26:2, 26:21, 79:3, 82:5, 90:4, 90:8, 97:6, 109:18, 142:13, 143:23
**ABLE** [56] - 4:24, 21:20, 23:15, 27:22, 34:22, 37:21, 59:19, 60:5, 61:19, 74:4, 90:24, 92:2, 97:1, 98:4, 98:7, 98:13, 98:15, 99:23, 99:24, 100:19, 102:5, 102:6, 102:10, 102:12, 107:8, 111:15, 113:24, 119:1, 119:7, 119:24, 120:23, 121:2, 121:7, 121:9, 122:10, 124:10, 124:22, 125:16, 126:6, 126:11, 126:14, 127:3, 127:5, 128:4, 128:24, 130:21, 130:23, 135:13, 144:14, 149:6, 152:8, 153:15, 158:4, 161:12, 168:5
**ABOUT** [117] - 9:1, 11:19, 11:23, 14:11, 16:18, 17:23, 18:3, 18:21, 23:14, 24:8, 25:18, 26:8, 26:9, 27:3, 27:6, 29:17, 30:16, 40:15, 42:3, 42:6, 45:11, 45:19, 46:7, 46:16, 49:19, 51:22, 52:9, 52:10, 52:11, 52:17, 52:18, 54:17, 61:2, 61:13, 61:18, 62:1, 63:15, 68:1, 68:17, 69:6, 73:7, 73:9, 73:16, 76:2, 76:5, 79:1, 82:16, 84:1, 84:23, 85:22, 87:8, 88:25, 90:21, 92:11, 93:1, 93:16, 94:13, 94:16, 94:18, 94:20, 96:9, 97:6, 98:10, 100:9, 100:11, 100:14, 102:9, 102:23, 103:8, 104:17, 105:4, 105:25, 109:9, 110:5, 113:9, 114:10, 116:19, 122:3, 122:4, 122:20, 123:1, 125:9, 125:15, 126:4, 127:8, 127:10, 127:23, 128:1, 131:23, 132:23, 132:24, 132:25, 133:14, 134:24, 136:11, 138:7, 138:18, 142:13, 142:16, 146:13, 148:20, 149:6, 149:7, 149:25, 154:4, 154:18, 155:25, 156:1, 159:10, 163:7, 164:23, 165:8, 167:13, 167:18, 168:10
**ABOVE** [5] - 96:11, 96:16, 96:21, 160:24, 168:20
**ABOVE-ENTITLED** [1] - 168:20
**ABSENCE** [2] - 92:22, 158:24
**ABSOLUTELY** [1] - 37:3
**ABSTRACT** [2] - 97:7, 97:9
**ACADEMIC** [2] - 79:3, 101:2
**ACCEPTED** [3] - 9:7, 55:1, 55:21
**ACCESS** [8] - 22:21, 23:15, 23:18, 144:3, 144:7, 144:8, 163:21, 164:8
**ACCESSIBLE** [2] - 13:11, 14:8
**ACCESSING** [1] - 165:12
**ACCOMMODATE** [1] - 106:16
**ACCOMMODATIONS** [1] - 19:18
**ACCOMPANIED** [1] - 36:16
**ACCORDINGLY** [1] - 167:19
**ACCURATELY** [3] - 25:10, 85:18, 119:5
**ACHIEVE** [1] - 101:14
**ACHIEVEMENT** [3] - 96:15, 100:23, 101:2
**ACOUSTICS** [1] - 23:16
**ACROSS** [7] - 14:16, 15:17, 16:22, 81:14, 158:21, 159:2
**ACT** [5] - 58:21, 58:23, 113:22, 133:21, 152:3
**ACTED** [1] - 35:6
**ACTING** [3] - 111:24, 126:3, 137:21
**ACTION** [2] - 61:5, 61:8
**ACTIVITIES** [3] - 144:3, 163:22, 164:8
**ACTIVITY** [1] - 165:11
**ACTUAL** [4] - 56:21, 67:21, 103:3, 124:12
**ACTUALLY** [22] - 9:9, 13:25, 15:19, 41:16, 42:7, 44:7, 45:17, 53:23, 64:5, 64:8, 65:9, 70:2, 75:15, 104:21, 113:17, 120:2, 120:7, 122:12, 124:11, 128:8, 136:15, 137:11
**AD** [1] - 16:18
**ADA** [4] - 14:2, 22:22, 22:23, 23:2
**ADAPT** [2] - 154:3, 154:4
**ADAPTATION** [1] - 82:16
**ADAPTATIONS** [1] - 91:20
**ADAPTIVE** [5] - 79:5, 143:7, 143:12, 143:23, 143:24
**ADDED** [3] - 101:5, 162:14, 162:19
**ADDITION** [2] - 11:5, 19:3
**ADDITIONAL** [2] - 6:9,

69:13

**ADDRESS** [2] - 28:10, 91:7

**ADDRESSED** [1] - 15:14

**ADHD** [1] - 6:11

**ADJOURNED** [1] - 168:16

**ADMINISTER** [2] - 83:21, 98:8

**ADMINISTERED** [3] - 90:8, 98:11, 99:25

**ADMINISTERING** [3] - 89:18, 90:18, 155:4

**ADMINISTRATION** [10] - 81:13, 81:16, 89:9, 89:13, 90:23, 102:13, 149:3, 154:20, 164:1, 164:12

**ADMINISTRATIVE** [1] - 27:12

**ADMIRATION** [1] - 94:21

**ADMITTED** [2] - 16:2, 16:4

**ADOLESCENTS** [1] - 80:13

**ADOS** [3] - 43:13, 50:9, 55:6

**ADULT** [3] - 19:23, 86:12, 120:14

**ADVISE** [2] - 80:19, 114:21

**ADVISOR** [2] - 5:24, 70:11

**ADVOCATE** [4] - 28:12, 55:18, 71:18, 71:20

**ADVOCATED** [1] - 123:17

**ADVOCATES** [1] - 55:16

**AFFECT** [9] - 21:3, 26:1, 26:13, 26:16, 26:19, 26:20, 26:21, 82:10, 85:1

**AFFECTS** [5] - 21:5, 21:16, 22:7, 27:10, 82:5

**AFTER** [16] - 9:14, 9:18, 17:25, 29:23, 38:4, 65:4, 94:16, 95:18, 99:14, 110:5, 149:23, 153:10, 159:6, 166:11, 167:3

**AFTERNOON** [5] - 78:18, 104:15, 104:16, 144:25, 167:22

**AFTERWARDS** [1] - 34:25

**AGAIN** [12] - 4:14, 10:25, 56:21, 62:25, 74:12, 87:2, 125:25, 128:7, 136:5, 140:12, 142:4, 164:4

**AGAINST** [3] - 39:7, 68:8, 159:8

**AGE** [10] - 15:20, 17:17, 17:21, 30:11, 39:23, 81:19, 82:22, 84:4, 96:12, 96:16

**AGGRESSIVE** [4] - 13:20, 13:22, 74:11, 76:6

**AGO** [11] - 19:11, 30:10, 53:3, 62:5, 74:12, 105:15, 105:17, 113:15, 115:2, 115:21

**AGREE** [16] - 34:20, 60:25, 61:9, 62:9, 72:15, 77:21, 95:20, 148:4, 148:8, 148:14, 154:23, 155:8, 155:11, 155:16, 156:3, 167:12

**AGREEMENT** [1] - 167:5

**AGREES** [1] - 58:11

**AHEAD** [5] - 91:21, 108:3, 121:15, 132:18, 151:10

**AI** [1] - 80:4

**AID** [3] - 59:5, 152:12, 152:19

**AIDE** [2] - 165:2, 165:25

**AIDED** [1] - 1:23

**AIR** [3] - 13:11, 14:7, 15:9

**AIRLINE** [1] - 13:15

**AIRLINES** [1] - 14:4

**AIRPORT** [1] - 14:3

**AIRPORTS** [3] - 14:4, 14:16, 14:18

**AL** [1] - 1:3

**ALBERT** [1] - 10:5

**ALERT** [1] - 86:23

**ALEX** [235] - 5:15, 5:16, 5:23, 27:17, 29:19, 29:23, 30:8, 31:18, 32:13, 34:18, 35:14, 35:20, 35:21, 36:3, 36:7, 36:8, 37:1, 37:12, 37:23, 38:9, 39:11, 39:17, 40:1, 40:7, 40:15,

40:20, 42:3, 46:3, 46:8, 46:15, 46:16, 46:18, 46:24, 47:21, 48:6, 48:10, 48:20, 52:12, 52:19, 52:23, 53:1, 53:24, 54:1, 54:9, 54:23, 56:1, 56:5, 57:15, 57:20, 58:1, 58:2, 58:5, 58:9, 58:15, 58:24, 59:10, 59:14, 59:18, 59:23, 60:3, 60:11, 61:15, 62:1, 62:15, 63:1, 63:13, 63:14, 64:4, 64:14, 65:19, 65:20, 66:13, 68:9, 70:22, 71:8, 71:12, 73:2, 73:17, 75:15, 78:19, 78:21, 86:3, 88:15, 91:8, 91:12, 92:3, 92:6, 92:12, 92:19, 93:8, 93:18, 93:23, 93:24, 94:1, 94:3, 94:5, 94:15, 94:16, 94:17, 95:20, 95:23, 96:8, 96:9, 97:15, 99:9, 105:3, 105:8, 105:12, 105:18, 105:20, 106:5, 106:16, 108:19, 108:21, 108:24, 108:25, 109:2, 110:1, 110:3, 110:8, 110:17, 111:4, 111:10, 111:22, 111:24, 112:3, 112:8, 112:13, 112:16, 112:19, 112:25, 113:9, 113:13, 113:18, 113:19, 115:3, 115:18, 116:4, 116:6, 117:3, 117:6, 117:14, 118:8, 118:19, 118:22, 118:25, 119:14, 119:16, 119:24, 120:1, 120:13, 120:16, 121:3, 121:6, 122:1, 122:12, 122:15, 122:22, 123:14, 123:24, 124:2, 124:5, 124:15, 125:7, 126:2, 126:9, 127:2, 127:5, 127:18, 128:3, 128:9, 129:7, 130:14, 131:13, 133:14, 133:22, 134:22, 134:25,

135:7, 135:15, 135:22, 136:10, 136:24, 137:4, 137:6, 138:15, 138:19, 140:6, 140:18, 141:5, 141:24, 142:9, 143:2, 143:17, 144:1, 144:11, 144:14, 146:18, 147:7, 148:2, 148:14, 149:5, 149:11, 150:24, 151:15, 152:25, 153:8, 153:20, 154:16, 155:2, 155:13, 155:19, 156:6, 157:10, 157:13, 157:15, 157:17, 157:23, 157:25, 158:7, 158:15, 159:2, 159:16, 160:1, 160:5, 163:20, 164:6, 164:11, 165:1, 165:22, 167:24, 169:14

**ALEX'S** [17] - 29:17, 35:22, 36:2, 46:9, 49:13, 64:20, 92:15, 119:23, 120:24, 126:18, 129:4, 143:11, 148:4, 148:8, 157:19, 163:8, 163:25

**ALL** [85] - 3:4, 3:5, 3:18, 3:22, 13:1, 13:2, 13:23, 21:5, 21:20, 22:1, 23:13, 24:20, 26:21, 27:3, 28:9, 33:8, 37:7, 37:8, 37:11, 41:11, 41:17, 42:13, 49:7, 49:24, 59:2, 64:25, 65:1, 68:17, 68:18, 74:18, 76:20, 77:4, 77:16, 82:3, 87:12, 89:13, 89:15, 94:7, 101:9, 102:25, 105:23, 106:3, 106:9, 106:24, 106:25, 107:1, 114:22, 121:22, 122:17, 126:15, 129:20, 130:12, 130:13, 132:17, 132:19, 133:9, 134:6, 136:8, 136:12, 136:14, 138:8, 140:23, 141:21, 141:25,

143:9, 151:4, 152:10, 153:16, 154:2, 156:24, 157:18, 160:22, 161:13, 161:14, 161:18, 162:10, 166:21, 166:23, 166:25, 167:4, 167:12, 167:15, 167:23, 168:9, 168:14

**ALLIANCE** [1] - 12:12

**ALLOW** [6] - 65:13, 121:13, 132:19, 132:20, 146:23

**ALLOWABLE** [1] - 124:24

**ALLOWED** [11] - 74:17, 76:7, 108:6, 132:20, 132:21, 132:22, 132:23, 132:24, 135:20, 163:10, 165:12

**ALLOWING** [2] - 148:8, 149:1

**ALLOWS** [2] - 81:16, 132:25

**ALMOST** [1] - 155:15

**ALONG** [2] - 42:5, 123:5

**ALREADY** [5] - 17:5, 40:1, 146:15, 147:5, 150:1

**ALSO** [61] - 5:17, 5:19, 5:23, 6:19, 8:17, 10:12, 11:5, 13:10, 14:23, 15:4, 16:3, 16:19, 20:10, 20:15, 21:16, 22:6, 23:20, 24:4, 26:16, 32:14, 40:8, 40:24, 50:7, 57:2, 57:6, 59:24, 60:1, 60:14, 61:21, 62:7, 68:14, 68:15, 70:7, 71:20, 72:7, 73:18, 96:16, 99:14, 103:8, 108:25, 114:22, 116:10, 116:16, 116:17, 118:24, 120:11, 120:21, 123:7, 124:1, 126:10, 143:24, 145:1, 148:10, 148:16, 159:10, 160:14, 163:20, 164:21, 166:17

**ALTER** [1] - 108:23

**ALTERED** [2] - 81:21, 81:25

**ALTERNATIVE** [3] -
91:13, 154:21, 162:2
**ALTHOUGH** [5] -
15:11, 20:4, 22:23,
123:16, 165:11
**ALWAYS** [10] - 34:17,
34:18, 54:4, 59:14,
89:4, 110:7, 110:15,
120:12, 138:25,
153:3
**AM** [67] - 3:20, 6:15,
17:3, 19:7, 21:6,
23:14, 32:16, 33:6,
34:21, 49:6, 50:2,
50:11, 50:12, 54:17,
65:24, 66:4, 71:19,
72:13, 76:20, 79:8,
79:11, 89:4, 90:18,
97:20, 102:23,
106:15, 107:6,
109:2, 110:25,
111:8, 111:13,
113:1, 114:9,
121:11, 125:20,
131:16, 131:17,
132:12, 133:2,
134:19, 134:22,
134:23, 135:7,
135:23, 140:14,
141:6, 147:12,
151:10, 153:23,
153:24, 154:8,
156:10, 156:14,
157:21, 157:22,
158:9, 158:11,
166:3, 167:2
**AMERICA** [2] - 55:19,
71:20
**AMERICAN** [5] -
12:12, 51:4, 68:6,
146:1, 159:3
**AMERICANS** [3] -
58:21, 58:23, 152:3
**AMONGST** [1] - 97:10
**AMOUNT** [3] - 21:22,
32:19, 94:4
**AMY** [2] - 2:6, 3:20
**AN** [112] - 5:23, 6:20,
8:9, 9:13, 10:23,
13:14, 13:16, 15:18,
16:4, 19:16, 19:17,
20:1, 20:3, 20:5,
20:25, 24:23, 25:2,
25:14, 25:19, 25:22,
27:3, 27:4, 27:10,
31:20, 31:24, 34:5,
35:17, 35:19, 36:1,
36:19, 36:24, 37:4,
38:22, 39:8, 40:8,
40:24, 43:11, 44:23,

45:12, 46:7, 46:21,
46:25, 47:15, 48:2,
50:8, 54:8, 54:16,
54:17, 55:21, 55:25,
56:21, 58:7, 59:4,
67:19, 68:3, 69:5,
70:11, 74:16, 77:16,
79:5, 79:17, 84:19,
86:14, 91:13, 95:20,
97:18, 98:22,
101:19, 102:7,
107:6, 108:8,
108:20, 110:2,
110:3, 110:16,
112:18, 113:8,
113:15, 113:24,
114:3, 115:25,
120:10, 120:14,
120:21, 122:1,
127:24, 127:25,
128:18, 128:19,
132:12, 132:14,
139:13, 143:17,
143:20, 143:24,
143:25, 144:18,
144:19, 146:17,
147:6, 148:1, 149:8,
152:12, 152:19,
154:9, 156:14,
161:4, 161:7, 162:2
**ANALOGY** [1] - 23:12
**ANALYSIS** [1] - 79:23
**AND** [932] - 3:20, 4:10,
5:8, 5:19, 5:20, 5:21,
5:23, 6:2, 6:5, 6:7,
6:8, 6:9, 6:12, 6:13,
6:14, 6:15, 6:16,
6:19, 6:20, 6:21, 7:2,
7:5, 7:6, 7:8, 7:11,
7:12, 7:13, 7:16,
7:17, 7:21, 7:23,
7:24, 8:2, 8:6, 8:8,
8:9, 8:10, 8:13, 8:15,
8:17, 8:18, 8:19,
8:22, 8:23, 9:3, 9:6,
9:11, 9:13, 9:16,
9:18, 9:22, 9:24,
10:1, 10:3, 10:10,
10:12, 10:21, 10:25,
11:2, 11:9, 11:11,
11:14, 11:15, 11:18,
11:20, 11:23, 12:6,
12:12, 12:15, 12:16,
12:18, 12:21, 12:22,
12:24, 13:1, 13:3,
13:4, 13:6, 13:10,
13:22, 13:23, 14:1,
14:2, 14:4, 14:5,
14:7, 14:11, 14:12,
14:15, 14:18, 14:19,
14:22, 15:1, 15:4,

15:7, 15:10, 15:13,
15:17, 15:18, 15:20,
15:23, 16:2, 16:3,
16:6, 16:7, 16:9,
16:15, 16:17, 16:18,
16:19, 16:20, 16:21,
16:23, 16:24, 16:25,
17:4, 17:6, 17:9,
17:15, 17:17, 17:21,
17:23, 18:3, 18:17,
18:21, 19:6, 19:8,
19:11, 19:14, 19:21,
20:1, 20:5, 20:7,
20:12, 20:13, 20:17,
20:25, 21:3, 21:9,
21:12, 21:13, 21:18,
21:19, 21:20, 21:21,
22:6, 22:8, 22:10,
22:12, 22:13, 22:16,
22:18, 22:24, 22:25,
23:1, 23:5, 23:13,
23:14, 23:20, 24:5,
24:8, 24:15, 24:18,
24:19, 25:10, 25:11,
25:14, 25:15, 26:6,
26:8, 26:12, 26:16,
27:2, 27:4, 27:6,
27:21, 28:4, 28:10,
28:15, 28:16, 28:22,
28:24, 29:9, 29:12,
29:20, 29:23, 29:24,
30:2, 30:3, 30:6,
30:18, 30:21, 30:22,
30:25, 31:11, 31:12,
31:14, 31:17, 31:19,
31:24, 31:25, 32:10,
32:11, 32:18, 33:6,
33:7, 33:19, 34:9,
34:10, 34:12, 34:15,
34:16, 34:18, 34:20,
34:24, 35:14, 35:17,
35:19, 35:22, 35:23,
35:24, 36:4, 36:6,
36:11, 36:14, 36:15,
36:16, 36:18, 36:19,
36:24, 37:1, 37:6,
37:10, 37:23, 38:1,
38:3, 38:6, 38:9,
38:18, 38:22, 38:24,
39:1, 39:4, 39:11,
39:14, 39:17, 39:22,
39:23, 39:24, 40:1,
40:5, 40:7, 40:8,
40:9, 40:13, 40:15,
40:17, 40:22, 40:24,
41:1, 41:5, 41:8,
42:4, 42:15, 42:23,
43:8, 43:14, 43:20,
44:4, 44:16, 44:24,
44:25, 45:7, 45:9,
45:12, 45:14, 45:15,

45:16, 45:17, 45:18,
45:19, 45:20, 45:21,
45:22, 46:2, 46:7,
46:10, 46:15, 46:20,
46:24, 47:3, 47:4,
47:8, 47:21, 47:24,
48:5, 48:15, 48:24,
49:16, 49:17, 49:25,
50:3, 50:5, 50:7,
50:22, 51:10, 51:13,
51:14, 51:15, 51:21,
51:25, 52:8, 52:10,
52:12, 52:13, 52:25,
54:1, 54:3, 54:10,
54:14, 55:5, 55:6,
55:8, 55:9, 55:12,
55:15, 55:20, 55:24,
56:10, 56:17, 56:18,
56:20, 57:2, 57:7,
57:8, 57:14, 58:7,
58:10, 58:11, 58:12,
58:14, 58:24, 59:6,
59:9, 59:13, 59:19,
59:23, 59:25, 60:5,
60:8, 60:9, 60:12,
60:15, 60:18, 61:5,
61:8, 61:10, 61:12,
61:15, 61:16, 61:19,
61:21, 62:3, 62:10,
62:16, 62:18, 63:2,
63:4, 63:14, 63:20,
63:25, 64:10, 64:12,
64:13, 64:24, 65:1,
65:4, 65:5, 65:8,
65:13, 65:20, 66:4,
66:11, 66:17, 66:20,
66:21, 67:2, 67:15,
67:17, 68:11, 68:14,
68:16, 68:22, 69:3,
69:4, 69:7, 69:21,
69:24, 70:2, 70:11,
70:17, 70:19, 70:25,
71:8, 71:25, 72:4,
72:6, 72:7, 72:9,
73:1, 73:5, 73:8,
74:3, 74:6, 74:8,
74:9, 74:10, 74:14,
74:19, 75:8, 75:16,
75:20, 75:21, 76:6,
76:17, 77:4, 77:7,
77:19, 78:1, 78:8,
78:22, 78:24, 79:3,
79:5, 79:7, 79:9,
79:13, 79:20, 79:23,
79:24, 80:1, 80:9,
80:12, 80:13, 80:14,
80:16, 80:20, 80:23,
80:24, 81:3, 81:5,
81:7, 81:11, 81:13,
81:14, 81:15, 81:17,
81:18, 81:20, 81:22,

81:25, 82:2, 82:3,
82:6, 82:8, 82:9,
82:19, 82:23, 83:1,
83:3, 83:5, 83:7,
83:9, 83:12, 83:15,
83:16, 83:18, 83:20,
83:23, 84:1, 84:4,
84:6, 84:8, 84:11,
84:19, 84:23, 85:1,
85:3, 85:5, 85:6,
85:8, 85:11, 85:13,
85:14, 85:15, 85:18,
85:19, 85:21, 85:25,
86:7, 86:9, 86:19,
86:22, 87:1, 87:2,
87:18, 88:2, 88:23,
89:7, 89:9, 89:11,
89:14, 89:17, 89:18,
89:22, 90:6, 90:11,
90:19, 90:21, 90:25,
91:16, 92:1, 92:8,
92:11, 92:15, 92:19,
92:22, 92:24, 93:3,
93:4, 93:6, 93:7,
93:8, 93:10, 93:12,
93:20, 93:21, 93:24,
94:1, 94:3, 94:7,
94:8, 94:9, 94:11,
94:14, 94:15, 94:17,
94:20, 95:18, 95:19,
95:21, 95:23, 96:1,
96:7, 96:13, 96:16,
96:18, 96:19, 97:1,
97:3, 97:6, 97:7,
97:9, 97:13, 97:15,
97:18, 97:22, 97:24,
97:25, 98:4, 98:7,
98:14, 98:16, 98:24,
99:8, 99:11, 99:20,
99:22, 99:23, 99:25,
100:1, 100:3, 100:6,
100:11, 101:4,
101:5, 101:6, 101:8,
101:11, 101:21,
102:1, 102:2, 102:4,
102:10, 102:14,
102:25, 103:7,
104:10, 105:5,
105:8, 105:11,
105:17, 105:18,
105:22, 105:24,
106:2, 106:13,
107:3, 107:18,
107:25, 108:6,
108:12, 108:14,
108:15, 108:21,
108:24, 108:25,
109:5, 109:11,
109:17, 109:25,
110:4, 110:6, 110:9,
110:23, 111:1,

111:10, 111:12, 111:13, 111:15, 111:16, 112:15, 112:20, 112:24, 113:10, 113:19, 114:7, 114:14, 114:16, 114:18, 114:23, 115:6, 115:9, 115:14, 115:18, 115:24, 116:10, 116:15, 116:16, 116:21, 116:22, 116:23, 116:24, 117:1, 117:8, 117:9, 117:10, 117:13, 117:23, 118:1, 118:7, 118:23, 119:1, 119:2, 119:4, 119:5, 119:21, 119:23, 120:4, 120:12, 120:19, 120:21, 120:23, 121:9, 121:21, 121:23, 122:15, 122:25, 123:2, 123:6, 123:10, 123:12, 123:13, 123:25, 124:1, 124:8, 124:9, 124:18, 125:7, 125:8, 125:14, 126:2, 126:3, 126:4, 126:10, 126:12, 126:18, 126:24, 126:25, 127:8, 127:14, 127:15, 127:17, 127:22, 127:23, 127:25, 128:2, 128:6, 129:3, 129:5, 129:8, 129:9, 129:24, 130:3, 130:17, 130:25, 131:8, 131:9, 132:7, 132:8, 132:12, 132:25, 133:2, 133:3, 133:14, 133:22, 133:25, 134:8, 135:10, 136:1, 136:10, 136:11, 136:15, 136:16, 137:5, 137:7, 137:17, 137:22, 138:15, 138:16, 140:19, 140:20, 141:13, 141:15, 141:16, 142:9, 142:10, 142:15, 142:24, 143:4, 143:7, 143:9, 143:16, 143:19,

143:22, 143:23, 144:2, 144:3, 144:6, 144:17, 144:18, 144:19, 145:5, 145:6, 145:8, 145:25, 146:7, 147:11, 147:14, 148:8, 148:13, 148:14, 148:19, 148:24, 149:1, 149:7, 149:19, 150:6, 150:19, 151:10, 151:13, 151:20, 151:23, 152:1, 152:8, 152:14, 152:20, 153:3, 153:9, 153:14, 153:21, 154:7, 154:10, 154:17, 154:20, 155:6, 155:8, 155:10, 155:20, 156:16, 156:18, 156:21, 156:22, 157:3, 157:6, 157:13, 157:24, 158:4, 158:17, 158:19, 158:20, 158:23, 158:24, 159:10, 159:11, 159:25, 160:6, 160:7, 160:8, 160:10, 160:11, 160:14, 160:19, 160:24, 161:1, 161:3, 161:8, 161:9, 161:14, 162:19, 163:9, 163:20, 163:21, 163:24, 164:7, 164:8, 164:10, 164:11, 164:16, 164:23, 164:25, 165:2, 165:18, 165:21, 165:25, 166:1, 166:2, 166:4, 166:17, 167:4, 167:7, 167:9, 167:14, 167:15, 167:20, 167:22, 168:5, 168:8, 168:9, 168:10

**ANGLE** [1] - 102:12
**ANN** [1] - 169:8
**ANNE** [7] - 4:15, 8:6, 55:8, 60:20, 78:5, 78:9, 142:20
**ANOTHER** [5] - 109:15, 123:7, 126:25, 136:15, 167:2

**ANSWER** [38] - 38:19, 38:25, 39:1, 39:2, 42:10, 44:8, 58:16, 65:20, 71:22, 94:6, 102:5, 102:6, 102:10, 102:12, 102:13, 112:3, 112:8, 112:13, 120:23, 121:2, 121:3, 125:16, 125:17, 126:6, 127:3, 127:5, 127:9, 128:16, 129:1, 129:4, 129:5, 135:5, 137:12, 137:13, 139:5, 146:24, 154:22, 157:25
**ANSWERED** [6] - 44:9, 58:16, 61:17, 101:23, 153:17, 158:16
**ANSWERING** [3] - 112:20, 123:10, 127:11
**ANSWERS** [8] - 33:13, 39:2, 116:4, 121:7, 121:9, 121:10, 125:22, 143:5
**ANTICIPATE** [2] - 13:21, 138:4
**ANXIETY** [12] - 20:19, 20:25, 21:2, 21:5, 21:10, 21:16, 22:3, 22:6, 38:1, 75:16, 75:18, 167:22
**ANXIOUS** [6] - 21:6, 21:13, 26:15, 74:1, 74:10, 100:16
**ANY** [77] - 9:22, 12:18, 20:7, 25:16, 26:25, 28:25, 35:22, 42:10, 49:21, 50:16, 50:22, 51:7, 51:10, 51:18, 52:19, 54:1, 54:12, 54:18, 54:22, 54:25, 56:3, 56:24, 62:17, 63:3, 69:12, 70:1, 75:2, 75:4, 79:7, 80:3, 92:3, 92:6, 95:10, 95:12, 100:9, 100:11, 102:20, 102:21, 106:2, 107:14, 108:23, 109:7, 110:7, 111:14, 111:25, 114:12, 115:6, 115:9, 115:11, 117:11, 117:24, 135:10, 137:9, 139:21, 145:10,

145:16, 146:4, 146:7, 149:10, 149:14, 150:7, 150:11, 150:14, 150:22, 151:3, 157:4, 157:9, 157:18, 157:23, 158:8, 158:12, 159:19, 159:21, 161:22, 165:14, 165:22, 167:11
**ANYBODY** [6] - 71:14, 76:22, 111:7, 165:22, 166:3, 166:14
**ANYMORE** [1] - 29:4
**ANYONE** [5] - 111:3, 111:9, 111:20, 165:23, 166:12
**ANYTHING** [16] - 22:19, 23:15, 40:15, 42:23, 46:16, 52:15, 61:4, 76:22, 93:6, 97:6, 114:14, 130:9, 139:24, 140:4, 157:15, 166:6
**ANYWHERE** [1] - 14:17
**APOLOGIZE** [2] - 111:18, 137:18
**APPEALED** [2] - 147:10, 147:11
**APPEARANCES** [2] - 1:13, 2:1
**APPENDIX** [2] - 98:1, 142:24
**APPLICATION** [1] - 81:17
**APPLICATIONS** [3] - 96:17, 101:5, 101:8
**APPLIED** [2] - 79:23, 148:13
**APPLIES** [1] - 22:23
**APPLY** [1] - 151:7
**APPRECIATE** [1] - 104:11
**APPROACH** [4] - 22:14, 28:8, 28:9, 100:18
**APPROACHING** [1] - 139:16
**APPROPRIATE** [7] - 7:3, 80:21, 146:17, 147:6, 148:1, 163:9, 163:11
**APPROXIMATELY** [10] - 10:25, 31:17, 35:14, 69:18, 69:24, 70:1, 85:4, 85:6, 143:22, 144:18

**APRAXIA** [16] - 26:18, 26:23, 26:24, 26:25, 27:10, 56:1, 119:1, 119:2, 119:15, 119:16, 119:20, 119:22, 119:25, 120:1, 120:4, 120:13
**APRIL** [3] - 53:8, 53:24, 70:3
**ARAMARK** [1] - 13:3
**ARCHITECTURE** [2] - 19:5
**ARE** [217] - 3:15, 3:23, 4:12, 4:23, 6:2, 6:14, 6:23, 7:18, 8:22, 12:5, 12:24, 14:25, 18:11, 20:13, 20:17, 20:18, 20:22, 20:23, 21:3, 21:19, 21:21, 22:5, 22:6, 23:10, 23:24, 24:3, 24:5, 24:20, 27:14, 27:17, 33:9, 34:1, 34:19, 35:24, 38:15, 38:22, 38:24, 39:7, 41:5, 45:8, 47:5, 48:5, 55:6, 55:13, 55:14, 55:15, 55:16, 55:17, 56:19, 57:23, 59:4, 60:19, 62:13, 63:23, 64:15, 65:4, 65:5, 65:23, 66:19, 66:21, 67:7, 67:8, 67:10, 68:1, 68:6, 68:11, 68:16, 68:22, 68:23, 70:17, 70:22, 71:4, 71:17, 71:21, 72:17, 72:20, 74:13, 74:15, 74:17, 74:24, 76:5, 76:16, 77:2, 77:6, 77:10, 77:12, 78:13, 78:14, 79:13, 81:11, 81:12, 82:17, 82:18, 82:19, 82:21, 82:23, 83:24, 84:2, 84:5, 84:6, 84:11, 85:12, 85:16, 86:24, 87:2, 88:14, 88:25, 89:5, 89:16, 89:25, 90:14, 90:16, 90:24, 91:4, 91:6, 96:5, 96:6, 98:1, 101:13, 103:3, 105:5, 106:13, 107:2, 107:13, 108:10, 108:17, 108:25, 109:9, 110:20, 110:21, 110:22, 112:17, 113:6, 113:14, 114:14, 115:16,

116:17, 116:18, 116:19, 116:24, 117:1, 117:2, 117:3, 117:20, 117:24, 118:4, 118:8, 118:9, 122:20, 123:23, 124:12, 124:22, 126:10, 127:7, 127:10, 128:3, 128:24, 129:6, 129:24, 131:13, 131:14, 131:15, 131:24, 131:25, 132:1, 132:2, 132:7, 133:16, 135:7, 135:10, 135:12, 136:20, 137:8, 138:12, 141:21, 142:5, 142:12, 143:12, 143:13, 146:15, 146:22, 147:4, 147:9, 149:20, 152:12, 152:18, 152:23, 153:6, 155:3, 156:4, 156:8, 156:9, 158:9, 159:7, 159:11, 160:19, 161:24, 162:10, 165:14, 166:4, 167:6, 167:7, 168:4, 168:8, 168:11

**AREA** [4] - 10:15, 37:25, 45:6, 74:24

**AREAS** [3] - 25:17, 81:1, 167:5

**AREN'T** [1] - 168:5

**ARISES** [1] - 18:9

**AROUND** [12] - 18:16, 23:22, 30:11, 31:4, 53:16, 67:9, 80:19, 89:15, 100:16, 105:16, 116:21, 118:24

**ARRANGE** [1] - 124:13

**ARRANGEMENTS** [1] - 104:10

**ARRIVE** [4] - 66:16, 67:1, 139:19

**ARRIVED** [1] - 139:20

**ART** [4] - 19:6, 19:24, 67:14, 68:3

**ARTICLES** [2] - 52:16, 55:12

**ARTISARIAN** [1] - 20:5

**ARTIST** [2] - 20:2, 20:4

**ARTS** [1] - 79:19

**AS** [148] - 5:23, 5:24, 6:25, 7:5, 8:18, 9:7, 9:8, 9:24, 9:25, 10:18, 13:14, 13:24, 14:18, 15:2, 20:11, 24:11, 25:1, 25:7, 25:14, 25:19, 25:22, 28:25, 35:6, 35:18, 36:2, 36:3, 36:25, 37:5, 37:19, 39:15, 40:5, 41:1, 41:8, 42:5, 44:17, 47:7, 47:9, 48:15, 48:25, 50:8, 50:14, 50:23, 50:25, 52:21, 53:21, 55:10, 55:14, 55:20, 56:4, 56:15, 58:12, 58:20, 58:24, 61:22, 65:4, 66:22, 68:20, 74:8, 74:14, 76:10, 76:18, 77:16, 79:8, 79:10, 79:11, 79:13, 79:14, 84:5, 84:6, 85:12, 85:21, 85:25, 89:24, 91:24, 92:14, 92:19, 98:8, 99:22, 104:7, 106:17, 107:20, 107:22, 108:6, 108:15, 108:16, 108:18, 110:21, 111:3, 111:6, 111:12, 111:20, 111:24, 113:22, 114:4, 114:20, 115:13, 116:1, 116:4, 116:10, 116:11, 116:17, 116:18, 116:20, 117:15, 118:7, 120:14, 120:16, 120:24, 123:4, 126:3, 128:10, 132:8, 133:21, 134:1, 135:8, 135:9, 135:10, 137:21, 139:13, 142:15, 144:1, 145:13, 145:17, 145:19, 145:22, 149:13, 150:2, 150:23, 151:3, 151:22, 152:10, 152:20, 153:24, 156:24, 157:19, 162:2, 166:15, 166:18

**ASHA** [3] - 68:20, 69:5, 159:12

**ASK** [38] - 4:9, 4:17, 30:7, 32:10, 38:18, 39:4, 41:24, 42:6, 42:9, 42:20, 49:19, 58:10, 63:14, 65:18, 103:15, 106:11, 106:13, 113:9, 116:25, 125:8, 125:15, 127:3, 128:1, 131:21, 133:10, 133:14, 134:9, 134:23, 135:5, 136:17, 137:8, 138:16, 138:17, 139:24, 146:13, 152:24, 157:23

**ASKED** [32] - 13:14, 16:15, 19:10, 32:19, 42:2, 58:17, 61:18, 75:5, 84:3, 93:23, 94:2, 94:12, 94:14, 94:16, 113:17, 116:7, 123:10, 126:3, 126:4, 126:24, 127:8, 127:23, 143:2, 151:5, 154:10, 156:20, 160:9, 160:10, 160:11, 161:3, 162:14, 162:16

**ASKING** [8] - 54:17, 54:18, 97:2, 135:25, 151:24, 152:23, 157:13, 160:19

**ASPECT** [1] - 97:4

**ASPECTS** [7] - 50:10, 79:2, 79:3, 86:6, 161:13, 161:14

**ASPERGER'S** [3] - 28:18, 29:2, 29:6

**ASSESS** [3] - 81:18, 86:4, 86:10

**ASSESSED** [1] - 81:8

**ASSESSING** [1] - 79:2

**ASSESSMENT** [6] - 38:22, 43:12, 50:8, 54:7, 77:22, 148:10

**ASSESSMENTS** [16] - 49:25, 50:1, 80:16, 80:17, 82:11, 82:20, 86:16, 142:11, 143:16, 146:14, 148:15, 151:14, 155:23, 156:1, 162:11

**ASSIGNED** [1] - 13:16

**ASSOCIATE** [1] - 17:3

**ASSOCIATION** [6] - 12:13, 51:5, 68:7, 68:12, 146:2, 159:4

**ASSUME** [2] - 4:11, 86:20

**AT** [173] - 5:23, 6:9, 7:18, 9:6, 9:15, 9:18, 9:20, 9:23, 10:5, 10:7, 11:13, 12:3, 12:15, 13:2, 13:5, 14:2, 14:3, 14:13, 14:14, 14:17, 15:9, 15:16, 15:21, 15:22, 16:20, 17:1, 17:10, 17:20, 18:15, 18:23, 19:2, 21:20, 21:24, 22:13, 22:25, 24:8, 30:20, 31:3, 31:21, 31:22, 33:5, 34:12, 38:22, 39:17, 40:16, 41:2, 41:5, 42:13, 42:19, 43:12, 43:14, 43:20, 44:12, 44:16, 44:23, 49:6, 49:7, 49:12, 49:24, 49:25, 50:9, 50:10, 50:19, 52:7, 52:8, 55:3, 55:4, 55:14, 55:23, 55:24, 56:17, 57:2, 59:2, 59:16, 59:17, 64:11, 66:16, 67:1, 69:7, 69:21, 70:11, 70:12, 70:25, 72:16, 73:4, 73:5, 76:15, 77:8, 79:19, 79:25, 80:4, 80:6, 80:10, 83:1, 83:6, 83:25, 84:3, 85:13, 87:1, 87:4, 87:15, 88:8, 88:14, 89:2, 89:5, 90:24, 91:18, 93:14, 94:11, 95:19, 96:19, 97:25, 98:23, 98:24, 99:6, 99:13, 99:21, 100:4, 101:16, 105:23, 106:25, 109:18, 110:18, 110:23, 111:15, 112:22, 117:10, 119:19, 120:17, 121:3, 121:16, 122:17, 123:5, 123:25, 126:19, 127:3, 131:3, 134:23, 136:18, 138:4, 138:16, 143:1, 143:24, 144:11, 145:1, 151:4, 151:11, 151:12, 154:11, 155:7, 156:24, 157:4, 157:8, 157:18, 158:2, 158:3, 159:18, 161:8, 161:15, 161:16, 163:18, 164:18, 165:4, 165:16, 165:20, 166:4, 166:11, 167:18

**ATTEMPT** [1] - 167:15

**ATTEMPTED** [2] - 96:25, 158:3

**ATTEND** [2] - 7:12, 38:15

**ATTENDED** [2] - 70:8, 106:5

**ATTENTION** [3] - 14:8, 47:25, 84:12

**ATTORNEY** [3] - 4:17, 127:1, 127:24

**ATTORNEYS** [1] - 126:25

**ATTRIBUTE** [1] - 90:2

**AUDIENCE** [2] - 33:16, 34:22

**AUGUST** [4] - 87:23, 88:4, 88:18, 88:19

**AUTISM** [62] - 5:25, 6:11, 8:23, 10:15, 10:17, 10:23, 11:2, 11:8, 11:11, 11:18, 11:25, 12:1, 12:17, 12:18, 13:10, 14:22, 16:16, 16:18, 16:25, 17:20, 22:15, 22:25, 23:21, 25:15, 26:1, 26:13, 26:16, 26:17, 27:4, 27:8, 27:23, 28:10, 28:11, 28:13, 28:19, 29:3, 29:10, 29:14, 31:24, 37:7, 37:9, 37:12, 38:8, 38:13, 38:22, 38:23, 43:7, 43:12, 44:14, 44:17, 50:8, 50:20, 51:13, 51:17, 51:22, 55:18, 57:7, 71:19, 84:14, 84:21, 119:20, 164:21

**AUTISTIC** [8] - 5:21, 20:2, 20:4, 21:9, 24:10, 28:17, 120:14, 165:24

**AUTOMATIC** [1] - 27:14

**AVAILABLE** [3] - 88:20, 110:22, 163:18

**AVE** [1] - 1:15

**AVERAGE** [8] - 10:21, 17:9, 96:12, 96:19, 96:21, 101:18, 101:19, 105:25

**AVOID** [1] - 24:19

**AVOIDANT** [3] -

22:16, 23:6, 24:18
**AWARD** [3] - 19:17, 20:3
**AWARE** [13] - 27:17, 42:19, 59:4, 59:8, 68:11, 68:14, 71:17, 146:15, 147:4, 147:12, 152:12, 152:18, 159:7
**AWARENESS** [1] - 22:5
**AWAY** [3] - 20:13, 117:9, 123:11

## B

**BACHELOR** [1] - 79:19
**BACK** [36] - 13:24, 16:24, 21:19, 21:22, 22:8, 44:24, 65:21, 75:9, 75:23, 76:2, 80:22, 88:22, 93:20, 95:15, 109:6, 109:16, 115:20, 116:7, 117:13, 122:24, 123:1, 123:6, 123:11, 123:13, 124:19, 124:21, 132:21, 136:18, 138:9, 141:12, 142:1, 142:19, 142:23, 163:5, 167:16
**BACK-AND-FORTH** [1] - 44:24
**BACKGROUND** [7] - 9:3, 25:11, 67:17, 77:19, 79:18, 104:18, 104:25
**BACKTRACK** [1] - 133:4
**BAD** [1] - 23:12
**BALA** [2] - 1:15, 1:16
**BALLPARK** [1] - 11:1
**BALTIMORE** [2] - 2:3, 2:3
**BANK** [1] - 13:2
**BARRIER** [1] - 21:11
**BARRY** [1] - 68:14
**BASE** [1] - 123:2
**BASED** [42] - 19:24, 20:7, 33:22, 57:13, 58:16, 58:17, 60:11, 60:12, 60:14, 60:24, 61:3, 61:4, 61:7, 61:14, 61:24, 64:1, 64:12, 64:23, 66:17, 67:2, 68:4, 72:4, 75:5, 84:16, 93:10,

120:15, 129:24, 143:16, 147:8, 151:9, 151:13, 153:7, 153:20, 153:21, 154:16, 154:17, 154:18, 155:2, 163:23, 164:9, 166:6
**BASICS** [1] - 119:4
**BASIS** [8] - 25:16, 36:6, 62:9, 70:10, 105:8, 105:12, 105:14, 146:20
**BASKETBALL** [1] - 56:17
**BATCHIS** [1] - 1:15
**BATHROOM** [1] - 42:20
**BATHROOMS** [1] - 19:23
**BE** [193] - 3:2, 4:2, 4:4, 4:23, 5:10, 6:25, 7:19, 7:22, 11:1, 14:21, 16:4, 16:22, 19:1, 19:9, 20:4, 20:14, 20:20, 20:25, 21:11, 21:12, 21:14, 21:20, 22:17, 23:11, 23:13, 23:14, 24:6, 24:17, 24:18, 27:14, 27:16, 28:14, 28:17, 28:21, 29:7, 34:11, 36:23, 38:16, 39:24, 42:16, 42:17, 44:13, 47:21, 47:22, 51:14, 53:15, 59:4, 59:5, 62:12, 62:18, 63:3, 63:24, 65:2, 65:8, 65:10, 65:11, 65:13, 65:22, 66:4, 67:13, 68:17, 70:25, 72:16, 77:2, 77:10, 78:11, 86:21, 86:24, 90:4, 90:22, 93:3, 95:1, 98:20, 98:21, 98:22, 100:19, 102:15, 102:17, 106:17, 106:20, 106:22, 107:20, 108:18, 109:3, 110:10, 110:16, 111:15, 112:4, 112:18, 112:19, 112:20, 112:21, 112:23, 112:24, 113:24, 114:17, 114:22, 115:17, 116:6, 117:8, 119:1, 119:7, 119:12, 119:24, 120:16, 120:17,

120:23, 121:1, 121:20, 122:5, 122:7, 122:10, 123:20, 124:3, 124:10, 124:21, 124:22, 124:25, 125:6, 125:16, 125:21, 126:5, 126:8, 126:11, 126:17, 126:18, 126:19, 126:23, 126:24, 127:3, 127:5, 127:17, 127:22, 128:4, 128:6, 128:13, 128:20, 128:24, 129:1, 129:4, 130:1, 130:15, 130:21, 130:23, 131:20, 131:21, 133:3, 135:13, 136:9, 137:20, 141:8, 141:9, 141:12, 141:13, 141:14, 141:16, 141:17, 149:16, 149:21, 152:12, 152:13, 152:18, 152:19, 154:5, 154:24, 155:8, 155:10, 156:11, 156:19, 156:21, 156:22, 161:12, 162:6, 164:17, 165:12, 167:9, 167:12, 167:13, 167:25, 168:3, 168:8
**BEALS** [1] - 95:8
**BEAR** [2] - 156:17, 160:20
**BEARING** [1] - 121:4
**BEAUTIFUL** [1] - 21:18
**BECAME** [3] - 11:10, 39:10, 88:20
**BECAUSE** [74] - 7:14, 7:20, 10:17, 12:2, 12:4, 12:20, 12:23, 13:13, 13:17, 13:20, 16:1, 18:7, 18:18, 19:2, 20:6, 20:14, 20:19, 21:11, 22:14, 23:24, 24:14, 27:10, 28:7, 32:16, 38:14, 39:5, 43:19, 44:17, 45:7, 45:14, 46:23, 48:10, 53:16, 59:3, 60:21, 61:22, 62:6, 66:8, 66:10, 67:9, 72:10, 75:17, 80:2,

86:20, 91:14, 94:24, 97:8, 102:16, 102:17, 112:16, 112:19, 114:5, 114:6, 114:11, 114:17, 115:20, 115:24, 116:19, 120:4, 121:2, 123:17, 124:16, 126:9, 126:22, 127:11, 127:12, 129:4, 140:23, 142:7, 143:5, 149:22, 152:7, 154:12, 168:3
**BECOME** [4] - 23:1, 23:17, 30:8, 31:1
**BECOMES** [1] - 110:12
**BECOMING** [1] - 109:2
**BEEN** [70] - 10:15, 14:15, 14:19, 17:10, 18:22, 29:7, 30:4, 31:4, 31:13, 31:17, 36:14, 37:14, 46:23, 47:12, 47:20, 47:22, 49:8, 50:5, 51:22, 51:25, 53:3, 57:7, 59:18, 60:1, 60:4, 64:1, 66:18, 67:3, 68:15, 68:21, 70:5, 70:7, 70:8, 70:13, 70:15, 81:13, 81:17, 85:3, 90:18, 93:11, 105:20, 105:22, 105:23, 106:2, 106:3, 106:4, 106:6, 106:7, 107:8, 108:12, 110:4, 116:21, 122:9, 124:18, 127:21, 145:13, 146:10, 146:15, 147:5, 148:25, 149:3, 155:5, 156:13, 158:7, 159:9, 159:10, 161:11, 166:5, 166:12
**BEFORE** [26] - 1:11, 18:17, 22:19, 36:7, 36:8, 38:10, 41:17, 41:25, 42:7, 44:2, 52:7, 75:7, 76:3, 77:16, 109:7, 122:10, 127:12, 127:19, 139:18, 139:20, 140:23, 140:24, 167:3, 167:6
**BEGAN** [2] - 62:16,

63:1
**BEGIN** [2] - 114:11, 139:9
**BEGINNING** [2] - 14:23, 19:11
**BEGINS** [1] - 117:14
**BEHAVE** [1] - 10:18
**BEHAVING** [2] - 46:16, 48:6
**BEHAVIOR** [17] - 6:9, 7:17, 22:16, 25:14, 27:24, 27:25, 28:3, 28:22, 38:3, 43:10, 45:18, 48:7, 79:5, 79:23, 84:13, 143:24, 160:13
**BEHAVIORAL** [9] - 6:7, 6:16, 38:1, 50:7, 51:14, 54:3, 90:15, 90:17, 90:20
**BEHAVIORS** [13] - 23:21, 24:3, 28:16, 37:24, 38:16, 61:22, 74:8, 74:11, 74:14, 74:20, 76:6, 143:12
**BEHIND** [7] - 118:12, 121:21, 125:4, 137:11, 141:9, 141:17, 168:4
**BEING** [21] - 25:19, 27:21, 48:8, 69:2, 84:3, 92:6, 97:14, 104:9, 113:12, 116:13, 120:19, 123:18, 126:24, 160:9, 160:10, 160:11, 162:16, 163:17, 165:6, 165:19, 168:5
**BELIEF** [5] - 46:20, 60:22, 61:10, 114:18, 127:2
**BELIEVE** [35] - 35:21, 35:25, 46:9, 46:23, 48:6, 56:7, 58:3, 60:12, 60:21, 61:6, 61:8, 62:7, 62:10, 65:14, 65:23, 66:17, 67:2, 68:24, 69:1, 74:15, 88:1, 88:3, 113:14, 114:13, 114:14, 123:15, 127:5, 136:6, 153:9, 153:21, 154:10, 154:17, 158:10, 159:5, 160:25
**BELIEVED** [1] - 36:20
**BELL** [2] - 2:8, 2:9
**BELONGING** [1] - 11:13

**BELOW** [2] - 96:19, 143:24

**BESIDE** [2] - 56:12, 122:6

**BEST** [10] - 23:1, 90:24, 98:25, 106:15, 109:18, 109:19, 112:24, 135:12, 154:21

**BETTER** [6] - 7:14, 13:19, 72:10, 72:18, 92:23, 135:10

**BETWEEN** [11] - 22:20, 27:4, 61:10, 70:2, 83:15, 85:5, 102:1, 122:15, 122:18, 133:25, 167:14

**BEYOND** [2] - 121:12, 160:24

**BIAS** [1] - 52:17

**BILATERAL** [1] - 40:23

**BINDER** [9] - 3:10, 92:8, 133:23, 134:7, 138:10, 140:17, 141:7, 141:11, 141:20

**BINDER-LE** [3] - 92:8, 133:23, 134:7

**BIRTH** [1] - 17:20

**BIT** [14] - 18:14, 23:8, 27:2, 27:6, 49:19, 78:25, 79:4, 94:17, 111:6, 124:18, 126:12, 131:14, 131:23, 141:22

**BITE** [1] - 136:17

**BLANKET** [1] - 68:17

**BLOCK** [3] - 87:19, 88:22, 89:22

**BLOOD** [1] - 67:24

**BLUE** [2] - 2:8, 2:9

**BOARD** [125] - 6:14, 6:18, 16:6, 29:18, 29:20, 29:24, 30:3, 31:12, 31:14, 31:18, 32:17, 32:21, 33:24, 35:19, 35:23, 36:3, 36:4, 36:9, 36:14, 36:22, 37:1, 37:6, 38:4, 38:10, 38:17, 40:10, 42:4, 42:8, 42:10, 46:2, 46:11, 48:9, 55:18, 56:12, 57:14, 57:19, 57:21, 57:25, 58:1, 58:4, 58:10, 58:15, 59:9, 59:13, 60:9, 60:16, 61:16, 62:2, 62:16,

63:2, 63:9, 63:20, 64:21, 65:10, 66:20, 69:2, 69:17, 70:19, 70:23, 71:9, 71:11, 71:13, 71:14, 71:18, 71:19, 71:20, 72:1, 72:2, 72:24, 74:6, 74:9, 76:8, 93:8, 93:24, 95:21, 99:15, 99:16, 99:18, 99:19, 99:22, 100:4, 106:7, 108:22, 115:10, 117:4, 117:5, 117:6, 117:9, 117:13, 117:14, 118:19, 119:5, 120:18, 121:20, 122:4, 122:8, 123:3, 123:11, 123:12, 123:18, 123:21, 124:5, 124:16, 124:17, 124:20, 125:1, 125:2, 125:3, 125:4, 135:24, 143:6, 144:2, 144:7, 151:14, 151:20, 151:22, 158:24, 161:23, 162:6, 162:7, 163:21, 164:7, 165:7

**BOARDED** [1] - 6:15

**BOARDS** [4] - 20:15, 20:21, 70:22, 71:3

**BODIES** [1] - 111:16

**BODY** [10] - 26:20, 26:25, 67:5, 67:8, 67:22, 109:1, 110:7, 117:13, 120:19, 121:23

**BOLSTERED** [1] - 60:22

**BOLSTERS** [1] - 60:23

**BOOK** [1] - 165:3

**BOSTON** [2] - 9:21, 49:24

**BOTH** [10] - 6:15, 22:17, 52:24, 71:3, 99:25, 100:1, 101:3, 133:17, 133:19, 166:4

**BOTHER** [1] - 21:20

**BOTTOM** [6] - 87:4, 89:2, 98:23, 99:6, 128:23, 151:11

**BOX** [2] - 100:22, 124:10

**BRAIN** [4] - 80:14, 81:8, 81:20, 162:1

**BRAND** [1] - 126:13

**BRANDEIS** [2] - 9:5,

9:6

**BREAK** [6] - 77:4, 77:7, 110:13, 110:15, 136:9, 136:15

**BREATH** [1] - 109:23

**BREATHING** [2] - 133:5, 133:6

**BREATHS** [1] - 139:6

**BRIAN** [2] - 2:7, 3:20

**BRIEF** [6] - 75:8, 95:2, 129:15, 140:3, 163:1, 163:3

**BRIEFLY** [2] - 104:17, 106:11

**BRING** [3] - 109:16, 123:1, 123:6

**BRINGING** [1] - 124:19

**BROADLY** [1] - 154:13

**BROOKS** [2] - 2:6, 3:20

**BROUGHT** [6] - 17:5, 51:22, 92:13, 137:7, 156:17, 167:10

**BROWN** [1] - 2:2

**BRYN** [3] - 83:7, 83:9, 83:12

**BUILDING** [6] - 19:8, 19:15, 19:19, 19:25, 20:3, 20:5

**BUILT** [3] - 31:24, 55:6, 119:6

**BUSINESS** [2] - 129:21, 141:22

**BUT** [145] - 9:2, 10:18, 11:1, 11:16, 11:19, 12:5, 12:9, 13:15, 13:21, 14:17, 15:22, 17:13, 17:20, 18:10, 19:18, 19:20, 22:17, 23:12, 24:10, 24:12, 26:23, 27:15, 28:1, 28:22, 30:4, 30:12, 31:20, 32:19, 32:23, 33:6, 33:10, 34:14, 34:25, 37:12, 38:5, 38:6, 38:16, 42:6, 43:1, 44:2, 44:5, 44:9, 44:18, 45:4, 49:23, 50:3, 52:6, 52:9, 53:10, 56:7, 56:11, 56:21, 56:22, 57:6, 57:9, 58:9, 58:23, 59:21, 60:23, 60:25, 61:23, 62:7, 62:12, 63:16, 66:3, 66:13, 66:23, 67:14, 67:25, 68:19, 69:25,

70:7, 70:15, 71:16, 71:17, 71:20, 71:23, 72:19, 72:22, 73:17, 74:1, 74:12, 74:14, 75:24, 77:15, 78:2, 87:8, 88:3, 90:23, 91:15, 92:5, 96:23, 100:14, 102:20, 106:5, 106:7, 110:15, 110:25, 113:11, 114:22, 117:14, 117:15, 117:24, 118:9, 119:8, 120:10, 120:12, 124:18, 124:21, 124:22, 125:4, 126:16, 127:7, 127:21, 129:5, 133:15, 137:6, 137:9, 138:4, 139:17, 140:13, 141:5, 141:21, 141:23, 149:25, 150:18, 153:6, 158:3, 158:11, 160:1, 160:3, 160:22, 161:24, 162:6, 163:15, 164:21, 165:1, 165:5, 167:3, 167:15, 167:18, 167:25, 168:9

**BUT..** [1] - 161:2

**BY** [85] - 1:23, 1:23, 5:13, 15:7, 16:17, 18:20, 22:9, 22:18, 25:5, 25:25, 28:7, 29:16, 31:10, 35:5, 39:11, 39:13, 41:22, 46:1, 47:11, 47:19, 47:21, 49:2, 49:7, 53:22, 55:12, 57:21, 65:3, 65:9, 67:22, 69:7, 69:16, 74:23, 75:13, 77:6, 77:7, 78:17, 82:21, 82:22, 82:23, 87:11, 88:7, 91:9, 92:15, 93:19, 95:17, 99:21, 104:14, 105:2, 107:12, 109:24, 113:3, 113:7, 115:1, 121:19, 124:8, 125:2, 125:24, 129:17, 131:12, 134:21, 135:6, 136:23, 138:14, 142:22, 144:4, 144:24, 147:2, 147:22, 149:3, 150:5, 150:19,

159:3, 159:24, 161:21, 163:6, 166:10, 169:6, 169:7, 169:9, 169:10, 169:12, 169:13, 169:15, 169:16

---

## C

**C.V** [3] - 24:24, 25:9, 85:17

**CADENCE** [1] - 44:12

**CALCULATE** [1] - 98:4

**CALL** [11] - 4:21, 14:25, 28:17, 28:18, 28:19, 44:18, 93:4, 123:2, 141:25, 166:16, 167:23

**CALLED** [12] - 11:8, 14:2, 16:14, 20:4, 38:23, 43:6, 43:9, 44:4, 44:13, 93:23, 119:1, 156:6

**CALLS** [1] - 98:19

**CALM** [1] - 24:13

**CALMING** [1] - 21:15

**CALMNESS** [4] - 132:9, 132:10, 132:11

**CAMBRIDGE** [1] - 116:16

**CAME** [9] - 31:5, 52:7, 65:21, 92:12, 121:5, 153:12, 157:5, 159:5, 160:20

**CAMERA** [4] - 32:13, 124:25, 125:6, 168:3

**CAMPUS** [1] - 2:8

**CAN** [169] - 4:8, 4:17, 6:17, 7:20, 7:22, 10:23, 14:6, 14:25, 20:14, 20:17, 20:19, 20:21, 20:25, 21:2, 21:11, 21:12, 21:14, 22:1, 22:20, 23:7, 24:6, 24:17, 24:18, 25:8, 26:1, 26:16, 26:19, 26:20, 27:5, 27:6, 27:9, 27:13, 27:14, 27:16, 27:18, 27:24, 27:25, 28:22, 32:2, 33:5, 34:1, 36:11, 38:17, 38:19, 38:25, 39:1, 39:2, 39:23, 40:6, 42:25, 43:4, 43:7, 43:8, 43:9, 43:15, 43:16, 43:17, 43:25, 44:13,

44:23, 44:24, 44:25, 47:7, 47:17, 56:10, 56:15, 58:10, 70:24, 72:6, 73:22, 73:24, 74:14, 74:19, 76:18, 76:25, 78:25, 79:17, 80:25, 81:24, 82:9, 82:10, 84:19, 84:25, 85:2, 85:15, 88:8, 90:22, 90:23, 91:2, 91:7, 91:11, 93:16, 95:15, 95:16, 97:18, 97:24, 98:16, 103:10, 103:11, 104:17, 106:16, 106:23, 108:17, 109:6, 109:18, 109:19, 109:25, 110:23, 110:25, 111:1, 111:3, 111:5, 111:20, 111:22, 113:19, 114:21, 115:15, 116:10, 117:15, 117:25, 121:20, 122:5, 122:7, 123:14, 123:19, 124:13, 125:3, 125:4, 127:17, 129:10, 130:17, 130:18, 130:19, 131:1, 131:8, 131:9, 131:23, 132:8, 133:10, 134:5, 134:10, 134:13, 134:18, 134:22, 134:25, 136:5, 136:24, 137:3, 137:13, 138:6, 138:19, 141:7, 142:1, 146:25, 147:19, 152:16, 154:22, 156:11, 159:14, 159:18, 161:4, 164:4, 167:4, 167:12

**CAN'T** [8] - 20:16, 23:18, 26:14, 38:2, 82:14, 112:18, 114:4, 114:22

**CANNOT** [7] - 21:12, 56:11, 59:10, 113:22, 116:1, 121:17, 152:25

**CAPABILITIES** [1] - 96:22

**CAPABLE** [3] - 42:23, 82:17, 161:16

**CAPACITY** [3] - 81:21, 81:25, 149:14

**CAR** [2] - 13:23, 21:18

**CARE** [12] - 6:22, 6:24, 7:7, 7:14, 7:24, 17:10, 17:14, 30:12, 39:21, 39:24, 60:15, 141:23

**CAREER** [3] - 10:16, 10:21, 11:3

**CARES** [1] - 14:23

**CASE** [10] - 1:3, 46:24, 56:16, 57:5, 57:6, 87:13, 147:13, 158:7, 159:1

**CASES** [1] - 71:3

**CASTING** [1] - 45:6

**CATALYST** [1] - 16:11

**CATTLE** [1] - 24:11

**CAUSE** [1] - 157:18

**CAUTIOUS** [1] - 116:18

**CDC** [1] - 16:7

**CENTER** [10] - 4:25, 8:23, 10:5, 11:10, 16:25, 18:25, 19:10, 22:25, 105:24, 117:18

**CENTERS** [1] - 15:17

**CERTAIN** [9] - 23:10, 38:7, 79:2, 86:24, 109:12, 110:13, 110:25, 114:21, 155:7

**CERTAINLY** [8] - 25:22, 77:17, 96:10, 111:2, 137:5, 142:6, 167:21, 168:6

**CERTAINTY** [6] - 35:18, 36:2, 36:25, 37:5, 110:25, 144:1

**CERTIFICATE** [2] - 51:3, 145:25

**CERTIFICATION** [2] - 6:18, 79:9

**CERTIFIED** [3] - 6:14, 8:10, 79:11

**CERTIFY** [1] - 168:18

**CETERA** [4] - 93:25, 143:15, 160:16, 160:17

**CHALLENGE** [3] - 64:5, 64:8, 142:12

**CHALLENGES** [2] - 39:23, 90:15

**CHALLENGING** [1] - 160:24

**CHANCE** [2] - 136:17, 160:23

**CHANGE** [6] - 16:7, 21:23, 38:3, 100:10, 108:23, 117:24

**CHANGED** [4] - 61:22, 94:19, 116:22

**CHANGES** [1] - 127:14

**CHANGING** [1] - 19:23

**CHAPLICK** [7] - 8:13, 55:8, 60:20, 92:17, 93:3, 93:9, 95:19

**CHAPLICK'S** [1] - 8:19

**CHARGE** [1] - 81:3

**CHECK** [2] - 20:12, 93:23

**CHECK-IN** [1] - 93:23

**CHILD** [6] - 47:3, 81:5, 83:6, 83:9, 83:12, 90:23

**CHILDREN** [4] - 6:10, 80:13, 84:17

**CHILDREN'S** [4] - 9:15, 9:20, 12:13, 49:24

**CHOICES** [1] - 98:22

**CHOOSE** [3] - 98:24, 133:24, 154:6

**CHOP** [1] - 73:4

**CHOSE** [4] - 20:11, 22:14, 101:3, 161:1

**CHOSEN** [1] - 74:18

**CIRCUMSTANCES** [3] - 68:18, 128:4, 161:17

**CITIZENS** [1] - 13:2

**CITY** [5] - 9:12, 12:5, 12:14, 12:21, 13:9

**CIVIL** [3] - 1:3, 164:23, 165:8

**CLAIMS** [2] - 146:22, 167:7

**CLARIFY** [1] - 75:14

**CLASS** [3] - 51:22, 164:20, 165:11

**CLASSES** [2] - 51:11, 51:19

**CLASSICALLY** [1] - 28:17

**CLASSROOM** [7] - 8:17, 164:21, 164:22, 165:5, 165:6, 165:25, 166:1

**CLEAR** [6] - 37:18, 41:24, 60:3, 88:9, 107:13, 124:6

**CLERK** [10] - 3:1, 5:3, 5:7, 5:10, 78:3, 78:7, 78:11, 103:23, 104:2, 104:5

**CLIENTS** [3] - 84:4, 84:8, 84:20

**CLINIC** [1] - 83:14

**CLINIC-ORIENTED** [1] - 83:14

**CLINICAL** [17] - 16:6, 17:3, 51:3, 57:14, 64:9, 71:19, 79:20, 88:10, 145:25, 155:7, 155:11, 155:15, 156:18, 157:3, 158:17, 158:19, 166:14

**CLINICIAN** [4] - 65:7, 65:25, 66:14, 69:8

**CLINICIANS** [1] - 68:16

**CLOSE** [1] - 84:22

**CLOSED** [1] - 83:11

**CLOSING** [1] - 4:10

**CLUTTERED** [1] - 20:14

**CNN** [1] - 15:4

**COACH** [2] - 109:14, 111:16

**COACH'S** [1] - 109:16

**COACHED** [2] - 111:9, 111:13

**COACHING** [6] - 117:10, 119:1, 119:11, 120:19, 123:4, 123:12

**COAT** [1] - 78:1

**CODE** [1] - 133:25

**COGNITION** [1] - 86:10

**COGNITIVE** [8] - 79:2, 86:5, 86:6, 90:3, 93:2, 96:11, 98:2, 143:21

**COHORT** [1] - 107:21

**COLLABORATING** [1] - 70:15

**COLLABORATIVE** [2] - 6:25, 7:14

**COLLECTED** [1] - 81:18

**COLLEGE** [7] - 9:4, 9:8, 55:17, 79:18, 83:7, 104:19, 104:20

**COME** [29] - 4:11, 5:1, 20:16, 28:4, 45:15, 46:24, 52:19, 68:7, 74:24, 75:8, 78:2, 83:18, 88:24, 89:8, 102:8, 116:7, 126:9, 130:25, 136:18, 140:10, 140:24, 141:12, 142:19, 155:17, 157:5, 166:5, 167:4

**COMES** [4] - 97:19, 123:24, 135:9, 161:6

**COMFORT** [2] - 72:21, 77:3

**COMFORTABLE** [7] - 45:7, 45:8, 98:10, 100:17, 160:11, 160:18, 160:19

**COMING** [12] - 16:24, 64:20, 105:21, 110:6, 110:9, 122:24, 129:24, 140:20, 141:24, 148:19, 156:5, 163:5

**COMMENT** [1] - 97:23

**COMMENTS** [1] - 160:17

**COMMITTEE** [1] - 14:20

**COMMON** [1] - 82:2

**COMMUNICATE** [116] - 21:12, 26:2, 26:11, 26:13, 26:14, 29:20, 29:24, 30:3, 32:1, 36:4, 37:21, 38:2, 38:10, 40:11, 40:15, 42:7, 47:4, 52:1, 54:13, 54:19, 54:23, 55:1, 55:13, 55:16, 55:21, 56:5, 56:13, 57:22, 59:15, 59:19, 59:20, 59:22, 59:23, 60:4, 60:5, 62:16, 63:1, 66:20, 70:18, 70:21, 71:10, 71:12, 74:13, 74:17, 91:14, 92:18, 93:13, 95:24, 96:5, 97:7, 103:1, 105:13, 108:13, 110:1, 111:4, 111:8, 111:17, 111:21, 112:22, 115:16, 116:12, 116:14, 116:17, 117:3, 118:13, 118:15, 118:20, 119:4, 122:9, 124:14, 124:25, 126:7, 127:4, 128:5, 129:22, 129:23, 130:3, 142:9, 142:14, 144:15, 146:11, 148:16, 148:21, 149:9, 150:8, 150:9, 150:12, 150:15, 150:24, 151:21, 151:23, 152:9, 152:25, 153:4, 153:6, 153:9, 153:19, 153:24, 154:9, 154:15,

155:1, 155:12, 155:18, 155:23, 156:6, 156:13, 156:14, 157:20, 158:3, 158:4, 158:6, 158:14, 159:1, 159:8, 159:15, 161:23

**COMMUNICATED** [6] - 31:18, 32:11, 37:23, 42:3, 48:8, 94:17

**COMMUNICATING** [25] - 22:4, 31:12, 36:8, 36:20, 48:12, 58:13, 58:24, 62:2, 64:2, 64:13, 64:15, 65:2, 65:3, 65:4, 65:6, 65:9, 65:14, 65:24, 74:6, 74:16, 93:12, 96:14, 103:1, 107:1, 137:4

**COMMUNICATION** [159] - 21:11, 25:19, 26:3, 26:6, 26:10, 28:2, 29:17, 29:20, 29:24, 30:3, 31:12, 31:14, 31:19, 32:21, 35:7, 35:19, 35:20, 35:23, 36:4, 36:11, 36:23, 37:2, 37:5, 37:6, 37:19, 37:24, 38:14, 38:25, 39:10, 40:9, 40:13, 43:12, 43:17, 46:10, 50:10, 54:15, 57:15, 57:20, 58:2, 58:4, 58:5, 58:8, 58:12, 58:18, 58:20, 59:2, 59:9, 59:13, 60:10, 61:13, 61:24, 62:3, 62:8, 62:17, 63:2, 63:14, 63:17, 65:20, 66:9, 66:11, 66:22, 70:21, 70:24, 71:11, 71:15, 71:25, 72:1, 72:3, 72:5, 72:24, 74:6, 74:9, 91:13, 91:17, 91:18, 91:24, 92:7, 92:21, 93:3, 93:7, 93:8, 93:18, 95:21, 96:2, 96:3, 96:13, 103:7, 103:18, 103:21, 105:5, 106:17, 107:20, 108:7, 108:11, 108:18, 110:22, 111:3, 111:10, 111:21, 111:24, 112:19, 112:24, 113:13, 113:16,

113:23, 114:8, 114:23, 115:17, 115:23, 116:5, 116:11, 119:6, 120:16, 120:20, 120:24, 121:8, 125:22, 126:3, 128:19, 128:24, 130:14, 133:21, 134:1, 137:21, 137:23, 138:5, 142:9, 142:15, 144:2, 144:8, 149:2, 151:15, 152:2, 152:6, 152:8, 153:2, 153:19, 154:15, 155:1, 155:13, 155:19, 156:2, 156:6, 157:1, 157:24, 157:25, 158:7, 158:15, 158:24, 159:2, 159:16, 162:3, 162:5, 163:21, 164:7, 165:7, 168:2

**COMMUNICATIVE** [1] - 42:18

**COMMUNITIES** [1] - 80:22

**COMMUNITY** [15] - 5:20, 5:22, 8:17, 10:13, 10:20, 11:14, 11:18, 19:3, 31:22, 52:12, 52:24, 53:13, 73:5, 83:17, 143:15

**COMPANY** [2] - 19:16, 19:17

**COMPARABLE** [1] - 101:17

**COMPARE** [2] - 81:18, 109:14

**COMPARED** [2] - 96:12, 101:14

**COMPARING** [1] - 82:24

**COMPETENCE** [3] - 51:4, 118:22, 146:1

**COMPLETE** [3] - 33:14, 97:1, 98:25

**COMPLETED** [5] - 78:20, 79:6, 79:19, 79:25, 143:10

**COMPLETELY** [4] - 22:18, 50:12, 58:22, 165:10

**COMPLEX** [2] - 38:19, 161:4

**COMPLICATED** [3] - 27:16, 155:6, 156:15

**COMPLY** [1] - 92:8

**COMPONENT** [2] - 26:6, 26:18

**COMPOSITE** [1] - 143:23

**COMPREHENDING** [2] - 117:2, 118:23

**COMPREHENSION** [9] - 96:16, 96:21, 97:11, 98:12, 98:13, 101:4, 101:6, 161:7, 161:14

**COMPREHENSIVE** [3] - 76:19, 83:21, 83:22

**COMPRESSED** [1] - 24:12

**COMPRESSION** [1] - 24:14

**COMPUTE** [1] - 98:13

**COMPUTER** [3] - 1:23, 1:23, 131:1

**COMPUTER-AIDED** [1] - 1:23

**COMPUTING** [1] - 102:11

**CONCEPTS** [4] - 96:18, 97:10, 101:4, 101:8

**CONCEPTUAL** [1] - 97:9

**CONCERNED** [1] - 126:18

**CONCERNING** [1] - 49:13

**CONCLUDE** [1] - 40:22

**CONCLUDED** [3] - 40:23, 40:25, 163:17

**CONCLUSION** [7] - 74:4, 147:25, 153:13, 155:18, 156:5, 158:14, 163:12

**CONCLUSIONS** [1] - 148:20

**CONDITION** [1] - 67:7

**CONDITIONS** [3] - 84:9, 84:17

**CONDUCT** [8] - 52:19, 54:1, 54:12, 63:11, 142:10, 150:7, 150:11, 157:9

**CONDUCTED** [4] - 49:13, 54:18, 54:22, 105:23

**CONFER** [3] - 167:4, 167:15, 168:10

**CONFERENCE** [3] - 12:15, 45:19, 167:14

**CONFERENCES** [4] - 12:11, 31:23, 33:10,

73:5

**CONFINES** [1] - 124:13

**CONFUSED** [3] - 113:1, 114:9, 126:1

**CONFUSION** [1] - 112:21

**CONJOIN** [1] - 43:18

**CONNECTION** [2] - 49:4, 147:4

**CONSIDER** [2] - 93:1, 116:9

**CONSIDERATIONS** [1] - 86:24

**CONSIDERED** [4] - 12:9, 111:8, 111:10, 152:18

**CONSISTENCY** [2] - 81:16, 158:20

**CONSISTENT** [1] - 81:14

**CONSULT** [3] - 19:10, 83:22, 83:23

**CONSULTATION** [1] - 80:18

**CONSULTED** [1] - 20:10

**CONTACT** [5] - 28:14, 38:15, 43:19, 124:17, 124:18

**CONTACTED** [1] - 92:15

**CONTAIN** [1] - 89:12

**CONTAINS** [1] - 89:13

**CONTEXT** [6] - 42:15, 51:13, 82:19, 118:10, 122:23, 123:9

**CONTEXTS** [1] - 52:24

**CONTINUATION** [1] - 109:7

**CONTINUE** [4] - 31:14, 65:14, 65:17, 103:12

**CONTINUED** [5] - 2:1, 55:24, 110:10, 138:13, 142:21

**CONTINUUM** [1] - 30:25

**CONTRASTING** [1] - 158:23

**CONTROL** [3] - 23:22, 23:24, 114:25

**CONTROVERSIAL** [1] - 108:12

**CONVERSATION** [13] - 28:23, 39:5, 44:25, 45:1, 45:5, 45:13, 54:14, 58:14, 59:11, 93:4, 114:13,

114:18, 153:1

**CONVERSATIONAL** [1] - 45:22

**CONVERSATIONS** [2] - 35:15, 154:20

**CONVERSING** [1] - 40:25

**CONVEYED** [1] - 61:18

**CONVINCED** [6] - 64:2, 66:8, 97:2, 157:21, 157:22, 160:2

**COOL** [1] - 45:14

**COOPERATE** [3] - 160:8, 160:10, 160:12

**COPY** [9] - 25:2, 47:8, 48:24, 49:3, 134:10, 134:13, 134:15, 134:16, 134:18

**COPYING** [1] - 165:3

**COPYRIGHT** [1] - 97:21

**CORD** [2] - 80:14, 81:9

**CORRECT** [71] - 3:24, 6:3, 36:9, 48:16, 49:17, 49:22, 50:23, 51:11, 51:23, 52:1, 56:1, 56:5, 59:11, 59:15, 59:20, 60:6, 62:11, 66:18, 67:19, 68:2, 68:13, 71:1, 100:8, 102:20, 102:23, 105:6, 105:7, 107:4, 107:14, 109:12, 109:23, 115:4, 115:7, 115:10, 120:8, 120:18, 120:25, 121:7, 121:9, 121:10, 124:6, 124:7, 125:9, 125:10, 125:12, 125:13, 125:16, 126:7, 129:5, 130:5, 145:6, 145:8, 145:14, 145:15, 145:18, 145:21, 145:24, 146:2, 146:3, 146:6, 147:15, 148:2, 148:3, 148:17, 150:24, 151:4, 153:1, 153:2, 159:17, 168:18

**CORRECTLY** [1] - 101:24

**COULD** [50] - 12:7,

15:23, 16:22, 19:10, 23:14, 26:14, 26:21, 26:25, 28:14, 28:17, 32:12, 34:25, 36:23, 42:20, 44:22, 45:4, 47:4, 56:21, 57:11, 60:17, 63:14, 65:20, 69:5, 85:13, 87:1, 89:21, 89:22, 91:23, 92:4, 93:1, 99:12, 122:25, 123:1, 125:6, 126:16, 127:9, 128:13, 142:23, 149:4, 154:5, 156:21, 156:22, 157:21, 157:25, 160:2, 160:4, 160:23, 160:25
**COUNSEL** [12] - 1:17, 2:4, 2:10, 3:4, 4:23, 133:10, 135:11, 135:25, 139:24, 142:5, 166:25
**COUNSEL'S** [1] - 137:12
**COUNT** [1] - 122:13
**COUNTRY** [3] - 14:16, 15:18, 94:13
**COUPLE** [14] - 31:22, 41:24, 69:14, 75:11, 106:14, 119:13, 122:25, 129:15, 131:22, 139:6, 161:20, 162:19, 163:4, 166:8
**COURSE** [8] - 9:9, 11:2, 22:23, 68:11, 94:20, 104:12, 146:8, 154:18
**COURSES** [1] - 19:3
**COURT** [173] - 1:1, 1:19, 3:1, 3:2, 3:5, 3:12, 3:14, 3:17, 3:22, 4:1, 4:3, 4:6, 4:9, 4:14, 4:16, 4:23, 16:12, 21:7, 21:24, 22:1, 23:4, 23:7, 23:17, 24:1, 24:21, 24:22, 24:25, 25:21, 29:2, 29:10, 29:12, 29:15, 30:7, 30:14, 30:18, 30:22, 30:25, 31:5, 31:9, 32:2, 32:5, 32:8, 32:15, 33:3, 33:12, 33:15, 33:19, 33:22, 33:25, 34:5, 34:13, 34:19, 35:2, 35:4, 37:13, 38:9, 39:12, 41:13,

41:16, 41:20, 43:3, 45:23, 47:10, 47:13, 53:4, 53:7, 53:10, 53:18, 69:14, 69:16, 75:1, 75:4, 75:7, 75:11, 75:13, 76:20, 76:25, 77:2, 77:10, 77:14, 77:21, 77:25, 78:13, 78:15, 79:17, 87:7, 87:20, 87:24, 88:6, 91:5, 94:24, 95:3, 95:12, 95:16, 96:7, 102:15, 103:3, 103:11, 103:15, 103:20, 104:9, 104:21, 106:11, 106:20, 106:24, 107:9, 108:19, 109:20, 109:23, 113:2, 113:5, 114:1, 114:9, 121:13, 125:21, 128:11, 128:20, 128:23, 129:9, 129:12, 129:16, 130:9, 130:12, 130:17, 130:23, 131:7, 131:10, 133:9, 133:16, 133:25, 134:3, 134:6, 134:11, 134:12, 134:14, 135:5, 135:6, 136:8, 136:19, 136:20, 136:23, 138:3, 138:8, 138:12, 139:14, 139:23, 140:2, 140:6, 140:16, 140:18, 141:5, 141:9, 141:21, 142:4, 142:18, 144:22, 146:20, 146:23, 147:11, 147:19, 149:24, 159:21, 161:20, 161:21, 163:1, 163:4, 163:6, 166:6, 166:23, 167:6, 168:14, 168:16, 168:22
**COURTHOUSE** [1] - 1:20
**COURTROOM** [7] - 1:9, 95:11, 95:13, 124:9, 128:5, 140:24, 157:12
**COURTS** [2] - 16:15, 16:21
**COVERED** [3] - 15:11, 148:22

**COVES** [1] - 19:21
**COVID** [9] - 15:14, 15:20, 16:2, 18:17, 32:7, 60:1, 105:16
**CREATE** [1] - 11:15
**CREATED** [4] - 16:22, 24:13, 41:8, 49:9
**CREATING** [1] - 20:18
**CRITERIA** [2] - 155:17, 156:4
**CROSS** [8] - 41:14, 41:21, 107:11, 128:15, 134:20, 138:13, 144:23, 169:4
**CROSS-EXAMINATION** [7] - 41:14, 41:21, 107:11, 128:15, 134:20, 138:13, 144:23
**CULTURE** [1] - 12:22
**CURRENT** [1] - 110:18
**CURRENTLY** [4] - 7:5, 8:22, 105:9, 124:5
**CURRICULUM** [1] - 85:17
**CUTOFF** [1] - 143:22
**CYNWYD** [1] - 1:16

## D

**D2** [1] - 52:21
**DANNY** [1] - 12:25
**DARK** [1] - 74:24
**DATA** [8] - 15:16, 15:25, 61:12, 66:21, 67:21, 68:4, 90:25, 154:25
**DATE** [5] - 53:7, 53:11, 87:20, 87:25, 168:22
**DATES** [2] - 53:21, 88:15
**DAUBERT** [4] - 1:12, 3:24, 103:6, 142:7
**DAY** [10] - 13:5, 13:8, 21:18, 61:23, 74:18, 141:18, 141:19, 164:24, 167:18, 167:24
**DEALING** [1] - 91:6
**DEBILITATING** [1] - 110:12
**DECADE** [1] - 30:9
**DECEMBER** [1] - 1:8
**DECENT** [1] - 160:23
**DECIDE** [1] - 155:8
**DECIDES** [1] - 114:24
**DECISION** [11] - 69:9,

92:20, 99:20, 136:11, 136:13, 147:12, 153:11, 155:8, 156:19, 157:5
**DECISIONS** [1] - 84:1
**DECLARATION** [1] - 47:21
**DEEP** [3] - 108:10, 109:23, 139:6
**DEFEATS** [1] - 133:18
**DEFENDANT** [2] - 2:10, 3:20
**DEFENDANT'S** [3] - 47:8, 49:1, 57:11
**DEFENDANTS** [1] - 1:7
**DEFENSE** [2] - 131:2, 137:8
**DEFICIT** [1] - 84:12
**DEFICITS** [1] - 27:9
**DEFINED** [1] - 110:15
**DEFINITELY** [7] - 19:12, 21:10, 73:25, 75:25, 102:17, 105:16, 167:17
**DEFINITION** [3] - 58:7, 58:9, 152:2
**DEFINITIONS** [2] - 97:21, 97:22
**DEFINITIVELY** [2] - 120:9, 122:18
**DEGREE** [8] - 35:18, 36:1, 36:25, 37:4, 61:24, 79:21, 79:25, 144:1
**DEGREES** [3] - 49:21, 102:11, 145:10
**DELAWARE** [1] - 80:5
**DELAY** [1] - 6:11
**DELAYS** [1] - 17:21
**DEMEANOR** [1] - 38:4
**DEMONSTRATE** [2] - 45:9, 97:15
**DEMONSTRATED** [2] - 96:21, 161:14
**DENIED** [1] - 149:19
**DEPARTMENT** [2] - 14:14, 166:14
**DEPEND** [1] - 125:19
**DEPENDENT** [2] - 110:17, 129:21
**DEPENDING** [1] - 21:15
**DEPENDS** [3] - 7:6, 18:6, 18:16
**DEPRESSED** [1] - 74:2
**DEPUTY** [9] - 5:3, 5:7, 5:10, 78:3, 78:7, 78:11, 103:23,

104:2, 104:5
**DERIVED** [2] - 82:21, 101:13
**DESCRIBE** [8] - 98:16, 113:11, 113:20, 123:7, 128:18, 135:19, 157:13, 157:17
**DESCRIBED** [3] - 82:12, 115:25, 128:10
**DESIGN** [10] - 16:20, 16:21, 19:2, 19:4, 19:5, 19:16, 19:20, 19:22, 20:10, 22:15
**DESIGNED** [2] - 19:14, 124:1
**DETERMINATION** [1] - 147:15
**DETERMINE** [1] - 156:25
**DETERMINED** [3] - 146:16, 147:5, 157:2
**DETERMINING** [1] - 159:15
**DETRIMENTAL** [1] - 130:4
**DEVELOP** [2] - 22:25, 45:12
**DEVELOPED** [3] - 5:18, 24:11, 81:13
**DEVELOPMENT** [4] - 6:10, 27:16, 44:5, 83:25
**DEVELOPMENTAL** [21] - 6:2, 6:6, 6:7, 6:10, 6:11, 6:16, 7:8, 10:8, 11:17, 17:20, 25:14, 39:22, 45:18, 48:19, 50:7, 51:14, 54:3, 67:12, 76:13, 79:21, 84:13
**DEVIATING** [2] - 90:11, 99:2
**DEVIATION** [5] - 100:6, 148:6, 148:10, 148:12, 148:16
**DEVOTED** [2] - 17:10, 17:24
**DIABETES** [1] - 15:24
**DIAGNOSE** [2] - 6:12, 17:15
**DIAGNOSED** [4] - 11:2, 119:14, 119:16, 119:24
**DIAGNOSES** [1] - 84:11
**DIAGNOSIS** [7] - 10:22, 17:25, 25:15,

84:20, 84:25, 120:10, 143:20

**DIAGNOSTIC** [3] - 29:5, 38:23, 84:9

**DID** [155] - 5:17, 5:23, 9:4, 9:11, 9:13, 9:19, 9:20, 9:22, 10:1, 10:3, 10:10, 11:25, 12:9, 12:13, 12:18, 13:6, 13:10, 14:7, 14:8, 15:13, 16:16, 16:23, 20:1, 30:7, 31:1, 31:13, 32:10, 32:19, 38:9, 40:10, 40:15, 40:22, 42:7, 42:13, 42:15, 45:2, 45:5, 46:3, 48:21, 52:3, 52:11, 52:19, 54:1, 54:8, 54:12, 54:21, 54:25, 55:20, 58:19, 59:1, 61:19, 63:7, 63:11, 63:13, 65:16, 65:17, 72:10, 74:5, 75:15, 78:25, 80:3, 81:7, 83:1, 83:5, 83:12, 83:13, 83:16, 86:4, 86:7, 86:8, 86:9, 87:6, 87:13, 87:24, 89:7, 91:22, 92:1, 92:8, 93:6, 94:25, 95:18, 95:20, 95:22, 95:25, 96:8, 96:9, 97:3, 97:6, 97:15, 97:17, 99:8, 99:10, 99:14, 99:25, 100:16, 102:1, 102:3, 102:14, 105:11, 105:12, 108:5, 121:17, 123:9, 136:3, 140:18, 140:23, 144:11, 146:14, 148:21, 149:10, 150:7, 150:11, 150:13, 150:14, 150:18, 151:7, 152:5, 153:11, 153:12, 154:7, 154:9, 155:17, 155:23, 156:19, 157:9, 157:11, 157:15, 157:16, 157:18, 157:23, 158:2, 158:3, 159:2, 159:6, 160:8, 160:24, 162:5, 162:11, 163:12, 163:14, 164:2, 164:15, 164:16, 165:22, 166:11, 166:12,

166:17, 166:18, 166:20

**DIDN'T** [30] - 13:15, 13:20, 13:21, 18:13, 19:19, 37:20, 37:21, 37:24, 38:3, 40:3, 48:19, 52:7, 64:13, 64:15, 65:15, 65:18, 66:7, 76:12, 98:8, 100:13, 102:13, 113:15, 113:19, 115:21, 140:12, 140:21, 141:15, 156:24, 159:25

**DIDNT** [1] - 140:11

**DIE** [1] - 16:3

**DIFFERENCE** [4] - 22:20, 61:10, 111:12, 162:10

**DIFFERENT** [30] - 7:18, 7:22, 18:16, 18:17, 26:19, 26:21, 27:21, 28:2, 38:7, 38:24, 43:15, 43:19, 57:9, 71:23, 83:25, 100:14, 112:17, 115:24, 118:1, 118:8, 122:25, 126:8, 126:11, 127:11, 135:23, 160:6, 161:9, 165:17, 165:18

**DIFFERENTLY** [1] - 112:17

**DIFFICULT** [5] - 69:25, 100:13, 126:12, 126:17, 126:20

**DIFFICULTIES** [1] - 90:5

**DIFFICULTY** [3] - 22:4, 82:7, 82:13

**DIONIS** [2] - 4:9, 4:19

**DIRE** [1] - 95:9

**DIRECT** [12] - 5:12, 17:10, 41:25, 78:16, 104:13, 128:15, 131:11, 132:8, 133:3, 142:21, 166:9, 169:4

**DIRECTED** [1] - 121:3

**DIRECTION** [2] - 43:16, 111:1

**DIRECTIONS** [1] - 92:9

**DIRECTLY** [6] - 71:25, 72:2, 72:23, 91:5, 117:10, 153:16

**DIRECTOR** [2] - 8:22, 10:8

**DISABILITIES** [10] - 11:17, 14:22, 15:15, 58:21, 58:23, 82:4, 84:13, 84:14, 152:3, 154:3

**DISABILITY** [9] - 15:19, 19:6, 59:7, 67:13, 143:17, 143:20, 152:15, 152:21, 156:16

**DISABLED** [1] - 118:13

**DISAGREE** [1] - 68:20

**DISAGREEMENT** [1] - 159:11

**DISAGREES** [1] - 68:15

**DISBELIEF** [1] - 63:23

**DISCHARGE** [1] - 80:17

**DISCIPLINES** [1] - 64:11

**DISCREDIT** [1] - 63:22

**DISCUSSED** [1] - 62:1

**DISCUSSION** [3] - 138:7, 164:22, 167:8

**DISORDERS** [3] - 84:12, 84:13, 84:14

**DISPUTE** [2] - 102:21, 102:24

**DISPUTES** [2] - 147:14, 147:25

**DISPUTING** [1] - 103:3

**DISTRICT** [13] - 1:1, 1:2, 1:6, 73:9, 103:16, 121:5, 144:4, 146:17, 147:6, 148:1, 163:23, 164:9, 166:13

**DISTRICT'S** [1] - 166:18

**DISTRICTS** [1] - 79:15

**DISTURBING** [1] - 16:1

**DIVERSE** [2] - 155:6, 156:16

**DIVERSITY** [1] - 19:6

**DIVING** [1] - 108:10

**DIVISION** [1] - 80:11

**DO** [241] - 4:3, 4:7, 5:15, 6:19, 7:11, 7:13, 7:14, 7:16, 7:24, 8:4, 8:6, 8:11, 8:13, 8:19, 9:13, 9:19, 13:11, 14:11, 17:1, 17:15, 17:25, 18:4, 19:4, 20:2, 27:13, 27:19, 30:14,

31:1, 33:7, 33:25, 34:3, 34:5, 34:12, 35:11, 35:17, 35:22, 36:1, 36:24, 37:4, 37:12, 37:14, 38:17, 43:11, 43:12, 43:18, 45:10, 46:13, 46:15, 46:23, 47:2, 47:13, 47:24, 48:3, 48:10, 49:12, 49:21, 50:8, 54:4, 54:21, 54:25, 55:5, 55:25, 56:3, 56:23, 57:17, 57:20, 57:21, 58:17, 62:6, 62:19, 63:5, 64:18, 64:24, 66:10, 67:4, 67:5, 67:6, 67:15, 67:17, 68:20, 69:24, 69:25, 70:8, 71:14, 71:22, 71:24, 72:2, 72:22, 73:14, 73:19, 75:2, 75:3, 75:4, 77:7, 77:8, 78:19, 78:25, 79:7, 79:9, 80:3, 81:15, 81:20, 83:13, 83:20, 84:7, 84:8, 84:14, 85:6, 85:25, 86:1, 88:12, 88:15, 89:2, 89:17, 91:2, 91:23, 93:6, 93:25, 95:3, 95:10, 95:12, 95:20, 97:3, 98:7, 98:11, 99:5, 99:9, 99:23, 99:24, 100:9, 100:11, 101:1, 102:16, 102:17, 102:19, 103:13, 103:17, 105:8, 106:11, 106:23, 107:8, 107:14, 107:15, 108:6, 109:10, 109:11, 109:25, 110:21, 111:25, 112:1, 113:2, 114:24, 115:8, 115:11, 117:12, 119:10, 119:12, 121:5, 121:22, 122:7, 122:10, 122:16, 122:17, 122:21, 122:23, 125:2, 125:7, 126:11, 126:16, 128:16, 130:13, 130:17, 130:19, 131:3, 131:19, 133:13, 133:15, 134:5, 135:14, 135:15, 137:12, 137:16, 137:23,

137:25, 138:2, 138:4, 139:24, 140:12, 140:21, 140:25, 141:19, 141:25, 142:1, 142:12, 143:2, 143:25, 145:3, 145:4, 145:10, 145:11, 145:12, 145:16, 150:14, 150:15, 150:22, 151:5, 151:18, 151:25, 152:2, 153:15, 154:7, 154:10, 157:15, 157:21, 157:22, 160:2, 160:3, 160:9, 160:10, 160:11, 160:19, 160:23, 160:25, 161:1, 161:3, 162:4, 162:9, 167:2, 167:11, 168:2

**DOCTOR** [11] - 3:13, 40:3, 59:11, 67:18, 78:13, 79:25, 119:24, 120:10, 142:19, 167:10, 167:21

**DOCTORAL** [1] - 79:25

**DOCTORS** [3] - 67:4, 67:5, 76:9

**DOCUMENT** [10] - 25:6, 39:14, 40:5, 47:6, 47:12, 47:20, 47:22, 85:11, 85:16, 127:25

**DOCUMENTS** [1] - 127:23

**DOES** [61] - 4:6, 6:7, 8:18, 18:4, 21:2, 25:10, 26:1, 26:12, 27:2, 28:4, 28:6, 28:9, 32:25, 33:4, 34:18, 36:5, 39:20, 40:19, 43:1, 47:14, 48:12, 51:18, 54:3, 56:8, 65:25, 72:14, 73:19, 83:9, 85:18, 86:16, 86:19, 88:24, 89:8, 89:11, 89:12, 91:6, 95:23, 101:9, 101:11, 101:23, 106:25, 107:16, 108:9, 110:11, 113:12, 113:22, 117:15, 117:16, 119:9, 119:10, 120:4, 121:3, 122:12, 123:8,

129:9, 134:4, 135:10, 135:11, 143:17, 158:5

**DOESN'T** [5] - 38:5, 56:20, 110:7, 116:25, 133:22

**DOING** [29] - 33:23, 38:22, 63:23, 63:24, 80:16, 85:9, 93:23, 106:13, 106:17, 110:18, 116:24, 118:14, 120:17, 121:22, 122:6, 125:22, 126:13, 127:13, 130:13, 141:6, 153:10, 155:5, 158:25, 161:16, 164:14, 165:10, 165:11, 168:3

**DOMESTIC** [1] - 143:14

**DON'T** [122] - 4:10, 24:9, 24:23, 25:16, 30:10, 30:12, 31:20, 34:16, 34:17, 35:11, 36:21, 36:23, 37:8, 37:11, 37:16, 38:5, 38:7, 38:12, 41:16, 47:15, 48:5, 49:6, 49:11, 50:22, 50:25, 51:3, 51:6, 52:5, 53:15, 53:21, 56:6, 56:20, 56:22, 57:3, 57:6, 57:8, 58:9, 60:17, 62:4, 63:22, 63:25, 64:7, 65:23, 67:12, 67:15, 68:16, 68:19, 69:3, 69:5, 69:12, 71:22, 73:16, 74:15, 75:20, 75:24, 76:4, 77:15, 84:7, 91:5, 99:20, 100:19, 102:20, 102:21, 104:22, 104:23, 107:13, 110:24, 113:2, 113:5, 114:14, 115:6, 115:9, 115:13, 115:14, 117:25, 118:3, 118:5, 118:6, 119:25, 120:2, 120:7, 120:9, 120:10, 122:24, 127:20, 128:3, 129:3, 129:5, 129:10, 130:16, 130:25, 131:2, 131:5, 133:23, 135:2, 136:4, 136:6, 136:13, 136:24,

137:17, 139:6, 139:21, 140:4, 141:6, 145:19, 145:25, 149:22, 150:17, 151:3, 152:22, 153:5, 156:12, 158:2, 159:19, 160:15, 160:16, 161:1, 163:5, 167:12

**DONE** [27] - 16:12, 18:22, 27:14, 28:7, 31:21, 64:1, 79:5, 81:13, 83:18, 85:22, 88:3, 98:17, 99:2, 108:13, 113:15, 114:6, 114:22, 115:20, 116:25, 117:20, 121:25, 122:9, 127:12, 127:18, 134:19

**DOOR** [3] - 4:10, 94:25, 95:1

**DOORS** [1] - 111:15

**DOUBT** [5] - 35:22, 64:14, 65:5, 66:7, 104:25

**DOUGHERTY'S** [1] - 16:14

**DOWN** [10] - 24:13, 32:23, 42:24, 42:25, 43:1, 43:4, 103:11, 107:5, 133:3, 159:25

**DR** [43] - 3:13, 3:14, 4:15, 4:16, 4:21, 4:24, 5:1, 5:14, 7:25, 8:3, 8:4, 8:6, 8:11, 25:14, 36:15, 39:18, 39:20, 40:1, 40:2, 40:4, 40:11, 40:20, 41:23, 46:9, 47:20, 55:9, 60:20, 70:3, 73:2, 75:17, 76:3, 77:13, 78:18, 95:7, 141:14, 141:15, 142:8, 142:20, 144:25, 150:17, 150:19, 169:5, 169:8

**DRAW** [1] - 47:24

**DRIVE** [1] - 21:20

**DRY** [1] - 141:1

**DSM** [1] - 29:5

**DUE** [7] - 49:12, 49:17, 56:9, 57:2, 145:1, 147:8, 147:10

**DUPLICATIVE** [1] - 40:3

**DUPONT** [5] - 80:4, 80:7, 80:10, 83:1, 83:5

**DURING** [13] - 18:17, 32:7, 46:16, 49:16, 56:9, 75:14, 91:23, 128:14, 148:5, 148:9, 163:25, 164:11, 164:25

**DUTIES** [1] - 80:9

**DUTY** [3] - 108:20, 109:1, 109:5

**DYING** [1] - 15:20

**DYSREGULATED** [4] - 22:18, 109:3, 110:11, 110:13

**DYSREGULATING** [2] - 21:14, 24:6

**DYSREGULATION** [1] - 38:2

## E

**E-MAIL** [1] - 127:25

**E-MAILS** [1] - 128:9

**E-S-C-A-P-E** [1] - 132:14

**EAGLES** [2] - 45:15, 70:10

**EAR** [8] - 36:19, 40:8, 40:24, 46:21, 46:25, 48:2, 48:15, 48:19

**EARLIER** [6] - 117:22, 120:1, 137:5, 137:15, 141:15, 147:9

**EARNED** [1] - 79:21

**EARS** [5] - 36:17, 36:18, 36:19, 40:17, 46:12

**EASEL** [4] - 121:20, 121:21, 122:1, 122:5

**EASIER** [1] - 38:14

**EASILY** [2] - 26:15, 27:15

**EASTERN** [1] - 1:2

**EAT** [1] - 136:17

**ECHO** [1] - 43:8

**ECHOLALIA** [1] - 43:22

**ECONOMIC** [2] - 83:16, 96:15

**EDIFICATION** [1] - 70:20

**EDITION** [1] - 86:13

**EDUCATE** [1] - 14:4

**EDUCATING** [1] - 16:17

**EDUCATION** [5] - 16:18, 49:14, 77:19, 79:22, 104:24

**EDUCATIONAL** [15] - 6:13, 9:3, 16:23,

25:10, 49:21, 73:9, 79:18, 85:19, 100:23, 104:18, 104:25, 145:10, 146:17, 147:7, 148:1

**EFFECT** [1] - 130:4

**EFFECTIVE** [39] - 35:19, 37:6, 37:8, 37:12, 57:15, 57:19, 58:5, 58:7, 58:20, 59:1, 59:4, 60:10, 61:13, 96:13, 103:7, 107:8, 112:18, 142:9, 142:14, 149:2, 151:14, 151:24, 152:1, 152:5, 152:12, 152:19, 153:19, 154:10, 154:15, 155:1, 155:12, 155:18, 156:7, 156:25, 157:6, 158:6, 158:15, 159:2, 159:16

**EFFECTIVELY** [1] - 144:15

**EFFECTIVENESS** [1] - 148:20

**EFFICACY** [1] - 150:11

**EIGHTH** [2] - 101:19

**EINSTEIN** [9] - 10:5, 10:7, 10:10, 12:3, 30:20, 31:3, 31:6, 49:25, 50:19

**EITHER** [7] - 21:14, 46:5, 82:14, 82:22, 115:21, 123:1, 149:13

**ELABORATE** [3] - 39:1, 39:3, 160:4

**ELECTRONIC** [2] - 41:3, 87:16

**ELEMENT** [2] - 126:20, 161:7

**ELIAS** [2] - 2:7, 3:20

**ELICIT** [1] - 82:16

**ELIZABETH** [2] - 107:19, 150:19

**ELSE** [12] - 23:15, 52:15, 60:17, 67:11, 76:22, 128:6, 135:20, 144:21, 165:22, 166:3, 166:15

**ELSE'S** [1] - 35:24

**EMILY** [2] - 121:8, 166:4

**EMOTIONAL** [1] - 109:15

**EMOTIONS** [1] - 96:4

**EMPHYSEMA** [1] - 15:25

**EMPLOYED** [1] - 158:13

**EMPLOYEES** [2] - 13:2, 13:3

**EMPTY** [1] - 98:22

**ENABLE** [1] - 110:13

**ENCLOSED** [1] - 19:21

**ENCOURAGE** [1] - 92:3

**END** [4] - 33:5, 88:14, 94:11, 167:18

**ENDED** [2] - 48:8, 119:6

**ENDORSED** [1] - 15:2

**ENGAGED** [2] - 38:13, 74:10

**ENGLAND** [1] - 16:10

**ENOUGH** [4] - 12:3, 34:1, 69:4, 98:8

**ENSURE** [1] - 124:11

**ENTIRE** [5] - 13:14, 87:12, 107:3, 107:6, 118:12

**ENTITLED** [1] - 168:20

**ENTITY** [1] - 14:2

**ENVIRONMENT** [5] - 22:10, 22:12, 22:20, 23:22, 31:25

**EPIGENETICS** [1] - 52:18

**EPILEPSY** [1] - 84:17

**EQUAL** [3] - 144:3, 163:21, 164:7

**EQUIVALENT** [3] - 101:10, 101:16, 101:21

**EQUIVALENTS** [1] - 101:13

**ERODED** [1] - 63:19

**ERROR** [1] - 158:8

**ERRORS** [2] - 33:2, 33:3

**ESCAPE** [2] - 132:14, 132:15

**ESPECIALLY** [1] - 12:3

**ESQUIRE** [5] - 1:14, 2:2, 2:6, 2:6, 2:7

**ESSENTIALLY** [2] - 91:15, 101:18

**ESTIMATE** [2] - 10:23, 84:19

**ET** [5] - 1:3, 93:25, 143:15, 160:16, 160:17

**ETHICAL** [12] - 108:8,

108:17, 108:20, 109:1, 113:15, 113:24, 114:3, 115:3, 115:13, 115:25, 117:22, 120:21

**ETHICALLY** [1] - 116:1

**ETHICS** [4] - 108:14, 114:3, 116:13, 133:25

**EVALUATE** [3] - 78:24, 84:8, 92:12

**EVALUATED** [4] - 81:21, 85:4, 86:4, 88:15

**EVALUATION** [8] - 67:19, 78:25, 79:4, 84:18, 90:1, 95:20, 101:5, 167:11

**EVALUATIONS** [9] - 78:20, 83:18, 83:22, 83:24, 85:6, 85:21, 85:25, 97:5, 101:3

**EVALUATOR** [1] - 8:9

**EVE** [3] - 2:2, 3:9, 3:16

**EVEN** [12] - 22:19, 31:15, 38:13, 65:9, 66:7, 67:6, 67:9, 69:1, 75:23, 109:17, 140:24, 165:9

**EVENT** [1] - 109:1

**EVENTS** [3] - 70:9, 73:6

**EVENTUALLY** [1] - 24:11

**EVER** [4] - 42:10, 42:13, 54:22, 72:23

**EVERY** [12] - 6:20, 18:10, 18:15, 31:5, 61:23, 67:16, 71:23, 107:4, 119:8, 137:21, 167:24, 168:2

**EVERYBODY** [5] - 33:16, 102:16, 128:6, 135:9, 168:15

**EVERYDAY** [1] - 7:21

**EVERYONE** [5] - 3:2, 3:6, 66:23, 106:23, 135:20

**EVERYTHING** [8] - 13:24, 19:19, 19:20, 61:25, 62:6, 118:23, 121:23, 161:10

**EVERYWHERE** [1] - 114:22

**EVIDENCE** [1] - 69:4

**EXACT** [2] - 31:20, 53:16

**EXACTLY** [12] - 30:7, 30:13, 32:5, 55:4, 58:22, 101:11, 125:1, 125:5, 142:5, 156:12, 158:2, 160:1

**EXAGGERATED** [1] - 44:15

**EXAM** [4] - 6:20, 20:11, 20:12, 121:8

**EXAMINATION** [20] - 5:12, 20:10, 40:20, 41:14, 41:21, 41:25, 67:25, 68:2, 78:16, 104:13, 107:11, 128:15, 131:11, 134:20, 138:13, 142:21, 144:23, 159:23, 166:9

**EXAMINATIONS** [1] - 52:19

**EXAMINE** [1] - 67:21

**EXAMINED** [2] - 53:1, 53:24

**EXAMINEE** [1] - 99:3

**EXAMINEES** [3] - 89:1, 89:24, 90:2

**EXAMINER** [2] - 39:4, 90:19

**EXAMINERS** [1] - 86:23

**EXAMPLE** [9] - 21:17, 34:5, 36:14, 44:19, 97:18, 102:7, 113:8, 117:8, 161:4

**EXAMPLES** [3] - 81:24, 82:9, 96:23

**EXCELLENT** [2] - 8:12, 8:21

**EXCHANGES** [1] - 45:1

**EXCITED** [1] - 93:25

**EXCLUSIVELY** [4] - 60:11, 153:8, 153:20, 154:16

**EXCUSED** [1] - 141:22

**EXECUTE** [1] - 27:12

**EXECUTING** [1] - 100:20

**EXECUTIVE** [7] - 2:8, 27:4, 27:9, 27:11, 27:12, 28:4, 28:6

**EXHIBIT** [16] - 24:23, 25:1, 25:7, 39:16, 40:6, 47:8, 49:1, 53:5, 57:12, 85:12, 87:2, 87:6, 87:7, 87:8, 87:13, 139:13

**EXHIBITING** [1] - 48:7

**EXHIBITS** [2] - 127:22, 127:23

**EXIST** [1] - 83:10

**EXISTED** [1] - 55:23

**EXPAND** [3] - 13:6, 21:2, 23:7

**EXPECT** [1] - 4:7

**EXPECTANCY** [1] - 96:17

**EXPECTED** [2] - 10:19, 67:13

**EXPECTING** [1] - 4:12

**EXPERIENCE** [16] - 39:9, 45:19, 45:20, 52:9, 55:7, 64:10, 64:24, 65:16, 67:17, 72:4, 85:19, 93:10, 127:13, 154:2, 156:18, 160:5

**EXPERIENCES** [7] - 5:22, 11:21, 13:5, 21:14, 31:21, 52:11, 160:6

**EXPERT** [9] - 25:14, 25:20, 25:22, 52:4, 77:16, 142:13, 154:9, 156:14, 156:15

**EXPERTS** [1] - 95:8

**EXPLAIN** [12] - 12:8, 60:18, 92:2, 92:5, 108:17, 109:19, 110:21, 115:15, 115:18, 134:25, 138:19, 141:7

**EXPLORE** [1] - 92:20

**EXPLORING** [1] - 93:1

**EXPRESS** [4] - 63:23, 96:3, 96:4, 162:3

**EXPRESSED** [3] - 52:20, 97:14, 160:14

**EXPRESSING** [1] - 144:9

**EXPRESSIVE** [3] - 26:5, 26:7, 82:4

**EXTENT** [2] - 105:19, 160:20

**EXTRA** [2] - 25:2, 47:15

**EXTREMELY** [1] - 28:16

**EYE** [6] - 28:14, 38:15, 43:19, 55:13, 117:11, 132:12

**EYES** [4] - 26:10, 55:14, 117:11, 123:4

---

**F**

**F-E-E-L-I-N-G-S** [1] - 132:25

**FACE** [2] - 168:5, 168:6

**FACILITATE** [1] - 155:9

**FACILITATED** [1] - 13:1

**FACT** [15] - 48:12, 60:11, 61:5, 62:10, 68:6, 68:21, 68:22, 90:4, 113:21, 142:14, 151:3, 153:8, 153:20, 154:16, 157:17

**FACTOR** [1] - 15:19

**FACTS** [5] - 61:12, 154:25, 155:3, 156:4, 156:8

**FACULTY** [1] - 17:1

**FAILED** [1] - 74:8

**FAIR** [7] - 17:4, 53:23, 61:25, 64:3, 64:7, 65:18, 66:15

**FAIRLY** [3] - 46:18, 48:11, 65:11

**FAITH** [1] - 126:15

**FALL** [1] - 166:12

**FAMILIAR** [4] - 51:15, 58:22, 68:6, 125:11

**FAMILIARIZE** [2] - 93:6, 149:4

**FAMILIES** [7] - 10:19, 11:15, 12:3, 14:5, 14:6, 83:24, 84:1

**FAMILY** [11] - 13:14, 13:17, 13:18, 13:24, 16:15, 16:21, 20:16, 76:14, 155:10, 165:16

**FAMOUS** [2] - 24:10, 28:12

**FAPE** [1] - 167:8

**FASHION** [3] - 19:6, 81:14, 90:9

**FAST** [1] - 19:17

**FATHER** [1] - 143:11

**FCC** [1] - 107:16

**FEAR** [1] - 65:1

**FEEDBACK** [1] - 92:6

**FEEL** [10] - 18:11, 37:12, 58:18, 64:13, 64:24, 127:17, 130:21, 158:16, 160:15, 160:16

**FEELING** [5] - 40:16, 96:6, 110:8, 131:13, 131:24

**FEELINGS** [3] - 133:1, 133:2

**FELLOWS** [1] - 9:25

**FELLOWSHIP** [3] - 6:19, 9:18, 9:20

**FELT** [7] - 45:21, 58:25, 64:2, 64:12, 64:23, 66:5, 66:11

**FEW** [9] - 9:1, 18:7, 26:3, 96:22, 96:25, 98:14, 123:3, 123:4, 160:6

**FIELD** [3] - 51:8, 119:9, 146:5

**FIGURE** [4] - 47:4, 106:15, 135:12, 137:10

**FILED** [1] - 142:7

**FILL** [1] - 9:2

**FINAL** [1] - 167:14

**FINE** [11] - 21:19, 21:21, 24:25, 35:12, 41:18, 82:8, 134:3, 134:12, 137:2, 138:3, 167:24

**FINGER** [2] - 123:25, 124:19

**FINGERS** [1] - 37:17

**FINISH** [1] - 142:1

**FINISHED** [2] - 76:21, 77:6

**FIRST** [31] - 9:3, 10:4, 12:24, 14:17, 27:3, 27:5, 29:19, 30:20, 47:25, 57:16, 62:14, 64:25, 71:8, 71:9, 71:10, 74:5, 78:22, 78:23, 85:13, 87:12, 89:21, 96:19, 97:19, 98:1, 101:9, 102:13, 114:11, 114:13, 143:9, 151:17, 168:10

**FIT** [1] - 98:25

**FITS** [1] - 28:9

**FIVE** [9] - 13:24, 19:11, 47:25, 75:8, 77:3, 98:22, 107:5, 110:17, 142:2

**FIVE-MINUTE** [2] - 75:8, 77:3

**FIXATE** [1] - 43:8

**FLAT** [1] - 131:1

**FLEW** [1] - 13:24

**FLIGHT** [3] - 13:13, 13:23, 14:17

**FLIGHTS** [1] - 14:5

**FLIP** [1] - 99:19

**FLOOR** [1] - 19:21

**FLOWERS** [1] - 20:20

**FLY** [1] - 14:6

**FO** [1] - 104:7

**FOCUS** [8] - 6:5, 19:14, 79:20, 79:23, 83:13, 86:3, 87:18,

106:8

**FOCUSED** [4] - 23:17, 74:20, 125:3, 125:4

**FOCUSING** [2] - 16:24, 18:23

**FOLDED** [1] - 30:22

**FOLKS** [1] - 83:16

**FOLLOW** [10] - 17:25, 18:4, 43:16, 75:2, 75:5, 75:11, 126:22, 129:14, 138:7

**FOLLOW-UP** [6] - 18:4, 75:2, 75:5, 75:11, 129:14, 138:7

**FOLLOWING** [3] - 18:11, 94:3, 108:18

**FOR** [238] - 1:2, 1:17, 2:4, 2:10, 3:6, 3:9, 3:16, 3:19, 5:8, 5:24, 6:18, 7:15, 7:23, 8:23, 10:16, 10:19, 11:19, 12:1, 13:3, 13:21, 14:20, 14:21, 15:7, 15:9, 15:19, 15:20, 16:12, 16:25, 18:4, 18:6, 18:23, 19:7, 19:15, 21:11, 21:17, 22:3, 22:4, 22:11, 22:22, 22:25, 23:9, 23:11, 24:11, 24:14, 24:23, 24:24, 25:7, 25:21, 28:3, 31:11, 31:13, 34:21, 35:6, 35:20, 35:21, 36:3, 36:14, 37:6, 37:8, 37:12, 37:13, 37:14, 38:5, 38:6, 38:8, 38:15, 38:17, 39:15, 39:21, 43:4, 44:11, 44:19, 46:25, 47:8, 47:13, 47:16, 50:4, 54:23, 56:5, 56:6, 56:8, 56:16, 57:4, 57:15, 57:20, 57:23, 58:5, 58:9, 58:10, 58:23, 60:4, 60:10, 60:15, 62:9, 62:17, 63:3, 63:7, 63:8, 64:3, 65:17, 66:23, 68:12, 70:5, 70:20, 73:15, 75:16, 77:2, 77:4, 77:11, 77:14, 77:23, 78:8, 80:16, 81:16, 81:21, 81:25, 82:23, 86:17, 87:13, 89:14, 90:1, 92:5, 92:16, 93:8, 94:21, 98:16, 101:9, 103:5, 104:3, 104:9, 104:10, 105:21,

106:23, 108:5, 108:19, 109:5, 109:15, 111:24, 112:2, 112:3, 112:4, 112:7, 112:8, 112:10, 112:12, 112:13, 112:19, 112:22, 112:23, 112:25, 113:13, 113:23, 114:16, 115:17, 116:3, 116:4, 117:7, 120:20, 121:13, 121:23, 122:7, 122:10, 122:12, 122:21, 122:22, 123:2, 123:17, 123:20, 124:1, 124:2, 124:25, 125:7, 126:8, 126:11, 126:17, 127:14, 127:21, 127:24, 130:8, 135:13, 136:16, 137:15, 138:5, 138:19, 138:24, 138:25, 139:7, 139:15, 140:9, 140:20, 141:12, 141:22, 141:24, 142:9, 143:19, 143:23, 147:7, 148:1, 148:9, 148:25, 149:17, 150:24, 151:4, 151:15, 151:24, 152:8, 153:19, 154:10, 154:15, 154:24, 155:1, 155:5, 155:13, 155:19, 156:7, 157:2, 158:7, 158:15, 159:2, 159:15, 159:16, 161:1, 161:11, 161:12, 162:11, 163:9, 163:18, 164:24, 165:9, 166:18, 166:24, 167:1, 167:24

**FORCE** [1] - 114:23

**FOREGOING** [1] - 168:18

**FORGET** [2] - 33:3, 111:18

**FORM** [9] - 29:2, 29:13, 42:17, 66:22, 67:25, 91:13, 115:12, 118:25, 119:20

**FORMAL** [2] - 54:7, 54:21

**FORMALLY** [2] - 50:2, 50:14

**FORMS** [1] - 50:9

**FORTH** [3] - 22:8, 44:24, 78:1

**FOTI** [9] - 35:9, 93:19, 103:25, 104:4, 107:13, 130:8, 133:15, 133:20, 169:11

**FOUND** [2] - 62:18, 63:4

**FOUNDED** [1] - 11:6

**FOUR** [5] - 88:2, 98:20, 105:15, 105:17, 129:25

**FRED** [2] - 119:23, 120:12

**FREQUENTLY** [1] - 90:1

**FRESHMAN** [1] - 9:8

**FRIENDLY** [1] - 16:16

**FROM** [91] - 3:21, 5:21, 10:10, 13:13, 15:16, 15:20, 15:25, 17:19, 17:20, 19:11, 19:17, 27:21, 33:10, 36:21, 39:18, 39:23, 41:25, 44:6, 45:15, 45:20, 46:4, 46:5, 51:4, 57:24, 62:1, 62:7, 64:11, 66:5, 66:8, 76:9, 76:14, 76:15, 76:16, 76:17, 76:22, 79:18, 79:22, 88:24, 89:8, 90:11, 93:10, 94:4, 94:5, 96:8, 97:5, 98:12, 99:3, 100:6, 101:13, 101:21, 103:6, 103:8, 104:19, 104:20, 105:11, 106:24, 108:8, 108:13, 108:20, 109:1, 110:3, 113:12, 113:24, 114:3, 114:19, 115:25, 116:13, 117:9, 119:13, 119:18, 120:9, 123:11, 123:13, 126:9, 126:25, 127:1, 128:14, 142:15, 146:1, 148:6, 148:10, 148:16, 160:13, 161:9, 163:17, 166:13, 168:19

**FRONT** [11] - 57:25, 117:5, 117:13, 118:19, 122:5, 123:3, 123:13, 127:24, 140:22, 149:22, 160:21

**FRUSTRATED** [4] - 26:15, 48:11, 61:23, 74:13

**FRUSTRATION** [3] - 38:1, 74:17, 137:6

**FULL** [6] - 57:17, 62:23, 88:10, 98:4, 128:6, 151:16

**FUNCTION** [3] - 82:13, 116:4, 120:24

**FUNCTIONAL** [7] - 42:17, 44:10, 66:22, 82:10, 96:1, 96:3, 143:13

**FUNCTIONALLY** [4] - 44:3, 44:6, 61:17, 95:23

**FUNCTIONING** [6] - 27:4, 27:9, 27:11, 28:4, 28:7, 97:5

**FUNDING** [1] - 12:23

**FURNITURE** [2] - 19:15, 19:22

**FURTHER** [5] - 110:7, 147:11, 159:19, 166:9, 168:10

**FUSED** [1] - 83:15

## G

**G-U-Y** [1] - 133:7

**G.E** [1] - 101:9

**GAINED** [2] - 103:9, 142:16

**GAME** [5] - 13:4, 13:5, 13:8, 13:18, 56:18

**GAMES** [1] - 13:5

**GATHER** [6] - 52:3, 67:21, 148:21, 149:25, 153:11, 154:4

**GATHERING** [5] - 76:16, 106:6, 153:10, 153:13, 157:7

**GATHERINGS** [1] - 106:8

**GAVE** [3] - 52:13, 53:14, 91:8

**GENDER** [1] - 82:23

**GENERAL** [5] - 6:8, 6:15, 48:18, 73:16, 153:24

**GENERALLY** [7] -

6:17, 6:24, 6:25, 55:1, 60:25, 74:12, 96:7

**GENERATE** [3] - 27:22, 47:1, 97:13

**GENERATED** [2] - 92:23, 149:1

**GENETICS** [1] - 10:9

**GENRE** [1] - 132:3

**GESTALT** [1] - 44:4

**GET** [36] - 12:4, 12:23, 13:19, 14:8, 15:22, 15:23, 19:19, 24:12, 26:14, 34:1, 41:25, 44:7, 46:3, 46:5, 62:7, 72:9, 76:18, 84:15, 90:25, 91:1, 97:4, 98:15, 104:23, 109:6, 110:11, 111:1, 114:19, 119:6, 119:7, 121:7, 121:10, 136:17, 140:22, 140:24, 154:4, 159:25

**GET-GO** [1] - 114:19

**GETS** [3] - 19:20, 58:11, 137:8

**GETTING** [2] - 58:13, 61:20

**GHAFFARI** [6] - 7:25, 8:3, 40:1, 55:9, 60:20, 75:17

**GHAFFARI'S** [1] - 8:4

**GIVE** [27] - 5:24, 10:23, 17:22, 55:25, 79:17, 81:24, 82:9, 82:15, 84:19, 86:16, 91:22, 92:6, 97:18, 101:3, 102:7, 113:8, 117:10, 117:12, 123:3, 123:4, 123:11, 123:12, 131:7, 134:10, 134:16, 154:22, 161:4

**GIVEN** [10] - 25:6, 25:18, 61:13, 68:15, 92:21, 108:3, 143:3, 143:22, 149:3, 160:21

**GIVES** [1] - 122:22

**GIVING** [5] - 52:24, 86:23, 89:14, 161:11, 167:9

**GLAD** [2] - 140:14

**GLEANED** [2] - 156:21, 156:22

**GLIGOR** [2] - 1:19, 168:23

**GLOBAL** [2] - 69:6,

143:23

**GO** [33] - 7:11, 9:4, 9:11, 10:10, 10:19, 12:6, 24:11, 42:20, 45:1, 72:2, 74:23, 76:25, 77:17, 83:5, 84:15, 91:5, 91:21, 94:4, 104:24, 114:19, 118:7, 119:21, 120:3, 121:12, 121:15, 123:1, 129:12, 131:1, 132:18, 132:21, 142:23, 167:3

**GOAL** [2] - 64:8, 70:25

**GOES** [3] - 72:23, 115:20, 115:22

**GOING** [50] - 4:23, 14:18, 14:25, 53:15, 53:18, 55:17, 64:14, 65:4, 65:5, 65:24, 66:4, 77:2, 85:5, 85:11, 85:12, 86:21, 93:21, 118:24, 121:11, 121:13, 124:3, 126:19, 126:23, 128:5, 128:7, 128:11, 128:20, 128:24, 129:4, 129:6, 131:20, 131:21, 133:16, 134:8, 134:9, 134:23, 137:10, 137:20, 138:2, 138:15, 138:16, 138:17, 141:8, 141:11, 146:19, 146:23, 149:20, 167:16, 167:25

**GOLD** [1] - 43:13

**GOLDSTEIN** [1] - 2:2

**GONE** [1] - 110:2

**GOOD** [16] - 3:4, 3:5, 3:12, 3:17, 3:22, 5:14, 41:23, 78:14, 78:15, 78:18, 88:4, 102:15, 104:15, 104:16, 136:9, 144:25

**GOSH** [1] - 30:9

**GOT** [19] - 12:10, 12:25, 13:1, 13:13, 13:19, 13:22, 16:7, 19:20, 19:22, 45:7, 74:9, 93:4, 93:10, 140:14, 155:20, 155:22

**GOTTEN** [1] - 136:16

**GOVERNMENTAL** [3] - 50:22, 107:15, 145:16

**GRADE** [9] - 82:22, 96:16, 101:10, 101:13, 101:15, 101:16, 101:19, 101:20, 101:21

**GRANDIN** [1] - 24:9

**GREAT** [1] - 140:18

**GREATER** [2] - 18:7, 65:1

**GROUP** [8] - 69:6, 69:7, 80:18, 82:25, 101:17, 106:3, 106:6

**GROUPS** [2] - 19:13, 19:14

**GUARDIAN** [1] - 16:17

**GUESS** [29] - 4:8, 13:19, 19:19, 32:15, 33:10, 34:1, 52:13, 54:15, 55:4, 57:23, 59:12, 65:18, 66:15, 69:20, 72:22, 75:14, 77:17, 92:24, 97:19, 114:9, 128:8, 129:10, 130:20, 133:20, 138:3, 138:9, 151:16, 161:6, 164:17

**GUIDANCE** [4] - 86:16, 86:19, 89:15, 90:21

**GUIDELINES** [2] - 22:22, 89:14

**GUY** [2] - 94:14, 133:8

**GUYS** [2] - 18:6, 77:18

## H

**HA** [1] - 133:2

**HAD** [72] - 5:19, 10:22, 11:14, 13:12, 13:14, 13:20, 14:15, 14:16, 14:19, 15:24, 16:2, 19:13, 20:1, 20:11, 29:23, 30:2, 31:22, 32:12, 34:9, 36:13, 36:19, 37:14, 40:1, 40:2, 40:8, 40:18, 40:23, 44:20, 45:3, 45:15, 46:7, 46:10, 46:11, 46:21, 46:23, 48:15, 50:16, 53:13, 56:17, 58:15, 59:24, 67:6, 73:17, 74:2, 75:17, 92:16, 92:24, 93:11, 94:6, 97:12, 99:18, 100:20, 115:24, 119:24,

120:1, 148:25, 149:3, 149:18, 149:19, 150:17, 152:8, 157:5, 160:5, 161:22, 161:24, 162:1, 162:18, 165:2, 165:9

**HAHNEMANN** [1] - 80:1

**HAIR** [6] - 48:2, 48:11, 48:13, 48:14, 74:21, 74:22

**HALF** [3] - 110:5, 144:18, 144:19

**HALF-HOUR** [1] - 110:5

**HANCOCK** [1] - 130:18

**HAND** [11] - 5:4, 24:4, 37:20, 78:4, 103:24, 109:13, 119:25, 123:1, 123:6, 124:4

**HANDFUL** [2] - 113:15, 115:21

**HANDICAPPED** [1] - 79:24

**HANDLE** [2] - 143:14, 161:12

**HANDS** [3] - 26:10, 99:13, 124:2

**HAPPEN** [2] - 109:8, 121:18

**HAPPENED** [4] - 14:3, 94:9, 123:13, 164:24

**HAPPENING** [10] - 11:16, 64:10, 64:12, 76:7, 113:20, 115:15, 134:25, 135:2, 138:20, 165:13

**HAPPENS** [4] - 4:11, 22:19, 76:15, 128:14

**HAPPY** [2] - 33:6, 93:24

**HARD** [5] - 10:19, 12:3, 38:12, 62:4, 92:5

**HARDER** [1] - 100:20

**HARVARD** [2] - 9:21, 9:23

**HAS** [91] - 10:15, 26:3, 28:14, 28:15, 28:18, 28:20, 31:18, 31:21, 33:1, 33:19, 35:14, 37:23, 39:21, 46:24, 47:12, 47:20, 47:22, 48:17, 49:8, 53:12, 56:1, 58:17, 59:18, 59:23, 60:1, 60:3, 61:20, 66:18, 67:3,

68:7, 68:15, 68:21, 68:24, 70:13, 70:14, 70:15, 70:21, 71:12, 73:13, 73:17, 73:22, 74:2, 90:15, 97:11, 105:20, 106:2, 106:3, 106:5, 106:6, 106:7, 108:13, 108:22, 109:9, 109:10, 110:3, 110:4, 110:5, 111:9, 116:12, 116:14, 118:25, 119:6, 120:13, 122:1, 122:9, 123:15, 123:17, 124:18, 127:12, 127:13, 127:18, 128:9, 132:19, 132:20, 132:21, 132:22, 132:23, 132:24, 133:24, 153:16, 156:12, 158:7, 161:8, 161:22

**HATHAWAY** [1] - 2:6

**HAVE** [318] - 3:17, 3:22, 3:24, 4:24, 6:19, 6:20, 7:16, 8:17, 9:22, 10:22, 11:1, 11:2, 12:4, 13:15, 14:5, 14:25, 15:11, 16:12, 17:1, 17:10, 17:20, 18:22, 19:2, 19:3, 19:4, 19:24, 20:21, 21:10, 21:13, 22:4, 22:15, 23:21, 24:3, 24:9, 25:2, 25:6, 25:16, 25:22, 26:17, 26:18, 26:25, 27:8, 27:24, 28:1, 28:23, 29:7, 29:23, 30:1, 30:2, 30:4, 31:4, 31:11, 31:13, 31:17, 31:22, 31:23, 32:15, 33:25, 34:9, 35:17, 35:22, 36:1, 36:7, 36:14, 36:17, 36:24, 37:4, 37:14, 37:22, 38:3, 40:5, 41:11, 43:9, 43:22, 43:24, 43:25, 44:2, 44:6, 44:9, 44:14, 44:17, 44:20, 44:24, 44:25, 45:5, 46:21, 46:24, 46:25, 47:8, 47:13, 47:14, 47:15, 47:17, 48:2, 48:24, 49:5, 49:10, 49:21, 49:23, 50:3, 50:5, 51:3, 51:7, 51:10, 51:12, 51:18,

51:21, 51:25, 52:6, 52:8, 52:20, 52:23, 53:3, 53:13, 54:22, 55:3, 56:2, 56:17, 56:20, 56:24, 57:7, 58:9, 59:10, 59:21, 59:22, 60:11, 60:12, 61:5, 61:7, 61:13, 63:17, 63:19, 64:1, 66:9, 66:16, 67:2, 67:16, 68:22, 69:12, 69:14, 70:1, 70:5, 70:7, 70:8, 71:14, 72:5, 72:23, 73:2, 73:17, 74:16, 74:22, 75:2, 75:4, 75:11, 76:18, 77:15, 77:18, 81:12, 81:17, 81:21, 81:25, 82:4, 82:7, 82:12, 82:15, 83:11, 83:18, 84:15, 84:20, 85:3, 85:4, 85:22, 87:6, 87:9, 87:19, 90:6, 90:12, 90:18, 90:21, 95:3, 95:10, 95:12, 98:19, 99:5, 99:7, 99:14, 100:9, 100:11, 102:1, 102:16, 102:19, 104:21, 104:24, 105:3, 105:18, 105:21, 105:23, 105:25, 106:9, 106:18, 106:25, 107:8, 107:13, 107:16, 108:11, 110:2, 112:21, 113:10, 113:11, 113:15, 113:21, 114:13, 114:14, 114:18, 116:20, 116:21, 119:20, 119:22, 119:25, 120:4, 120:9, 120:10, 121:4, 122:12, 123:16, 123:20, 125:20, 126:1, 126:15, 127:20, 128:8, 130:4, 130:8, 131:2, 133:9, 133:10, 134:10, 134:13, 134:14, 134:18, 136:12, 136:13, 136:15, 137:6, 137:17, 137:23, 138:6, 138:10, 139:21, 139:25, 140:4, 141:1, 141:6, 141:22, 143:7, 143:17, 143:25,

144:2, 145:10, 145:13, 145:25, 146:4, 146:7, 146:8, 146:9, 146:10, 146:12, 147:17, 149:13, 149:15, 149:22, 149:24, 150:2, 152:25, 153:2, 153:8, 153:20, 154:16, 155:5, 157:8, 158:7, 158:8, 158:16, 159:9, 159:19, 159:22, 160:13, 161:11, 161:18, 161:20, 161:22, 161:24, 162:1, 162:2, 163:4, 163:10, 163:21, 164:7, 166:5, 166:8, 166:12, 166:21, 167:2, 168:1

**HAVEN** [6] - 9:15, 132:6, 132:9, 132:10, 132:11

**HAVEN'T** [1] - 136:16

**HAVING** [20] - 15:18, 28:24, 31:15, 36:21, 38:16, 54:14, 56:11, 58:14, 70:13, 70:24, 110:12, 133:2, 133:4, 133:5, 133:6, 136:7, 144:10, 154:3

**HE** [305] - 5:17, 14:13, 14:20, 20:3, 20:4, 20:5, 27:18, 30:14, 31:1, 31:5, 31:18, 31:20, 31:21, 31:22, 31:25, 32:17, 32:19, 32:20, 33:1, 33:4, 33:6, 33:16, 34:6, 34:8, 34:10, 34:25, 36:5, 36:8, 36:13, 36:14, 36:15, 36:16, 36:17, 36:18, 36:19, 36:20, 38:17, 38:18, 38:19, 40:1, 40:3, 40:7, 40:10, 40:15, 40:17, 40:18, 40:23, 42:7, 42:10, 42:13, 42:15, 42:19, 42:23, 42:25, 43:1, 43:4, 43:6, 46:10, 46:11, 46:18, 46:21, 48:11, 48:12, 48:13, 48:14, 48:15, 48:17, 53:12, 55:12, 58:10, 58:11, 58:12, 58:16, 58:25, 59:19, 60:5, 60:18, 61:16, 61:17, 61:18, 61:19, 61:21, 61:22,

63:9, 63:20, 64:2, 64:13, 69:17, 69:21, 70:8, 70:10, 70:11, 70:13, 70:14, 70:15, 71:9, 71:10, 72:9, 72:10, 73:1, 73:3, 73:11, 73:13, 73:22, 74:1, 74:2, 74:5, 74:9, 74:21, 74:23, 75:17, 75:21, 75:24, 76:3, 76:7, 76:10, 76:12, 91:13, 91:14, 91:15, 92:4, 92:20, 92:21, 93:2, 93:14, 93:23, 93:24, 93:25, 94:7, 94:9, 94:12, 94:14, 94:18, 94:20, 96:21, 97:1, 97:2, 97:12, 97:16, 97:17, 98:10, 98:19, 98:23, 99:11, 99:13, 99:23, 99:24, 99:25, 100:3, 100:4, 100:7, 100:15, 100:16, 100:17, 100:20, 101:16, 101:23, 102:1, 102:3, 102:4, 102:5, 102:9, 102:12, 102:13, 106:3, 106:6, 106:17, 107:1, 108:22, 109:3, 109:6, 109:11, 110:5, 110:6, 110:8, 110:10, 110:11, 110:12, 111:25, 112:19, 112:21, 115:7, 115:10, 115:14, 115:18, 117:23, 117:24, 118:19, 118:20, 119:1, 119:6, 120:3, 120:4, 121:9, 122:4, 122:17, 123:8, 123:10, 123:15, 123:17, 123:19, 124:3, 124:9, 124:11, 124:12, 124:17, 124:18, 125:1, 125:5, 125:11, 125:15, 125:22, 126:5, 126:14, 126:16, 126:19, 127:9, 127:12, 127:14, 127:18, 128:13, 129:9, 129:10, 129:11, 133:22, 133:24, 134:8, 135:14, 136:1, 137:2, 138:11,

138:22, 143:3, 143:5, 143:6, 144:14, 149:3, 149:5, 149:6, 149:8, 151:22, 152:8, 153:2, 153:3, 153:5, 153:14, 157:21, 157:22, 158:20, 160:2, 160:3, 160:7, 160:8, 160:9, 160:10, 160:11, 160:14, 160:15, 160:21, 160:23, 160:25, 161:3, 161:8, 161:10, 161:14, 161:15, 161:16, 163:16, 163:18, 165:2, 165:5, 165:6, 165:10, 165:11, 165:12, 165:19

**HE'S** [1] - 58:15

**HEAD** [4] - 43:17, 107:7, 166:14

**HEADACHES** [1] - 59:25

**HEALTH** [3] - 8:23, 16:25, 59:24

**HEALTHCARE** [1] - 15:17

**HEAR** [9] - 18:13, 34:9, 116:3, 120:22, 135:13, 135:25, 136:24, 137:3, 167:20

**HEARD** [8] - 14:10, 19:8, 24:10, 26:23, 43:24, 44:2, 94:25, 149:16

**HEARING** [19] - 1:12, 3:24, 25:22, 49:13, 49:17, 51:4, 56:9, 57:3, 68:7, 77:14, 77:24, 126:9, 136:15, 145:2, 146:1, 147:8, 147:10, 159:4, 167:3

**HEIGHTENED** [1] - 22:5

**HELL** [1] - 135:8

**HELLO** [2] - 3:2, 78:13

**HELP** [6] - 15:1, 16:15, 23:1, 73:19, 84:1, 142:4

**HELPED** [6] - 16:21, 24:14, 73:24, 132:18, 132:19, 132:20

**HELPFUL** [8] - 4:5, 60:23, 106:23,

110:10, 112:4, 137:20, 154:5, 155:10

**HELPING** [1] - 119:4

**HELPS** [2] - 27:12, 56:12

**HER** [25] - 4:8, 13:14, 13:21, 24:10, 24:14, 25:17, 25:18, 25:22, 36:16, 48:13, 48:14, 91:23, 92:4, 92:17, 92:19, 93:10, 109:18, 134:14, 141:15, 142:8, 142:10, 142:13, 142:15

**HERE** [35] - 3:8, 3:20, 4:2, 12:11, 40:25, 48:24, 52:18, 87:6, 95:8, 104:10, 104:23, 105:22, 108:19, 117:12, 119:11, 120:15, 124:9, 126:17, 127:11, 130:17, 130:25, 135:9, 136:16, 137:11, 137:24, 140:10, 141:16, 152:11, 160:14, 161:1, 167:22, 167:25

**HERO** [2] - 15:4, 15:8

**HERSELF** [2] - 24:14, 24:15

**HETEROGENOUS** [2] - 28:11, 69:7

**HI** [2] - 131:13, 135:7

**HIGH** [5] - 29:9, 104:19, 127:16, 144:11, 163:18

**HIGHEST** [1] - 68:15

**HILL** [4] - 2:2, 3:9, 3:16

**HIM** [162] - 28:3, 30:11, 33:22, 34:24, 36:14, 36:16, 36:22, 37:2, 37:3, 40:4, 40:25, 42:9, 46:2, 46:6, 46:25, 52:25, 53:2, 53:10, 54:10, 54:14, 55:5, 55:8, 56:6, 56:8, 56:12, 57:4, 60:15, 60:17, 61:16, 61:18, 61:20, 62:2, 62:8, 63:8, 63:18, 63:19, 63:20, 64:24, 65:23, 66:2, 66:3, 66:6, 66:8, 66:10, 67:9, 70:2, 70:3, 73:3, 73:24,

74:8, 75:15, 76:8, 86:4, 92:5, 92:16, 93:11, 93:13, 94:12, 95:20, 97:3, 99:14, 103:1, 105:13, 105:21, 106:12, 109:6, 109:10, 109:11, 110:10, 110:14, 113:23, 115:11, 115:17, 117:5, 117:9, 117:10, 117:12, 117:14, 118:1, 118:24, 119:4, 120:20, 122:6, 122:7, 123:2, 123:3, 123:4, 123:11, 123:12, 123:13, 123:17, 123:21, 125:4, 125:8, 125:14, 125:15, 126:4, 126:8, 126:11, 126:12, 126:13, 126:17, 126:20, 126:24, 127:3, 127:7, 127:8, 127:14, 128:15, 128:25, 131:3, 133:14, 134:1, 136:2, 138:11, 141:8, 142:11, 148:9, 148:25, 149:1, 149:9, 149:13, 150:13, 151:4, 151:24, 153:14, 154:4, 154:5, 154:10, 154:19, 155:3, 155:4, 155:21, 155:24, 156:7, 157:2, 157:4, 157:13, 158:3, 158:4, 159:6, 160:6, 160:13, 160:21, 162:14, 162:18, 163:10, 164:14, 164:20, 164:21, 168:5

**HIMSELF** [5] - 61:18, 74:23, 109:4, 144:9, 160:14

**HIRED** [1] - 154:7

**HIS** [113] - 27:24, 33:11, 34:10, 35:6, 35:24, 36:17, 36:18, 36:19, 36:23, 39:10, 40:9, 40:13, 40:14, 40:17, 46:4, 46:5, 46:9, 46:12, 46:21, 47:23, 48:7, 48:10, 48:18, 54:14, 54:15,

56:18, 58:16, 58:24, 59:11, 61:21, 61:24, 62:8, 62:18, 63:3, 63:16, 64:23, 66:9, 66:14, 73:9, 74:21, 75:17, 86:5, 86:6, 91:19, 91:22, 93:1, 93:13, 94:7, 94:16, 94:18, 94:19, 94:20, 96:10, 96:12, 96:14, 96:15, 96:18, 96:23, 97:4, 97:6, 97:13, 97:22, 99:13, 100:14, 101:21, 103:7, 104:21, 104:24, 104:25, 105:5, 106:17, 109:14, 109:18, 110:7, 117:10, 120:19, 121:7, 121:23, 123:1, 123:6, 123:18, 123:25, 124:19, 126:3, 126:23, 126:25, 128:24, 130:9, 133:25, 137:5, 143:6, 144:7, 144:8, 144:10, 148:9, 149:1, 151:22, 154:1, 154:5, 160:17, 163:9, 163:13, 164:11, 165:2, 165:8, 165:22, 165:25, 168:5

**HISTORICALLY** [1] - 72:4

**HISTORY** [8] - 48:15, 48:17, 76:14, 76:15, 108:11, 114:5, 121:7, 154:1

**HITS** [1] - 123:8

**HITTING** [1] - 39:7

**HMM** [2] - 31:8, 57:18

**HOLD** [11] - 50:22, 50:25, 70:25, 79:7, 79:9, 117:15, 118:19, 122:4, 123:20, 145:16, 145:22

**HOLDING** [6] - 37:18, 56:12, 69:2, 71:6, 120:17, 122:8

**HOLDS** [1] - 58:1

**HOME** [6] - 7:18, 13:13, 80:22, 123:2, 163:7, 163:10

**HOMELAND** [1] - 14:20

**HONEST** [1] - 53:15

**HONESTLY** [1] - 131:5

**HONICKMAN** [2] - 18:25, 19:9

**HONOR** [25] - 3:4, 3:25, 4:5, 41:15, 47:8, 68:15, 69:13, 75:6, 76:23, 76:24, 95:7, 103:14, 107:10, 129:15, 130:20, 131:6, 133:13, 133:23, 139:22, 142:6, 144:21, 149:16, 150:4, 168:12, 168:13

**HONORABLE** [1] - 1:11

**HOPE** [2] - 22:24, 97:20

**HOPEFULLY** [1] - 90:25

**HOPING** [1] - 12:23

**HORRIBLE** [1] - 68:10

**HORRIFYING** [1] - 65:12

**HOSPITAL** [5] - 9:15, 9:20, 16:2, 49:24, 84:16

**HOSPITAL-BASED** [1] - 84:16

**HOSPITALS** [1] - 22:13

**HOST** [1] - 11:21

**HOSTED** [1] - 13:4

**HOTLINE** [2] - 14:24

**HOUR** [7] - 110:3, 110:5, 110:16, 144:18, 144:19, 149:8

**HOURS** [3] - 152:9, 154:19, 164:13

**HOUSE** [1] - 139:16

**HOW** [88] - 5:15, 11:1, 18:3, 18:4, 21:2, 23:14, 26:1, 26:11, 26:12, 27:2, 27:21, 28:4, 29:9, 30:14, 31:17, 32:2, 32:19, 34:22, 36:21, 36:23, 38:9, 40:15, 42:3, 42:7, 45:1, 45:19, 45:20, 45:21, 46:16, 51:16, 56:22, 58:22, 66:2, 67:7, 69:5, 69:24, 70:1, 74:4, 78:13, 78:14, 78:19, 82:9, 85:4, 85:6, 92:11, 92:13, 92:20, 92:21, 93:19, 93:23, 94:19, 95:3, 98:17,

102:19, 103:13, 105:3, 105:18, 106:15, 109:11, 109:19, 109:25, 110:17, 111:14, 112:17, 122:15, 124:8, 124:10, 124:12, 125:2, 128:18, 129:21, 130:12, 130:13, 131:13, 131:24, 135:7, 137:10, 140:22, 141:2, 144:17, 149:5, 149:6, 160:20, 162:4, 163:12

**HOWEVER** [2] - 117:6, 122:1

**HUGE** [4] - 20:20, 21:11, 32:19, 37:25

**HUGELY** [1] - 24:6

**HUMAN** [1] - 12:9

**HUMANITIES** [2] - 9:8, 9:10

**HUMOR** [1] - 97:16

**HURT** [1] - 36:17

**HURTING** [1] - 40:17

**HUSBAND** [4] - 18:18, 53:17, 72:8, 72:12

**HYPERLEXIC** [3] - 27:25, 42:25, 43:7

**HYPOTHESES** [1] - 56:24

**HYPOTHESIS** [2] - 100:9, 100:11

**HYPOTHESIZE** [3] - 56:15, 56:21, 100:20

## I

**I'M** [45] - 3:17, 18:13, 21:18, 24:12, 30:12, 32:6, 34:3, 53:15, 53:20, 54:17, 58:22, 62:20, 64:14, 65:4, 65:5, 68:14, 73:19, 75:20, 76:2, 85:5, 85:11, 102:20, 117:5, 117:19, 118:16, 121:13, 122:3, 128:2, 128:7, 128:11, 133:15, 137:15, 138:15, 138:17, 138:25, 146:19, 146:23, 151:10, 153:16, 154:7, 160:18, 164:4

**I'VE** [6] - 26:23, 32:18, 58:15, 58:16, 72:25, 159:10

**I-T** [1] - 132:17

**I-T-H** [2] - 132:17, 132:18

**I.C.U** [1] - 16:4

**I.Q** [1] - 98:5

**I.S** [1] - 107:21

**ICY** [1] - 21:21

**IDEA** [4] - 70:1, 72:13, 118:12, 149:1

**IDENTIFICATION** [2] - 24:24, 39:15

**IDENTIFIED** [2] - 15:18, 85:1

**IEP** [1] - 7:12

**IF** [128] - 4:9, 4:10, 4:16, 10:23, 12:5, 14:24, 14:25, 15:24, 16:1, 17:20, 19:10, 20:16, 20:20, 21:17, 21:21, 22:20, 23:12, 23:25, 24:3, 24:5, 24:8, 24:9, 24:22, 25:2, 26:14, 27:7, 28:12, 33:4, 34:10, 35:11, 41:17, 43:20, 44:25, 46:23, 47:2, 56:10, 56:17, 57:11, 57:25, 58:1, 64:17, 64:20, 65:4, 65:8, 65:9, 65:20, 65:25, 66:4, 67:6, 68:25, 69:2, 71:22, 74:17, 77:6, 77:15, 85:13, 87:1, 88:8, 89:21, 89:22, 90:8, 93:2, 94:12, 94:14, 95:10, 95:12, 97:24, 99:2, 100:10, 101:15, 102:20, 103:11, 106:22, 109:2, 109:14, 110:10, 110:11, 112:17, 113:9, 113:18, 114:23, 115:14, 116:6, 117:6, 117:24, 118:6, 118:8, 119:8, 120:7, 121:2, 122:17, 122:22, 123:19, 124:2, 124:19, 124:22, 125:14, 125:20, 126:2, 126:14, 127:7, 127:20, 129:9, 130:3, 131:8, 133:19, 133:21, 134:1, 134:22, 136:6, 136:24, 137:13, 137:20, 142:4, 142:23,

154:6, 157:4, 157:24, 160:20, 163:5, 163:9, 166:3, 167:4, 167:8, 167:12, 167:16, 167:23, 168:4

**IGLOO** [1] - 104:8

**ILL** [1] - 18:18

**ILLUSTRATED** [1] - 45:17

**IMAGINATION** [1] - 95:1

**IMAGINE** [1] - 74:15

**IMMEDIATELY** [1] - 77:4

**IMMERSIVE** [2] - 19:6, 19:24

**IMPACT** [3] - 15:14, 27:9, 27:13

**IMPACTED** [1] - 60:1

**IMPAIRED** [1] - 82:4

**IMPAIRMENTS** [3] - 82:6, 82:10, 82:18

**IMPLEMENTED** [1] - 163:8

**IMPORTANT** [5] - 7:19, 22:10, 22:12, 90:2, 112:10

**IMPORTANTLY** [1] - 11:16

**IMPOSSIBLE** [1] - 23:11

**IMPRESSED** [1] - 161:16

**IMPRESSION** [2] - 94:19

**IMPRESSIONS** [1] - 94:17

**IMPRESSIVE** [1] - 140:19

**IMPROVE** [1] - 74:14

**IMPROVED** [3] - 45:21, 96:19, 101:21

**IMPROVEMENT** [1] - 163:13

**IMPROVING** [1] - 16:18

**IMPULSIVITY** [1] - 90:16

**IMTEN** [1] - 132:23

**IN** [418] - 1:1, 4:11, 4:17, 5:17, 5:22, 6:15, 7:4, 7:6, 7:8, 7:17, 7:19, 7:21, 7:22, 7:23, 8:16, 8:17, 9:1, 9:2, 9:6, 9:8, 9:12, 9:16, 9:20, 10:2, 10:5, 10:8, 10:20, 11:5, 11:13, 12:5, 12:11, 12:14,

12:17, 12:25, 13:8, 13:12, 13:13, 14:10, 14:17, 15:13, 16:10, 16:16, 19:3, 19:17, 19:22, 19:23, 19:24, 20:15, 20:17, 21:3, 21:18, 21:19, 21:22, 22:5, 23:12, 23:24, 24:15, 25:14, 25:17, 25:20, 25:22, 27:17, 29:5, 29:6, 29:10, 30:25, 31:21, 31:22, 32:20, 33:16, 34:10, 36:19, 37:23, 38:3, 38:13, 42:15, 42:17, 44:10, 44:20, 45:2, 45:17, 46:24, 48:20, 48:21, 49:3, 49:5, 49:10, 49:22, 50:3, 50:4, 50:17, 50:20, 51:8, 51:13, 51:16, 51:25, 52:8, 52:12, 52:18, 52:20, 52:23, 52:24, 52:25, 53:13, 54:9, 54:11, 54:14, 54:19, 55:1, 55:25, 56:3, 57:9, 57:16, 57:25, 58:19, 58:23, 59:2, 59:5, 60:9, 61:5, 61:8, 61:13, 62:1, 62:8, 63:23, 64:4, 65:16, 66:6, 69:17, 69:25, 70:3, 70:10, 70:15, 70:17, 71:3, 71:16, 72:4, 72:14, 72:21, 73:3, 73:7, 73:16, 74:5, 74:7, 74:10, 74:16, 74:23, 76:2, 77:18, 78:22, 79:8, 79:9, 79:11, 79:14, 79:19, 79:21, 80:4, 80:11, 80:24, 81:3, 81:13, 81:16, 82:6, 82:16, 82:19, 83:20, 84:7, 85:3, 86:24, 88:3, 88:9, 88:15, 89:9, 89:16, 90:4, 90:7, 90:8, 90:11, 90:12, 90:16, 90:20, 90:23, 91:18, 91:23, 92:3, 92:22, 93:4, 93:13, 93:14, 93:15, 93:16, 93:20, 93:23, 94:9, 94:22, 95:2, 95:10, 95:13, 95:15, 96:10, 97:7, 97:9, 97:14, 97:16, 98:1, 98:21, 99:25, 100:1, 100:3, 100:6, 100:7, 100:15, 100:22,

101:3, 101:5, 101:15, 101:17, 101:18, 101:19, 102:4, 102:5, 102:6, 102:11, 102:13, 103:12, 104:7, 105:17, 105:18, 105:20, 105:24, 106:16, 107:7, 107:16, 107:17, 107:19, 108:12, 108:19, 108:23, 109:1, 109:13, 110:2, 110:4, 110:25, 111:1, 111:4, 111:7, 111:21, 111:25, 112:3, 112:8, 112:13, 112:22, 113:11, 113:16, 113:20, 113:25, 114:4, 114:6, 114:16, 114:18, 115:6, 115:9, 115:11, 115:15, 115:19, 115:21, 116:1, 116:4, 116:10, 116:14, 116:15, 116:17, 116:19, 116:24, 116:25, 117:5, 117:13, 118:19, 119:9, 119:21, 120:3, 120:19, 120:23, 121:6, 121:16, 121:18, 122:5, 122:9, 123:3, 123:9, 123:13, 123:17, 124:9, 124:20, 126:12, 126:13, 126:16, 126:23, 127:16, 127:18, 127:21, 127:23, 128:5, 128:8, 129:25, 130:9, 132:18, 133:24, 135:1, 135:9, 135:18, 136:3, 136:6, 136:16, 136:19, 137:9, 137:11, 138:17, 138:20, 139:19, 139:20, 140:3, 140:22, 142:2, 142:8, 142:14, 143:4, 143:16, 145:2, 145:10, 146:5, 146:10, 146:14, 146:16, 147:4, 147:13, 147:24,

148:12, 148:13, 148:19, 148:22, 149:8, 149:9, 149:14, 149:22, 150:6, 150:7, 150:22, 151:3, 151:4, 151:7, 151:16, 152:6, 152:9, 152:13, 152:19, 153:23, 153:24, 154:4, 154:9, 154:21, 155:9, 156:5, 156:14, 156:15, 156:17, 156:20, 157:4, 157:12, 157:18, 158:7, 158:10, 158:13, 158:23, 158:25, 159:1, 159:11, 160:5, 160:14, 160:18, 160:21, 160:22, 161:10, 162:10, 162:18, 162:20, 163:7, 163:10, 163:13, 163:15, 164:6, 164:20, 164:21, 165:5, 165:12, 165:13, 165:17, 165:24, 165:25, 167:10, 167:22, 168:1, 168:19

**INABILITY** [1] - 26:12
**INASMUCH** [2] - 58:12, 58:24
**INCAPACITATING** [1] - 59:25
**INCLUDE** [4] - 12:22, 16:8, 86:19, 108:5
**INCLUDED** [2] - 89:16, 143:4
**INCLUDING** [3] - 13:2, 59:24, 71:18
**INCLUSION** [5] - 10:14, 11:8, 11:11, 11:25, 13:11
**INCLUSION'S** [1] - 12:18
**INCLUSIVE** [1] - 12:1
**INCOME** [2] - 129:19, 130:5
**INCORPORATE** [1] - 67:11
**INCREASE** [1] - 74:16
**INCREASINGLY** [1] - 74:10
**INDEPENDENCE** [4] - 11:22, 59:6, 152:14, 152:20

**INDEPENDENT** [2] - 121:25, 146:22
**INDEPENDENTLY** [4] - 59:20, 59:23, 60:5, 61:1
**INDEX** [2] - 98:12, 98:13
**INDICATE** [2] - 61:20, 159:14
**INDICATED** [2] - 46:10, 110:6
**INDICATION** [1] - 25:7
**INDIVIDUAL** [13] - 7:6, 19:14, 28:14, 44:23, 59:6, 80:17, 98:14, 106:4, 106:5, 110:2, 118:13, 152:21, 153:25
**INDIVIDUAL'S** [1] - 82:24
**INDIVIDUALS** [21] - 10:18, 11:15, 21:9, 26:17, 27:8, 27:23, 31:25, 32:14, 38:8, 39:22, 81:14, 81:18, 81:19, 82:6, 82:12, 83:25, 84:15, 86:22, 152:14, 154:3, 156:16
**INDUSTRIAL** [1] - 19:4
**INFECTION** [7] - 36:19, 40:8, 40:24, 46:22, 46:25, 48:2
**INFECTIONS** [2] - 48:15, 48:20
**INFLUENCE** [4] - 111:25, 115:6, 115:9, 115:11
**INFORMAL** [4] - 54:8, 54:16, 152:10, 154:20
**INFORMATION** [33] - 46:3, 52:3, 62:7, 76:9, 76:13, 76:18, 81:22, 82:1, 82:16, 84:24, 85:1, 90:25, 93:10, 94:5, 97:13, 98:20, 99:1, 103:8, 119:25, 120:11, 142:16, 142:23, 148:21, 153:11, 153:12, 153:13, 154:4, 155:9, 156:21, 156:22, 157:6, 159:10
**INFORMATIONAL** [1] - 97:12
**INFORMED** [1] - 159:5
**INITIAL** [5] - 78:9,

94:19, 97:23, 111:18, 159:6
**INITIALLY** [2] - 80:1, 99:8
**INITIATED** [1] - 35:14
**INJURIES** [3] - 81:8, 81:9, 82:3
**INJURIOUS** [3] - 74:10, 109:3, 109:4
**INJURY** [4] - 80:14, 81:20, 162:2
**INNER** [1] - 27:12
**INPATIENT** [1] - 80:15
**INPUT** [4] - 19:14, 20:11, 84:23, 85:1
**INPUTTING** [2] - 81:22, 81:25
**INSIDE** [8] - 105:23, 111:15, 121:6, 129:18, 129:20, 129:21, 129:23, 166:4
**INSIST** [1] - 18:10
**INSTANCES** [1] - 90:7
**INSTEAD** [3] - 27:23, 28:24, 122:7
**INSTITUTE** [4] - 80:4, 83:6, 83:9, 83:13
**INSTRUCTED** [1] - 165:19
**INSTRUCTION** [5] - 102:1, 149:21, 150:1, 163:16, 167:9
**INSTRUCTIONS** [3] - 89:18, 91:22, 92:1
**INSULT** [2] - 136:1, 137:9
**INSULTING** [1] - 135:20
**INTEGRATE** [1] - 6:22
**INTEGRATED** [3] - 108:14, 165:6
**INTEGRATING** [1] - 6:12
**INTELLECTUAL** [9] - 11:17, 15:15, 15:18, 39:22, 90:3, 90:8, 143:17, 143:20, 143:23
**INTELLIGENCE** [1] - 86:12
**INTEND** [1] - 167:23
**INTENSE** [8] - 132:1, 132:2, 132:24, 133:1
**INTERACT** [2] - 54:4, 143:14
**INTERACTED** [2] - 54:10, 70:2
**INTERACTING** [3] - 55:5, 69:10, 154:19

**INTERACTION** [9] - 46:8, 54:16, 54:17, 144:8, 152:10, 153:25, 155:3, 155:4, 155:21

**INTERACTIONS** [4] - 60:14, 163:24, 164:10, 165:21

**INTERCHANGEABL Y** [2] - 70:18, 161:24

**INTERDEPENDENT** [2] - 67:10, 67:13

**INTERDISCIPLINAR Y** [3] - 49:25, 50:1, 50:5

**INTEREST** [4] - 10:15, 28:21, 45:7, 64:5

**INTERESTED** [1] - 116:24

**INTERESTS** [1] - 28:1

**INTERFERING** [1] - 90:22

**INTERIM** [1] - 162:19

**INTERIOR** [1] - 19:5

**INTERNAL** [1] - 41:9

**INTERNATIONAL** [5] - 16:6, 19:16, 20:19, 31:24

**INTERNSHIP** [1] - 9:13

**INTERPLAY** [2] - 27:10, 51:17

**INTERPRET** [5] - 99:12, 112:16, 112:18, 122:16, 122:17

**INTERPRETATION** [2] - 89:15, 94:9

**INTERRELATIONSHI P** [2] - 27:3, 64:10

**INTERRUPT** [1] - 45:24

**INTERSECTION** [2] - 27:5, 27:7

**INTERVIEW** [3] - 45:12, 164:16, 165:22

**INTERVIEWS** [2] - 163:24, 164:10

**INTO** [17] - 10:10, 10:12, 12:10, 20:11, 28:5, 30:22, 41:25, 51:22, 72:10, 108:10, 109:6, 109:16, 115:22, 140:24, 150:14, 165:3, 165:6

**INTRODUCED** [1] - 92:17

**INTRODUCING** [1] -

127:16

**INVESTED** [1] - 160:7

**INVITED** [3] - 12:16, 14:11, 14:13

**INVOLVE** [3] - 12:19, 82:8, 162:5

**INVOLVED** [5] - 20:17, 88:1, 102:11, 149:8, 155:8

**IS** [457] - 4:1, 4:14, 5:5, 6:5, 6:17, 7:6, 7:9, 7:14, 8:2, 8:3, 8:8, 8:9, 8:12, 8:15, 8:16, 8:24, 10:17, 11:7, 12:8, 12:21, 15:4, 17:4, 17:7, 17:9, 17:13, 17:17, 17:24, 18:3, 18:7, 18:9, 19:2, 19:16, 20:1, 20:3, 20:4, 20:15, 22:3, 22:10, 22:12, 22:22, 22:25, 23:11, 23:14, 24:10, 25:8, 25:9, 25:19, 26:6, 26:7, 26:9, 26:18, 26:24, 27:3, 27:7, 27:10, 27:11, 27:21, 27:25, 28:7, 28:11, 28:15, 28:16, 28:20, 29:2, 29:9, 29:13, 30:19, 31:24, 32:12, 32:17, 33:16, 34:2, 35:19, 35:21, 36:6, 36:22, 37:6, 37:10, 38:2, 38:13, 38:17, 38:25, 39:5, 39:24, 40:6, 40:24, 41:1, 41:3, 41:8, 42:7, 42:23, 42:25, 43:6, 43:9, 43:12, 43:13, 43:14, 43:15, 43:21, 43:22, 43:23, 43:25, 44:1, 44:9, 44:13, 44:23, 45:8, 45:10, 45:12, 46:20, 47:24, 47:25, 48:5, 48:12, 49:3, 50:16, 52:17, 52:18, 53:7, 54:6, 55:1, 56:14, 57:3, 57:5, 57:14, 57:19, 58:3, 58:4, 58:7, 58:13, 58:20, 58:23, 59:14, 59:19, 60:3, 60:5, 60:10, 60:11, 60:16, 60:18, 61:2, 61:4, 61:12, 61:16, 61:25, 62:10, 62:11, 62:22, 64:3, 64:8, 64:10, 64:11, 65:2, 65:25, 66:2, 66:5,

67:4, 67:10, 67:18, 68:1, 68:3, 68:11, 69:2, 69:3, 69:19, 70:3, 70:11, 70:23, 71:1, 71:6, 71:20, 71:23, 72:7, 72:14, 72:21, 72:22, 73:14, 73:15, 74:1, 75:21, 75:24, 76:8, 76:10, 78:5, 78:22, 81:2, 81:3, 81:13, 82:2, 84:4, 85:8, 85:16, 85:17, 86:14, 86:21, 87:7, 87:8, 87:13, 87:15, 87:20, 87:24, 87:25, 88:19, 89:9, 89:11, 90:2, 90:8, 90:14, 90:19, 90:20, 91:1, 91:14, 91:15, 92:11, 92:17, 94:7, 95:8, 96:1, 96:3, 97:19, 97:22, 98:17, 98:24, 100:1, 100:4, 100:9, 100:23, 102:9, 102:20, 102:21, 102:24, 103:7, 103:25, 104:22, 105:6, 105:9, 106:16, 107:1, 107:18, 107:21, 107:23, 108:11, 108:13, 108:20, 109:2, 109:14, 110:6, 110:8, 110:9, 110:11, 110:17, 110:20, 111:3, 111:7, 111:8, 111:10, 111:20, 112:2, 112:7, 112:10, 112:12, 112:15, 112:23, 113:10, 113:19, 113:20, 114:10, 114:13, 115:10, 115:15, 115:25, 116:3, 116:10, 117:5, 117:12, 118:6, 118:13, 118:14, 118:18, 118:22, 118:23, 119:11, 119:14, 119:18, 120:3, 120:6, 120:21, 121:3, 121:25, 122:1, 122:25, 123:7, 123:10, 123:23, 123:24, 124:1, 124:3, 124:8, 124:9, 124:10, 124:11, 124:12,

124:16, 124:18, 124:24, 125:1, 125:5, 125:11, 125:15, 126:5, 126:9, 126:13, 126:23, 127:2, 127:11, 127:14, 127:15, 127:16, 128:2, 128:3, 128:13, 128:20, 128:23, 128:25, 129:18, 129:20, 129:21, 129:23, 132:3, 132:5, 132:6, 132:10, 132:11, 132:14, 133:4, 133:5, 133:6, 133:7, 133:8, 133:13, 133:15, 133:20, 134:8, 134:9, 134:25, 135:2, 135:9, 135:18, 135:19, 135:25, 136:1, 136:6, 136:10, 137:6, 137:8, 137:10, 137:19, 137:20, 139:7, 139:8, 139:10, 139:16, 139:18, 139:20, 141:3, 141:8, 141:11, 142:9, 142:12, 142:14, 142:23, 142:24, 143:19, 143:21, 144:6, 147:9, 151:11, 151:14, 152:3, 153:3, 153:5, 153:6, 153:7, 153:18, 153:19, 153:20, 154:7, 154:10, 154:14, 154:15, 154:16, 154:23, 154:25, 155:1, 155:12, 155:13, 155:15, 155:16, 155:18, 155:25, 156:1, 156:10, 156:20, 157:19, 158:6, 158:10, 158:12, 158:14, 159:1, 159:13, 159:15, 159:16, 159:18, 160:23, 161:6, 161:7, 162:23, 167:6, 167:8, 168:4, 168:18

**ISN'T** [7] - 60:8, 64:20, 64:21, 66:12, 118:12, 118:21,

153:7

**ISOLATING** [1] - 123:25

**ISSUE** [4] - 20:20, 21:1, 46:12, 104:23

**ISSUED** [2] - 68:21, 159:3

**ISSUES** [7] - 6:12, 21:13, 59:24, 59:25, 74:3, 163:9, 168:9

**IT** [350] - 4:24, 7:6, 7:9, 9:10, 10:19, 11:9, 11:18, 11:19, 12:3, 12:12, 13:15, 13:17, 14:24, 15:9, 15:21, 15:24, 16:1, 16:10, 17:4, 17:12, 18:6, 18:16, 18:17, 18:18, 19:10, 20:21, 21:19, 22:21, 23:1, 23:10, 23:24, 25:1, 25:3, 25:10, 26:19, 26:20, 26:21, 26:24, 27:10, 27:13, 28:14, 28:17, 28:19, 29:9, 30:9, 30:22, 31:21, 32:1, 32:4, 32:6, 32:7, 32:9, 32:13, 32:16, 32:20, 32:23, 33:5, 33:7, 33:19, 33:22, 34:7, 34:10, 34:11, 34:12, 34:14, 34:25, 35:8, 35:21, 36:13, 36:18, 36:23, 37:3, 37:18, 37:19, 37:23, 38:2, 38:5, 38:6, 39:23, 40:2, 42:16, 43:15, 43:18, 44:10, 44:13, 45:1, 45:14, 45:21, 46:5, 46:20, 47:1, 47:22, 48:1, 49:6, 49:7, 49:8, 49:10, 52:6, 52:7, 52:8, 52:9, 52:10, 52:11, 52:14, 52:16, 53:3, 55:12, 56:6, 56:7, 57:8, 57:9, 58:11, 58:12, 58:22, 60:8, 60:12, 60:15, 60:21, 60:22, 60:23, 61:5, 61:6, 61:7, 61:8, 61:25, 62:5, 62:10, 62:22, 63:1, 63:18, 64:3, 64:4, 64:15, 64:23, 65:9, 65:13, 65:16, 65:17, 66:4, 66:5, 66:9, 66:11, 66:16, 66:17, 66:22, 67:2, 67:4, 67:15, 67:23, 68:25,

70:5, 70:7, 70:24, 70:25, 71:6, 71:24, 72:6, 72:14, 74:12, 81:16, 81:24, 86:19, 87:7, 87:22, 87:24, 88:1, 88:3, 88:4, 88:5, 88:16, 88:17, 89:1, 89:12, 89:13, 90:2, 90:4, 92:11, 92:22, 93:20, 93:22, 94:10, 94:25, 99:12, 99:18, 99:19, 104:11, 105:15, 105:16, 106:3, 106:8, 106:25, 107:8, 107:21, 108:20, 109:14, 109:20, 110:15, 110:16, 112:2, 112:3, 112:7, 112:9, 112:10, 112:12, 112:13, 112:23, 114:6, 114:10, 114:17, 115:20, 115:22, 116:3, 116:12, 116:13, 117:15, 117:16, 117:22, 118:12, 118:18, 118:21, 120:15, 121:4, 121:13, 121:21, 122:5, 122:6, 122:9, 122:12, 122:17, 123:1, 123:24, 124:8, 124:10, 124:15, 124:17, 124:21, 124:24, 125:3, 125:9, 125:15, 125:19, 126:8, 126:11, 126:14, 126:16, 126:23, 127:2, 127:17, 130:6, 130:17, 131:8, 131:21, 132:14, 132:16, 132:19, 132:20, 132:21, 132:22, 132:23, 132:24, 132:25, 133:4, 133:5, 133:6, 133:22, 135:10, 136:5, 136:6, 136:16, 137:16, 138:7, 138:16, 138:17, 138:18, 139:8, 139:9, 139:10, 140:19, 142:4, 143:6, 143:22, 144:9, 145:6, 146:23, 147:11, 148:12, 149:7, 151:4, 152:7, 153:7, 153:9, 153:18, 153:21, 154:5, 154:6, 154:10, 154:12, 154:13, 154:14, 154:17, 154:21, 156:19, 156:24, 157:13, 158:7, 158:17, 159:5, 159:25, 160:3, 160:14, 161:1, 161:10, 162:5, 162:6, 162:16, 163:17, 164:17, 165:4, 166:11, 168:3

**IT'S** [100] - 7:3, 7:19, 8:5, 11:13, 21:18, 22:7, 23:15, 23:19, 23:21, 24:19, 24:24, 26:8, 28:7, 28:12, 28:19, 29:8, 32:23, 33:15, 34:8, 34:10, 34:16, 37:8, 37:12, 37:14, 38:12, 38:14, 38:21, 39:6, 39:7, 39:8, 43:19, 44:4, 44:18, 48:6, 51:13, 53:20, 53:23, 56:16, 57:16, 57:24, 58:18, 59:10, 59:14, 60:14, 60:23, 60:24, 61:7, 62:4, 62:14, 63:16, 64:8, 65:18, 66:3, 66:15, 68:3, 68:10, 69:4, 71:6, 73:24, 85:10, 87:12, 97:25, 100:13, 102:16, 105:22, 108:25, 109:4, 109:15, 110:15, 110:17, 111:6, 112:4, 113:17, 114:2, 114:20, 115:2, 116:15, 116:25, 118:7, 124:6, 127:21, 127:24, 128:14, 129:4, 129:6, 132:18, 135:11, 137:20, 146:15, 146:21, 147:5, 160:25, 161:12, 167:16, 167:25

**ITH** [1] - 132:18
**ITSELF** [1] - 57:21
**IV** [2] - 86:15, 86:16

## J

**J.L** [1] - 1:3

**JANUARY** [2] - 121:6, 141:20
**JASWEL** [1] - 55:12
**JEFFERSON** [16] - 8:22, 11:9, 16:25, 17:2, 17:6, 17:11, 18:23, 19:2, 19:8, 22:14, 30:19, 30:23, 31:7, 39:21, 41:2, 70:12
**JEFFERSON'S** [1] - 41:9
**JEN** [2] - 119:23, 120:11
**JENNIFER** [1] - 3:10
**JERSEY** [1] - 14:10
**JOB** [3] - 63:16, 140:18, 141:6
**JOURNAL** [1] - 16:10
**JUDGE** [2] - 135:7, 167:17
**JUDGES** [1] - 16:17
**JUDGMENT** [9] - 57:14, 88:10, 155:7, 155:12, 155:15, 156:18, 157:3, 158:18, 158:19
**JUMPING** [2] - 23:23, 151:10
**JUNE** [2] - 88:18, 88:19
**JURIES** [1] - 140:24
**JURORS** [1] - 128:6
**JURY** [9] - 124:9, 135:13, 137:11, 140:23, 141:8, 141:9, 141:11, 149:22, 168:4
**JUST** [121] - 4:17, 6:17, 10:25, 11:23, 16:24, 18:11, 18:21, 18:23, 20:7, 20:25, 23:4, 23:21, 24:23, 26:1, 26:9, 26:24, 27:2, 27:5, 27:17, 28:2, 32:13, 33:4, 34:10, 36:11, 36:21, 37:21, 38:21, 39:8, 40:5, 43:19, 46:18, 47:24, 49:6, 53:20, 57:20, 60:3, 61:2, 64:15, 65:15, 65:25, 68:4, 70:20, 70:23, 70:24, 71:6, 71:14, 72:1, 72:2, 72:7, 72:10, 72:13, 72:23, 73:5, 73:14, 75:24, 80:25, 82:12, 84:23, 84:25, 85:15, 87:12, 88:8, 89:22, 91:5, 92:2, 92:11, 94:6, 96:5, 96:7, 97:24, 98:9, 98:11, 104:17, 106:4, 106:15, 107:13, 109:10, 110:12, 111:9, 113:17, 115:24, 119:10, 120:17, 121:21, 122:5, 123:21, 124:3, 124:18, 125:4, 126:22, 127:20, 128:9, 129:14, 129:15, 130:21, 133:21, 135:1, 135:12, 135:20, 136:1, 137:1, 137:2, 137:9, 137:13, 138:2, 138:9, 138:20, 140:21, 141:1, 141:6, 141:7, 141:12, 149:17, 149:20, 150:2, 159:22, 160:4, 161:4, 164:15, 167:21
**JUSTICE** [1] - 16:14

## K

**KAMBEL** [1] - 20:2
**KAREN** [1] - 1:11
**KATHARINE** [1] - 95:7
**KAUFMAN** [1] - 100:23
**KEELED** [1] - 109:17
**KEEP** [4] - 123:3, 124:13, 132:12, 150:3
**KEEPING** [1] - 41:9
**KEY** [1] - 126:10
**KEYBOARD** [9] - 122:1, 122:3, 123:14, 123:16, 123:19, 123:22, 123:24, 124:1, 124:3
**KICKED** [1] - 13:22
**KIDS** [12] - 7:21, 12:6, 18:8, 18:10, 21:19, 24:7, 43:7, 44:20, 45:3, 45:16, 139:11
**KIND** [16] - 17:12, 18:6, 18:16, 18:18, 21:6, 24:13, 44:9, 67:7, 67:10, 78:24, 102:4, 114:20, 132:3, 133:18, 141:4
**KINDS** [4] - 6:11, 7:18, 82:3, 154:2
**KNOCK** [1] - 94:25

**KNOW** [113] - 4:6, 5:15, 8:4, 8:11, 8:19, 14:3, 21:12, 21:22, 22:5, 24:5, 24:9, 24:23, 26:20, 27:19, 28:13, 30:10, 30:14, 31:20, 34:1, 34:9, 34:12, 35:11, 35:12, 36:20, 37:11, 37:14, 37:16, 38:5, 38:7, 38:12, 38:13, 38:20, 40:2, 43:15, 44:8, 45:10, 48:18, 49:11, 52:6, 56:6, 56:20, 56:22, 56:23, 57:3, 57:6, 57:8, 58:14, 58:17, 60:17, 61:19, 63:25, 64:22, 64:24, 67:12, 68:19, 69:24, 69:25, 71:22, 73:3, 73:14, 73:16, 73:19, 78:19, 83:24, 86:22, 92:3, 94:4, 96:4, 97:8, 99:20, 100:10, 100:13, 100:19, 101:15, 110:24, 119:10, 120:2, 120:7, 127:20, 128:16, 129:1, 129:4, 129:5, 131:5, 131:18, 135:10, 135:24, 136:16, 136:24, 140:11, 141:13, 152:2, 152:22, 153:5, 156:12, 160:16, 160:20, 161:1, 161:23, 162:18, 163:18, 167:12, 167:20, 168:6
**KNOWING** [3] - 109:11, 154:1
**KNOWLEDGE** [1] - 11:20
**KNOWN** [5] - 36:17, 37:22, 46:21, 107:22, 158:8
**KNOWS** [1] - 33:17
**KRISTOFCO** [67] - 2:6, 3:19, 4:4, 18:13, 25:16, 41:15, 41:18, 41:22, 45:25, 46:1, 47:7, 47:11, 47:15, 47:19, 48:25, 49:2, 53:22, 69:12, 75:6, 76:23, 77:23, 95:7, 95:15, 102:24, 103:5, 103:19, 107:10, 107:12, 109:24, 113:4,

113:7, 115:1, 121:19, 125:24, 128:9, 129:14, 129:17, 130:7, 131:5, 131:8, 133:12, 133:18, 134:5, 134:8, 134:10, 134:16, 134:19, 134:21, 135:4, 136:22, 138:14, 139:7, 139:12, 139:15, 139:21, 142:6, 144:24, 147:2, 147:22, 150:5, 159:19, 168:13, 169:7, 169:10, 169:13, 169:16

## L

**LABS** [1] - 68:4
**LACK** [1] - 28:24
**LAHOOD** [2] - 14:13, 15:2
**LAMINATED** [2] - 123:18, 162:6
**LANDSCAPE** [1] - 19:5
**LANGUAGE** [56] - 7:2, 8:16, 26:4, 26:5, 26:7, 26:8, 26:9, 28:25, 29:1, 43:14, 44:5, 44:12, 44:17, 44:18, 44:19, 49:22, 50:2, 50:3, 50:11, 50:12, 50:15, 50:17, 50:20, 50:23, 50:25, 51:4, 51:8, 51:10, 51:12, 51:16, 51:19, 68:7, 68:12, 81:3, 82:2, 82:5, 83:15, 83:16, 89:25, 90:5, 92:15, 145:11, 145:13, 145:17, 145:19, 145:22, 146:1, 146:5, 146:7, 148:24, 159:4, 159:11, 166:1, 166:2
**LAP** [1] - 123:2
**LARGELY** [1] - 80:13
**LAST** [17] - 5:8, 18:14, 43:24, 47:22, 48:1, 50:16, 53:1, 53:23, 78:8, 104:5, 105:12, 109:9, 121:1, 130:7, 140:16, 149:10, 154:12
**LASTED** [1] - 105:25
**LAUTENBERG** [2] -

14:10, 15:3
**LAUTENBERG'S** [1] - 14:19
**LAWSUIT** [2] - 146:16, 147:5
**LAWYER** [1] - 136:11
**LAWYERS** [2] - 16:17, 136:16
**LAYERED** [1] - 111:6
**LAYING** [1] - 128:13
**LAYMAN** [1] - 109:19
**LAYOUT** [1] - 56:19
**LE** [14] - 3:10, 5:15, 78:19, 92:8, 105:3, 133:23, 134:7, 138:10, 140:17, 141:7, 141:11, 141:20, 169:14
**LE-PAPE** [1] - 140:17
**LEAD** [1] - 11:22
**LEADING** [1] - 156:19
**LEARN** [5] - 93:1, 96:8, 96:9, 97:6, 108:13
**LEARNED** [3] - 45:19, 45:20, 62:2
**LEARNING** [3] - 76:9, 84:12, 163:18
**LEAST** [3] - 18:15, 94:4, 119:19
**LEAVE** [2] - 83:1, 116:6
**LECTURE** [2] - 28:24, 51:22
**LECTURED** [1] - 51:21
**LED** [2] - 61:20, 68:24
**LEFT** [3] - 83:5, 117:18, 167:7
**LEGISLATIVE** [1] - 23:1
**LEGISLATORS** [1] - 14:9
**LENGTH** [1] - 94:8
**LESS** [8] - 16:3, 18:9, 36:13, 67:13, 69:7, 72:14, 74:13, 85:10
**LESSON** [1] - 149:8
**LET** [16] - 4:9, 30:7, 42:9, 47:6, 49:19, 74:8, 75:7, 106:13, 113:8, 125:25, 126:22, 134:14, 146:13, 152:24, 153:17, 154:11
**LET'S** [16] - 29:17, 61:2, 77:3, 88:8, 92:11, 103:20, 131:7, 131:10, 132:17, 132:21, 133:3, 133:9,

137:15, 138:8, 163:1, 168:9
**LETTER** [93] - 29:18, 29:20, 29:24, 30:3, 31:12, 31:14, 31:18, 32:17, 32:21, 32:22, 35:19, 35:23, 36:3, 36:8, 36:13, 37:1, 37:6, 38:10, 38:17, 40:10, 42:4, 42:8, 42:10, 46:2, 46:11, 48:8, 57:14, 57:19, 57:20, 57:25, 58:4, 58:10, 58:15, 59:9, 59:13, 60:9, 62:2, 62:16, 63:2, 64:21, 65:10, 66:20, 69:17, 70:19, 70:22, 70:23, 71:3, 71:9, 71:11, 71:12, 71:14, 72:1, 72:2, 72:24, 74:6, 74:9, 76:8, 93:7, 95:21, 99:15, 99:16, 99:18, 99:22, 100:3, 106:7, 108:22, 115:10, 118:19, 121:20, 122:4, 122:12, 123:5, 123:25, 124:5, 124:15, 127:25, 135:24, 137:22, 143:6, 144:2, 144:7, 151:14, 151:20, 151:22, 158:24, 161:23, 163:20, 164:7, 165:7, 168:2
**LETTERS** [44] - 33:8, 33:23, 34:9, 34:24, 35:1, 43:8, 55:14, 61:15, 63:9, 63:21, 92:4, 106:18, 106:21, 107:1, 107:2, 107:3, 108:21, 108:24, 108:25, 109:10, 115:3, 115:6, 115:18, 117:7, 117:11, 117:23, 117:24, 117:25, 118:2, 118:3, 118:6, 118:9, 118:14, 118:20, 119:5, 119:7, 122:15, 122:18, 122:19, 122:22, 124:11, 125:1, 125:5
**LETTING** [3] - 37:1, 140:9
**LEVEL** [13] - 28:18, 29:8, 63:16, 74:16, 90:24, 101:19,

122:2, 123:15, 125:19, 163:15, 163:19
**LEVELS** [1] - 38:24
**LEVERAGED** [2] - 45:6, 45:11
**LEVY** [1] - 2:2
**LI** [1] - 133:3
**LICENSED** [2] - 79:8, 107:16
**LICENSES** [4] - 79:7, 107:14, 107:15, 145:17
**LICENSURE** [1] - 50:23
**LIFE** [6] - 18:8, 45:12, 69:25, 81:5, 154:1, 164:20
**LIGHTS** [1] - 23:16
**LIKE** [127] - 9:2, 11:19, 13:22, 14:21, 15:21, 15:24, 17:12, 17:13, 18:3, 18:6, 18:11, 19:11, 19:12, 19:24, 20:6, 20:19, 20:20, 22:5, 22:7, 22:19, 23:10, 23:11, 23:15, 24:9, 24:17, 24:20, 24:23, 26:7, 26:20, 27:11, 27:18, 28:20, 28:21, 29:8, 29:9, 31:6, 32:20, 32:23, 33:12, 33:13, 33:25, 34:8, 34:16, 34:17, 36:12, 36:17, 36:18, 37:12, 37:17, 37:23, 37:25, 38:25, 39:6, 39:14, 43:17, 44:9, 44:15, 45:21, 49:10, 50:9, 52:6, 52:9, 52:16, 52:17, 55:6, 55:8, 56:11, 58:18, 58:25, 64:12, 64:23, 64:24, 66:4, 66:11, 67:24, 68:4, 69:5, 70:4, 70:6, 70:8, 82:12, 88:9, 89:18, 97:23, 99:17, 103:13, 106:3, 106:25, 111:8, 114:16, 116:1, 116:12, 120:16, 121:23, 130:14, 130:21, 131:13, 131:20, 132:4, 133:4, 133:5, 133:6, 133:13, 138:22, 139:2, 139:3, 139:5, 139:12, 141:13, 149:20, 157:15,

158:16, 160:15, 160:16, 160:24, 162:6, 162:9, 165:23, 167:3, 167:15
**LIKELY** [4] - 16:3, 22:3, 45:8
**LIKES** [2] - 20:20, 34:15
**LIMITATIONS** [1] - 89:25
**LIMITED** [4] - 98:11, 111:14, 162:16, 162:17
**LIMITING** [3] - 149:21, 150:1, 167:8
**LINE** [4] - 19:15, 123:6, 128:23, 147:18
**LINES** [1] - 42:5
**LIST** [3] - 15:23, 15:24, 150:3
**LISTEN** [2] - 61:21, 67:8
**LISTENING** [3] - 67:5, 96:20, 101:6
**LISTS** [1] - 27:18
**LITEMS** [1] - 16:18
**LITERATURE** [3] - 24:8, 55:23, 55:24
**LITTLE** [17] - 4:24, 18:6, 18:9, 23:8, 27:2, 27:6, 28:20, 49:19, 74:2, 78:25, 79:4, 96:18, 113:1, 124:17, 131:14, 131:23, 141:22
**LIVE** [1] - 12:5
**LIVES** [1] - 7:21
**LLP** [1] - 2:7
**LO** [1] - 138:23
**LOCKED** [1] - 95:1
**LONG** [10] - 30:14, 48:15, 49:5, 49:11, 53:3, 84:6, 105:3, 109:25, 144:17, 161:11
**LONGER** [3] - 34:11, 34:16, 95:3
**LOOK** [35] - 10:18, 11:13, 14:24, 19:19, 24:8, 34:12, 38:22, 43:12, 43:14, 43:20, 44:12, 44:16, 44:23, 49:7, 50:9, 50:10, 52:7, 55:3, 55:24, 63:7, 64:11, 69:7, 85:13, 87:1, 88:8, 109:5, 110:23, 117:10, 123:5,

131:13, 134:23, 138:16, 150:18, 161:8

**LOOKED** [15] - 15:16, 36:12, 36:19, 52:8, 55:4, 55:12, 55:23, 62:17, 63:3, 63:8, 95:19, 99:17, 106:25, 165:16, 165:19

**LOOKING** [14] - 6:9, 22:13, 43:21, 49:6, 55:14, 87:15, 89:4, 89:5, 98:24, 116:20, 124:22, 139:7, 142:12, 143:1

**LOOKS** [9] - 49:10, 52:6, 52:9, 52:16, 52:17, 56:18, 88:9, 106:25, 138:22

**LOT** [28] - 21:9, 21:10, 21:13, 23:20, 27:8, 36:13, 38:11, 43:1, 43:7, 43:14, 44:18, 48:14, 55:5, 56:16, 56:22, 57:7, 59:24, 60:1, 62:12, 66:23, 70:13, 73:18, 74:2, 90:15, 139:7, 146:13, 164:22

**LOTS** [3] - 56:7, 138:23

**LOUD** [10] - 22:17, 22:18, 24:6, 32:22, 33:20, 89:23, 106:21, 107:6, 126:10, 168:2

**LOVE** [1] - 44:21

**LOW** [4] - 26:17, 29:9, 90:2, 90:3

**LOWER** [8] - 1:6, 144:4, 144:11, 146:16, 147:6, 147:25, 163:22, 164:9

**LYNN** [2] - 1:19, 168:23

---

## M

**M.D** [1] - 5:5

**MACHINE** [1] - 24:14

**MADE** [14] - 19:18, 20:5, 41:1, 41:5, 68:17, 73:8, 85:22, 91:8, 91:12, 92:20, 108:14, 124:18, 147:13, 149:18

**MAGISTRATE** [1] - 167:17

**MAIL** [1] - 127:25

**MAILS** [1] - 128:9

**MAKE** [45] - 12:1, 13:11, 14:7, 16:15, 20:6, 22:17, 22:20, 32:25, 33:8, 34:15, 34:16, 55:9, 60:3, 69:6, 69:9, 72:14, 82:15, 84:1, 87:9, 99:20, 108:15, 109:5, 116:24, 117:7, 117:25, 118:3, 118:5, 118:9, 118:11, 122:23, 122:24, 123:8, 123:9, 126:19, 135:10, 136:13, 137:2, 153:11, 155:7, 155:8, 156:19, 163:11, 168:1

**MAKES** [7] - 10:19, 23:25, 56:19, 88:17, 119:8, 124:17, 137:1

**MAKING** [5] - 21:19, 21:21, 38:15, 104:10, 144:9

**MAN** [3] - 152:8, 153:25, 155:10

**MANAGED** [1] - 90:16

**MANELY** [1] - 7:25

**MANIPULATION** [1] - 82:8

**MANUAL** [9] - 29:5, 89:10, 89:12, 89:16, 98:23, 107:23, 108:1, 108:3

**MANY** [21] - 5:21, 11:1, 12:14, 31:17, 45:1, 48:17, 59:22, 59:23, 68:16, 68:20, 69:24, 70:1, 70:8, 83:14, 85:4, 85:6, 92:16, 105:18

**MARK** [7] - 24:23, 25:1, 39:15, 47:7, 48:25, 85:12, 139:12

**MARKED** [4] - 25:6, 40:5, 52:21, 97:25

**MARKET** [1] - 1:20

**MARSTON** [2] - 1:11, 135:7

**MARY** [3] - 24:9, 30:11, 53:2

**MASTER'S** [1] - 79:21

**MATCH** [1] - 39:6

**MATERIAL** [2] - 94:18, 163:16

**MATERIALS** [13] - 108:3, 108:5,

110:19, 110:20, 150:16, 163:23, 164:2, 164:9, 164:15, 164:25, 165:2, 165:14, 165:20

**MATH** [6] - 96:17, 101:4, 101:8, 102:1, 163:13, 165:18

**MATRIX** [1] - 98:16

**MATTER** [4] - 48:21, 49:4, 145:2, 168:20

**MATTERS** [1] - 141:23

**MAWR** [3] - 83:7, 83:9, 83:12

**MAY** [31] - 3:2, 4:20, 4:24, 5:1, 10:18, 18:7, 32:22, 56:2, 70:25, 73:3, 77:10, 78:1, 82:4, 88:17, 88:18, 90:4, 109:7, 112:16, 126:19, 128:25, 134:1, 139:25, 142:19, 146:24, 147:17, 149:16, 167:12, 168:8

**MAYBE** [14] - 10:24, 28:23, 70:4, 92:25, 105:14, 113:5, 129:12, 131:9, 132:21, 142:3, 142:4, 165:7, 167:5

**MD** [1] - 2:3

**ME** [90] - 4:9, 7:19, 12:10, 12:16, 13:1, 21:20, 30:7, 32:2, 32:17, 32:20, 37:19, 42:9, 44:22, 46:19, 47:6, 49:19, 58:24, 61:9, 62:9, 66:8, 66:10, 69:4, 74:19, 75:7, 76:12, 77:16, 88:4, 93:4, 97:23, 99:21, 102:20, 106:13, 112:10, 112:22, 112:23, 113:8, 114:15, 114:16, 115:2, 116:12, 120:12, 122:20, 123:8, 125:25, 126:10, 126:22, 126:25, 131:18, 132:1, 132:2, 132:18, 132:19, 132:20, 132:21, 132:22, 132:23, 132:24, 132:25, 135:2, 135:19, 136:6,

136:24, 137:3, 137:13, 138:19, 140:9, 141:6, 146:13, 148:4, 148:8, 148:14, 150:10, 152:7, 152:9, 152:24, 153:17, 154:11, 154:23, 155:11, 155:16, 156:3, 160:15, 160:16, 160:17, 160:19, 163:15, 165:4

**MEAN** [50] - 11:4, 17:19, 33:25, 34:4, 34:7, 34:12, 37:25, 38:11, 45:11, 46:18, 48:12, 48:17, 49:10, 51:18, 52:5, 52:6, 52:16, 53:2, 53:4, 53:12, 56:15, 56:20, 57:20, 57:21, 58:18, 58:20, 60:24, 67:4, 69:3, 70:20, 72:8, 72:12, 77:17, 100:9, 101:23, 108:9, 109:20, 113:3, 113:22, 119:9, 122:19, 124:19, 125:2, 128:23, 150:10, 150:19, 151:21, 151:22, 160:5

**MEANING** [1] - 71:11

**MEANINGFUL** [4] - 64:18, 91:1, 100:10, 153:14

**MEANS** [3] - 49:7, 81:24, 152:22

**MEANT** [1] - 94:10

**MEASURE** [3] - 86:9, 96:20, 101:1

**MEASURED** [1] - 96:23

**MEASURES** [9] - 81:7, 81:11, 81:12, 81:15, 86:7, 86:21, 162:11, 162:19

**MEDIA** [1] - 40:24

**MEDIAN** [1] - 101:14

**MEDICAL** [29] - 6:13, 9:7, 9:11, 9:12, 9:14, 9:24, 10:5, 11:5, 15:17, 17:5, 19:7, 36:2, 36:25, 37:5, 40:19, 41:2, 41:3, 41:8, 56:4, 67:7, 69:8, 74:3, 80:6, 80:10, 84:16, 120:11, 150:23,

150:25, 163:9

**MEDICAL-RELATED** [1] - 74:3

**MEDICINE** [5] - 10:8, 16:11, 67:15, 68:3, 80:12

**MEET** [3] - 167:4, 167:15, 168:9

**MEETING** [2] - 14:19, 46:17

**MEETINGS** [1] - 7:12

**MELODY** [1] - 44:13

**MEMBERS** [3] - 6:23, 7:24, 20:16

**MEMORIZE** [1] - 45:4

**MEMORY** [3] - 79:4, 161:13

**MENTIONED** [7] - 6:21, 11:6, 20:25, 50:18, 60:19, 72:8, 98:9

**MERION** [8] - 1:6, 144:4, 144:11, 146:16, 147:6, 147:25, 163:22, 164:9

**MERRILL** [1] - 45:15

**MESSAGE** [4] - 63:11, 63:25, 116:9, 157:9

**MET** [2] - 44:7, 58:13

**METHOD** [20] - 35:20, 56:21, 66:12, 66:15, 91:14, 92:18, 93:12, 93:15, 96:13, 96:14, 113:16, 123:18, 149:6, 151:23, 152:7, 153:24, 156:1, 156:5, 158:5, 162:1

**METHODOLOGY** [20] - 54:19, 55:1, 55:22, 57:22, 66:18, 66:25, 67:1, 68:8, 68:23, 91:16, 103:2, 103:9, 111:16, 121:24, 124:25, 142:10, 142:17, 158:13, 159:14

**METHODS** [1] - 108:11

**MICHAEL** [2] - 2:6, 3:19

**MICHIGAN** [1] - 79:20

**MIDDLE** [2] - 13:12, 78:9

**MIDWAY** [1] - 97:3

**MIGHT** [48] - 10:18, 18:8, 21:20, 21:22, 21:24, 22:17, 23:11, 23:23, 24:2, 24:4,

24:18, 26:17, 26:18, 28:21, 32:23, 33:7, 38:16, 44:8, 44:20, 62:12, 62:18, 63:3, 67:9, 67:22, 67:23, 67:24, 74:16, 74:22, 100:11, 102:15, 109:3, 109:20, 110:16, 112:19, 112:20, 112:21, 117:7, 117:9, 119:23, 126:1, 155:10, 162:9, 166:5

**MIGRAINE** [7] - 59:25, 73:18, 75:21, 75:25, 110:6, 110:9, 110:12

**MIGRAINES** [10] - 70:14, 73:13, 73:15, 73:17, 73:22, 75:16, 75:21, 75:24, 76:4, 110:4

**MILDLY** [1] - 79:23

**MILLERKNOLL** [1] - 19:16

**MILLION** [1] - 15:16

**MIND** [8] - 4:10, 72:14, 74:24, 97:19, 102:8, 161:6, 163:5, 166:5

**MINDFUL** [1] - 102:18

**MINE** [2] - 14:21, 47:17

**MINIMUMS** [1] - 110:3

**MINOR** [1] - 32:18

**MINUTE** [9] - 18:23, 41:17, 49:7, 72:12, 75:8, 77:3, 103:12, 115:2, 138:17

**MINUTES** [10] - 9:1, 45:16, 95:5, 105:25, 106:1, 110:5, 110:16, 110:17, 142:2, 163:2

**MISSING** [1] - 102:12

**MISSION** [1] - 11:11

**MISTAKE** [1] - 119:9

**MISTAKES** [1] - 108:13

**MM** [2] - 31:8, 57:18

**MM-HMM** [2] - 31:8, 57:18

**MOCK** [2] - 14:5, 14:17

**MODE** [2] - 92:21, 93:2

**MODEL** [2] - 20:2, 20:5

**MODIFICATIONS** [3] - 90:12, 91:7, 91:11

**MODIFYING** [1] - 162:21

**MOM** [3] - 54:15, 131:3, 137:20

**MOM'S** [3] - 48:2, 48:11, 74:21

**MOMENT** [3] - 110:18, 139:25, 149:17

**MOMENTS** [4] - 131:25, 132:1, 132:2

**MONOLOGUE** [1] - 28:23

**MONOTONIC** [1] - 44:15

**MONTH** [3] - 88:4, 107:19, 167:24

**MONTHS** [3] - 18:7, 18:11, 18:15

**MORE** [52] - 4:25, 11:16, 12:1, 13:11, 14:8, 15:24, 16:3, 16:15, 18:7, 22:3, 23:8, 23:24, 24:5, 26:24, 33:13, 39:11, 42:16, 45:8, 45:12, 66:19, 66:21, 78:25, 91:1, 94:5, 100:15, 101:23, 102:19, 106:8, 109:6, 109:17, 120:17, 126:20, 129:14, 131:23, 132:9, 132:10, 132:11, 139:21, 140:25, 141:22, 154:11, 160:24, 161:4, 162:16, 163:4

**MORNING** [6] - 3:4, 3:5, 3:23, 4:12, 5:14, 41:23

**MOST** [9] - 47:2, 73:24, 82:2, 106:22, 107:8, 147:14, 147:24, 162:12, 163:14

**MOSTLY** [3] - 74:25, 84:15, 141:13

**MOTHER** [6] - 40:14, 46:9, 46:21, 48:7, 91:19, 91:22

**MOTION** [3] - 25:17, 103:6, 142:7

**MOTOR** [10] - 26:6, 26:16, 26:19, 27:10, 27:13, 82:6, 82:8, 82:13, 118:25, 119:2

**MOUNT** [1] - 9:12

**MOVE** [14] - 4:24, 10:1, 26:21, 71:25, 117:4, 117:6, 117:16, 119:2, 124:17, 124:20, 130:18, 131:1, 138:9, 138:10

**MOVED** [6] - 10:2, 10:3, 11:9, 44:6, 69:3, 80:2

**MOVEMENT** [3] - 26:16, 164:23, 165:8

**MOVEMENTS** [1] - 27:13

**MOVES** [1] - 27:1

**MOVING** [9] - 36:22, 37:17, 37:20, 60:16, 63:9, 63:20, 67:8, 99:13, 167:2

**MR** [69] - 3:19, 4:4, 18:13, 25:16, 41:15, 41:18, 41:22, 45:25, 46:1, 47:7, 47:11, 47:15, 47:19, 48:25, 49:2, 53:22, 69:12, 75:6, 76:23, 77:23, 95:7, 95:15, 102:24, 103:5, 103:19, 107:10, 107:12, 107:13, 109:24, 113:4, 113:7, 115:1, 121:19, 125:24, 128:9, 129:14, 129:17, 130:7, 130:8, 131:5, 131:8, 133:12, 133:15, 133:18, 133:20, 134:5, 134:8, 134:10, 134:16, 134:19, 134:21, 135:4, 136:22, 138:14, 139:7, 139:12, 139:15, 139:21, 142:6, 144:24, 147:2, 147:22, 150:5, 159:19, 168:13, 169:7, 169:10, 169:13, 169:16

**MRS** [1] - 92:8

**MS** [85] - 3:8, 3:10, 3:16, 3:25, 4:2, 4:8, 4:13, 4:15, 4:21, 5:13, 8:19, 18:20, 22:9, 24:22, 25:4, 25:5, 25:13, 25:24, 25:25, 29:16, 31:10, 35:5, 39:13, 41:11, 47:17, 75:3, 76:24, 77:12, 77:20, 78:17, 87:11, 87:22, 88:7, 91:9, 95:5, 95:14, 95:17, 103:10, 103:13, 103:22, 104:14, 105:1, 105:2, 106:9, 121:11, 128:7, 130:11, 130:16, 130:18, 130:20, 131:12, 133:11, 133:23, 134:7, 134:13, 134:18, 137:25, 138:6, 138:10, 139:25, 140:4, 140:17, 141:7, 141:11, 141:20, 142:3, 142:22, 144:20, 146:19, 146:21, 147:16, 147:20, 149:16, 150:4, 159:22, 159:24, 161:18, 166:8, 166:10, 166:21, 168:12, 169:6, 169:9, 169:12, 169:15

**MUCH** [17] - 33:11, 76:18, 76:21, 95:3, 102:19, 104:9, 110:17, 116:23, 121:4, 127:11, 129:21, 140:20, 141:24, 159:11, 160:7, 166:24, 166:25

**MULTIDISCIPLINARY** [1] - 80:19

**MULTIPLE** [7] - 19:3, 52:23, 107:7, 152:9, 156:16, 158:21

**MUSEUM** [1] - 12:11

**MUSEUMS** [7] - 12:1, 12:2, 12:5, 12:10, 12:12, 12:13, 12:14

**MUSIC** [7] - 94:13, 132:4, 132:5, 132:10, 132:11

**MUST** [3] - 59:5, 152:13, 152:19

**MY** [114] - 3:21, 5:16, 5:21, 7:4, 7:15, 10:13, 11:16, 12:2, 12:6, 12:22, 14:5, 15:23, 18:18, 19:10, 21:10, 22:22, 24:6, 25:9, 31:21, 34:10, 41:25, 44:20, 45:2, 48:2, 52:9, 52:11, 52:25, 53:16, 57:13, 57:23, 59:3, 60:7, 60:14, 60:24, 63:16, 63:22, 64:8, 64:9, 64:10, 64:23, 65:1, 65:16, 66:17, 66:24, 66:25, 67:2, 70:8, 70:9, 70:20, 71:16, 72:4, 72:8, 72:14, 72:22, 83:7, 85:17, 88:10, 91:2, 94:25, 107:7, 107:18, 108:20, 108:25, 109:4, 109:5, 114:24, 120:6, 121:3, 127:1, 132:5, 132:6, 132:9, 132:10, 132:11, 132:22, 132:23, 132:24, 132:25, 133:1, 133:7, 133:8, 135:5, 139:4, 139:5, 141:6, 150:2, 150:13, 151:2, 151:9, 151:13, 153:10, 153:17, 153:25, 154:2, 155:3, 155:7, 155:20, 155:25, 156:1, 156:17, 156:18, 159:6, 160:5, 166:6

**MYSELF** [5] - 62:5, 81:5, 120:5, 121:2, 149:5

## N

**NAIVE** [1] - 50:13

**NAME** [9] - 5:7, 5:8, 11:7, 78:7, 78:8, 92:17, 93:19, 104:2, 104:5

**NAMED** [1] - 20:2

**NAMES** [1] - 3:6

**NARRATIVE** [3] - 44:22, 44:24, 45:10

**NATIONAL** [1] - 45:18

**NATIONWIDE** [1] - 68:12

**NATURE** [1] - 39:10

**NEAR** [1] - 41:5

**NECESSARILY** [3] - 40:3, 42:17, 162:5

**NECESSARY** [6] - 90:13, 112:2, 112:7, 112:12, 112:23, 116:3

**NEED** [28] - 14:4, 18:9, 21:23, 27:15, 29:9, 36:2, 40:3, 64:1, 64:13, 77:7, 77:17, 86:24, 104:22, 104:23, 117:12, 119:11, 119:12, 120:12, 120:22,

121:1, 122:18, 128:16, 129:3, 130:21, 137:12, 150:1, 167:13

**NEEDED** [2] - 46:3, 144:2

**NEEDS** [15] - 28:10, 36:3, 44:7, 58:2, 58:13, 58:25, 73:9, 86:17, 89:1, 89:24, 96:4, 119:1, 143:22, 163:20, 164:6

**NEGATIVE** [3] - 74:7, 74:20, 76:5

**NEGOTIATED** [1] - 14:1

**NEITHER** [1] - 12:7

**NEMOURS** [1] - 80:4

**NERVE** [1] - 127:17

**NERVOUS** [10] - 131:14, 131:15, 131:16, 131:17, 135:8, 135:9, 140:24, 140:25

**NERVOUSNESS** [1] - 126:18

**NESTLE** [1] - 1:15

**NEURODIVERSE** [1] - 22:11

**NEURODIVERSITY** [4] - 5:24, 8:23, 16:25, 22:25

**NEUROLOGIST** [2] - 7:5, 75:20

**NEUROPSYCHOLO GICAL** [4] - 83:21, 84:18, 97:4, 156:15

**NEUROPSYCHOLO GIST** [2] - 8:10, 154:8

**NEUROPSYCHOLO GISTS** [1] - 89:17

**NEVER** [4] - 29:12, 72:25, 127:18, 155:15

**NEW** [10] - 9:12, 9:15, 14:10, 14:11, 16:10, 19:8, 19:15, 19:17, 126:13, 127:16

**NEWS** [1] - 45:9

**NEXT** [10] - 9:19, 77:3, 77:5, 77:6, 77:11, 121:21, 124:10, 131:3, 142:2, 168:11

**NICE** [2] - 61:1, 132:8

**NICOLE** [2] - 1:14, 3:8

**NINE** [1] - 19:24

**NO** [74] - 9:7, 22:22, 28:11, 28:14, 28:16, 29:14, 31:16, 32:5,

33:12, 33:21, 35:24, 36:17, 38:7, 42:12, 46:20, 47:15, 49:23, 50:24, 51:2, 51:9, 51:20, 52:2, 54:6, 54:7, 54:21, 54:24, 57:1, 58:2, 59:8, 60:16, 61:15, 63:12, 63:16, 65:22, 69:3, 69:7, 69:8, 72:4, 72:25, 73:23, 75:6, 75:17, 76:12, 76:23, 76:24, 83:11, 95:14, 98:6, 99:12, 104:24, 105:10, 107:14, 107:17, 117:5, 120:9, 122:10, 123:20, 125:15, 125:21, 126:5, 130:11, 137:14, 143:18, 144:16, 149:15, 151:2, 155:16, 155:24, 156:4, 159:13

**NOBODY** [10] - 15:21, 19:20, 33:19, 36:22, 60:16, 61:16, 63:19, 63:20

**NOISE** [2] - 21:19, 21:22

**NOISES** [3] - 22:17, 22:18, 24:6

**NON** [3] - 44:6, 111:14, 120:4

**NON-FUNCTIONALLY** [1] - 44:6

**NON-SPEAKER** [2] - 111:14, 120:4

**NONE** [2] - 62:18, 68:23

**NONPROFIT** [7] - 5:18, 5:20, 10:13, 11:6, 11:7, 11:8, 17:6

**NONVERBAL** [6] - 26:9, 38:14, 43:16, 91:15, 97:1, 98:18

**NOR** [1] - 12:7

**NORM** [1] - 101:17

**NORMALLY** [1] - 168:6

**NORMS** [4] - 81:17, 82:19, 82:21, 89:16

**NORRISTOWN** [1] - 2:8

**NORTH** [1] - 10:5

**NOT** [266] - 9:9, 10:18, 12:9, 15:24, 17:19, 20:7, 21:20, 22:6,

22:21, 23:14, 24:19, 25:19, 26:9, 28:6, 28:23, 29:4, 29:13, 31:15, 32:18, 32:22, 33:14, 34:18, 36:23, 37:1, 37:22, 38:11, 38:15, 38:21, 39:6, 42:5, 42:16, 43:1, 44:3, 44:18, 44:22, 45:4, 46:25, 47:3, 47:4, 48:10, 48:12, 48:18, 48:22, 49:5, 49:10, 49:21, 50:2, 50:11, 50:12, 50:14, 51:7, 51:10, 51:18, 51:25, 52:8, 54:4, 54:17, 54:21, 55:25, 56:2, 56:3, 56:19, 56:24, 58:20, 58:22, 59:8, 59:12, 59:19, 59:21, 60:5, 60:23, 60:24, 61:19, 61:22, 61:23, 62:6, 62:11, 62:13, 62:18, 63:3, 63:10, 63:14, 63:16, 63:23, 64:4, 64:8, 64:15, 65:2, 65:4, 65:6, 65:14, 65:17, 65:25, 66:3, 66:9, 66:13, 66:18, 66:22, 66:24, 67:3, 68:3, 69:2, 69:7, 70:13, 70:14, 71:16, 71:25, 72:8, 72:14, 72:17, 73:19, 73:25, 74:17, 75:3, 75:20, 76:7, 77:6, 90:2, 91:23, 92:2, 92:5, 95:1, 95:25, 97:2, 97:3, 97:20, 98:7, 98:9, 99:12, 100:19, 102:5, 105:8, 105:20, 106:7, 106:25, 107:6, 107:16, 108:6, 108:23, 110:9, 110:15, 112:1, 112:6, 113:10, 113:11, 113:21, 113:24, 114:22, 115:8, 115:11, 116:10, 117:5, 117:7, 117:15, 117:16, 117:23, 118:11, 118:16, 119:9, 119:10, 120:9, 121:1, 121:3, 121:7, 121:16, 121:17, 122:1, 122:3, 122:9, 122:10, 122:17,

122:23, 123:8, 123:9, 123:16, 123:21, 125:16, 126:5, 126:8, 127:2, 127:9, 127:17, 127:21, 128:20, 129:1, 129:9, 130:3, 133:15, 135:10, 135:11, 135:19, 136:1, 136:12, 137:8, 137:25, 138:25, 140:20, 143:5, 145:10, 145:12, 145:13, 145:16, 146:4, 146:7, 146:9, 146:12, 146:21, 147:11, 149:15, 150:13, 150:22, 151:2, 151:5, 151:6, 151:7, 151:11, 152:4, 153:16, 153:23, 154:8, 154:9, 154:21, 155:13, 155:25, 156:14, 157:6, 157:7, 157:11, 157:16, 157:21, 157:22, 158:1, 158:4, 158:9, 158:11, 160:2, 160:3, 160:8, 160:10, 160:12, 160:18, 160:20, 161:1, 162:1, 162:5, 163:9, 163:14, 164:25, 165:5, 165:6, 165:12, 167:6, 167:11

**NOTE** [2] - 102:9, 120:9

**NOTHING** [3] - 109:10, 144:21, 159:18

**NOTICE** [1] - 137:22

**NOW** [30] - 15:21, 20:22, 21:6, 23:12, 24:24, 29:7, 29:9, 39:23, 55:25, 56:9, 57:19, 75:24, 88:22, 105:4, 107:21, 110:19, 114:20, 117:24, 119:23, 122:10, 134:18, 136:8, 136:25, 137:21, 145:10, 149:10, 153:7, 167:6, 167:14

**NUANCE** [1] - 59:8

**NUMBER** [11] - 1:3,

15:19, 31:20, 49:8, 52:8, 62:5, 99:6, 99:18, 99:21, 151:11, 162:17

**NUMBERING** [1] - 85:14

**NUMBERS** [3] - 68:4, 87:3, 99:7

**NURSE** [1] - 42:21

## O

**O'BRIEN** [1] - 12:25

**O'CLOCK** [3] - 77:7, 77:8, 102:16

**O-Z** [1] - 139:19

**OBESE** [1] - 15:25

**OBJECT** [3] - 121:11, 128:7, 146:19

**OBJECTING** [1] - 142:5

**OBJECTION** [3] - 128:12, 147:16, 147:17

**OBJECTIVE** [3] - 155:17, 156:4, 156:8

**OBJECTS** [1] - 97:10

**OBLIGATED** [1] - 9:9

**OBLIGATION** [3] - 108:21, 109:5, 115:3

**OBLIGATIONS** [1] - 117:23

**OBSERVATION** [12] - 38:24, 55:6, 66:17, 67:3, 67:18, 68:1, 93:16, 144:17, 157:3, 158:17, 158:19, 164:14

**OBSERVATIONS** [8] - 7:12, 57:14, 86:1, 150:13, 151:10, 151:13, 163:24, 164:10

**OBSERVE** [7] - 64:9, 93:12, 95:8, 95:25, 121:6, 144:11, 163:14

**OBSERVED** [12] - 94:23, 95:19, 144:14, 152:11, 153:8, 153:21, 158:23, 160:1, 164:20, 164:21, 167:21

**OBSERVING** [1] - 46:6

**OBVIOUS** [5] - 33:15, 34:8, 124:16, 124:21, 165:4

**OBVIOUSLY** [16] -

70:21, 71:23, 82:7, 91:4, 93:9, 96:12, 100:16, 101:2, 165:21, 166:1, 167:5, 167:7, 167:10, 167:20, 168:4, 168:6

**OCCASIONALLY** [1] - 84:5

**OCCUPATIONAL** [2] - 51:15, 81:4

**OCCUR** [1] - 66:8

**OCCURRED** [4] - 66:10, 94:22, 100:12, 162:18

**OF** [580] - 1:2, 3:22, 5:21, 6:5, 6:8, 6:10, 6:11, 6:23, 7:6, 7:8, 7:16, 7:17, 7:18, 7:23, 7:24, 8:22, 9:8, 9:25, 10:8, 10:15, 10:22, 11:2, 11:7, 11:10, 11:11, 11:19, 11:23, 12:12, 12:13, 12:14, 12:18, 13:1, 13:2, 13:12, 13:23, 13:24, 14:8, 14:12, 14:14, 14:23, 15:14, 16:11, 17:9, 17:12, 17:17, 17:21, 17:23, 18:6, 18:8, 18:16, 18:18, 18:24, 19:1, 19:2, 19:13, 19:15, 19:22, 19:23, 19:24, 20:1, 20:2, 20:5, 20:9, 20:10, 20:23, 21:4, 21:5, 21:6, 21:9, 21:10, 21:13, 21:22, 22:7, 22:11, 22:14, 22:15, 22:23, 22:24, 23:2, 23:10, 23:15, 23:20, 23:21, 23:22, 23:24, 24:6, 24:10, 24:13, 24:15, 25:15, 25:21, 26:4, 26:5, 26:6, 26:7, 26:18, 26:20, 26:23, 26:25, 27:3, 27:8, 27:11, 27:17, 27:18, 27:23, 28:4, 28:10, 28:24, 29:2, 29:10, 29:13, 31:20, 31:23, 31:25, 32:9, 32:15, 32:18, 32:20, 32:23, 34:5, 35:18, 35:20, 36:1, 36:6, 36:25, 37:4, 37:25, 38:18, 38:24, 39:10, 40:2, 40:18, 40:20, 41:1, 41:3, 41:6, 41:8, 41:24, 42:2, 42:5, 42:17, 42:23, 43:1, 43:7, 43:11, 43:13, 43:14, 44:3, 44:9, 44:12, 44:13, 44:16, 44:18, 44:22, 45:2, 45:6, 45:20, 45:21, 46:11, 47:22, 48:15, 48:17, 49:3, 49:8, 49:24, 50:4, 50:5, 50:8, 50:9, 50:10, 51:3, 51:8, 51:13, 51:14, 51:16, 52:8, 52:9, 52:10, 52:11, 52:19, 53:7, 53:24, 54:1, 54:8, 54:12, 54:18, 54:22, 55:5, 55:17, 55:18, 55:19, 56:7, 56:16, 56:22, 56:24, 57:7, 57:11, 57:25, 58:7, 59:6, 59:8, 59:15, 59:24, 60:1, 61:1, 62:5, 62:8, 62:12, 62:14, 62:15, 63:17, 63:22, 63:24, 64:9, 64:14, 64:25, 65:1, 65:10, 65:19, 65:23, 66:3, 66:12, 66:19, 66:22, 66:23, 67:1, 67:7, 67:10, 67:11, 67:14, 67:19, 67:23, 67:25, 68:1, 68:3, 68:8, 68:11, 68:16, 68:23, 69:14, 70:8, 70:13, 70:17, 70:18, 71:3, 71:17, 71:18, 71:19, 73:3, 73:11, 73:14, 73:18, 74:2, 74:17, 74:22, 74:23, 75:11, 77:4, 77:14, 77:18, 77:23, 78:24, 79:2, 79:3, 79:4, 79:17, 79:19, 79:20, 79:25, 80:11, 80:24, 80:25, 81:17, 81:24, 82:2, 82:3, 82:9, 82:14, 82:15, 82:17, 82:19, 82:24, 83:23, 83:25, 84:4, 84:8, 84:11, 84:19, 84:20, 84:23, 85:1, 85:13, 85:21, 85:25, 86:6, 86:21, 86:22, 87:3, 87:4, 87:12, 87:15, 87:20, 87:25, 88:2, 88:4, 88:14, 89:11, 89:13, 89:15, 89:21, 90:12, 90:15, 90:20, 90:23, 91:1, 91:13, 91:17, 92:19, 92:21, 92:22, 93:3, 93:11, 93:13, 93:19, 93:20, 93:22, 94:2, 94:3, 94:4, 94:7, 94:8, 94:9, 94:11, 94:12, 94:14, 94:17, 94:20, 95:4, 95:8, 95:20, 96:1, 96:8, 96:11, 96:14, 96:17, 96:20, 96:25, 97:4, 97:8, 97:9, 97:14, 97:16, 97:18, 97:20, 97:21, 98:2, 98:18, 98:20, 98:21, 98:23, 98:25, 99:1, 99:19, 100:15, 100:22, 100:23, 101:9, 101:15, 101:17, 102:4, 102:9, 102:18, 102:25, 103:9, 104:12, 105:5, 105:12, 106:3, 106:8, 106:16, 106:25, 107:1, 107:2, 107:17, 108:4, 108:23, 109:7, 109:14, 109:25, 110:13, 111:6, 111:17, 112:4, 113:15, 114:5, 114:12, 114:20, 114:24, 115:21, 115:24, 116:13, 116:15, 116:16, 117:5, 117:11, 117:12, 117:14, 117:22, 117:24, 118:6, 118:8, 118:10, 118:11, 118:18, 118:19, 118:25, 119:3, 119:9, 119:11, 119:13, 119:20, 120:19, 121:4, 121:6, 121:14, 121:22, 122:2, 122:6, 122:7, 122:19, 122:23, 122:25, 123:3, 123:9, 123:13, 123:15, 124:13, 124:20, 125:19, 126:12, 126:14, 127:24, 127:25, 128:6, 129:13, 129:15, 129:18, 129:21, 130:7, 131:22, 132:3, 132:16, 133:18, 138:23, 139:6, 139:9, 139:10, 140:22, 140:25, 141:4, 141:23, 142:11, 142:25, 143:9, 143:20, 143:21, 143:22, 144:1, 145:25, 146:5, 147:14, 147:18, 147:24, 148:4, 148:15, 148:20, 149:1, 149:9, 149:11, 149:21, 149:22, 149:24, 150:2, 150:7, 150:9, 150:11, 150:16, 150:18, 151:2, 151:6, 151:9, 151:14, 151:20, 151:22, 151:23, 152:1, 152:2, 152:9, 152:14, 152:20, 153:3, 154:2, 154:18, 154:19, 155:6, 155:22, 155:25, 156:1, 156:5, 157:9, 157:24, 158:8, 158:12, 158:24, 159:5, 159:8, 160:17, 160:22, 161:5, 161:13, 161:14, 161:16, 161:20, 162:12, 162:17, 162:19, 163:1, 163:14, 163:15, 163:16, 164:4, 164:13, 164:22, 164:25, 165:16, 165:17, 165:20, 165:22, 166:12, 166:15, 166:18, 167:5, 167:10, 167:18, 167:22, 168:1, 168:7, 168:19

**OFF** [3] - 74:23, 76:25, 77:1

**OFFER** [3] - 25:13, 142:13, 165:7

**OFFERED** [4] - 25:19, 144:4, 146:17, 147:6

**OFFICE** [9] - 3:21, 7:4, 7:22, 14:19, 16:14, 31:21, 34:10, 52:25, 127:1

**OFFICIAL** [3] - 1:19, 120:10, 168:22

**OFFICIALLY** [1] - 107:22

**OFTEN** [8] - 11:22,

12:4, 18:3, 18:4, 18:7, 18:9, 48:11, 119:8

**OFTENTIMES** [1] - 72:20

**OH** [1] - 64:14

**OHIO** [1] - 79:22

**OKAY** [123] - 4:20, 5:2, 6:21, 8:19, 11:23, 13:10, 16:9, 16:24, 17:23, 18:12, 18:21, 22:10, 23:3, 24:1, 24:21, 24:25, 25:21, 25:24, 26:12, 26:23, 27:2, 27:17, 29:15, 31:9, 31:11, 32:8, 33:8, 35:2, 35:4, 36:24, 39:12, 39:14, 40:19, 41:1, 41:13, 42:23, 45:23, 45:25, 46:7, 48:24, 49:16, 54:1, 56:3, 57:24, 59:4, 62:24, 69:14, 70:5, 70:11, 70:17, 71:3, 72:22, 74:4, 75:1, 75:4, 75:9, 75:19, 77:8, 77:20, 82:9, 82:19, 83:1, 85:11, 88:6, 88:21, 90:6, 93:6, 95:16, 96:7, 97:15, 97:24, 99:2, 99:8, 101:8, 102:4, 103:22, 105:1, 105:17, 106:2, 107:9, 127:7, 129:16, 131:18, 132:18, 134:23, 134:24, 135:9, 135:18, 136:5, 136:20, 136:24, 137:2, 137:13, 137:17, 138:3, 138:8, 138:18, 138:19, 139:14, 139:23, 140:6, 141:12, 142:18, 143:7, 143:16, 143:25, 144:20, 147:14, 149:13, 150:3, 150:22, 152:1, 154:23, 155:25, 162:25, 164:19, 165:14, 166:6, 166:17, 166:23, 167:14, 168:11

**OLDER** [1] - 18:8

**OLYMPICS** [2] - 16:5, 20:18

**ON** [188] - 5:20, 6:12,

7:6, 10:13, 10:21, 14:20, 15:13, 15:14, 15:24, 16:8, 16:19, 16:24, 17:9, 18:10, 18:19, 18:23, 18:24, 19:6, 19:10, 19:21, 20:10, 20:21, 21:2, 21:15, 23:7, 23:17, 24:4, 31:24, 32:7, 32:11, 32:13, 32:24, 33:22, 39:2, 39:3, 39:25, 43:8, 43:23, 44:6, 45:16, 47:21, 47:25, 48:7, 51:12, 54:25, 55:6, 55:18, 57:13, 57:17, 57:25, 58:16, 58:17, 60:11, 60:12, 60:14, 60:24, 61:3, 61:4, 61:7, 61:23, 61:24, 62:1, 62:14, 64:1, 64:10, 64:12, 64:23, 66:17, 67:2, 67:22, 68:4, 69:9, 70:10, 71:18, 71:19, 72:4, 72:5, 74:20, 75:5, 75:21, 75:25, 76:19, 78:2, 79:20, 79:23, 80:6, 80:10, 85:14, 86:3, 86:16, 87:3, 87:15, 87:18, 87:22, 88:22, 89:18, 90:3, 91:22, 93:10, 94:25, 96:10, 97:21, 98:19, 99:18, 99:19, 99:21, 100:17, 101:8, 105:8, 105:12, 105:13, 105:14, 105:25, 106:6, 108:22, 110:6, 110:9, 110:17, 112:4, 112:17, 112:21, 117:11, 118:24, 119:5, 119:25, 120:15, 121:4, 121:7, 121:20, 122:1, 122:5, 123:4, 123:14, 123:19, 123:21, 124:25, 125:2, 125:3, 125:4, 125:19, 126:2, 126:17, 126:22, 126:24, 127:22, 128:14, 128:15, 129:24, 130:4, 132:12, 132:16, 142:1, 142:24, 143:2, 143:6, 143:7, 143:16, 143:24, 147:8, 149:20,

150:1, 150:2, 151:9, 151:13, 153:6, 153:8, 153:20, 153:23, 153:24, 154:16, 154:17, 154:18, 154:19, 156:13, 158:9, 158:11, 160:4, 160:20, 163:23, 164:9, 166:6, 167:2, 167:5, 167:12

**ONCE** [6] - 33:5, 33:7, 33:16, 45:7, 106:25, 117:14

**ONE** [62] - 15:19, 16:16, 18:24, 19:1, 19:6, 20:1, 22:24, 23:5, 24:20, 27:7, 28:9, 28:13, 31:23, 34:17, 35:24, 42:2, 43:23, 44:22, 45:2, 47:13, 47:14, 47:16, 50:5, 61:15, 65:9, 65:15, 69:3, 69:7, 69:8, 71:9, 71:10, 78:22, 78:23, 82:2, 82:24, 93:13, 94:6, 95:8, 97:8, 97:19, 97:21, 102:12, 105:5, 109:14, 109:15, 112:20, 115:23, 117:22, 119:14, 122:19, 123:25, 124:3, 129:14, 148:13, 149:17, 154:11, 159:22, 161:6, 167:10

**ONE-ANSWER** [1] - 94:6

**ONE-SIZE-FITS-ALL** [1] - 28:9

**ONES** [6] - 31:13, 82:3, 102:8, 124:12, 151:12, 166:5

**ONGOING** [6] - 17:12, 17:13, 27:15, 39:8, 55:24, 80:16

**ONLY** [8] - 4:11, 7:20, 15:20, 32:18, 38:19, 115:3, 137:19, 168:4

**OPEN** [2] - 14:21, 119:6

**OPEN-ENDED** [1] - 119:6

**OPENED** [2] - 10:13, 30:21

**OPENS** [1] - 3:1

**OPERATED** [1] - 120:13

**OPINED** [2] - 163:20, 164:6

**OPINION** [31] - 25:18, 35:17, 36:1, 36:6, 36:24, 37:4, 55:25, 56:4, 56:14, 58:3, 60:8, 60:24, 60:25, 61:2, 61:4, 61:12, 62:10, 66:16, 67:1, 142:13, 143:25, 144:6, 150:23, 151:3, 153:7, 153:18, 154:14, 154:25, 158:6, 159:1, 165:8

**OPINIONS** [3] - 52:20, 150:7, 150:15

**OPPOSED** [2] - 28:25, 37:19

**OPTION** [1] - 99:6

**OPTIONS** [3] - 98:25, 99:6, 99:18

**OR** [165] - 4:7, 11:17, 15:25, 17:22, 18:4, 18:16, 20:16, 20:20, 21:12, 21:14, 22:16, 22:21, 23:16, 23:23, 24:18, 24:20, 26:5, 26:15, 26:17, 27:4, 28:1, 28:17, 28:18, 28:21, 28:25, 32:22, 33:12, 33:13, 36:25, 37:18, 38:16, 39:7, 41:5, 42:20, 43:17, 43:25, 44:13, 44:15, 44:18, 44:19, 45:5, 45:9, 46:5, 47:3, 47:4, 48:11, 50:22, 53:13, 56:4, 56:22, 57:21, 58:13, 59:5, 61:12, 63:22, 63:23, 64:1, 66:20, 67:25, 68:4, 69:8, 69:9, 69:10, 71:9, 72:1, 76:9, 81:8, 82:4, 82:5, 82:8, 82:13, 82:15, 82:22, 83:18, 83:19, 84:2, 84:3, 84:17, 85:16, 85:21, 88:4, 89:12, 89:25, 90:5, 90:15, 90:17, 90:20, 91:23, 92:2, 92:6, 94:5, 96:4, 96:21, 97:10, 99:5, 105:15, 105:17, 106:3, 106:6, 107:5, 107:7, 107:14, 108:1, 108:23, 109:4, 109:15, 109:18, 115:11,

117:7, 118:7, 118:10, 121:17, 121:21, 123:10, 124:11, 126:18, 126:25, 127:21, 127:25, 128:15, 128:25, 129:1, 135:20, 136:12, 137:14, 143:24, 145:16, 145:22, 147:7, 149:13, 149:14, 150:15, 150:23, 150:25, 152:12, 152:19, 154:25, 155:17, 156:4, 157:7, 158:8, 158:12, 158:13, 160:10, 160:20, 161:5, 161:23, 162:17, 165:7, 165:8, 165:9, 165:10, 166:14

**ORDER** [13] - 54:9, 54:19, 55:1, 82:16, 97:10, 107:20, 112:3, 112:8, 112:13, 116:4, 120:24, 154:4, 161:10

**ORGANIZATION** [1] - 69:5

**ORIENTED** [1] - 83:14

**ORIGINALLY** [1] - 162:15

**ORLANDO** [1] - 13:13

**OTHER** [73] - 4:1, 4:6, 5:21, 6:11, 6:23, 7:17, 7:24, 13:6, 14:16, 14:18, 14:22, 15:11, 20:16, 23:5, 24:4, 24:19, 24:20, 29:23, 30:2, 31:25, 32:14, 37:22, 38:6, 38:7, 48:13, 50:9, 55:7, 59:21, 59:24, 59:25, 60:15, 60:19, 60:21, 61:4, 61:18, 62:7, 64:11, 67:25, 68:20, 69:9, 71:8, 73:2, 74:22, 76:9, 76:16, 76:17, 81:19, 84:16, 84:17, 96:12, 96:22, 98:14, 108:11, 110:11, 121:22, 122:6, 123:21, 137:23, 138:4, 141:23, 149:14, 150:13, 155:20, 155:24, 161:22, 161:24,

162:19, 164:15, 165:14, 165:21, 165:25, 167:13, 168:9

**OTHERS** [3] - 72:5, 109:4, 166:5

**OTITIS** [1] - 40:23

**OUR** [18] - 8:17, 9:25, 12:16, 14:11, 15:2, 21:16, 22:7, 26:4, 26:5, 26:10, 27:11, 49:24, 50:1, 50:20, 80:12, 95:8

**OUT** [32] - 4:18, 7:1, 10:20, 13:23, 19:9, 19:21, 24:7, 32:22, 33:8, 33:19, 47:4, 50:25, 68:7, 89:22, 102:16, 106:15, 106:21, 107:5, 109:5, 114:24, 119:18, 119:24, 121:5, 126:10, 128:13, 132:21, 135:12, 137:10, 145:22, 159:5, 164:23, 168:2

**OUTPATIENT** [1] - 80:15

**OUTPUT** [2] - 84:23, 85:1

**OUTPUTTING** [2] - 81:22, 81:25

**OUTSIDE** [3] - 4:1, 65:19, 157:23

**OUTSTANDING** [1] - 8:5

**OVER** [17] - 10:16, 10:21, 11:2, 30:9, 59:19, 60:4, 77:17, 87:2, 87:5, 94:19, 104:24, 125:25, 130:17, 130:25, 142:24, 149:18, 154:18

**OVERALL** [5] - 21:16, 26:21, 67:19, 68:2, 100:14

**OVERRULE** [1] - 128:11

**OVERVIEW** [1] - 79:17

**OVERWHELMED** [1] - 24:4

**OVERWHELMING** [1] - 23:19

**OWN** [7] - 10:13, 39:3, 62:18, 63:4, 70:20, 83:7, 150:2

**OZ** [1] - 139:20

# P

**PA** [4] - 1:9, 1:16, 1:21, 2:9
**PAGE** [23] - 47:22, 47:25, 57:11, 57:13, 57:17, 62:14, 62:20, 62:21, 85:14, 87:2, 87:3, 87:5, 87:15, 88:8, 88:22, 112:5, 142:24, 143:7, 151:9, 151:11
**PAGES** [4] - 85:16, 87:18, 97:24, 112:17
**PANDEMIC** [4] - 85:8, 85:9, 85:10
**PANTYHOSE** [1] - 23:12
**PAPE** [14] - 3:10, 5:15, 78:19, 92:8, 105:3, 133:23, 134:7, 138:10, 140:17, 141:7, 141:11, 141:20, 169:14
**PAPER** [1] - 82:8
**PARAGRAPH** [16] - 47:25, 57:17, 62:15, 62:23, 88:10, 88:14, 125:8, 125:23, 126:4, 126:5, 126:9, 127:8, 127:13, 128:10, 151:17
**PARDON** [1] - 123:8
**PARENT** [2] - 72:16, 80:18
**PARENTS** [17] - 37:17, 37:20, 46:4, 46:5, 47:2, 56:18, 73:8, 83:23, 92:18, 92:25, 119:23, 136:11, 137:7, 148:5, 148:9, 154:6, 163:8
**PARK** [1] - 13:2
**PART** [35] - 9:8, 9:25, 11:10, 23:2, 26:25, 32:9, 41:1, 41:3, 41:8, 43:11, 43:13, 50:8, 55:17, 66:12, 67:14, 67:18, 68:1, 85:21, 85:25, 92:19, 113:25, 114:4, 114:16, 116:1, 116:10, 116:14, 116:15, 116:19, 121:1, 127:25, 129:13, 161:5, 166:15, 166:18
**PARTICIPANT** [1] - 156:20
**PARTICIPANTS** [1] -

71:21
**PARTICIPATE** [2] - 5:17, 70:14
**PARTICIPATED** [4] - 5:22, 45:15, 53:12, 70:10
**PARTICIPATING** [1] - 52:12
**PARTICIPATION** [4] - 5:20, 126:23, 148:9, 163:10
**PARTICULAR** [3] - 10:15, 21:3, 101:15
**PARTICULARLY** [1] - 102:8
**PARTNER** [89] - 29:21, 29:25, 30:4, 31:13, 31:15, 31:19, 32:22, 35:7, 35:19, 35:24, 36:4, 37:2, 37:6, 40:9, 40:13, 46:10, 54:15, 58:2, 58:4, 59:10, 59:14, 60:10, 62:3, 62:17, 63:2, 63:14, 65:20, 70:22, 70:25, 71:11, 71:15, 71:25, 72:1, 72:3, 72:6, 72:24, 74:7, 74:9, 91:17, 91:18, 91:24, 92:7, 93:8, 93:19, 95:21, 103:18, 103:21, 106:17, 107:20, 108:7, 108:18, 110:22, 111:4, 111:11, 111:21, 111:24, 112:19, 112:24, 113:13, 113:23, 114:8, 114:24, 115:17, 115:23, 116:5, 116:11, 120:16, 120:20, 120:24, 121:8, 125:22, 126:3, 128:24, 130:15, 133:21, 134:2, 137:21, 137:24, 138:5, 144:2, 153:2, 157:24, 157:25, 158:24, 162:6, 163:21, 164:7, 165:7, 168:2
**PARTNERED** [1] - 16:5
**PARTNERS** [1] - 105:5
**PARTS** [5] - 26:3, 26:20, 26:22, 43:15, 67:23

**PASSAGE** [6] - 94:1, 94:3, 94:13, 161:8, 161:9, 161:10
**PASSING** [4] - 63:11, 63:25, 116:9, 157:9
**PASSIONATE** [1] - 45:11
**PASSPORT** [1] - 20:18
**PAST** [7] - 37:23, 70:15, 108:12, 110:4, 114:6, 167:11
**PATHOLOGIST** [11] - 8:16, 50:2, 50:12, 50:15, 50:20, 50:23, 51:1, 145:14, 145:17, 145:20, 145:23
**PATHOLOGISTS** [2] - 7:2, 68:12
**PATHOLOGY** [12] - 49:22, 50:3, 50:13, 50:17, 51:8, 51:11, 51:13, 51:16, 51:19, 145:11, 146:5, 146:8
**PATIENT** [23] - 5:16, 13:12, 17:10, 17:14, 29:19, 30:8, 30:15, 31:1, 54:5, 55:7, 66:1, 67:16, 67:19, 69:21, 71:23, 72:23, 73:11, 76:11, 76:19, 80:12, 149:14, 161:22, 162:9
**PATIENT'S** [1] - 80:20
**PATIENTS** [28] - 5:21, 7:15, 7:16, 10:22, 11:1, 11:17, 12:7, 17:15, 17:17, 17:19, 17:24, 18:1, 21:10, 29:23, 30:2, 31:11, 37:13, 63:22, 64:8, 67:6, 67:22, 68:23, 70:8, 80:22, 81:8, 81:20, 161:25, 162:2
**PATIENTS'** [1] - 6:24
**PATTERN** [2] - 98:19, 99:1
**PAUSE** [4] - 95:2, 109:21, 140:3, 157:18
**PAVILION** [1] - 19:9
**PEARLSTINE** [1] - 2:7
**PEDIATRIC** [1] - 6:8
**PEDIATRICIAN** [9] - 6:2, 6:6, 6:7, 7:8, 48:18, 48:19, 51:14, 54:3, 76:13
**PEDIATRICIANS** [1] - 50:8

**PEDIATRICS** [5] - 6:15, 6:16, 9:17, 25:15, 45:18
**PEER** [8] - 20:3, 51:7, 66:18, 67:3, 146:4, 158:8, 158:10, 159:13
**PEERS** [1] - 7:21
**PENCIL** [1] - 82:8
**PENN** [1] - 119:19
**PENNSYLVANIA** [8] - 1:2, 16:12, 79:8, 79:9, 79:12, 79:14, 105:24, 107:17
**PEOPLE** [67] - 5:21, 7:23, 13:3, 19:13, 20:6, 21:12, 21:21, 22:3, 22:4, 22:15, 23:9, 23:20, 23:23, 24:2, 32:10, 32:12, 37:22, 38:2, 38:6, 43:22, 43:25, 44:1, 44:14, 44:17, 55:7, 55:13, 57:7, 57:9, 59:21, 60:2, 60:21, 61:19, 61:21, 62:7, 64:11, 65:13, 65:16, 66:19, 66:23, 67:9, 68:17, 68:20, 68:22, 71:22, 71:24, 72:2, 72:15, 73:17, 74:13, 74:15, 74:22, 76:14, 82:3, 83:18, 86:23, 116:20, 119:20, 119:21, 138:24, 140:23, 141:17, 143:13, 159:11, 160:22
**PERCENT** [9] - 10:24, 16:3, 17:13, 17:23, 84:22, 110:24, 119:19, 119:20, 130:1
**PERCENTAGE** [3] - 10:22, 17:9, 84:20
**PERCENTILE** [2] - 100:4, 100:7
**PERFECT** [1] - 137:17
**PERFORM** [6] - 72:18, 72:19, 90:24, 92:20, 109:18, 128:4
**PERFORMANCE** [8] - 22:7, 82:24, 90:3, 96:10, 96:18, 96:24, 163:25, 164:11
**PERFORMED** [4] - 92:22, 148:5, 158:20, 161:15
**PERFORMER** [1] - 94:21

**PERFORMING** [3] - 82:7, 101:18, 101:19
**PERHAPS** [1] - 68:24
**PERIOD** [8] - 38:18, 50:4, 88:2, 110:13, 131:17, 132:11, 132:15, 164:25
**PERMITTED** [4] - 117:4, 117:6, 162:21, 167:11
**PERMITTING** [1] - 148:14
**PERSEVERATIVE** [1] - 28:20
**PERSON** [18] - 4:11, 5:25, 28:13, 43:20, 56:17, 59:15, 65:9, 65:15, 65:21, 69:9, 69:10, 70:23, 77:16, 128:1, 153:4, 153:5, 154:5
**PERSON'S** [1] - 26:2
**PERSONAL** [2] - 53:19, 154:1
**PERSONALLY** [3] - 7:19, 69:11, 90:6
**PERSONS** [7] - 12:1, 15:14, 26:13, 28:10, 37:7, 37:8, 37:11
**PERSPECTIVE** [10] - 5:24, 20:7, 20:8, 57:23, 57:24, 59:3, 65:6, 66:7, 67:11, 76:19
**PETTY** [2] - 133:7
**PHILADELPHIA** [10] - 1:9, 1:21, 10:1, 10:2, 10:3, 12:11, 12:21, 13:7, 14:2, 16:20
**PHILLIES** [5] - 12:24, 12:25, 13:5, 15:10, 70:9
**PHILLY** [1] - 10:6
**PHL** [1] - 14:17
**PHONE** [1] - 166:16
**PHOTO** [2] - 115:23, 115:24
**PHRASE** [7] - 58:19, 58:20, 59:1, 152:1, 152:3, 152:5, 152:22
**PHRASES** [2] - 44:1, 44:2
**PHYSIATRIST** [1] - 81:2
**PHYSICAL** [7] - 7:3, 16:20, 51:15, 80:11, 81:4, 89:25, 90:4
**PHYSICIAN** [1] - 81:3
**PHYSICS** [1] - 28:21
**PICKED** [1] - 48:7

PICTURE [37] - 63:13, 63:15, 113:10, 113:11, 113:12, 113:18, 113:20, 113:22, 115:14, 115:16, 115:19, 133:14, 133:17, 133:19, 133:22, 134:8, 134:22, 134:24, 135:1, 135:14, 135:15, 135:16, 135:18, 136:3, 138:11, 138:15, 138:20, 139:8, 139:10, 139:13, 139:16, 157:13, 157:18, 160:2

PIECE [2] - 67:18, 109:9

PIECES [1] - 19:24

PLACE [2] - 7:20, 113:16

PLACED [2] - 121:20, 124:25

PLACEMENT [2] - 84:2, 147:7

PLACES [2] - 12:6, 51:21

PLAINTIFF [7] - 1:4, 1:17, 2:4, 3:11, 5:5, 78:5, 103:25

PLAINTIFF'S [5] - 25:7, 39:15, 40:6, 85:12, 87:1

PLAINTIFFS [4] - 3:9, 3:16, 4:21, 25:13

PLANNING [4] - 26:19, 27:11, 118:25, 119:2

PLANS [1] - 6:13

PLAY [6] - 12:6, 12:7, 12:8, 28:5, 86:24, 119:9

PLAYER [4] - 109:16, 109:18, 119:8, 119:10

PLAYERS [1] - 109:14

PLEASANTLY [1] - 19:12

PLEASE [24] - 3:6, 4:5, 5:3, 5:7, 5:10, 78:3, 78:7, 78:11, 89:23, 103:10, 103:12, 103:21, 103:23, 104:2, 104:6, 104:18, 113:20, 138:16, 138:19, 140:1, 147:21, 150:10,

152:16, 163:2

PLENTY [1] - 149:24

POINT [30] - 5:23, 26:11, 39:17, 43:17, 43:18, 43:19, 43:20, 55:24, 66:6, 70:25, 80:6, 83:1, 99:3, 99:5, 99:15, 109:3, 110:25, 112:22, 115:18, 119:24, 131:4, 155:7, 157:4, 157:8, 159:14, 159:18, 161:15, 165:5, 166:11

POINTED [1] - 108:22

POINTER [1] - 123:25

POINTING [6] - 63:10, 99:9, 99:13, 99:21, 118:14

POINTS [3] - 115:4, 115:7, 118:19

POKE [3] - 119:4, 122:19, 123:5

POKES [3] - 108:25, 118:8, 122:17

POKING [1] - 109:10

POLICY [1] - 16:7

POP [1] - 4:16

POPULATION [12] - 12:22, 15:23, 16:8, 19:10, 21:3, 22:11, 22:23, 80:12, 82:22, 84:7, 127:14, 155:6

POPULATIONS [3] - 14:22, 86:22, 86:25

POSED [2] - 116:20, 128:25

POSITION [6] - 10:7, 17:1, 115:22, 133:24, 159:3, 159:7

POSSIBILITY [1] - 92:14

POSSIBLE [6] - 7:1, 48:6, 62:17, 63:3, 108:16, 160:25

POSSIBLY [1] - 117:15

POST [2] - 85:8, 85:9

POSTDOCTORAL [1] - 80:3

POTENTIALLY [2] - 109:4, 110:24

PRACTICE [31] - 5:19, 6:5, 7:9, 8:16, 10:4, 10:11, 10:12, 11:5, 14:12, 17:6, 23:1, 30:12, 30:21, 31:6, 39:18, 39:19, 39:20, 39:21, 44:21, 45:3, 68:3, 71:16, 83:7,

83:8, 83:20, 85:3, 90:7, 90:13, 93:14, 126:15, 145:19

PRACTICES [2] - 14:21, 84:16

PRACTITIONER [9] - 111:6, 111:8, 111:13, 112:25, 114:3, 114:4, 114:20, 116:2, 116:11

PRAGMATIC [2] - 28:25, 44:19

PRAISE [2] - 92:5, 148:9

PRAXIS [1] - 126:20

PRE [3] - 85:8, 85:9, 105:16

PREBOARD [1] - 13:14

PRECLUDE [2] - 103:6, 142:15

PREFERENCE [1] - 26:11

PREFERRED [4] - 44:20, 93:2, 96:13, 123:18

PREFERS [1] - 20:4

PREMED [2] - 9:6, 9:9

PREMISE [3] - 118:18, 118:21, 118:22

PREPARATION [2] - 164:24, 165:9

PREPARE [12] - 11:14, 11:18, 14:5, 52:3, 54:2, 54:9, 54:13, 54:20, 55:2, 139:4, 139:5

PREPARED [7] - 13:3, 13:21, 47:21, 48:21, 49:3, 52:5, 150:17

PREPARING [3] - 148:19, 150:6, 158:25

PRESCRIBED [3] - 81:14, 93:22, 94:2

PRESENCE [7] - 59:15, 65:19, 90:20, 91:16, 148:4, 153:3, 157:24

PRESENT [4] - 153:5, 153:6, 157:12, 158:1

PRESENTATION [4] - 7:17, 12:16, 52:13, 100:14

PRESENTATIONS [1] - 52:25

PRESENTED [8] - 31:22, 32:1, 45:17, 51:12, 73:3, 163:17,

165:1

PRESENTS [2] - 57:8, 57:10

PRESSING [1] - 67:22

PRESSURE [2] - 40:18, 67:24

PRESUME [1] - 118:22

PRESUMPTION [2] - 120:3, 120:13

PRETRIAL [1] - 167:14

PRETTY [2] - 34:8, 93:21

PREVENT [1] - 113:12

PREVENTS [1] - 116:13

PREVIOUS [1] - 148:22

PREWRITTEN [1] - 32:10

PRIMARILY [3] - 46:4, 106:5, 124:2

PRIMARY [7] - 30:11, 39:21, 39:24, 106:7, 111:12, 129:18, 164:17

PRIOR [7] - 20:22, 42:3, 42:9, 46:2, 53:2, 53:4, 53:24

PRIVACY [3] - 59:6, 152:14, 152:20

PRIVATE [11] - 8:18, 10:10, 10:12, 30:21, 31:6, 59:10, 83:8, 83:20, 85:3, 152:25, 166:2

PRIZANT [1] - 68:14

PROBABLY [10] - 11:4, 17:13, 23:11, 31:4, 50:19, 88:19, 95:5, 105:21, 144:19, 162:16

PROBLEM [5] - 26:19, 95:10, 95:12, 115:13, 131:3

PROCEDURE [4] - 125:11, 148:6, 148:11, 148:17

PROCEDURES [2] - 89:13, 162:21

PROCEED [5] - 4:20, 95:16, 136:21, 138:9, 167:18

PROCEEDING [3] - 3:23, 95:2, 140:3

PROCEEDINGS [2] - 1:23, 168:19

PROCEEDS [1] - 137:7

PROCESS [15] - 49:13, 49:17, 56:9, 57:2, 68:2, 81:17, 145:2, 147:8, 147:10, 155:9, 156:20, 157:4, 157:5, 157:8, 158:11

PROCESSES [1] - 16:19

PRODUCED [1] - 1:23

PROFESSIONAL [11] - 9:3, 10:16, 10:21, 25:11, 35:18, 36:2, 69:9, 76:17, 79:7, 85:19, 144:1

PROFESSIONALLY [1] - 70:16

PROFESSIONALS [2] - 20:17, 50:6

PROFESSOR [2] - 17:3, 28:20

PROGRAM [23] - 9:6, 9:8, 12:17, 13:6, 14:11, 14:16, 15:2, 15:10, 20:21, 45:6, 50:21, 80:2, 107:16, 107:19, 129:24, 146:18, 147:7, 148:1, 163:8, 163:10, 163:14, 165:19

PROGRAMMATIC [1] - 18:22

PROGRAMMING [3] - 84:2, 85:23, 90:16

PROGRAMS [10] - 5:17, 11:24, 12:13, 12:18, 13:8, 52:12, 53:13, 144:3, 163:22, 164:8

PROGRESS [2] - 80:20, 163:11

PROJECTS [2] - 17:13, 18:24

PROLONGED [2] - 38:18, 50:4

PROMPT [1] - 117:11

PRONOUNCE [1] - 93:20

PROPORTION [1] - 18:8

PROPOSE [1] - 130:13

PROPOSED [1] - 99:20

PROSODY [1] - 44:13

PROTECT [3] - 59:6, 152:13, 152:20

PROTEST [1] - 96:5

PROVABLE [1] -

156:11

**PROVE** [4] - 64:15, 65:5, 114:15, 117:1
**PROVEN** [1] - 130:3
**PROVIDE** [6] - 19:14, 38:19, 56:3, 60:9, 150:22, 151:3
**PROVIDED** [9] - 49:16, 59:5, 83:17, 121:9, 145:1, 145:5, 148:1, 152:13, 152:19
**PROVIDERS** [3] - 60:15, 60:19, 60:25
**PROVIDES** [1] - 39:24
**PROVIDING** [1] - 49:12
**PSYCHIATRIC** [1] - 73:18
**PSYCHIATRIST** [4] - 7:5, 7:23, 8:3, 81:6
**PSYCHOLOGICAL** [4] - 74:2, 78:20, 90:1, 158:12
**PSYCHOLOGIST** [8] - 7:4, 8:9, 8:10, 79:8, 79:11, 79:13, 79:14, 166:14
**PSYCHOLOGISTS** [4] - 7:4, 81:15, 83:15, 89:17
**PSYCHOLOGY** [4] - 79:19, 79:21, 79:25, 166:13
**PUBLIC** [1] - 12:4
**PUBLISHED** [5] - 16:9, 16:10, 51:7, 146:4, 159:13
**PULL** [3] - 48:2, 117:9, 123:10
**PULLED** [5] - 48:10, 48:13, 48:14, 74:21, 74:22
**PURPORTED** [1] - 47:22
**PURPOSE** [11] - 63:24, 64:1, 65:22, 77:23, 82:23, 89:11, 103:5, 121:14, 133:19, 151:2, 151:6
**PURPOSES** [3] - 25:21, 64:3, 77:14
**PUSH** [1] - 110:7
**PUT** [16] - 19:22, 24:15, 43:2, 57:25, 62:4, 66:6, 78:1, 97:12, 115:21, 117:13, 118:9, 123:12, 126:12, 128:8, 133:24,

149:20
**PUT-TOGETHER** [1] - 43:2
**PUTTING** [1] - 127:18

## Q

**QUADRANT** [1] - 98:22
**QUADRANTS** [1] - 98:20
**QUALIFICATIONS** [2] - 25:17, 49:20
**QUALIFIED** [1] - 79:14
**QUALIFY** [1] - 77:15
**QUALITY** [1] - 44:16
**QUESTION** [72] - 25:17, 38:18, 39:1, 39:3, 39:4, 58:15, 65:19, 65:21, 66:24, 66:25, 72:22, 88:9, 102:9, 102:10, 111:7, 111:19, 111:20, 112:2, 112:6, 112:7, 112:8, 112:11, 112:13, 112:16, 112:18, 112:20, 112:23, 113:3, 113:6, 113:9, 113:10, 113:17, 113:19, 115:15, 116:1, 116:3, 116:7, 118:16, 120:6, 120:22, 120:23, 121:2, 121:3, 122:23, 123:9, 125:25, 126:4, 127:8, 127:9, 127:11, 128:1, 128:17, 128:25, 129:1, 129:6, 129:7, 129:10, 133:20, 134:24, 135:5, 136:1, 138:17, 146:24, 147:1, 147:21, 153:17, 155:25, 156:1, 158:16
**QUESTIONING** [1] - 147:18
**QUESTIONS** [46] - 32:11, 32:20, 42:1, 42:2, 42:10, 44:8, 61:17, 63:15, 69:13, 69:15, 75:2, 75:5, 75:12, 84:2, 94:2, 94:3, 94:6, 97:11, 101:23, 102:5, 102:12, 106:12, 114:5, 119:13,

125:8, 125:15, 126:6, 126:25, 127:3, 127:6, 127:23, 129:15, 130:8, 130:10, 131:22, 133:10, 134:9, 137:8, 137:13, 139:22, 157:23, 159:20, 161:20, 162:15, 163:5, 166:7
**QUIETER** [1] - 137:1
**QUITE** [4] - 27:14, 61:22, 94:17, 123:17
**QUIZ** [2] - 164:24, 165:9
**QUOTE** [6] - 87:19, 88:22, 88:25, 89:8, 89:22, 89:24

## R

**R-O-B-B-I-N-S** [1] - 78:10
**R-O-S-S** [1] - 5:9
**RAISE** [3] - 5:3, 78:3, 103:23
**RAMIFICATIONS** [1] - 21:4
**RAMP** [1] - 11:19
**RAN** [1] - 70:9
**RANDOM** [1] - 99:12
**RANGE** [2] - 17:17, 84:4
**RAPPORT** [1] - 63:17
**RATE** [1] - 158:8
**RATING** [1] - 143:10
**RAW** [1] - 101:14
**RAY** [2] - 14:13, 15:2
**RAYS** [1] - 67:25
**RD** [1] - 2:8
**REACH** [4] - 7:1, 74:4, 158:5, 163:12
**REACHED** [2] - 122:2, 123:15
**REACHING** [1] - 158:13
**REACTIONS** [1] - 21:17
**REACTS** [1] - 109:11
**READ** [16] - 62:25, 89:21, 89:22, 94:1, 107:3, 125:8, 125:14, 125:22, 126:4, 126:10, 127:7, 127:25, 150:16, 159:10, 161:8, 161:10
**READING** [6] - 96:15, 97:11, 101:4,

127:13, 128:10, 161:7
**READY** [3] - 77:2, 77:11, 136:20
**REAL** [6] - 65:25, 66:5, 66:11, 72:10, 92:6
**REALIZE** [1] - 49:8
**REALLY** [44] - 7:19, 10:19, 11:13, 12:9, 12:10, 12:20, 12:22, 12:23, 16:1, 19:1, 25:18, 29:8, 30:10, 34:17, 38:12, 44:21, 45:7, 45:14, 52:7, 62:4, 64:7, 64:13, 65:14, 70:14, 71:4, 77:15, 84:7, 91:19, 97:3, 100:13, 100:19, 104:22, 104:23, 118:7, 122:24, 135:20, 137:20, 144:7, 144:9, 151:2, 151:7, 152:22, 165:12, 167:23
**REASON** [9] - 73:14, 73:17, 104:25, 109:15, 120:21, 120:22, 123:20, 125:15, 126:5
**REASONABLE** [5] - 35:17, 36:1, 36:25, 37:4, 143:25
**REASONING** [4] - 97:9, 97:12, 98:16, 98:19
**REASONS** [1] - 19:1
**RECALL** [7] - 46:13, 46:15, 49:12, 105:11, 105:19, 121:5, 145:3
**RECENTLY** [1] - 70:15
**RECEPTIVE** [2] - 26:4, 82:4
**RECERTIFY** [1] - 6:20
**RECESS** [8] - 41:17, 41:19, 75:8, 75:10, 77:9, 136:19, 163:1, 163:3
**RECIPROCAL** [9] - 28:24, 38:21, 39:6, 39:8, 39:11, 44:18, 44:24, 44:25, 58:14
**RECOGNIZED** [2] - 15:7, 86:20
**RECOMMEND** [1] - 114:21
**RECOMMENDATIONS** [3] - 73:8, 85:22,

91:2
**RECORD** [15] - 3:7, 5:8, 40:19, 41:1, 41:4, 41:8, 41:9, 60:3, 76:25, 77:1, 78:8, 104:3, 139:15, 149:20, 168:19
**RECORDED** [1] - 1:23
**RECORDS** [2] - 15:17, 41:5
**RECREATED** [1] - 156:11
**RECROSS** [1] - 169:4
**REDIRECT** [4] - 118:1, 159:21, 159:23, 169:4
**REDUCTION** [1] - 74:7
**REESE** [1] - 45:15
**REFERENCE** [3] - 88:19, 101:17, 162:20
**REFERENCED** [2] - 110:20, 147:8
**REFERENCING** [1] - 113:14
**REFERRAL** [1] - 151:6
**REFERRED** [2] - 86:14, 90:1
**REFERRING** [4] - 147:9, 156:8, 156:9, 156:10
**REFLECT** [4] - 25:10, 40:19, 85:18, 91:2
**REFLECTED** [2] - 55:10, 153:14
**REGIMENT** [2] - 75:22, 75:25
**REGULAR** [5] - 41:2, 70:10, 105:8, 105:12, 105:14
**REGULATE** [1] - 24:15
**REGULATED** [3] - 109:7, 109:17, 120:20
**REGULATING** [1] - 121:23
**REGULATION** [2] - 111:10, 114:24
**REHABILITATION** [1] - 80:12
**REIMANN** [77] - 1:14, 1:15, 3:8, 3:25, 4:2, 4:8, 4:13, 4:15, 4:21, 5:13, 18:20, 22:9, 24:22, 25:4, 25:5, 25:13, 25:24, 25:25, 29:16, 31:10, 35:5, 39:13, 41:11, 47:17, 75:3, 76:24, 77:12,

77:20, 78:17, 87:11, 87:22, 88:7, 91:9, 95:5, 95:14, 95:17, 103:10, 103:13, 103:22, 104:14, 105:1, 105:2, 106:9, 121:11, 128:7, 130:11, 130:16, 130:20, 131:12, 133:11, 134:13, 134:18, 137:25, 138:6, 139:25, 140:4, 142:3, 142:22, 144:20, 146:19, 146:21, 147:16, 147:20, 149:16, 150:4, 159:22, 159:24, 161:18, 166:8, 166:10, 166:21, 168:12, 169:6, 169:9, 169:12, 169:15

**RELATE** [1] - 22:1

**RELATED** [5] - 37:24, 74:3, 90:4, 102:21, 141:23

**RELATIVE** [2] - 82:24, 92:21

**RELAX** [1] - 21:7

**RELAXED** [1] - 24:5

**RELEASE** [1] - 75:7

**RELEVANT** [3] - 84:3, 146:21, 167:6

**RELIABILITY** [1] - 158:20

**RELIABLE** [2] - 157:7, 159:17

**RELIABLY** [2] - 26:12, 119:5

**RELIED** [3] - 102:25, 142:10, 156:4

**RELUCTANT** [1] - 97:22

**RELY** [1] - 89:17

**RELYING** [3] - 59:14, 153:3, 153:6

**REMEMBER** [17] - 30:10, 30:12, 31:1, 33:10, 34:5, 35:11, 52:5, 53:16, 53:21, 74:22, 105:16, 107:6, 135:15, 136:4, 150:17, 158:2

**REMIND** [1] - 119:11

**REMINDER** [1] - 117:12

**REMOVED** [1] - 29:6

**RENDER** [1] - 150:15

**RENDERING** [1] -

150:6

**REPEAT** [6] - 43:24, 44:2, 146:25, 147:21, 152:16, 164:4

**REPEATED** [2] - 44:9, 143:4

**REPEATEDLY** [1] - 28:1

**REPEATING** [1] - 92:3

**REPETITIVE** [8] - 23:21, 27:24, 27:25, 28:2, 28:15, 38:16, 43:9, 44:1

**REPETITIVENESS** [1] - 127:15

**REPHRASE** [1] - 153:17

**REPLACE** [1] - 134:1

**REPLICABLE** [1] - 108:15

**REPORT** [43] - 48:21, 49:3, 52:4, 52:21, 54:2, 54:9, 54:13, 54:20, 55:2, 55:3, 55:25, 56:3, 58:19, 59:2, 60:9, 61:13, 62:1, 62:14, 73:7, 74:5, 87:13, 87:21, 87:25, 88:20, 102:4, 142:8, 146:14, 147:14, 147:24, 148:19, 150:6, 150:7, 150:15, 150:22, 151:2, 151:4, 151:6, 151:9, 152:6, 162:20, 163:7, 164:6, 166:19

**REPORTED** [1] - 156:23

**REPORTER** [2] - 1:19, 168:22

**REPORTS** [2] - 83:22, 149:19

**REPRESENTATIVE** [3] - 82:22, 82:25, 91:1

**REPRESENTED** [2] - 47:12, 47:20

**REPRESENTS** [3] - 148:5, 148:10, 148:16

**REPUTATION** [3] - 8:4, 8:11, 8:20

**REQUEST** [5] - 61:19, 110:8, 135:4, 149:18, 151:7

**REQUESTING** [2] - 61:20, 149:21

**REQUESTS** [1] -

144:9

**REQUIRE** [3] - 28:6, 84:18, 97:12

**REQUIRED** [3] - 6:17, 14:21, 143:19

**REQUIRES** [3] - 91:16, 94:8, 97:9

**REQUIRING** [1] - 94:4

**RESEARCH** [10] - 51:8, 54:25, 55:20, 146:5, 150:14, 156:9, 156:13, 156:18, 158:25, 159:13

**RESEARCHERS** [2] - 116:20, 116:23

**RESEQUENCE** [1] - 161:9

**RESET** [3] - 122:20, 122:21, 122:22

**RESIDENCY** [2] - 9:13, 9:18

**RESIDENTS** [1] - 9:24

**RESIST** [1] - 96:4

**RESOURCES** [4] - 11:9, 11:12, 11:15, 11:25

**RESPECT** [2] - 110:8, 121:22

**RESPOND** [2] - 82:6, 151:24

**RESPONDED** [1] - 160:21

**RESPONDING** [1] - 149:5

**RESPONSE** [8] - 39:3, 42:4, 44:10, 94:5, 94:7, 99:22, 130:9, 152:9

**RESPONSES** [1] - 94:7

**RESPONSIBILITIES** [3] - 9:22, 80:9, 143:14

**RESPONSIBILITY** [1] - 109:16

**RESPONSIBLE** [2] - 69:8, 80:16

**REST** [1] - 67:14

**RESTATE** [1] - 126:1

**RESTATED** [1] - 154:12

**RESTATING** [1] - 154:11

**RESULT** [1] - 142:15

**RESULTS** [9] - 98:1, 100:22, 102:22, 102:25, 103:4, 155:20, 155:22, 155:25

**RESUME** [4] - 41:20, 104:21, 104:24, 110:14

**RETAKES** [1] - 142:20

**REVIEW** [5] - 110:23, 158:10, 164:3, 164:16, 166:17

**REVIEWED** [10] - 51:7, 66:18, 67:3, 93:11, 146:4, 158:8, 159:13, 163:23, 164:10, 165:15

**REVIEWING** [1] - 149:4

**REWRITTEN** [1] - 29:5

**RICHARD** [1] - 2:7

**RIGHT** [71] - 3:5, 3:18, 5:4, 8:24, 12:9, 12:11, 15:5, 17:7, 21:6, 22:7, 23:12, 24:24, 33:8, 34:13, 34:23, 38:9, 39:8, 41:17, 45:1, 45:9, 71:4, 72:15, 73:21, 75:8, 76:1, 76:20, 77:16, 77:25, 78:4, 78:22, 87:10, 99:16, 100:1, 100:4, 100:24, 103:24, 105:9, 105:15, 106:24, 109:22, 114:19, 117:18, 122:6, 122:10, 124:19, 126:16, 127:17, 130:12, 131:18, 132:16, 132:17, 133:9, 133:17, 134:6, 134:19, 136:8, 136:12, 136:14, 136:25, 137:21, 138:5, 138:8, 138:12, 141:8, 141:21, 141:25, 153:16, 162:10, 166:23, 166:25, 168:14

**RIGHTS** [2] - 164:23, 165:8

**RISK** [1] - 15:19

**RIVERS** [1] - 20:21

**RMR** [2] - 1:19, 168:23

**ROADS** [2] - 21:18, 21:21

**ROBBINS** [13] - 4:15, 4:16, 8:6, 55:9, 60:20, 77:13, 78:5, 78:10, 78:18, 142:8, 142:20, 144:25, 169:8

**ROBBINS'** [1] - 8:11

**ROCKING** [1] - 28:15

**ROLE** [5] - 9:25, 51:13, 90:22, 91:24, 156:24

**ROLES** [2] - 7:8, 108:5

**ROOM** [8] - 1:20, 4:17, 16:21, 90:21, 91:18, 93:20, 116:6, 121:16

**ROOMS** [3] - 20:10, 20:13, 20:15

**ROSS** [15] - 3:13, 3:14, 4:22, 4:24, 5:1, 5:5, 5:9, 5:14, 25:14, 41:23, 47:20, 141:14, 141:15, 169:5

**ROTATIONS** [1] - 50:18

**ROUTINE** [1] - 127:15

**ROUTINELY** [1] - 49:23

**RULES** [4] - 108:17, 110:21, 116:21, 122:20

**RUN** [3] - 32:24, 141:1, 159:2

**RUN-ON** [1] - 32:24

**RUNNING** [2] - 19:7, 33:4

## S

**S-T-A-R-T** [1] - 139:9

**S2C** [3] - 93:7, 128:18, 128:19

**SAD** [1] - 33:6

**SADLY** [2] - 48:10, 48:14

**SAID** [29] - 6:22, 14:2, 17:5, 17:23, 23:4, 30:19, 34:6, 36:17, 39:17, 40:17, 46:9, 46:24, 50:14, 56:11, 58:16, 58:17, 63:1, 70:6, 73:7, 94:15, 107:2, 113:19, 117:22, 120:1, 120:15, 138:22, 159:25, 160:15, 167:21

**SAME** [15] - 21:22, 34:17, 34:18, 57:23, 57:24, 71:4, 100:6, 111:5, 111:22, 112:4, 122:4, 123:11, 123:12, 147:16, 162:12

**SAW** [12] - 12:16, 36:7, 53:5, 62:10,

64:2, 94:10, 94:18, 141:14, 154:17, 154:18, 163:13, 167:25

**SAY** [65] - 17:4, 17:11, 21:17, 30:16, 32:22, 33:4, 33:6, 33:19, 34:25, 48:10, 53:23, 55:3, 55:11, 55:15, 56:11, 57:13, 57:19, 58:10, 59:17, 61:25, 62:6, 62:15, 64:3, 64:7, 64:14, 65:2, 65:18, 65:23, 66:15, 68:19, 72:7, 73:22, 73:24, 78:24, 84:22, 85:5, 87:6, 93:24, 95:6, 99:6, 105:14, 105:20, 105:22, 107:5, 108:21, 108:25, 109:13, 115:3, 117:9, 117:23, 122:18, 124:15, 124:20, 129:3, 129:10, 129:11, 137:19, 139:1, 147:24, 151:9, 151:13, 151:20, 160:22, 161:3

**SAYING** [20] - 33:9, 34:3, 34:20, 47:5, 48:5, 63:9, 65:3, 67:8, 72:13, 72:20, 73:20, 106:20, 109:2, 115:10, 117:24, 123:23, 124:12, 127:7, 128:3, 160:17

**SAYS** [9] - 48:1, 87:7, 88:16, 110:6, 110:8, 111:25, 119:19, 137:21, 168:2

**SCALE** [2] - 98:4, 143:24

**SCALES** [2] - 86:12, 143:10

**SCHEDULE** [3] - 18:4, 38:24, 104:11

**SCHEDULES** [1] - 19:7

**SCHOOL** [36] - 1:6, 7:9, 7:11, 7:12, 7:17, 7:20, 8:10, 9:7, 9:11, 9:12, 9:14, 19:2, 22:15, 42:19, 74:8, 76:15, 79:11, 79:13, 79:15, 84:7, 85:22, 86:1, 104:19, 121:5, 144:4, 144:12,

146:17, 147:6, 147:25, 154:6, 158:2, 158:4, 163:23, 164:9, 164:18, 166:13

**SCHOOLS** [5] - 72:16, 80:21, 80:23, 83:23, 84:1

**SCIENCE** [1] - 61:10

**SCIENTIFIC** [6] - 56:4, 66:12, 68:4, 150:23, 150:25, 158:12

**SCIENTIFICALLY** [3] - 57:3, 67:16, 159:16

**SCIENTIST** [1] - 66:13

**SCOPE** [1] - 121:12

**SCORE** [5] - 43:23, 98:13, 101:14, 143:22

**SCORED** [1] - 101:16

**SCORES** [7] - 82:21, 90:7, 92:22, 98:15, 142:25, 143:8, 163:13

**SCORING** [3] - 89:9, 89:14, 89:19

**SCREENS** [1] - 131:1

**SCRIPT** [4] - 44:1, 44:5, 44:7, 44:8

**SCRIPTING** [1] - 44:6

**SEAT** [1] - 13:16

**SEATED** [5] - 3:3, 5:11, 77:10, 78:12, 124:9

**SEATS** [2] - 13:19, 13:23

**SECOND** [16] - 15:20, 19:21, 57:16, 62:15, 62:23, 65:1, 78:23, 79:4, 88:10, 94:24, 96:20, 100:15, 100:22, 101:5, 134:7, 151:16

**SECRETARY** [2] - 14:12, 15:2

**SECURITY** [1] - 14:20

**SEE** [73] - 3:12, 4:16, 4:24, 7:20, 17:18, 17:19, 18:7, 18:8, 23:23, 24:2, 24:4, 32:12, 33:5, 33:7, 33:9, 33:22, 34:3, 34:23, 34:25, 36:15, 36:21, 36:23, 43:20, 48:3, 52:7, 57:17, 60:15, 62:19, 63:5, 63:14, 65:20, 65:24, 66:4, 67:16, 68:25, 76:12, 76:14, 83:24, 87:4, 88:12, 88:15,

89:2, 89:3, 94:12, 94:14, 97:10, 97:25, 105:8, 105:12, 113:11, 113:19, 115:14, 120:11, 123:13, 124:16, 124:20, 124:23, 125:1, 125:5, 130:24, 131:8, 133:22, 136:3, 136:15, 140:19, 141:15, 151:18, 157:24, 164:15, 167:4, 168:5, 168:6

**SEEING** [13] - 17:24, 18:10, 55:10, 56:19, 64:12, 66:5, 66:21, 69:10, 76:10, 135:15, 135:16, 154:20

**SEEK** [2] - 24:7, 24:19

**SEEKING** [3] - 22:16, 23:5, 24:17

**SEEM** [5] - 37:21, 37:24, 38:3, 64:16, 66:7

**SEEMED** [2] - 46:18, 94:3

**SEEMS** [5] - 15:21, 32:17, 32:20, 32:23, 121:12

**SEEN** [27] - 32:15, 32:18, 36:7, 49:5, 49:10, 52:23, 60:11, 60:12, 61:5, 61:7, 66:16, 67:2, 72:25, 73:2, 90:6, 105:18, 105:21, 106:18, 113:10, 113:12, 113:21, 120:5, 149:13, 153:20, 154:16, 160:13

**SEES** [4] - 56:18, 109:14, 115:14, 115:18

**SEGMENT** [1] - 32:18

**SELF** [8] - 24:3, 24:15, 28:12, 55:16, 55:18, 71:18, 71:20, 74:10

**SELF-ADVOCATE** [4] - 28:12, 55:18, 71:18, 71:20

**SELF-ADVOCATES** [1] - 55:16

**SELF-INJURIOUS** [1] - 74:10

**SELF-REGULATE** [1] - 24:15

**SELF-STIMULATORY** [1] -

24:3

**SEMI** [1] - 19:21

**SEMI-ENCLOSED** [1] - 19:21

**SENATOR** [3] - 14:10, 14:19, 15:3

**SENSE** [17] - 23:25, 32:25, 88:17, 97:4, 97:16, 109:17, 117:7, 117:25, 118:3, 118:5, 118:9, 118:11, 122:24, 123:8, 123:9, 132:19, 140:22

**SENSITIVITY** [2] - 11:20, 16:19

**SENSORY** [13] - 16:21, 21:13, 21:14, 22:5, 22:16, 23:5, 23:6, 23:22, 24:17, 24:18, 89:25, 90:5

**SENSORY-AVOIDANT** [3] - 22:16, 23:6, 24:18

**SENSORY-SEEKING** [3] - 22:16, 23:5, 24:17

**SENTENCE** [14] - 32:24, 33:5, 33:6, 33:8, 48:1, 57:16, 62:15, 62:25, 94:8, 107:3, 107:6, 118:10, 143:4, 151:17

**SENTENCES** [4] - 33:14, 60:18, 89:21, 107:7

**SEPARATE** [2] - 127:10, 165:10

**SEQUENCE** [1] - 93:22

**SEQUESTERED** [1] - 4:3

**SERVE** [1] - 5:23

**SERVICE** [4] - 59:5, 83:14, 152:13, 152:19

**SERVICES** [4] - 83:17, 144:3, 163:22, 164:8

**SERVING** [1] - 39:8

**SESSION** [5] - 94:22, 110:2, 121:18, 128:19, 128:21

**SESSIONS** [11] - 16:23, 88:2, 93:14, 105:21, 105:22, 105:23, 106:6, 125:7, 129:24, 129:25, 158:21

**SET** [11] - 18:3, 32:12,

45:9, 65:23, 66:4, 94:2, 100:15, 116:13, 122:5, 125:6, 130:7

**SETTING** [3] - 126:14, 127:16, 160:22

**SETTINGS** [1] - 105:18

**SETUP** [1] - 141:13

**SEVEN** [3] - 59:19, 60:4, 105:4

**SEVERAL** [8] - 6:20, 16:16, 19:18, 19:23, 55:16, 68:22, 68:23, 148:25

**SHAPE** [1] - 115:11

**SHARE** [1] - 120:12

**SHARED** [1] - 163:15

**SHE** [49] - 4:2, 4:17, 8:2, 8:8, 8:9, 8:12, 8:15, 8:16, 8:17, 8:18, 13:19, 13:20, 13:22, 24:10, 24:11, 24:13, 24:15, 25:18, 25:19, 36:18, 39:24, 40:22, 40:23, 40:24, 40:25, 46:24, 46:25, 47:14, 87:8, 87:24, 91:8, 91:22, 92:2, 92:3, 92:4, 92:5, 92:6, 92:8, 92:17, 92:20, 92:24, 95:10, 95:13, 103:8, 142:9, 142:16, 149:2

**SHIFT** [1] - 12:22

**SHOOTS** [1] - 24:11

**SHORE** [1] - 28:12

**SHORT** [4] - 15:22, 33:13, 34:1, 41:19

**SHORTER** [2] - 33:11, 34:15

**SHORTLY** [2] - 4:2, 18:17

**SHOT** [1] - 154:11

**SHOULD** [18] - 67:13, 68:17, 68:24, 92:25, 95:1, 103:15, 125:16, 126:5, 129:12, 130:23, 136:14, 140:20, 149:25, 167:9, 167:17, 167:23, 168:9

**SHOW** [15] - 39:14, 47:6, 56:10, 63:13, 85:11, 99:21, 101:12, 113:18, 133:14, 133:16, 133:19, 133:22, 134:8, 136:5, 138:15

**SHOWED** [6] - 55:12, 92:19, 96:15, 135:1, 135:14, 138:20
**SHOWING** [2] - 134:22, 157:13
**SHOWN** [3] - 115:23, 127:22
**SHOWS** [2] - 119:18, 138:11
**SICK** [2] - 47:3, 72:8
**SIDE** [3] - 99:19, 115:21, 124:22
**SIGNATURE** [3] - 47:23, 87:16
**SIGNIFICANT** [1] - 74:7
**SIGNIFICANTLY** [1] - 92:23
**SIGNS** [1] - 68:5
**SILENCE** [2] - 65:3, 65:15
**SILENCES** [2] - 37:2, 37:3
**SILENCING** [1] - 65:11
**SIMILAR** [3] - 114:21, 115:25, 167:25
**SIMILARITIES** [1] - 97:10
**SIMULTANEOUSLY** [1] - 118:24
**SINAI** [1] - 9:12
**SINCE** [9] - 15:12, 17:10, 18:22, 49:8, 53:10, 55:15, 73:2, 85:3, 149:14
**SING** [1] - 44:15
**SING-SONG** [1] - 44:15
**SINGER** [1] - 94:13
**SINGLE** [1] - 167:24
**SINUS** [1] - 40:8
**SIR** [1] - 130:25
**SIT** [2] - 95:15, 130:14
**SITE** [1] - 149:7
**SITS** [2] - 95:10, 95:13
**SITTING** [7] - 28:15, 125:3, 126:24, 131:3, 141:12, 165:5, 168:4
**SITUATION** [8] - 21:15, 53:19, 66:6, 91:6, 127:18, 151:8, 156:17, 160:18
**SITUATIONS** [5] - 90:14, 91:4, 106:2, 109:12, 148:13
**SIX** [3] - 18:10, 18:15, 107:19
**SIX-MONTH** [1] -

107:19
**SIZE** [1] - 28:9
**SKILL** [3] - 45:9, 123:15, 164:20
**SKILLS** [8] - 28:16, 45:12, 45:22, 79:5, 119:7, 122:2, 125:19, 143:13
**SLAUGHTER** [1] - 24:12
**SLOPE** [1] - 102:9
**SLOW** [1] - 133:3
**SMART** [1] - 114:14
**SMITH** [1] - 20:2
**SMITHSONIAN** [1] - 12:16
**SO** [299] - 3:23, 3:24, 5:19, 6:10, 6:19, 6:25, 7:1, 9:1, 9:9, 11:8, 11:14, 11:18, 12:8, 12:13, 13:12, 13:17, 13:19, 13:22, 14:1, 14:5, 14:10, 14:20, 15:9, 15:16, 15:25, 16:5, 16:14, 16:16, 17:12, 18:6, 18:11, 18:18, 19:3, 19:13, 20:9, 20:11, 20:12, 20:16, 20:19, 20:23, 21:9, 21:17, 22:7, 22:10, 22:17, 22:22, 23:9, 23:15, 23:17, 23:19, 23:22, 24:2, 24:13, 24:17, 24:19, 25:13, 25:21, 26:3, 26:23, 27:8, 27:11, 27:13, 27:14, 27:17, 27:18, 27:21, 27:23, 27:25, 28:12, 28:22, 29:2, 29:4, 29:6, 29:8, 29:17, 30:18, 30:20, 31:4, 31:5, 32:6, 32:7, 32:9, 32:16, 33:15, 33:22, 34:23, 36:7, 36:19, 37:18, 37:24, 38:2, 38:21, 38:25, 39:10, 39:21, 40:1, 40:2, 41:1, 42:9, 42:25, 43:7, 43:11, 43:15, 43:23, 44:7, 44:14, 44:19, 44:20, 44:21, 44:22, 45:2, 45:5, 45:9, 45:11, 46:2, 48:12, 48:19, 49:5, 50:2, 50:11, 51:18, 53:3, 53:7, 53:25, 54:8, 57:24, 58:3, 58:12, 58:19, 60:17, 60:21, 62:4,

62:14, 63:18, 63:24, 64:3, 64:24, 65:14, 65:15, 65:24, 66:5, 66:9, 67:6, 67:10, 67:21, 68:19, 68:21, 69:17, 69:20, 70:5, 70:9, 70:14, 71:20, 72:8, 72:9, 72:11, 72:13, 73:1, 73:22, 75:20, 76:5, 76:12, 76:18, 76:21, 78:1, 80:11, 82:12, 82:21, 83:17, 84:7, 84:23, 85:9, 86:3, 86:22, 87:6, 87:18, 88:4, 88:17, 88:19, 88:22, 88:25, 90:11, 90:14, 90:17, 91:17, 91:19, 92:11, 92:15, 92:24, 93:18, 94:6, 94:15, 94:22, 95:18, 96:10, 97:24, 98:11, 98:12, 98:19, 99:2, 99:18, 99:19, 99:25, 100:3, 100:15, 101:2, 101:13, 101:15, 101:21, 104:22, 104:23, 105:3, 105:17, 106:16, 107:6, 107:13, 108:20, 109:17, 109:20, 111:7, 112:22, 114:23, 115:2, 115:13, 116:6, 116:23, 117:17, 118:10, 119:5, 119:8, 120:1, 121:17, 122:10, 122:22, 123:19, 124:2, 124:5, 125:3, 125:4, 125:14, 126:2, 126:11, 126:22, 127:2, 127:20, 128:16, 128:18, 128:19, 128:23, 129:24, 130:1, 130:12, 131:21, 133:20, 135:14, 135:24, 136:17, 137:8, 137:12, 137:15, 140:19, 140:20, 140:25, 141:1, 141:13, 142:12, 143:9, 149:4, 149:19, 150:2, 153:3, 153:17, 153:23, 154:5, 155:6, 155:11, 156:3, 156:8, 156:12, 156:24,

157:21, 158:22, 160:13, 160:25, 161:6, 161:15, 162:16, 162:17, 162:19, 163:14, 164:17, 164:20, 165:4, 165:19, 167:11, 168:8
**SOCIAL** [8] - 28:16, 28:25, 39:9, 39:25, 44:19, 81:5, 106:8, 164:21
**SOCIALIZE** [3] - 12:6, 12:7, 143:15
**SOCIALLY** [1] - 26:11
**SOCIETY** [2] - 55:19, 71:19
**SOLE** [2] - 96:14, 152:7
**SOME** [101] - 5:23, 7:16, 11:23, 12:23, 19:22, 20:9, 20:23, 23:9, 24:6, 24:19, 27:23, 31:25, 32:14, 32:15, 33:2, 38:6, 39:17, 44:14, 44:17, 46:11, 48:7, 50:10, 52:9, 52:10, 52:11, 52:16, 53:24, 61:24, 67:6, 67:25, 70:22, 70:25, 72:2, 76:13, 76:14, 79:3, 80:6, 80:14, 81:20, 81:24, 82:9, 82:14, 82:15, 83:1, 83:23, 84:11, 84:14, 84:15, 84:16, 89:15, 90:21, 93:11, 94:8, 96:17, 96:23, 97:1, 97:9, 97:12, 98:9, 98:15, 106:5, 106:18, 112:21, 117:10, 119:3, 123:17, 132:3, 133:10, 134:9, 139:2, 139:3, 139:5, 141:23, 149:2, 149:4, 149:21, 150:2, 150:16, 150:18, 152:10, 155:9, 156:13, 158:10, 160:8, 162:20, 164:4, 165:2, 165:16, 165:20, 166:11, 167:4, 167:5, 167:13, 168:8
**SOMEBODY** [26] - 20:20, 24:18, 28:17, 28:19, 34:24, 38:13, 38:25, 43:16, 45:8,

56:12, 58:1, 63:8, 63:9, 65:2, 65:3, 65:8, 67:6, 67:11, 67:12, 69:1, 69:2, 71:6, 72:13, 123:20, 161:12
**SOMEHOW** [1] - 26:10
**SOMETHING** [31] - 26:24, 28:7, 28:21, 33:12, 38:23, 42:5, 43:20, 43:25, 44:1, 52:17, 52:18, 58:11, 58:16, 58:17, 62:11, 64:21, 73:7, 90:17, 110:9, 113:14, 114:16, 116:10, 117:8, 125:14, 126:13, 126:14, 127:16, 139:3, 154:24, 155:13, 156:10
**SOMETIMES** [32] - 7:9, 7:12, 7:24, 8:6, 8:13, 10:17, 22:17, 22:18, 33:1, 34:8, 34:9, 34:11, 34:15, 34:24, 37:17, 38:12, 38:14, 44:4, 48:1, 54:4, 72:19, 73:18, 74:21, 74:23, 81:5, 82:13, 82:23, 86:1, 119:10, 123:2, 125:8
**SOMEWHAT** [1] - 38:19
**SOMEWHERE** [3] - 12:4, 85:5, 110:22
**SONG** [1] - 44:15
**SOPHISTICATED** [2] - 75:21, 75:25
**SOPHISTICATION** [1] - 163:16
**SORRY** [20] - 3:17, 4:25, 18:13, 21:8, 24:12, 30:12, 32:6, 45:24, 47:16, 53:20, 62:20, 62:24, 64:19, 117:19, 117:21, 137:15, 138:1, 138:23, 151:10, 164:4
**SORT** [42] - 7:6, 11:19, 22:7, 22:11, 23:15, 23:21, 23:24, 24:15, 26:7, 27:11, 28:4, 32:23, 40:2, 40:18, 44:3, 45:20, 45:21, 56:16, 61:1, 63:22, 64:14, 65:23, 66:3, 70:18, 74:23, 80:25, 82:15, 94:8, 97:8,

98:18, 105:12, 107:2, 108:23, 109:7, 114:12, 117:11, 126:14, 140:25, 149:21, 157:9, 158:8, 158:12

**SORTS** [1] - 114:5

**SOUNDS** [2] - 116:12, 120:15

**SOURCE** [1] - 129:18

**SOURCES** [1] - 76:16

**SOUTHWEST** [2] - 13:15, 14:1

**SPEAK** [13] - 7:9, 7:11, 14:14, 28:22, 34:17, 34:18, 42:13, 42:15, 121:17, 135:13, 141:1, 166:12

**SPEAKER** [3] - 111:14, 120:4

**SPEAKING** [1] - 135:21

**SPECIAL** [8] - 16:5, 20:18, 28:1, 79:22, 86:17, 86:25, 89:1, 89:24

**SPECIALIST** [3] - 81:5, 90:17, 90:20

**SPECIALTY** [3] - 9:16, 19:9, 81:1

**SPECIFIC** [5] - 58:9, 74:19, 148:12, 162:15, 165:14

**SPECIFICALLY** [12] - 6:9, 16:20, 30:10, 42:6, 56:11, 59:8, 63:7, 74:19, 111:9, 152:4, 164:2, 167:7

**SPECIFICS** [1] - 150:17

**SPECTRUM** [1] - 84:14

**SPEECH** [43] - 7:2, 8:16, 26:23, 49:22, 50:2, 50:3, 50:11, 50:12, 50:15, 50:17, 50:20, 50:23, 50:25, 51:4, 51:8, 51:10, 51:12, 51:16, 51:19, 68:7, 68:12, 81:3, 82:2, 82:5, 82:13, 83:15, 83:16, 92:15, 95:23, 145:11, 145:13, 145:17, 145:19, 145:22, 146:1, 146:5, 146:7, 148:24, 154:8, 159:4, 159:10, 166:1, 166:2

**SPEECH-LANGUAGE** [23] - 8:16, 49:22, 50:2, 50:11, 50:12, 50:15, 50:17, 50:20, 50:23, 50:25, 51:8, 51:10, 51:12, 51:16, 51:19, 68:12, 145:11, 145:13, 145:17, 145:19, 145:22, 146:5, 146:7

**SPEECH-LANGUAGE-HEARING** [4] - 51:4, 68:7, 146:1, 159:4

**SPEED** [2] - 158:9, 158:11

**SPELL** [6] - 5:8, 32:1, 78:8, 104:5, 117:14, 143:3

**SPELLED** [1] - 143:6

**SPELLER** [6] - 114:7, 114:12, 114:18, 115:22, 116:25

**SPELLERS** [3] - 32:11, 106:3, 129:24

**SPELLING** [91] - 32:13, 51:25, 54:12, 54:19, 54:23, 54:25, 55:13, 55:16, 55:21, 56:4, 57:21, 59:18, 59:22, 60:4, 60:18, 63:21, 66:20, 70:18, 70:21, 71:10, 91:14, 92:4, 92:18, 93:13, 93:24, 94:7, 101:6, 103:1, 105:13, 108:12, 109:25, 110:9, 110:14, 111:4, 111:7, 111:17, 111:21, 115:16, 116:12, 116:14, 116:17, 117:3, 118:13, 118:14, 119:4, 122:9, 124:14, 124:24, 126:6, 127:4, 128:5, 129:22, 129:23, 130:3, 142:8, 142:14, 143:1, 146:10, 148:16, 148:20, 149:9, 150:8, 150:9, 150:12, 150:14, 150:23, 151:21, 151:23, 152:24, 152:25, 153:9, 153:19, 153:23, 154:9, 154:15, 155:1, 155:12, 155:18, 155:23, 156:6, 156:13, 156:14, 157:19, 158:6, 158:14, 159:1, 159:8, 159:15, 161:23, 162:2, 162:4

**SPELLS** [2] - 33:16, 61:17

**SPEND** [1] - 137:10

**SPENT** [1] - 149:4

**SPINAL** [2] - 80:14, 81:9

**SPINNING** [1] - 23:23

**SPOKE** [9] - 54:10, 55:7, 94:20, 95:18, 148:24, 165:24, 165:25, 166:1, 166:3

**SPOKEN** [1] - 26:9

**SPONTANEOUS** [2] - 27:15, 66:11

**SPONTANEOUSLY** [4] - 27:22, 39:2, 39:3, 43:2

**SPORTS** [10] - 12:19, 12:20, 12:21, 13:7, 44:21, 45:4, 45:5, 45:10, 45:16

**SPOT** [2] - 126:13, 126:17

**SPOTS** [1] - 24:7

**SPREADING** [1] - 14:15

**SPRINGFIELD** [3] - 93:14, 93:17, 105:24

**SQUASH** [1] - 39:7

**SQUEEZE** [1] - 24:13

**SQUEEZING** [1] - 24:16

**ST** [1] - 2:3

**STAFF** [4] - 39:25, 80:6, 80:10, 162:24

**STAGES** [1] - 83:25

**STAKE** [1] - 127:16

**STAND** [10] - 78:2, 101:9, 121:21, 126:2, 126:24, 127:22, 130:21, 142:1, 142:20

**STANDARD** [7] - 43:13, 70:5, 81:15, 86:9, 90:9, 149:3, 158:13

**STANDARDIZATION** [3] - 90:11, 99:3, 100:7

**STANDARDIZED** [17] - 81:7, 81:11, 81:12, 82:10, 82:20, 86:7, 148:6, 148:11, 148:15, 148:17, 153:12, 154:19, 155:4, 162:21, 163:25, 164:11, 164:14

**STANDING** [2] - 122:6, 147:17

**STANDPOINT** [6] - 108:8, 108:20, 109:2, 113:24, 114:4, 115:25

**STANDS** [1] - 56:18

**STARING** [2] - 138:24

**START** [15] - 12:16, 41:17, 71:24, 74:13, 77:4, 99:8, 103:17, 103:20, 119:3, 125:25, 131:10, 139:9, 140:12, 141:19

**STARTED** [9] - 12:2, 13:8, 36:8, 69:17, 69:22, 72:5, 83:7, 93:5, 93:22

**STARTING** [1] - 125:20

**STARTS** [2] - 88:10, 89:1

**STATE** [13] - 3:6, 5:7, 16:23, 50:22, 78:7, 79:22, 104:2, 107:14, 107:17, 109:7, 119:19, 145:16

**STATED** [2] - 142:8, 154:13

**STATEMENT** [7] - 68:8, 68:17, 68:21, 69:6, 159:3, 159:7, 159:12

**STATEMENTS** [6] - 32:10, 33:11, 34:11, 34:15, 34:16, 161:9

**STATES** [2] - 1:1, 142:5

**STATEWIDE** [1] - 16:17

**STATISTICAL** [1] - 29:5

**STATISTICALLY** [1] - 100:10

**STATISTICS** [2] - 44:21, 45:4

**STAY** [2] - 132:17, 134:7

**STAYS** [1] - 117:14

**STENOTYPE** [1] - 1:23

**STENOTYPE-**

**COMPUTER** [1] - 1:23

**STEP** [2] - 31:6, 103:11

**STEPHEN** [1] - 28:12

**STEREOTYPE** [1] - 52:17

**STEREOTYPICAL** [2] - 43:9, 43:25

**STEVENS** [11] - 30:11, 36:15, 39:20, 40:2, 40:4, 40:11, 46:9, 53:3, 70:3, 73:2, 76:3

**STEVENS'** [1] - 39:18

**STEVENS'S** [1] - 40:20

**STILL** [16] - 44:10, 56:7, 56:14, 56:22, 57:5, 57:6, 57:9, 59:19, 60:5, 69:21, 70:11, 83:9, 100:16, 117:15, 123:24, 137:24

**STIMULATORY** [2] - 24:3, 28:3

**STIMULI** [2] - 98:20, 98:21

**STIMULUS** [1] - 98:23

**STIPULATION** [1] - 77:18

**STOP** [3] - 107:4, 118:1, 136:6

**STOPPED** [3] - 73:1, 97:3, 157:8

**STORIES** [4] - 13:4, 15:10, 15:12, 16:22

**STORY** [3] - 45:5, 45:9, 45:10

**STORYTELLING** [1] - 45:22

**STRATEGIES** [1] - 11:20

**STREAMLINED** [1] - 20:14

**STREET** [1] - 1:20

**STRENGTH** [1] - 20:7

**STRENGTH-BASED** [1] - 20:7

**STRENGTHS** [1] - 28:10

**STRESS** [2] - 73:19, 167:22

**STRESSFUL** [1] - 131:21

**STRIKE** [1] - 154:24

**STRING** [1] - 118:6

**STRINGS** [1] - 118:8

**STROKE** [1] - 162:9

**STRONG** [1] - 96:24

**STRUCTURE** [2] - 108:14, 111:17
**STRUCTURED** [2] - 93:21, 108:15
**STRUGGLED** [1] - 110:3
**STRUNG** [1] - 118:4
**STUCK** [1] - 13:13
**STUDENT** [1] - 90:14
**STUDENTS** [13] - 9:24, 19:7, 71:8, 79:24, 85:4, 86:17, 96:12, 101:15, 101:18, 143:5, 155:6, 162:22
**STUDIES** [5] - 66:19, 116:15, 116:19, 116:24, 164:22
**STUDY** [9] - 15:13, 16:1, 16:9, 83:6, 83:9, 83:12, 115:20, 119:18, 138:17
**STUDYING** [2] - 57:8, 66:13
**STUFF** [1] - 74:3
**STURDY** [2] - 121:20, 122:5
**SUB** [1] - 28:3
**SUB-STIMULATORY** [1] - 28:3
**SUBAREA** [1] - 26:7
**SUBMITTED** [1] - 87:22
**SUBTEST** [4] - 101:6, 101:7, 143:1, 143:2
**SUBTESTS** [8] - 96:22, 98:8, 98:9, 98:12, 98:14, 101:1, 101:3, 162:17
**SUCCEED** [1] - 115:22
**SUCCESS** [1] - 31:15
**SUCCESSFUL** [2] - 99:11, 119:12
**SUCH** [8] - 12:21, 59:5, 89:24, 90:2, 118:7, 123:4, 152:13, 152:19
**SUGGESTED** [1] - 93:3
**SUITE** [3] - 1:15, 2:3, 2:8
**SUMMARY** [1] - 142:25
**SUMMER** [1] - 149:19
**SUPER** [2] - 22:12, 23:13
**SUPPORT** [4] - 66:22, 90:23, 162:24, 165:24
**SUPPORTIVE** [2] -

11:21, 13:4
**SUPPOSE** [1] - 70:23
**SUPPOSED** [3] - 98:11, 98:24, 113:6
**SUPPOSEDLY** [1] - 76:7
**SURE** [26] - 20:6, 25:4, 55:9, 60:3, 61:11, 87:9, 91:10, 108:15, 109:6, 113:4, 116:25, 118:16, 118:17, 133:11, 133:12, 133:15, 135:19, 137:2, 140:2, 147:3, 147:23, 152:17, 153:16, 161:2, 164:5, 168:1
**SURPRISED** [1] - 19:12
**SUSAN** [7] - 8:13, 55:8, 60:20, 92:17, 93:3, 93:9, 95:19
**SUSTAINED** [1] - 39:11
**SWEET** [1] - 139:11
**SWEETS** [1] - 139:11
**SWORN** [3] - 5:6, 78:6, 104:1
**SYLLABUS** [4] - 108:1, 108:2, 108:3, 165:16
**SYMPOSIUM** [3] - 31:23, 31:24, 35:6
**SYMPTOM** [1] - 73:14
**SYSTEM** [3] - 13:19, 16:13, 64:5

─────────────
**T**
─────────────

**T-O** [1] - 132:7
**TABLE** [3] - 28:15, 57:25, 98:1
**TABLES** [3] - 19:23, 20:11, 20:12
**TACTICAL** [1] - 33:2
**TAKE** [32] - 6:20, 9:9, 12:4, 17:22, 25:2, 41:16, 49:7, 67:23, 67:24, 72:6, 75:8, 77:3, 82:5, 82:14, 107:2, 109:20, 113:25, 114:4, 114:16, 116:1, 116:10, 116:19, 134:23, 136:9, 136:14, 138:16, 139:6, 141:23, 148:15, 149:2, 163:1
**TAKEN** [8] - 41:19,

59:22, 75:10, 77:9, 93:11, 116:14, 116:15, 163:3
**TAKER** [2] - 90:19, 98:24
**TAKES** [3] - 20:13, 65:7, 88:4
**TALK** [19] - 9:1, 11:23, 18:21, 29:17, 53:14, 61:2, 92:11, 100:13, 132:22, 132:23, 132:24, 132:25, 135:24, 135:25, 149:6, 149:7, 149:25, 163:7, 168:10
**TALKED** [3] - 84:23, 93:9, 146:13
**TALKING** [9] - 68:1, 76:2, 76:5, 87:8, 88:25, 109:9, 122:3, 127:10
**TALKS** [3] - 52:9, 52:10, 52:11
**TARGET** [1] - 132:13
**TARGETS** [1] - 117:11
**TASK** [1] - 100:21
**TASKS** [4] - 82:7, 93:22, 158:21, 162:17
**TAUGHT** [5] - 9:24, 51:10, 51:18, 111:13, 146:7
**TAYLOR** [1] - 2:6
**TBI** [1] - 84:15
**TEACH** [1] - 111:16
**TEACHER** [1] - 165:24
**TEACHERS** [2] - 7:1, 165:23
**TEACHING** [1] - 9:22
**TEAM** [5] - 6:24, 7:7, 12:25, 80:19, 80:24
**TEAMS** [6] - 7:10, 7:11, 7:24, 12:19, 12:20, 13:7
**TECHNICAL** [1] - 43:5
**TELL** [26] - 6:17, 25:8, 26:1, 27:2, 27:5, 27:6, 32:2, 36:11, 40:6, 44:22, 44:23, 45:4, 74:19, 78:25, 80:25, 85:15, 91:11, 93:16, 96:7, 99:17, 104:17, 114:12, 122:20, 131:23, 136:2, 150:10
**TELLING** [1] - 45:10
**TEMPERATURE** [1] - 67:23
**TEMPLE** [1] - 24:9

**TEN** [4] - 15:4, 15:8, 70:4, 142:3
**TEND** [2] - 28:23, 34:11
**TENDING** [1] - 109:11
**TENNIS** [1] - 39:6
**TERM** [1] - 79:24
**TERMINALLY** [1] - 18:18
**TERMS** [20] - 7:17, 7:23, 27:17, 29:10, 32:20, 51:16, 62:8, 70:17, 77:18, 80:24, 96:11, 97:7, 106:16, 120:19, 124:20, 163:15, 165:17, 167:10, 167:22, 168:1
**TERRIFIED** [2] - 65:8, 65:10
**TEST** [38] - 43:14, 43:23, 63:11, 63:22, 63:25, 67:15, 67:22, 68:25, 86:23, 89:14, 89:15, 90:3, 90:8, 90:18, 90:19, 90:23, 91:8, 96:10, 97:11, 97:21, 97:22, 98:17, 98:18, 98:24, 99:9, 100:1, 100:23, 103:4, 116:9, 143:21, 154:19, 155:24, 157:10, 160:21, 161:8, 161:15, 162:14, 164:11
**TESTABLE** [5] - 62:11, 62:13, 155:14, 155:15, 156:10
**TESTED** [4] - 56:24, 91:12, 116:13, 162:17
**TESTIFIED** [3] - 46:7, 56:10, 57:2
**TESTIFY** [3] - 135:3, 135:12, 160:15
**TESTIFYING** [3] - 103:7, 103:8, 142:16
**TESTIMONY** [6] - 49:12, 49:16, 56:10, 145:1, 145:5, 148:23
**TESTING** [37] - 54:1, 54:4, 54:8, 54:12, 54:18, 54:21, 54:22, 63:18, 66:3, 66:12, 79:5, 86:25, 88:2, 88:3, 96:8, 96:17, 96:19, 96:20, 98:2, 100:15, 100:16,

102:22, 102:25, 142:10, 148:5, 149:11, 150:7, 150:9, 150:11, 152:10, 154:2, 155:17, 156:15, 159:6, 161:5, 163:25, 164:15
**TESTS** [10] - 55:6, 67:24, 82:14, 96:14, 97:1, 97:8, 116:14, 149:2, 155:4, 161:11
**TEXT** [2] - 4:8, 97:14
**TEXTURE** [1] - 23:10
**THAN** [20] - 7:18, 7:22, 26:24, 27:21, 28:2, 36:13, 61:5, 67:14, 73:2, 85:10, 110:11, 120:17, 123:21, 127:12, 140:25, 150:13, 155:20, 160:25, 165:11, 165:21
**THANK** [33] - 4:19, 5:10, 41:11, 41:15, 41:18, 41:20, 47:10, 47:18, 76:21, 78:11, 104:9, 104:10, 106:9, 107:10, 136:18, 140:5, 140:6, 140:7, 140:8, 140:19, 141:5, 141:6, 141:23, 142:18, 144:20, 144:22, 147:20, 161:19, 166:21, 166:23, 166:25, 168:14
**THANKS** [1] - 78:15
**THAT** [856] - 4:4, 4:10, 4:17, 5:17, 5:20, 6:21, 6:22, 7:13, 7:14, 7:18, 8:24, 9:1, 9:16, 11:6, 11:21, 12:8, 12:9, 12:11, 12:15, 13:1, 13:6, 13:12, 13:21, 14:3, 14:5, 14:7, 14:8, 14:17, 14:23, 15:4, 15:9, 15:11, 15:13, 15:18, 15:21, 15:24, 16:1, 16:16, 16:22, 17:4, 17:5, 17:7, 17:17, 17:21, 17:23, 18:5, 18:9, 18:14, 18:16, 18:22, 18:23, 19:4, 19:8, 19:12, 19:13, 19:15, 19:17, 19:19, 19:24, 20:6, 20:12, 20:14, 20:19,

20:20, 20:21, 20:22, 20:23, 20:25, 21:2, 21:4, 22:24, 23:7, 23:13, 23:18, 23:25, 24:14, 24:17, 25:6, 25:23, 26:25, 27:5, 27:9, 27:12, 27:14, 27:15, 27:18, 27:19, 27:21, 28:5, 28:6, 28:7, 28:14, 28:18, 29:4, 30:25, 31:4, 31:13, 31:23, 32:2, 32:17, 32:19, 32:25, 33:4, 33:7, 33:8, 34:25, 35:6, 35:22, 35:25, 36:11, 36:16, 36:20, 37:10, 37:13, 37:14, 37:19, 37:21, 38:17, 38:19, 38:21, 39:15, 39:17, 40:5, 40:16, 40:17, 40:18, 40:19, 40:23, 40:25, 42:2, 42:4, 42:19, 43:3, 43:23, 43:24, 44:2, 44:10, 44:21, 45:2, 45:3, 45:20, 46:3, 46:10, 46:11, 46:13, 46:16, 46:20, 46:21, 46:23, 47:2, 47:21, 48:3, 48:5, 48:6, 48:7, 48:8, 48:12, 48:13, 49:3, 49:13, 49:17, 50:5, 50:6, 50:18, 51:18, 52:11, 52:13, 52:20, 53:5, 53:7, 53:13, 53:14, 53:20, 53:23, 54:6, 54:8, 54:11, 54:15, 55:8, 55:9, 55:11, 55:12, 55:15, 55:16, 55:17, 55:20, 55:23, 56:1, 56:7, 56:14, 56:18, 56:19, 56:23, 57:3, 57:5, 57:8, 57:10, 57:17, 58:3, 58:19, 58:20, 59:3, 59:4, 59:8, 59:10, 59:14, 59:21, 59:22, 60:8, 60:9, 60:11, 60:12, 60:15, 60:18, 60:19, 60:22, 60:23, 61:5, 61:9, 61:12, 61:17, 61:18, 61:20, 61:25, 62:8, 62:9, 62:10, 62:11, 62:12, 62:18, 62:19, 62:20, 63:3, 63:4, 63:5, 63:9, 63:13, 63:18, 63:21, 63:24, 63:25, 64:1, 64:3, 64:15, 64:18, 64:21,

64:25, 65:2, 65:3, 65:5, 65:6, 65:11, 65:15, 65:18, 65:22, 66:2, 66:9, 66:10, 66:15, 66:17, 66:24, 66:25, 67:1, 67:2, 67:3, 67:18, 68:1, 68:6, 68:9, 68:11, 68:14, 68:17, 68:21, 68:22, 68:24, 69:4, 69:19, 69:25, 70:2, 70:10, 70:23, 70:25, 71:1, 72:7, 72:8, 72:13, 72:23, 72:25, 73:3, 73:8, 73:11, 73:13, 73:14, 73:17, 73:19, 73:24, 74:5, 74:15, 74:23, 74:24, 75:14, 76:6, 76:8, 76:9, 76:10, 76:12, 76:18, 77:21, 78:22, 79:1, 79:5, 79:24, 80:25, 81:12, 81:17, 81:21, 82:7, 82:14, 82:21, 83:3, 83:16, 83:17, 84:18, 84:25, 85:10, 85:11, 86:14, 86:19, 86:20, 86:23, 86:24, 87:13, 87:15, 87:19, 87:24, 87:25, 88:9, 88:10, 88:12, 88:14, 88:15, 88:17, 88:19, 89:2, 90:24, 90:25, 91:3, 91:6, 91:15, 91:16, 91:18, 91:23, 92:2, 92:4, 92:12, 92:13, 92:18, 92:19, 92:21, 92:22, 92:25, 93:11, 93:16, 94:2, 94:6, 94:8, 94:11, 95:8, 95:25, 96:15, 96:22, 97:2, 97:4, 97:11, 97:16, 97:18, 97:19, 97:20, 98:1, 98:7, 98:9, 98:17, 98:18, 98:23, 99:2, 99:11, 99:14, 99:17, 99:22, 99:23, 99:24, 99:25, 100:1, 100:4, 100:6, 100:10, 100:11, 100:16, 100:20, 100:23, 101:3, 101:11, 101:14, 101:16, 101:23, 102:3, 102:5, 102:8, 102:9, 102:11, 102:12, 102:13, 102:17, 102:23, 102:24, 103:7, 103:8, 103:15,

105:6, 105:9, 105:16, 105:17, 106:7, 106:13, 106:22, 106:23, 107:8, 107:23, 108:9, 108:11, 108:13, 108:15, 108:18, 108:21, 108:22, 108:24, 108:25, 109:1, 109:2, 109:5, 109:6, 109:9, 109:10, 109:14, 109:16, 109:17, 109:19, 110:6, 110:8, 110:9, 110:12, 110:18, 110:19, 110:21, 110:22, 110:25, 111:5, 111:22, 112:15, 112:16, 112:22, 113:10, 113:12, 113:14, 113:15, 113:17, 113:18, 113:20, 113:21, 113:22, 113:25, 114:3, 114:6, 114:12, 114:13, 114:14, 114:17, 114:18, 114:21, 114:23, 114:24, 115:2, 115:3, 115:14, 115:20, 115:21, 116:1, 116:4, 116:9, 116:10, 116:13, 116:25, 117:1, 117:7, 117:8, 117:12, 117:14, 117:23, 117:25, 118:3, 118:6, 118:9, 118:10, 118:11, 118:12, 118:13, 118:15, 118:18, 118:19, 118:20, 118:22, 118:23, 118:25, 119:1, 119:2, 119:9, 119:13, 119:18, 119:19, 119:21, 119:24, 119:25, 120:3, 120:5, 120:11, 120:13, 121:1, 121:17, 121:18, 121:22, 121:23, 121:25, 122:1, 122:2, 122:4, 122:7, 122:11, 122:16, 122:19, 122:23, 122:24, 122:25, 123:2, 123:3, 123:4, 123:5,

123:6, 123:7, 123:9, 123:10, 123:11, 123:12, 123:15, 123:23, 124:5, 124:8, 124:10, 124:11, 124:12, 124:13, 124:15, 124:16, 124:20, 124:23, 125:3, 125:4, 125:19, 125:25, 126:1, 126:10, 126:11, 126:12, 126:13, 126:14, 126:16, 126:18, 126:19, 126:20, 126:22, 127:2, 127:3, 127:9, 127:12, 127:13, 127:15, 127:18, 128:1, 128:3, 128:8, 128:9, 128:21, 129:1, 129:11, 129:12, 130:1, 130:4, 130:19, 132:4, 133:4, 133:15, 133:18, 134:4, 134:5, 134:23, 135:1, 135:4, 135:11, 136:10, 136:13, 136:17, 137:6, 137:19, 137:22, 138:2, 138:6, 138:20, 139:17, 139:20, 140:11, 140:12, 140:20, 140:23, 141:3, 141:8, 142:8, 142:10, 142:17, 142:23, 143:2, 143:13, 144:7, 144:17, 145:3, 145:5, 146:14, 146:15, 146:16, 147:4, 147:5, 147:8, 147:9, 147:10, 147:12, 147:13, 147:14, 147:25, 148:4, 148:5, 148:8, 148:12, 148:14, 148:22, 149:2, 149:3, 149:10, 149:14, 149:19, 149:20, 150:2, 150:16, 150:18, 151:5, 151:6, 151:7, 151:18, 152:2, 152:7, 152:12, 152:16, 152:18, 152:22, 153:5, 153:7, 153:8, 153:9,

153:13, 153:16, 153:18, 153:20, 153:21, 154:5, 154:6, 154:14, 154:16, 154:17, 154:23, 154:24, 154:25, 155:9, 155:11, 155:12, 155:13, 155:16, 155:17, 155:18, 155:20, 155:23, 156:3, 156:4, 156:5, 156:6, 156:10, 156:12, 156:19, 156:21, 156:22, 157:2, 157:4, 157:5, 157:6, 157:8, 157:15, 157:17, 157:18, 157:21, 157:22, 158:5, 158:6, 158:11, 158:13, 158:14, 158:16, 159:1, 159:5, 159:7, 159:14, 159:25, 160:1, 160:2, 160:3, 160:4, 160:13, 160:20, 160:21, 160:23, 160:24, 160:25, 161:1, 161:3, 161:4, 161:6, 161:7, 161:15, 161:22, 162:11, 162:15, 162:21, 163:8, 163:12, 163:14, 163:16, 163:17, 163:18, 163:20, 163:22, 164:4, 164:6, 164:8, 164:23, 164:24, 164:25, 165:2, 165:4, 165:6, 165:9, 165:15, 165:16, 165:17, 165:19, 165:23, 166:5, 166:15, 167:5, 167:7, 167:8, 167:9, 167:12, 167:13, 167:18, 168:1, 168:18

**THAT'S** [81] - 4:11, 7:20, 22:12, 22:24, 23:20, 23:23, 24:25, 28:1, 28:2, 28:11, 28:19, 35:12, 37:25, 38:7, 41:11, 41:17, 41:18, 43:13, 44:14, 44:22, 45:25, 52:14, 52:22, 55:20, 56:15, 57:6, 58:11, 59:21, 60:7, 60:24, 61:1,

61:7, 64:7, 65:6, 65:25, 67:4, 67:14, 67:15, 67:17, 69:4, 72:15, 73:22, 93:19, 94:22, 94:23, 98:18, 100:22, 106:9, 107:7, 109:18, 109:19, 112:6, 114:24, 118:20, 120:2, 120:7, 120:11, 124:18, 125:11, 125:13, 126:8, 128:5, 129:5, 130:7, 134:3, 134:12, 136:12, 137:2, 138:3, 151:2, 151:16, 154:7, 154:21, 156:16, 156:22, 159:9, 161:18, 162:13, 166:21, 167:24

**THE** [1305] - 1:1, 1:2, 1:11, 1:17, 2:4, 2:10, 3:2, 3:5, 3:6, 3:12, 3:14, 3:16, 3:17, 3:19, 3:22, 3:24, 4:1, 4:3, 4:6, 4:9, 4:10, 4:11, 4:14, 4:16, 4:17, 4:23, 4:25, 5:2, 5:3, 5:7, 5:8, 5:9, 5:10, 5:21, 6:5, 6:23, 7:6, 7:20, 7:21, 7:22, 7:23, 8:22, 9:8, 10:8, 10:20, 11:2, 11:7, 11:8, 11:10, 11:11, 11:13, 11:18, 12:5, 12:10, 12:11, 12:12, 12:14, 12:15, 12:20, 12:24, 12:25, 13:2, 13:3, 13:8, 13:12, 13:15, 13:17, 13:18, 13:21, 13:23, 14:2, 14:7, 14:8, 14:12, 14:13, 14:14, 14:16, 14:17, 14:20, 14:23, 15:9, 15:10, 15:14, 15:16, 15:17, 15:19, 15:22, 15:25, 16:2, 16:6, 16:7, 16:10, 16:12, 16:15, 16:20, 16:22, 17:12, 17:17, 17:21, 18:6, 18:8, 18:10, 18:15, 18:21, 18:24, 19:1, 19:3, 19:9, 19:11, 19:21, 19:22, 19:23, 20:1, 20:2, 20:5, 20:9, 20:10, 20:11, 20:13, 20:15, 20:19, 20:23, 21:3, 21:7, 21:8, 21:15, 21:18, 21:19,

21:21, 21:22, 21:24, 21:25, 22:1, 22:2, 22:10, 22:11, 22:12, 22:13, 22:15, 22:19, 22:23, 22:24, 22:25, 23:1, 23:2, 23:4, 23:5, 23:6, 23:7, 23:9, 23:17, 23:19, 23:22, 24:1, 24:2, 24:4, 24:12, 24:15, 24:20, 24:21, 24:22, 24:24, 24:25, 25:15, 25:17, 25:21, 26:6, 26:7, 26:12, 27:4, 27:6, 27:9, 28:10, 28:14, 29:2, 29:4, 29:5, 29:10, 29:11, 29:12, 29:13, 29:15, 29:18, 30:7, 30:9, 30:14, 30:16, 30:18, 30:20, 30:22, 30:24, 30:25, 31:3, 31:5, 31:8, 31:9, 31:11, 31:13, 31:14, 31:22, 31:24, 31:25, 32:2, 32:4, 32:5, 32:6, 32:8, 32:9, 32:12, 32:13, 32:15, 32:16, 32:17, 32:21, 32:22, 33:1, 33:3, 33:5, 33:8, 33:9, 33:10, 33:12, 33:13, 33:15, 33:16, 33:18, 33:19, 33:21, 33:22, 33:23, 33:24, 33:25, 34:2, 34:4, 34:5, 34:7, 34:9, 34:13, 34:14, 34:17, 34:18, 34:19, 34:23, 34:24, 35:2, 35:3, 35:4, 35:18, 35:23, 36:6, 36:8, 36:13, 36:22, 37:1, 37:5, 37:11, 37:13, 37:16, 37:17, 37:23, 37:24, 38:4, 38:9, 38:10, 38:11, 38:17, 38:23, 39:4, 39:7, 39:10, 39:12, 40:5, 40:10, 41:3, 41:5, 41:6, 41:13, 41:16, 41:20, 41:25, 42:2, 42:3, 42:5, 42:8, 42:10, 42:17, 42:20, 43:3, 43:6, 43:12, 43:13, 43:20, 43:23, 43:24, 44:7, 44:10, 44:12, 44:13, 44:16, 44:22, 45:2, 45:3, 45:15, 45:19, 45:23, 46:2, 46:11, 46:23, 47:10, 47:13, 47:16,

47:18, 47:21, 47:25, 48:1, 48:8, 48:12, 49:3, 49:12, 49:16, 50:1, 50:5, 50:9, 50:16, 50:20, 51:4, 51:8, 51:13, 51:14, 51:21, 52:10, 52:12, 52:13, 52:20, 52:24, 53:1, 53:4, 53:6, 53:7, 53:9, 53:10, 53:12, 53:16, 53:18, 53:20, 53:23, 54:4, 54:19, 55:6, 55:7, 55:14, 55:18, 55:20, 55:21, 55:23, 56:9, 56:10, 56:12, 56:15, 56:16, 56:18, 57:2, 57:5, 57:6, 57:14, 57:16, 57:19, 57:20, 57:21, 57:23, 57:24, 57:25, 58:1, 58:4, 58:7, 58:10, 58:15, 58:21, 58:23, 59:1, 59:6, 59:7, 59:9, 59:13, 59:14, 60:3, 60:8, 60:11, 60:14, 60:16, 60:19, 60:21, 61:5, 61:12, 61:15, 61:16, 61:23, 62:2, 62:9, 62:10, 62:14, 62:15, 62:23, 62:25, 63:2, 63:9, 63:13, 63:15, 63:19, 63:20, 63:21, 63:24, 64:3, 64:21, 65:16, 65:19, 65:20, 65:21, 66:6, 66:12, 66:15, 66:16, 66:25, 67:9, 67:11, 67:14, 67:18, 67:21, 67:25, 68:2, 68:3, 68:6, 68:8, 68:11, 68:21, 68:22, 69:2, 69:14, 69:16, 69:17, 69:21, 70:9, 70:15, 70:21, 70:23, 70:24, 70:25, 71:3, 71:4, 71:8, 71:9, 71:10, 71:11, 71:12, 71:15, 71:18, 71:19, 71:22, 72:5, 72:13, 72:23, 72:24, 73:5, 73:8, 73:13, 73:14, 73:16, 73:18, 73:22, 74:4, 74:6, 74:8, 74:9, 74:22, 74:24, 75:1, 75:4, 75:7, 75:11, 75:13, 76:2, 76:5, 76:6, 76:8, 76:14, 76:17, 76:20, 76:25, 77:1, 77:2, 77:3, 77:5, 77:6, 77:10,

77:11, 77:14, 77:15, 77:18, 77:21, 77:23, 77:25, 78:2, 78:3, 78:7, 78:8, 78:9, 78:11, 78:13, 78:14, 78:15, 78:22, 78:23, 79:3, 79:17, 79:20, 79:22, 79:24, 80:2, 80:6, 80:10, 80:11, 80:19, 80:21, 80:24, 81:2, 81:3, 81:6, 81:18, 82:2, 82:14, 82:19, 82:23, 83:6, 83:17, 84:1, 84:3, 84:4, 84:7, 84:19, 84:23, 84:25, 85:13, 85:14, 85:21, 86:12, 86:16, 86:20, 86:23, 87:2, 87:3, 87:4, 87:7, 87:9, 87:10, 87:12, 87:13, 87:15, 87:18, 87:20, 87:24, 87:25, 88:1, 88:3, 88:6, 88:9, 88:14, 88:20, 88:22, 88:25, 89:2, 89:5, 89:9, 89:11, 89:13, 89:14, 89:15, 89:16, 89:21, 89:22, 90:8, 90:11, 90:18, 90:19, 90:20, 90:22, 90:23, 90:25, 91:5, 91:6, 91:8, 91:14, 91:16, 91:18, 91:19, 92:3, 92:18, 92:22, 92:24, 92:25, 93:7, 93:12, 93:14, 93:15, 93:19, 93:20, 93:24, 93:25, 94:3, 94:4, 94:9, 94:11, 94:13, 94:14, 94:15, 94:16, 94:20, 94:21, 94:24, 94:25, 95:1, 95:2, 95:3, 95:8, 95:11, 95:12, 95:13, 95:15, 95:16, 95:19, 95:21, 96:7, 96:8, 96:10, 96:11, 96:13, 96:19, 96:25, 97:8, 97:11, 97:14, 97:16, 97:19, 97:20, 97:21, 97:25, 98:1, 98:2, 98:12, 98:16, 98:23, 98:24, 98:25, 99:1, 99:3, 99:5, 99:6, 99:9, 99:14, 99:16, 99:18, 99:19, 99:21, 100:3, 100:4, 100:7, 100:15, 100:17, 100:22, 100:23, 101:2, 101:5, 101:6, 101:8, 101:13,

101:14, 101:15, 101:16, 101:17, 102:8, 102:11, 102:13, 102:15, 102:18, 102:24, 102:25, 103:1, 103:3, 103:5, 103:6, 103:8, 103:11, 103:15, 103:16, 103:17, 103:20, 103:23, 104:2, 104:3, 104:4, 104:5, 104:7, 104:9, 104:12, 104:21, 104:23, 105:19, 105:20, 105:23, 106:7, 106:11, 106:17, 106:19, 106:20, 106:22, 106:24, 107:1, 107:2, 107:3, 107:4, 107:7, 107:9, 107:16, 107:17, 107:21, 108:10, 108:12, 108:13, 108:18, 108:21, 108:22, 108:24, 108:25, 109:1, 109:15, 109:17, 109:19, 109:20, 109:22, 109:23, 109:25, 110:4, 110:19, 110:21, 111:1, 111:4, 111:12, 111:15, 111:17, 111:20, 111:22, 112:4, 112:6, 112:7, 112:8, 112:10, 112:12, 112:18, 112:20, 112:23, 112:24, 113:2, 113:3, 113:5, 113:10, 113:11, 113:12, 113:19, 113:21, 114:1, 114:2, 114:5, 114:6, 114:7, 114:9, 114:11, 114:12, 114:17, 114:18, 114:19, 114:23, 115:3, 115:9, 115:10, 115:13, 115:14, 115:15, 115:17, 115:18, 115:19, 115:22, 115:23, 116:3, 116:6, 116:15, 116:16, 116:21, 116:23, 116:24, 117:4, 117:5, 117:6, 117:9, 117:11,

117:13, 117:23, 117:24, 118:10, 118:12, 118:13, 118:14, 118:18, 118:19, 118:20, 118:22, 119:3, 119:5, 119:6, 119:9, 119:11, 119:14, 119:21, 120:3, 120:16, 120:17, 120:22, 120:23, 121:2, 121:5, 121:7, 121:8, 121:9, 121:10, 121:12, 121:13, 121:16, 121:20, 121:21, 121:22, 122:4, 122:6, 122:8, 122:19, 122:20, 122:23, 123:9, 123:11, 123:12, 123:16, 123:17, 123:20, 123:21, 124:1, 124:5, 124:9, 124:10, 124:11, 124:12, 124:13, 124:16, 124:17, 124:20, 124:22, 124:24, 124:25, 125:2, 125:3, 125:4, 125:21, 125:22, 125:23, 126:2, 126:5, 126:9, 126:15, 126:16, 126:17, 126:24, 127:3, 127:8, 127:22, 128:1, 128:11, 128:16, 128:18, 128:20, 128:22, 128:23, 129:1, 129:4, 129:6, 129:7, 129:8, 129:9, 129:10, 129:11, 129:12, 129:16, 129:18, 130:7, 130:9, 130:12, 130:14, 130:17, 130:19, 130:23, 131:1, 131:2, 131:7, 131:10, 132:12, 132:19, 133:9, 133:14, 133:16, 133:17, 133:18, 133:19, 133:20, 133:21, 133:22, 133:25, 134:1, 134:3, 134:6, 134:11, 134:12, 134:14, 134:24, 135:1, 135:4, 135:5, 135:6, 135:12,

135:13, 135:15, 135:16, 135:18, 136:3, 136:8, 136:20, 136:23, 137:7, 137:8, 137:11, 137:19, 137:23, 138:1, 138:3, 138:4, 138:8, 138:11, 138:12, 138:20, 139:12, 139:14, 139:15, 139:17, 139:23, 140:2, 140:3, 140:6, 140:8, 140:16, 140:18, 140:22, 141:3, 141:5, 141:8, 141:9, 141:11, 141:12, 141:13, 141:14, 141:16, 141:18, 141:21, 142:1, 142:2, 142:4, 142:7, 142:16, 142:18, 142:20, 142:23, 142:24, 142:25, 143:1, 143:3, 143:6, 143:10, 143:14, 143:19, 144:3, 144:4, 144:7, 144:22, 145:1, 145:5, 146:1, 146:5, 146:13, 146:16, 146:20, 146:23, 146:24, 146:25, 147:5, 147:10, 147:12, 147:19, 147:21, 147:25, 148:4, 148:5, 148:6, 148:10, 148:15, 148:17, 148:20, 148:22, 148:24, 149:1, 149:5, 149:7, 149:9, 149:10, 149:18, 149:20, 149:22, 149:24, 150:7, 150:11, 150:16, 151:2, 151:4, 151:5, 151:6, 151:11, 151:12, 151:14, 151:16, 151:17, 151:20, 151:22, 151:23, 152:1, 152:2, 152:3, 152:5, 152:6, 152:7, 152:13, 152:20, 152:21, 153:3, 153:8, 153:11, 153:13, 153:20, 154:6, 154:12, 154:16, 154:18, 154:20, 154:21,

155:3, 155:18, 155:20, 155:22, 155:25, 156:1, 156:5, 156:18, 156:19, 156:22, 157:4, 157:5, 157:6, 157:8, 157:12, 157:13, 157:17, 157:18, 157:23, 157:24, 157:25, 158:5, 158:17, 158:19, 158:23, 159:2, 159:3, 159:8, 159:10, 159:12, 159:21, 160:1, 161:7, 161:9, 161:10, 161:13, 161:14, 161:20, 161:21, 161:23, 162:4, 162:10, 162:12, 162:19, 163:1, 163:4, 163:6, 163:7, 163:10, 163:13, 163:14, 163:15, 163:16, 163:22, 163:25, 164:8, 164:17, 164:20, 164:21, 164:23, 165:8, 165:9, 165:11, 165:16, 165:17, 165:18, 165:24, 165:25, 166:1, 166:2, 166:4, 166:6, 166:12, 166:13, 166:14, 166:17, 166:23, 167:6, 167:7, 167:10, 167:14, 167:18, 167:20, 167:22, 168:1, 168:4, 168:6, 168:11, 168:14, 168:18, 168:19

**THEIR** [54] - 6:13, 7:6, 7:16, 7:21, 12:17, 13:23, 16:7, 16:21, 18:8, 20:22, 21:23, 28:21, 37:17, 37:19, 37:20, 37:23, 38:1, 38:3, 39:2, 39:3, 44:7, 44:12, 45:6, 45:21, 47:3, 55:14, 60:24, 67:8, 67:22, 67:23, 67:24, 68:15, 74:14, 77:17, 80:22, 80:23, 81:1, 81:13, 81:19, 82:5, 82:15, 82:17, 82:18, 83:13, 83:25, 90:16, 90:22, 90:24, 111:16, 143:5, 158:10,

166:13

**THEM** [53] - 4:3, 13:24, 16:7, 16:15, 18:11, 21:11, 21:23, 21:24, 22:19, 22:24, 23:11, 23:22, 24:5, 24:13, 32:12, 32:13, 37:18, 38:15, 43:8, 43:10, 44:11, 45:7, 56:25, 61:20, 63:22, 64:9, 65:4, 65:11, 68:16, 69:3, 69:7, 69:10, 71:17, 80:19, 81:18, 98:21, 107:5, 108:23, 111:16, 119:11, 125:16, 125:17, 127:24, 133:16, 133:19, 153:6, 157:25, 161:24, 162:12, 165:3

**THEMSELVES** [1] - 43:18

**THEN** [89] - 6:8, 6:12, 11:9, 11:21, 12:15, 12:24, 13:4, 13:6, 13:23, 14:1, 14:12, 14:15, 14:18, 15:1, 15:12, 16:19, 23:24, 26:6, 27:6, 28:22, 30:21, 30:22, 32:10, 33:7, 33:16, 34:12, 34:24, 39:1, 39:4, 44:4, 44:16, 44:25, 45:12, 45:14, 45:16, 45:17, 55:15, 56:19, 58:3, 63:14, 70:17, 71:8, 71:25, 73:2, 74:8, 74:14, 75:23, 77:4, 79:24, 80:20, 88:2, 92:24, 94:1, 94:11, 94:16, 95:19, 98:14, 99:3, 101:5, 103:4, 103:21, 106:20, 107:2, 110:14, 112:18, 116:21, 117:8, 118:1, 121:3, 121:9, 123:6, 123:12, 123:19, 125:14, 126:4, 126:15, 128:1, 134:8, 138:8, 143:4, 143:7, 161:8, 166:17, 167:9, 167:24, 168:10

**THERAPEUTIC** [3] - 6:13, 63:17, 162:24

**THERAPIST** [9] - 81:4, 83:16, 92:16, 148:25, 154:8, 166:2

**THERAPISTS** [2] - 7:2, 7:3

**THERAPY** [5] - 8:18, 51:15, 80:17, 80:18

**THERE** [144] - 4:18, 14:12, 15:22, 18:3, 18:9, 20:15, 22:22, 26:6, 26:9, 27:3, 27:5, 27:7, 27:10, 36:16, 38:24, 38:25, 43:14, 43:15, 43:22, 43:24, 46:20, 48:13, 52:17, 52:18, 54:7, 54:8, 55:11, 55:15, 56:20, 57:17, 60:1, 60:16, 63:25, 65:22, 66:19, 70:22, 71:20, 71:21, 72:9, 72:11, 72:14, 72:16, 72:17, 72:21, 74:7, 78:1, 79:4, 80:14, 80:15, 81:2, 85:8, 85:14, 86:14, 86:23, 87:4, 87:16, 87:19, 90:14, 90:17, 91:4, 91:17, 94:2, 94:6, 96:14, 96:17, 96:20, 96:22, 97:25, 98:9, 98:14, 98:20, 98:21, 98:22, 100:22, 102:9, 102:10, 102:16, 102:20, 102:21, 105:23, 106:2, 107:23, 108:10, 108:11, 110:4, 115:25, 116:19, 118:6, 119:18, 120:21, 121:25, 122:25, 123:7, 123:13, 123:19, 124:1, 124:4, 124:8, 125:15, 126:1, 126:5, 126:10, 128:8, 132:3, 133:3, 134:7, 141:8, 141:15, 143:10, 145:5, 154:23, 155:16, 155:24, 156:3, 156:12, 156:21, 158:10, 158:12, 159:13, 159:18, 160:6, 160:8, 160:23, 161:7, 162:15, 162:20, 164:22, 164:24, 165:12, 165:13, 165:14, 166:3, 166:5, 166:16, 167:8, 167:12, 168:8

**THERE'S** [4] - 14:24,

26:3, 52:16, 61:9

**THEREFORE** [1] - 91:2

**THESE** [19] - 19:20, 24:3, 41:5, 83:23, 85:16, 87:2, 89:18, 95:18, 97:5, 102:21, 131:25, 132:1, 132:2, 146:21, 160:22, 161:11, 161:17, 167:5

**THEY** [142] - 13:17, 13:18, 13:22, 15:1, 15:11, 17:20, 19:2, 19:12, 20:11, 20:17, 21:13, 22:17, 22:20, 23:10, 23:17, 23:18, 23:24, 24:3, 24:5, 24:11, 24:12, 24:17, 24:18, 26:18, 27:24, 27:25, 28:19, 28:22, 28:23, 28:24, 29:6, 31:14, 31:15, 32:11, 32:22, 34:1, 34:22, 34:23, 35:3, 37:20, 37:21, 37:22, 38:3, 38:15, 38:16, 39:1, 39:2, 43:7, 43:8, 43:16, 43:17, 43:18, 43:24, 44:2, 44:5, 44:7, 44:9, 44:19, 44:21, 44:24, 44:25, 45:3, 45:4, 45:8, 45:11, 45:17, 45:19, 45:20, 45:21, 47:2, 47:3, 47:4, 51:17, 55:10, 55:15, 56:19, 56:23, 57:23, 63:23, 65:3, 67:5, 67:7, 67:8, 72:17, 74:13, 82:13, 82:17, 82:23, 83:11, 83:13, 83:14, 84:5, 84:6, 84:15, 85:2, 86:20, 86:22, 90:16, 90:21, 90:24, 91:2, 93:3, 93:21, 93:22, 94:15, 99:5, 101:14, 102:24, 105:24, 109:13, 110:22, 117:1, 117:2, 118:3, 118:9, 118:15, 119:10, 131:1, 137:8, 139:18, 139:20, 140:25, 143:13, 153:6, 154:6, 158:9, 158:23, 162:4, 162:8, 162:12, 165:9, 165:17, 165:18, 168:5

**THING** [11] - 14:3,

24:16, 33:7, 43:23, 44:9, 57:25, 87:10, 137:19, 139:2, 161:6, 164:17

**THINGS** [43] - 7:18, 20:1, 20:9, 20:23, 21:17, 22:24, 24:19, 27:14, 27:15, 27:18, 36:16, 37:21, 38:8, 41:25, 42:25, 43:2, 43:4, 44:23, 45:2, 48:17, 56:7, 56:22, 61:18, 61:19, 62:13, 74:24, 76:6, 95:18, 108:15, 114:22, 116:21, 116:22, 121:22, 122:7, 123:5, 127:10, 137:1, 158:10, 160:24, 161:3, 162:18, 167:13

**THINK** [83] - 4:4, 6:21, 14:25, 17:4, 21:5, 22:1, 22:3, 22:6, 23:14, 26:8, 34:7, 34:14, 34:16, 36:5, 37:3, 37:8, 37:16, 42:4, 46:24, 53:13, 53:25, 55:11, 56:16, 58:2, 62:4, 62:12, 64:7, 65:11, 66:19, 68:10, 68:16, 69:8, 70:17, 73:7, 73:16, 74:21, 76:20, 85:9, 85:10, 93:19, 93:21, 94:11, 94:25, 96:18, 97:7, 99:19, 100:15, 102:10, 102:19, 102:20, 102:21, 103:15, 104:22, 104:23, 113:1, 125:25, 126:12, 126:15, 127:10, 128:3, 130:23, 136:8, 136:14, 137:19, 138:6, 139:7, 140:20, 142:1, 148:22, 150:1, 150:16, 154:12, 160:14, 163:7, 166:3, 166:11, 167:16, 167:17, 167:23, 167:25, 168:3

**THINKING** [2] - 96:5, 167:13

**THIRD** [4] - 40:3, 59:15, 153:4, 153:5

**THIS** [133] - 3:23, 4:12, 4:14, 10:25, 14:3,

14:15, 15:7, 16:8, 16:9, 17:5, 21:3, 23:11, 25:8, 25:9, 25:22, 40:6, 40:7, 40:19, 41:1, 41:3, 41:8, 47:7, 47:12, 47:20, 47:22, 48:12, 48:21, 48:25, 49:4, 49:5, 49:8, 52:5, 52:7, 52:22, 53:4, 53:11, 53:16, 55:3, 57:3, 59:16, 59:17, 60:9, 62:18, 63:3, 64:5, 64:20, 65:10, 65:25, 66:5, 68:23, 68:24, 71:23, 72:7, 77:14, 77:24, 85:15, 85:17, 85:18, 87:12, 87:13, 87:20, 88:24, 89:8, 89:9, 89:11, 89:12, 93:2, 95:4, 100:14, 102:15, 103:7, 103:9, 103:14, 104:22, 111:16, 113:16, 116:21, 116:24, 121:11, 121:14, 121:23, 122:20, 126:13, 126:22, 128:16, 128:20, 129:13, 130:13, 131:3, 131:7, 131:20, 135:19, 137:6, 137:10, 140:22, 140:24, 141:2, 141:13, 145:2, 146:16, 147:5, 147:11, 147:17, 148:13, 151:7, 151:10, 152:7, 152:24, 153:25, 154:11, 155:9, 155:10, 156:13, 156:17, 156:20, 156:21, 156:25, 157:5, 157:6, 157:19, 158:7, 159:1, 159:18, 160:18, 160:21, 160:22, 162:1, 162:6, 167:3, 167:22

**THOMAS** [2] - 103:25, 169:11

**THOSE** [39] - 5:22, 11:24, 20:9, 20:12, 20:21, 20:23, 25:17, 35:1, 50:17, 56:24, 71:3, 73:15, 74:24, 84:11, 85:25, 88:14, 89:22, 91:19, 92:1,

92:9, 96:23, 98:1, 101:1, 106:8, 107:2, 108:5, 108:17, 110:20, 114:5, 118:8, 119:7, 126:6, 128:4, 149:25, 160:17, 164:25, 165:20, 166:4, 168:10

**THOUGH** [2] - 31:15, 69:1

**THOUGHT** [8] - 13:17, 13:18, 47:3, 58:13, 92:24, 94:18, 138:1, 162:13

**THOUGHTS** [4] - 27:22, 35:24, 58:24, 150:2

**THOUSANDS** [1] - 11:4

**THREE** [10] - 6:8, 89:21, 98:12, 98:21, 105:14, 105:15, 105:17, 107:5, 117:7, 122:22

**THROUGH** [24] - 13:10, 17:21, 27:22, 46:11, 48:8, 50:17, 53:18, 62:2, 64:21, 84:6, 93:21, 103:1, 103:9, 107:18, 111:15, 119:2, 126:19, 126:21, 148:15, 150:18, 157:2, 157:3, 157:4

**TI** [1] - 132:20

**TICKET** [1] - 144:10

**TIGHT** [1] - 24:7

**TIME** [56] - 6:9, 14:13, 15:9, 15:21, 15:22, 17:9, 17:24, 38:18, 41:5, 49:5, 49:11, 50:4, 50:16, 53:1, 53:3, 53:16, 53:23, 53:24, 59:16, 59:17, 67:16, 69:21, 69:25, 84:3, 88:2, 91:18, 97:16, 100:20, 102:15, 102:18, 108:4, 109:25, 112:22, 114:23, 121:17, 123:17, 124:1, 126:19, 136:9, 137:11, 139:3, 139:5, 149:4, 149:10, 149:14, 149:22, 149:23, 149:24, 154:12, 159:18, 161:12, 164:25, 166:24,

167:1, 168:11

**TIMEFRAME** [1] - 76:2

**TIMES** [14] - 31:17, 31:20, 48:13, 69:24, 70:1, 70:4, 72:9, 90:18, 105:18, 105:20, 105:22, 110:5, 160:7, 160:8

**TIMING** [1] - 53:16

**TIPS** [1] - 123:4

**TO** [908] - 3:12, 3:17, 3:22, 4:7, 4:11, 4:23, 4:24, 4:25, 5:24, 6:19, 6:20, 6:25, 7:1, 7:9, 7:19, 8:17, 9:2, 9:4, 9:5, 9:7, 9:9, 9:11, 10:1, 10:2, 10:3, 10:19, 10:24, 11:5, 11:9, 11:13, 11:18, 11:22, 11:23, 11:25, 12:2, 12:3, 12:4, 12:6, 12:8, 12:16, 12:22, 12:23, 13:1, 13:6, 13:11, 13:14, 13:18, 13:19, 14:4, 14:7, 14:11, 14:14, 14:16, 14:18, 14:21, 14:25, 15:20, 15:21, 16:2, 16:3, 16:4, 16:7, 16:8, 16:15, 16:24, 17:4, 17:6, 17:10, 17:24, 18:21, 19:1, 19:3, 19:9, 19:18, 19:20, 19:22, 20:4, 20:6, 20:16, 20:21, 20:22, 21:7, 21:17, 21:20, 21:23, 22:14, 22:19, 22:23, 22:24, 23:1, 23:15, 24:11, 24:12, 24:23, 25:16, 26:2, 26:10, 26:12, 26:21, 27:13, 27:22, 28:9, 28:18, 28:22, 28:23, 28:25, 29:19, 30:3, 30:11, 30:16, 31:6, 31:14, 32:1, 32:16, 32:17, 32:20, 33:19, 33:25, 34:11, 34:21, 34:22, 35:17, 35:18, 36:1, 36:2, 36:3, 36:4, 36:15, 36:24, 36:25, 37:4, 37:5, 37:19, 37:21, 37:24, 38:3, 38:13, 38:15, 39:14, 39:18, 39:24, 40:4, 40:10, 41:24, 42:3, 42:6, 42:9, 42:20, 43:15, 43:19, 43:20, 44:6, 44:7,

45:8, 45:12, 45:24, 46:2, 46:3, 46:8, 46:18, 46:25, 47:20, 47:22, 47:24, 47:25, 48:2, 48:10, 49:7, 50:9, 51:14, 51:22, 51:25, 52:3, 52:7, 52:19, 52:20, 53:2, 53:4, 53:15, 53:23, 53:24, 54:2, 54:9, 54:10, 54:12, 54:13, 54:19, 54:20, 54:23, 54:25, 55:2, 55:3, 55:9, 55:13, 55:16, 55:17, 55:20, 55:21, 55:24, 56:4, 56:15, 56:18, 57:11, 57:21, 59:4, 59:5, 59:15, 59:18, 59:20, 59:22, 59:23, 60:3, 60:4, 60:5, 61:19, 61:20, 61:23, 61:25, 62:4, 62:16, 63:1, 63:10, 63:16, 63:22, 64:1, 64:3, 64:5, 64:7, 64:8, 64:9, 64:11, 64:13, 64:14, 64:18, 64:22, 65:2, 65:3, 65:5, 65:13, 65:14, 65:18, 65:23, 65:24, 66:1, 66:4, 66:6, 66:8, 66:10, 66:15, 66:16, 66:20, 66:21, 67:1, 67:5, 67:8, 67:13, 68:19, 68:24, 68:25, 69:3, 70:3, 70:6, 70:14, 70:18, 70:21, 71:10, 71:12, 71:23, 71:25, 72:1, 72:2, 72:7, 72:16, 72:23, 73:1, 73:8, 74:4, 74:8, 74:13, 74:17, 74:24, 75:14, 76:3, 76:7, 76:18, 77:2, 77:8, 77:15, 77:17, 78:2, 79:14, 80:19, 80:22, 81:18, 81:25, 82:5, 82:14, 82:15, 82:16, 82:24, 83:6, 83:17, 83:25, 84:15, 84:22, 85:5, 85:11, 85:12, 86:3, 86:10, 86:14, 86:21, 86:24, 87:2, 87:5, 87:9, 87:18, 88:4, 88:9, 88:22, 90:2, 90:3, 90:4, 90:24, 91:6, 91:8, 91:14, 92:2, 92:5, 92:6, 92:12, 92:18, 92:19, 92:20, 92:21, 93:6,

93:9, 93:12, 93:13, 93:24, 93:25, 94:1, 94:4, 94:5, 94:12, 94:14, 95:8, 95:18, 95:20, 95:23, 96:3, 96:12, 97:1, 97:3, 97:6, 97:10, 97:12, 97:19, 97:24, 98:4, 98:7, 98:11, 98:13, 98:15, 98:24, 99:4, 99:6, 99:9, 99:14, 99:15, 99:23, 99:24, 100:13, 100:20, 101:3, 101:14, 101:17, 101:22, 102:5, 102:6, 102:8, 102:10, 102:12, 102:17, 102:21, 103:1, 103:6, 103:13, 103:17, 104:22, 104:23, 104:24, 104:25, 105:13, 105:19, 105:25, 106:11, 106:15, 107:5, 107:6, 107:8, 107:14, 107:15, 107:20, 108:6, 108:12, 108:14, 108:21, 108:22, 108:23, 109:3, 109:4, 109:5, 109:10, 109:11, 109:12, 109:14, 109:16, 110:1, 110:3, 110:5, 110:7, 110:10, 110:14, 110:21, 111:4, 111:7, 111:9, 111:14, 111:15, 111:16, 111:17, 111:21, 112:2, 112:3, 112:4, 112:8, 112:10, 112:12, 112:13, 112:21, 112:22, 112:23, 113:6, 113:9, 113:18, 113:25, 114:7, 114:14, 114:15, 114:16, 114:24, 115:3, 115:4, 115:7, 115:13, 115:16, 115:17, 115:18, 115:20, 115:22, 116:3, 116:4, 116:6, 116:12, 116:14, 116:17, 116:20, 116:24, 117:1, 117:3, 117:4, 117:6, 117:10, 117:11,

117:12, 117:14, 117:23, 117:25, 118:1, 118:5, 118:13, 118:14, 118:15, 118:20, 118:22, 119:1, 119:4, 119:6, 119:7, 119:10, 119:11, 119:12, 119:24, 120:12, 120:22, 120:23, 120:24, 121:1, 121:2, 121:6, 121:7, 121:10, 121:11, 121:12, 121:13, 121:17, 121:21, 121:23, 121:24, 122:9, 122:10, 122:12, 122:13, 122:18, 122:24, 123:1, 123:20, 123:21, 123:24, 124:3, 124:10, 124:11, 124:13, 124:14, 124:22, 124:24, 124:25, 125:1, 125:14, 125:16, 126:6, 126:9, 126:11, 126:13, 126:15, 126:16, 126:20, 126:23, 127:3, 127:4, 127:5, 127:13, 127:14, 127:15, 127:22, 127:24, 128:2, 128:4, 128:5, 128:7, 128:8, 128:11, 128:16, 128:18, 128:20, 128:24, 128:25, 129:2, 129:4, 129:6, 129:7, 129:12, 129:22, 129:23, 130:3, 130:4, 130:9, 130:14, 130:15, 130:21, 130:22, 130:23, 131:3, 131:20, 131:21, 132:1, 132:2, 132:9, 132:10, 132:11, 132:18, 132:19, 132:20, 132:21, 132:22, 132:23, 132:24, 132:25, 133:4, 133:13, 133:14, 133:15, 133:16, 133:21, 133:24, 134:8, 134:9, 134:16, 134:23, 135:2, 135:5, 135:12,

135:13, 135:19, 135:24, 135:25, 136:1, 136:2, 136:5, 136:9, 136:12, 136:13, 136:17, 136:20, 137:2, 137:5, 137:8, 137:9, 137:10, 137:12, 137:17, 137:20, 138:2, 138:10, 138:15, 138:16, 138:17, 138:25, 139:1, 139:3, 139:5, 139:12, 139:24, 140:14, 140:19, 140:21, 140:22, 140:23, 140:25, 141:1, 141:6, 141:8, 141:11, 141:23, 141:25, 142:5, 142:8, 142:10, 142:12, 142:13, 142:14, 142:23, 142:24, 143:2, 143:3, 143:13, 143:25, 144:1, 144:2, 144:3, 144:7, 144:8, 144:9, 144:10, 144:14, 144:18, 146:10, 146:18, 146:19, 146:23, 147:9, 147:10, 147:17, 148:9, 148:14, 148:16, 148:19, 148:20, 149:1, 149:2, 149:5, 149:6, 149:7, 149:8, 149:9, 149:19, 149:20, 149:21, 149:22, 149:25, 150:8, 150:9, 150:12, 150:14, 150:15, 150:23, 151:3, 151:5, 151:21, 151:23, 151:24, 152:7, 152:8, 152:9, 152:12, 152:13, 152:18, 152:20, 152:25, 153:4, 153:6, 153:9, 153:11, 153:12, 153:15, 153:19, 153:23, 154:3, 154:4, 154:5, 154:6, 154:7, 154:9, 154:10, 154:15, 154:24, 155:1, 155:7, 155:8, 155:9, 155:10, 155:12, 155:17, 155:18,

155:23, 155:24, 156:5, 156:6, 156:8, 156:9, 156:10, 156:13, 156:14, 156:17, 156:19, 156:24, 157:5, 157:13, 157:17, 157:19, 157:20, 158:3, 158:4, 158:5, 158:6, 158:9, 158:11, 158:14, 159:1, 159:8, 159:14, 159:15, 159:18, 160:7, 160:9, 160:10, 160:11, 160:15, 160:17, 160:19, 160:20, 160:21, 161:1, 161:3, 161:6, 161:7, 161:8, 161:12, 161:23, 162:3, 162:14, 162:20, 163:11, 163:21, 164:7, 164:8, 164:15, 165:1, 165:4, 165:7, 165:12, 165:24, 165:25, 166:1, 166:3, 166:4, 166:5, 167:2, 167:4, 167:6, 167:11, 167:13, 167:15, 167:17, 167:23, 167:25, 168:1, 168:5

**TODAY** [20] - 52:8, 56:14, 73:13, 76:1, 97:23, 104:11, 120:15, 131:20, 137:10, 140:10, 140:19, 140:25, 141:22, 141:24, 152:11, 166:24, 167:1, 167:10, 168:1

**TOGETHER** [7] - 43:2, 52:13, 97:13, 118:4, 118:7, 118:9, 168:11

**TOLD** [7] - 36:16, 92:4, 102:3, 115:2, 131:20, 159:9

**TOM** [16] - 35:8, 35:9, 93:18, 93:19, 93:23, 94:1, 94:12, 94:16, 104:4, 104:7, 133:7, 133:24, 141:16, 166:4

**TON** [1] - 118:11
**TONE** [1] - 26:17
**TOO** [3] - 12:23, 108:10, 154:13
**TOOK** [3] - 20:6,

102:9, 157:4

**TOOLS** [4] - 11:20, 16:18, 50:9, 153:12

**TOP** [9] - 15:4, 15:8, 85:13, 87:3, 87:15, 89:5, 97:25, 132:16, 151:12

**TOPIC** [1] - 44:20

**TOPICS** [1] - 165:17

**TORNADO** [1] - 139:16

**TOTALLY** [4] - 30:12, 53:15, 72:20, 164:13

**TOUCH** [6] - 70:24, 93:4, 111:1, 118:1, 122:12, 162:8

**TOUCHES** [9] - 32:20, 32:21, 36:22, 61:15, 117:6, 117:23, 117:25, 122:15, 124:15

**TOUCHING** [15] - 33:24, 34:24, 36:18, 37:18, 60:17, 61:16, 63:8, 63:20, 63:21, 69:3, 123:25, 124:12, 125:1, 125:5

**TOURETTE** [2] - 29:12, 29:13

**TOWARDS** [1] - 20:22

**TRACKING** [1] - 55:13

**TRAIN** [1] - 13:1

**TRAINED** [13] - 49:23, 49:24, 50:3, 50:14, 51:25, 107:20, 111:3, 111:7, 111:13, 111:20, 145:13, 146:10, 151:23

**TRAINING** [13] - 6:8, 50:17, 52:10, 80:3, 93:13, 93:15, 107:19, 107:23, 110:19, 110:20, 125:7, 149:7, 149:9

**TRANSCRIPT** [2] - 1:23, 168:19

**TRANSCRIPTION** [1] - 1:23

**TRANSFERRED** [2] - 70:3, 76:3

**TRANSITION** [2] - 20:13, 39:23

**TRANSITIONED** [6] - 30:11, 36:15, 39:18, 40:4, 40:7, 73:1

**TRANSITIONING** [3] - 46:8, 53:2, 80:22

**TRANSPORTATION** [3] - 12:5, 14:13,

14:14

**TRAUMATIC** [4] - 80:13, 81:8, 81:20, 162:1

**TRAVEL** [3] - 13:11, 14:7, 15:9

**TRAVERSING** [1] - 15:1

**TREAT** [6] - 46:3, 48:19, 75:15, 75:20, 75:24, 76:4

**TREATED** [1] - 11:2

**TREATING** [5] - 64:4, 75:15, 75:17, 76:8, 148:25

**TREATMENT** [5] - 25:15, 80:15, 83:19, 92:19

**TRIAL** [11] - 120:17, 126:23, 127:3, 127:21, 128:14, 136:7, 136:12, 137:6, 137:7, 138:4, 141:12

**TRIANGLE** [1] - 102:11

**TRICK** [1] - 65:24

**TRICKING** [2] - 66:2, 66:3

**TRIED** [3] - 12:8, 30:2, 31:11

**TRIP** [1] - 13:21

**TROUBLE** [2] - 14:25, 72:10

**TRUE** [13] - 49:17, 59:10, 59:14, 60:8, 62:12, 118:12, 120:2, 120:7, 145:6, 145:8, 153:7, 153:18, 154:14

**TRULY** [3] - 64:20, 156:25, 157:19

**TRUST** [2] - 63:19, 160:16

**TRUTH** [1] - 67:10

**TRY** [16] - 6:25, 13:19, 21:7, 64:14, 65:24, 76:18, 99:9, 99:14, 117:1, 131:7, 131:8, 131:9, 140:15, 140:17, 154:11

**TRYING** [12] - 12:21, 13:18, 32:16, 34:21, 106:15, 107:6, 112:21, 128:2, 135:12, 136:1, 137:9, 166:3

**TS** [1] - 138:23

**TSA** [4] - 14:4, 14:21, 14:23, 15:1

**TSS** [4] - 90:17, 90:20, 162:22, 162:23

**TURN** [3] - 43:17, 57:11, 97:24

**TURNED** [2] - 19:9, 116:21

**TUTORING** [2] - 83:17, 83:19

**TUTORS** [1] - 165:18

**TWO** [16] - 3:24, 15:10, 41:17, 71:21, 78:20, 91:19, 112:4, 117:7, 122:15, 122:18, 124:2, 127:10, 132:7, 161:5, 163:2

**TWO-MINUTE** [1] - 41:17

**TYPE** [6] - 27:18, 27:25, 90:12, 123:14, 123:19, 123:21

**TYPICAL** [4] - 10:18, 46:18, 127:21, 127:24

**TYPICALLY** [9] - 12:7, 81:2, 84:5, 84:6, 90:19, 99:5, 110:2, 143:4, 143:21

**TYPING** [2] - 27:22, 121:25

———————————

**U**

———————————

**ULTIMATELY** [4] - 80:1, 80:20, 129:6, 136:10

**UNABLE** [2] - 115:17, 157:17

**UNCOMFORTABLE** [2] - 23:13, 23:14

**UNDER** [9] - 28:15, 58:21, 68:18, 115:16, 120:13, 124:24, 128:4, 152:3, 161:16

**UNDERESTIMATE** [1] - 90:7

**UNDERGOING** [1] - 93:15

**UNDERMINE** [2] - 63:16, 114:17

**UNDERSTAND** [34] - 13:20, 32:16, 34:19, 34:21, 34:22, 69:5, 71:24, 72:20, 112:2, 112:8, 112:10, 112:12, 112:23, 113:2, 113:3, 113:5, 113:6, 115:13,

118:16, 120:22, 127:20, 128:2, 128:21, 129:1, 129:3, 129:6, 129:7, 129:9, 129:10, 137:4, 137:5, 141:2, 160:9, 164:13

**UNDERSTANDING** [11] - 26:4, 51:16, 60:7, 69:19, 96:1, 97:13, 107:18, 117:1, 118:23, 118:25, 154:2

**UNDERSTOOD** [3] - 22:6, 97:2, 98:10

**UNETHICAL** [3] - 114:7, 114:10, 114:17

**UNFOLDS** [1] - 128:19

**UNFORTUNATELY** [1] - 73:13

**UNFUNDED** [1] - 12:24

**UNIQUE** [1] - 10:17

**UNITED** [1] - 1:1

**UNIVERSITIES** [2] - 22:14, 116:15

**UNIVERSITY** [7] - 9:5, 79:20, 79:22, 80:1, 80:2, 116:16, 119:19

**UNLESS** [4] - 18:9, 37:22, 77:18, 131:2

**UNLIKE** [1] - 59:21

**UNSUCCESSFUL** [3] - 30:4, 31:13, 37:14

**UNTIL** [2] - 121:8, 123:5

**UNUSUAL** [2] - 44:14, 161:12

**UP** [39] - 5:1, 14:24, 17:25, 18:4, 32:12, 41:24, 48:7, 48:8, 65:23, 66:4, 75:2, 75:5, 75:11, 78:2, 88:3, 88:5, 88:9, 92:13, 117:18, 119:6, 122:5, 123:6, 125:6, 126:22, 129:7, 129:14, 132:7, 138:7, 141:15, 142:2, 142:19, 149:25, 156:19, 158:9, 158:11, 163:5, 165:2, 167:10

**UPDATE** [1] - 149:19

**UPHELD** [1] - 147:11

**UPON** [9] - 59:14, 61:14, 102:25, 129:22, 142:10,

153:3, 153:21, 155:2, 156:4

**UPSET** [1] - 48:11

**US** [35] - 6:17, 10:23, 14:11, 14:14, 16:14, 16:15, 21:5, 25:8, 26:1, 27:2, 27:5, 27:6, 27:12, 36:11, 40:6, 56:16, 67:14, 68:16, 78:25, 80:25, 81:24, 82:9, 84:19, 85:15, 91:11, 93:16, 97:18, 99:17, 104:17, 112:4, 131:23, 135:24, 135:25, 137:5, 161:4

**USE** [36] - 26:5, 26:10, 29:9, 31:14, 38:23, 40:10, 46:11, 58:10, 59:1, 64:9, 67:5, 68:8, 74:8, 76:7, 81:7, 81:15, 86:7, 86:9, 95:23, 99:14, 99:22, 103:9, 124:3, 143:13, 148:15, 149:1, 149:9, 151:14, 151:20, 151:22, 152:1, 152:5, 153:8, 154:6, 154:21, 159:8

**USED** [33] - 8:17, 15:25, 16:22, 28:18, 34:25, 39:24, 43:4, 48:2, 58:20, 58:23, 59:22, 66:16, 67:1, 82:23, 86:12, 86:21, 90:12, 91:13, 93:24, 96:3, 107:23, 122:7, 123:16, 126:9, 127:14, 127:15, 138:25, 148:12, 155:7, 158:5, 161:22, 162:2

**USEFUL** [1] - 153:14

**USES** [9] - 58:12, 67:18, 68:9, 70:22, 71:14, 76:13, 117:3, 122:4, 124:5

**USING** [50] - 32:17, 37:1, 38:4, 38:17, 42:3, 42:7, 42:9, 44:6, 44:8, 46:2, 50:9, 58:15, 58:19, 59:9, 59:13, 59:18, 60:4, 65:10, 66:20, 68:23, 69:17, 70:18, 71:9, 71:10, 71:21, 72:1, 72:2, 93:2, 93:12, 95:21, 96:13, 100:3, 100:18,

106:16, 115:10, 124:2, 124:3, 126:6, 127:4, 138:4, 152:24, 153:12, 155:23, 156:7, 157:19, 161:24, 165:6, 165:17, 165:18

**USUALLY** [7] - 7:1, 17:19, 17:21, 18:10, 37:25, 43:1, 71:24

**UTILIZED** [1] - 102:25

**UTILIZING** [1] - 142:16

**V**

**VACCINATED** [2] - 15:22, 15:23

**VACCINATION** [1] - 16:8

**VALID** [1] - 157:7

**VALIDATE** [1] - 116:20

**VALIDATING** [1] - 113:16

**VARIED** [1] - 18:19

**VARIES** [3] - 17:12, 34:7, 34:14

**VARIETY** [2] - 84:8, 86:21

**VARIOUS** [4] - 19:7, 83:18, 154:3, 162:18

**VARY** [1] - 18:5

**VERBAL** [5] - 91:15, 96:11, 98:12, 98:13, 100:17

**VERBALLY** [2] - 42:11, 42:21

**VERSION** [1] - 29:6

**VERSUS** [5] - 1:5, 56:19, 58:1, 72:16, 162:11

**VERY** [54] - 10:17, 13:20, 13:22, 15:22, 20:13, 20:14, 21:14, 27:16, 28:11, 32:4, 32:18, 39:5, 48:1, 74:1, 75:21, 96:24, 99:12, 104:9, 109:15, 110:17, 116:17, 116:18, 116:23, 124:21, 125:11, 127:15, 127:21, 127:24, 128:13, 131:16, 131:17, 140:19, 141:4, 141:24, 155:5, 159:11, 160:7, 160:23,

160:25, 162:15, 165:4, 166:24, 166:25

**VET** [1] - 116:23

**VIDEO** [7] - 94:9, 94:12, 94:14, 94:15, 94:16, 94:20, 165:8

**VIDEOS** [7] - 32:16, 32:18, 93:11, 95:19, 106:18, 106:24, 149:4

**VIEW** [1] - 156:24

**VIOLATING** [1] - 97:20

**VIRGINIA** [1] - 116:16

**VISIT** [5] - 20:16, 20:22, 40:16, 41:2, 41:6

**VISITED** [3] - 76:10, 76:12, 149:7

**VISITS** [4] - 18:1, 70:5, 70:7, 76:17

**VISUAL** [6] - 13:4, 16:22, 96:25, 98:18, 98:19, 98:21

**VITAE** [1] - 85:17

**VOCABULARY** [1] - 97:22

**VOCALIZATION** [1] - 42:16

**VOCATIONAL** [1] - 7:2

**VOICE** [14] - 44:15, 62:18, 63:4, 64:20, 64:23, 105:24, 111:15, 121:6, 129:18, 129:20, 129:23, 144:10, 157:19

**VOICE'S** [1] - 129:21

**VOICES** [1] - 166:4

**VOIR** [1] - 95:9

**VOSSELLER** [4] - 107:19, 150:17, 150:19, 150:20

**W**

**W-A-N-T-E-D** [1] - 140:12

**WAIS** [5] - 86:15, 86:16, 89:9, 89:19

**WAIS-IV** [2] - 86:15, 86:16

**WAIT** [5] - 4:17, 35:3, 72:12, 94:24, 103:10

**WAITED** [1] - 46:25

**WALK** [2] - 109:13, 164:23

**WALK-OUT** [1] - 164:23

**WALKS** [1] - 111:15

**WALL** [1] - 39:7

**WANT** [40] - 4:3, 11:23, 18:21, 27:13, 41:24, 42:6, 47:24, 64:22, 72:7, 72:16, 75:14, 77:15, 82:14, 86:3, 87:9, 87:18, 102:17, 103:17, 106:11, 110:7, 118:15, 131:21, 133:24, 135:2, 135:11, 135:19, 135:25, 136:12, 137:2, 137:9, 138:25, 139:1, 139:24, 141:25, 149:22, 160:15, 164:15

**WANTED** [13] - 12:20, 19:1, 20:6, 58:12, 70:14, 94:12, 94:14, 140:13, 140:21, 140:25, 160:7

**WANTING** [1] - 123:21

**WANTS** [5] - 15:21, 61:21, 96:4, 118:20, 136:2

**WARNING** [1] - 68:8

**WARNS** [1] - 159:7

**WAS** [347] - 5:16, 9:7, 9:9, 9:10, 9:16, 10:7, 10:8, 11:8, 11:11, 11:16, 11:18, 11:19, 12:3, 12:10, 12:12, 12:21, 12:23, 13:15, 13:18, 14:13, 14:20, 14:23, 15:9, 15:19, 15:22, 15:23, 15:24, 16:1, 16:9, 16:10, 16:17, 18:16, 18:17, 18:18, 18:19, 18:24, 19:8, 19:11, 22:13, 23:5, 25:18, 29:5, 29:12, 29:19, 30:9, 30:14, 30:20, 31:3, 31:23, 32:6, 32:7, 32:9, 32:14, 32:19, 35:8, 36:13, 36:16, 36:18, 36:20, 37:19, 40:2, 40:7, 40:9, 40:13, 40:16, 40:25, 42:3, 42:4, 42:7, 42:19, 43:3, 44:10, 45:3, 45:14, 46:9, 46:15, 46:16, 47:3, 47:21, 48:6, 48:11, 48:18, 49:8, 49:13, 49:17, 53:1, 53:24, 54:7, 54:8, 54:15,

54:16, 55:4, 55:9, 55:21, 58:24, 58:25, 59:3, 59:8, 61:19, 61:22, 62:5, 62:8, 62:20, 63:9, 63:18, 63:19, 63:20, 64:2, 64:4, 64:12, 64:13, 64:23, 66:5, 66:7, 66:8, 66:9, 66:10, 66:13, 66:14, 66:24, 66:25, 69:21, 69:25, 71:8, 71:9, 71:10, 72:8, 72:9, 72:11, 73:11, 74:5, 74:7, 74:12, 75:17, 76:7, 78:22, 78:23, 79:2, 79:4, 79:5, 79:6, 79:24, 80:13, 80:15, 80:16, 81:2, 83:3, 83:12, 83:13, 85:9, 87:22, 88:3, 88:18, 91:17, 91:19, 92:2, 92:3, 92:4, 92:5, 92:6, 92:13, 92:15, 92:17, 93:2, 93:14, 93:18, 93:20, 93:23, 93:24, 93:25, 94:2, 94:6, 94:13, 94:19, 94:25, 96:16, 96:17, 96:18, 96:20, 96:24, 97:1, 97:2, 97:14, 97:16, 97:23, 98:9, 98:10, 98:13, 98:14, 98:15, 99:2, 99:11, 99:12, 99:13, 99:19, 99:23, 99:24, 100:3, 100:4, 100:7, 100:14, 100:15, 100:17, 101:16, 102:3, 102:4, 102:5, 102:9, 102:10, 102:12, 103:6, 105:15, 105:16, 106:8, 111:20, 113:14, 114:6, 114:7, 115:20, 115:22, 115:23, 117:22, 121:7, 121:8, 121:9, 121:16, 126:14, 128:8, 131:20, 131:21, 137:4, 137:15, 138:20, 140:16, 140:19, 141:15, 142:7, 143:1, 143:3, 143:5, 144:7, 144:9, 144:14, 144:17, 145:5, 145:6, 145:7, 147:10, 147:11, 147:12, 148:12,

149:5, 149:6, 149:8, 149:10, 151:5, 151:6, 151:7, 151:22, 151:23, 151:24, 152:7, 152:8, 153:13, 153:14, 153:15, 154:7, 154:10, 154:21, 155:24, 156:7, 156:20, 156:21, 156:25, 157:6, 157:7, 157:14, 157:17, 157:18, 158:1, 158:4, 158:17, 159:5, 160:7, 160:9, 160:10, 160:11, 160:17, 160:21, 161:3, 161:16, 162:14, 162:16, 162:20, 163:8, 163:14, 163:15, 163:17, 163:18, 164:17, 164:18, 164:22, 164:24, 165:1, 165:2, 165:4, 165:5, 165:6, 165:10, 165:11, 165:12, 165:13, 165:17, 165:19, 165:25, 166:3, 166:16, 167:11

**WASHINGTON** [1] - 12:17

**WASN'T** [6] - 32:13, 36:18, 37:18, 63:18, 88:17, 145:6

**WATCH** [4] - 67:6, 67:7, 67:9, 69:1

**WATCHED** [3] - 36:21, 94:15, 165:9

**WATCHING** [5] - 63:19, 64:24, 66:8, 66:10, 94:16

**WAY** [38] - 32:12, 34:17, 34:18, 36:17, 44:10, 46:20, 54:11, 57:10, 59:5, 62:17, 63:3, 74:18, 86:14, 90:24, 92:3, 107:8, 108:23, 109:19, 111:5, 111:22, 111:25, 112:20, 114:6, 115:6, 115:9, 115:11, 116:25, 123:7, 124:8, 135:13, 137:7, 137:9, 152:13, 152:20, 152:24, 155:24, 160:17,

161:10

**WAYS** [3] - 16:16, 57:9, 122:25

**WE** [204] - 3:23, 3:24, 4:11, 6:12, 9:1, 9:24, 11:14, 11:15, 11:21, 12:23, 13:1, 13:3, 13:4, 13:20, 14:3, 14:15, 14:16, 14:18, 14:23, 15:16, 15:25, 16:5, 16:6, 16:7, 16:16, 16:19, 16:21, 16:22, 16:23, 18:10, 18:11, 19:4, 19:13, 19:14, 19:18, 19:19, 19:20, 19:21, 19:22, 19:23, 20:1, 20:6, 20:9, 20:11, 20:17, 20:21, 20:22, 20:24, 22:1, 22:24, 24:25, 25:6, 25:22, 26:8, 26:10, 26:11, 27:13, 28:16, 28:18, 29:9, 31:22, 31:23, 32:12, 36:17, 38:22, 38:23, 39:15, 40:5, 41:16, 41:17, 41:20, 43:11, 43:12, 43:23, 44:16, 44:18, 44:23, 45:2, 45:3, 45:5, 45:6, 45:11, 45:14, 47:7, 50:8, 52:13, 53:5, 53:13, 54:4, 54:10, 55:5, 56:17, 66:21, 67:10, 70:17, 73:16, 75:8, 76:25, 77:2, 77:4, 77:6, 77:7, 77:10, 77:12, 80:21, 84:23, 85:12, 86:12, 87:1, 91:5, 91:6, 92:25, 93:1, 97:24, 99:22, 100:13, 100:18, 102:16, 103:10, 103:12, 103:15, 104:21, 104:22, 104:23, 106:16, 107:13, 108:3, 110:2, 110:23, 112:17, 113:5, 113:6, 114:3, 116:16, 116:17, 116:18, 116:19, 116:23, 119:3, 119:5, 119:21, 120:12, 124:10, 124:13, 125:4, 127:3, 127:10, 128:8, 128:16, 129:12, 129:24, 130:16, 130:17, 130:19, 130:25,

131:8, 131:9, 133:10, 134:5, 135:12, 135:24, 135:25, 136:5, 136:14, 136:20, 137:9, 137:10, 137:23, 137:25, 138:1, 138:6, 140:21, 140:23, 141:12, 141:19, 141:22, 142:12, 142:23, 146:13, 149:20, 149:22, 149:24, 157:12, 161:23, 167:3, 167:18, 167:25, 168:1, 168:6, 168:10, 168:11

**WEARING** [1] - 23:10

**WEBSITE** [1] - 166:18

**WECHSLER** [1] - 86:12

**WEEKLY** [1] - 105:21

**WEIGHING** [2] - 153:23, 153:24

**WEIGHT** [1] - 20:12

**WELL** [47] - 4:9, 7:5, 8:18, 11:13, 14:18, 15:2, 17:19, 21:5, 26:14, 27:24, 28:6, 32:4, 42:5, 44:17, 47:9, 48:16, 51:12, 53:21, 55:10, 61:2, 61:15, 64:17, 65:16, 66:19, 79:10, 84:12, 85:8, 93:9, 96:11, 96:16, 100:17, 101:2, 118:3, 118:6, 121:1, 121:12, 123:24, 128:13, 130:16, 131:18, 134:14, 141:14, 143:21, 150:2, 152:10, 160:23, 163:13

**WELLS** [1] - 167:17

**WENDY** [5] - 3:13, 4:21, 5:5, 5:9, 169:5

**WENT** [9] - 9:5, 10:12, 16:7, 32:3, 32:4, 36:15, 83:6, 93:12, 107:18

**WERE** [101] - 9:6, 12:24, 14:18, 15:4, 15:7, 15:10, 15:25, 16:2, 16:3, 19:12, 20:9, 23:12, 30:18, 31:2, 31:15, 32:10, 32:12, 33:11, 34:22, 37:17, 37:18, 40:17,

42:2, 42:19, 45:11, 45:16, 46:8, 49:25, 50:1, 50:14, 53:18, 55:10, 55:11, 63:21, 64:4, 65:8, 65:9, 65:14, 72:9, 74:4, 74:20, 75:15, 76:7, 76:8, 76:9, 76:10, 80:6, 80:9, 80:10, 80:21, 80:24, 81:1, 83:14, 91:19, 92:1, 92:13, 92:22, 92:23, 93:21, 94:2, 96:11, 96:14, 96:22, 96:23, 98:4, 98:7, 98:9, 100:18, 101:3, 102:25, 105:13, 108:3, 108:6, 108:14, 108:15, 113:9, 113:18, 116:6, 116:22, 125:14, 126:2, 130:3, 138:1, 155:22, 157:12, 160:2, 160:6, 160:8, 161:4, 162:12, 162:15, 164:25, 165:18

**WEREN'T** [1] - 48:13

**WHAT** [268] - 6:5, 6:17, 6:23, 9:16, 9:19, 10:7, 10:22, 11:7, 11:11, 12:10, 15:7, 17:9, 17:17, 19:9, 20:11, 21:3, 23:5, 23:10, 25:8, 27:6, 27:13, 28:16, 28:18, 28:19, 29:7, 33:9, 33:10, 33:15, 34:2, 34:3, 34:6, 34:12, 34:19, 36:6, 36:11, 40:6, 40:22, 42:6, 42:15, 43:3, 43:6, 43:9, 43:11, 44:13, 44:18, 45:10, 45:11, 45:20, 46:15, 47:4, 47:24, 48:5, 52:3, 55:4, 55:5, 55:9, 55:10, 56:20, 58:7, 58:11, 58:17, 58:18, 60:12, 60:17, 61:2, 61:7, 61:12, 61:21, 62:20, 63:7, 63:23, 64:2, 64:10, 64:11, 64:12, 65:25, 66:5, 67:4, 67:5, 67:6, 67:8, 67:15, 67:17, 68:19, 69:17, 71:24, 72:20, 73:14, 73:19, 74:19, 75:5, 76:10, 76:15, 77:7,

78:24, 80:9, 80:24, 80:25, 81:11, 81:24, 82:16, 82:17, 82:19, 83:12, 83:13, 83:20, 84:4, 84:11, 85:15, 85:16, 86:9, 87:20, 88:9, 89:7, 89:11, 89:12, 90:12, 90:21, 91:1, 91:11, 91:22, 92:1, 93:1, 93:22, 94:9, 94:10, 94:18, 94:22, 94:23, 96:1, 96:5, 96:7, 96:8, 97:2, 97:13, 97:14, 98:10, 98:17, 99:13, 99:17, 101:1, 101:9, 101:11, 102:4, 105:11, 105:18, 107:14, 107:15, 107:21, 108:6, 108:9, 108:12, 108:17, 110:21, 111:25, 112:21, 113:2, 113:11, 113:20, 114:5, 114:9, 115:6, 115:9, 115:15, 115:18, 115:24, 116:19, 117:12, 119:10, 119:11, 120:15, 121:17, 122:20, 123:13, 123:23, 125:1, 125:5, 125:19, 127:14, 128:2, 128:3, 128:9, 128:13, 128:14, 131:20, 133:13, 134:25, 135:2, 135:18, 135:19, 136:3, 137:4, 138:20, 140:13, 140:16, 140:21, 141:18, 142:5, 142:12, 143:1, 143:9, 143:12, 143:19, 144:6, 145:7, 147:9, 147:24, 148:21, 149:6, 150:10, 151:6, 151:24, 152:2, 152:22, 153:14, 153:21, 154:7, 154:9, 154:17, 154:18, 154:25, 156:8, 156:9, 156:17, 156:22, 157:17, 158:2, 158:23, 159:9, 160:9, 160:11, 160:19, 160:20, 161:5,

161:16, 162:10, 162:13, 162:23, 163:14, 164:2, 164:15, 165:1, 165:11, 165:12, 166:18, 167:6, 167:20, 167:21, 167:25

**WHAT'S** [1] - 146:20

**WHATEVER** [9] - 11:16, 84:2, 91:7, 107:1, 126:19, 128:25, 149:25, 153:10, 165:10

**WHEELCHAIRS** [1] - 11:19

**WHEN** [125] - 10:1, 10:3, 11:9, 19:8, 22:13, 26:8, 30:7, 30:13, 30:19, 30:25, 31:18, 32:17, 32:19, 34:8, 36:13, 36:14, 37:25, 38:2, 38:13, 38:15, 38:16, 38:22, 40:7, 42:19, 43:11, 43:14, 43:18, 43:23, 44:5, 46:8, 48:2, 48:11, 48:13, 49:23, 50:16, 50:19, 52:5, 52:24, 53:1, 55:4, 55:13, 56:9, 56:17, 57:19, 58:11, 60:15, 60:25, 61:15, 61:21, 62:15, 63:1, 65:21, 67:21, 69:1, 70:2, 72:9, 72:16, 73:1, 74:5, 74:12, 75:15, 76:5, 76:7, 76:8, 76:10, 76:12, 76:13, 78:24, 80:10, 80:20, 80:21, 81:7, 83:3, 83:5, 86:4, 86:24, 87:24, 88:19, 89:18, 90:4, 90:13, 90:18, 91:8, 91:12, 100:3, 105:11, 106:16, 110:8, 111:24, 114:11, 115:10, 117:3, 117:5, 118:3, 118:9, 118:18, 119:3, 119:5, 120:1, 121:5, 122:4, 122:15, 122:21, 123:24, 124:9, 124:15, 124:16, 125:7, 134:19, 137:10, 141:12, 144:14, 149:10, 151:20, 154:21, 157:12, 157:25, 160:1, 160:7, 161:3,

161:15, 162:14, 162:17, 164:18

**WHERE** [57] - 7:3, 7:20, 9:4, 9:11, 10:3, 10:13, 12:6, 13:15, 14:24, 18:19, 31:1, 34:10, 39:7, 39:20, 43:25, 45:6, 48:1, 51:21, 55:12, 62:22, 66:6, 70:23, 72:10, 83:5, 83:24, 88:15, 88:24, 89:8, 90:7, 90:14, 90:19, 93:14, 93:23, 96:18, 96:21, 96:23, 97:12, 98:14, 105:12, 106:2, 106:6, 109:3, 110:5, 117:9, 123:8, 130:13, 130:14, 133:24, 141:14, 149:7, 151:11, 158:9, 160:8, 160:14, 161:8, 162:8, 164:22

**WHETHER** [23] - 35:18, 36:2, 36:3, 36:25, 37:5, 47:3, 54:18, 54:22, 54:25, 55:21, 64:5, 71:6, 120:2, 128:14, 129:5, 133:15, 136:11, 142:13, 144:1, 156:25, 157:19, 159:15

**WHICH** [30] - 7:22, 10:19, 15:21, 19:16, 25:19, 26:7, 26:18, 31:23, 40:24, 43:13, 43:22, 44:1, 44:8, 47:25, 54:15, 60:1, 64:4, 70:3, 70:22, 81:2, 82:5, 90:18, 91:18, 98:25, 124:8, 128:25, 142:24, 155:5, 156:20, 158:20

**WHILE** [7] - 50:11, 73:11, 74:12, 92:6, 106:13, 118:24, 138:10

**WHITE** [1] - 20:15

**WHO** [63] - 4:14, 6:23, 7:6, 8:2, 8:8, 8:15, 11:2, 13:13, 15:23, 20:4, 21:12, 22:4, 22:6, 24:2, 24:10, 28:12, 28:20, 29:23, 30:2, 31:11, 32:1, 35:6, 40:9, 40:13, 43:22, 60:19, 65:2,

65:13, 65:16, 68:14, 68:16, 68:22, 68:23, 71:14, 72:5, 72:12, 81:3, 82:12, 84:15, 84:20, 92:16, 111:1, 111:3, 111:7, 111:9, 111:14, 111:20, 116:20, 116:24, 118:14, 119:14, 119:16, 120:16, 135:9, 137:20, 143:9, 148:25, 149:1, 162:2, 164:16, 165:25

**WHOLE** [10] - 20:13, 33:4, 33:7, 57:21, 61:23, 67:5, 69:6, 116:18, 118:18, 126:23

**WHOM** [1] - 118:5

**WHY** [49] - 7:13, 22:10, 22:13, 23:20, 23:23, 28:11, 37:10, 37:15, 37:16, 38:5, 38:6, 38:7, 41:16, 44:14, 56:4, 56:6, 56:7, 56:11, 56:15, 56:22, 57:3, 57:7, 57:8, 59:1, 60:17, 67:12, 72:15, 73:22, 81:15, 86:19, 91:5, 98:7, 99:20, 100:11, 100:20, 112:15, 114:1, 115:16, 120:21, 120:22, 125:15, 126:5, 130:16, 130:25, 135:23, 150:23, 151:3, 152:5, 160:9

**WIDENER** [1] - 80:1

**WILL** [61] - 3:6, 4:2, 4:4, 7:1, 9:1, 15:1, 20:12, 24:7, 24:25, 25:2, 25:22, 34:11, 34:12, 38:18, 39:15, 41:20, 45:1, 48:25, 55:11, 55:15, 58:10, 62:25, 75:8, 77:4, 77:7, 82:7, 87:4, 97:25, 99:22, 103:12, 106:17, 106:20, 108:18, 120:17, 123:3, 123:6, 124:3, 124:10, 124:16, 124:17, 124:20, 124:22, 126:1, 126:24, 127:2, 127:5, 129:11, 134:16, 137:19,

138:9, 141:13, 141:14, 141:16, 141:17, 142:4, 149:24, 153:2, 167:18, 168:10

**WILLING** [2] - 133:15, 133:21

**WILMINGTON** [1] - 80:5

**WINNING** [2] - 20:3

**WISLER** [1] - 2:7

**WITH** [269] - 3:8, 3:20, 3:23, 5:25, 6:10, 7:3, 7:4, 7:9, 7:11, 7:21, 7:25, 8:6, 8:13, 11:16, 11:17, 12:1, 12:2, 12:14, 12:25, 13:1, 13:4, 14:1, 14:19, 14:22, 15:14, 16:5, 17:12, 18:1, 19:15, 20:18, 21:10, 22:15, 23:20, 26:13, 26:17, 26:19, 27:8, 27:23, 28:5, 28:10, 28:13, 29:17, 29:20, 29:24, 30:3, 30:18, 31:5, 31:12, 31:18, 34:20, 35:15, 35:23, 36:8, 36:14, 37:5, 37:7, 37:9, 37:11, 38:8, 38:10, 38:13, 39:22, 40:11, 40:25, 43:7, 43:10, 43:19, 44:14, 44:17, 46:8, 46:12, 49:4, 50:1, 50:6, 50:20, 51:15, 51:17, 52:12, 52:25, 53:10, 54:4, 54:10, 54:14, 55:5, 55:7, 55:8, 58:4, 58:14, 58:21, 58:22, 58:23, 59:7, 59:11, 60:14, 61:9, 62:2, 62:9, 62:16, 63:2, 63:17, 64:11, 67:12, 68:6, 68:7, 68:15, 68:20, 69:10, 70:2, 70:9, 70:11, 71:11, 71:12, 71:24, 72:5, 72:15, 73:3, 73:19, 74:6, 77:5, 77:21, 78:20, 79:20, 79:22, 80:13, 80:14, 80:18, 80:21, 80:25, 81:8, 81:20, 82:3, 82:6, 82:13, 83:14, 83:23, 83:24, 84:8, 84:17, 86:17, 86:21, 89:1, 89:24, 90:1, 90:16, 90:22, 91:6, 91:15, 92:8,

92:16, 93:4, 93:7, 93:18, 93:22, 95:20, 97:16, 98:10, 99:1, 99:9, 99:11, 100:6, 100:17, 102:11, 103:12, 103:17, 103:20, 104:10, 105:3, 105:13, 106:3, 106:4, 107:19, 109:10, 109:11, 110:1, 110:3, 110:24, 111:1, 111:4, 111:9, 111:14, 111:22, 114:12, 116:15, 116:16, 117:13, 119:3, 119:14, 119:16, 119:20, 119:21, 119:22, 119:25, 120:3, 120:12, 120:16, 121:9, 121:22, 121:25, 122:6, 123:16, 124:17, 125:11, 125:17, 128:4, 128:25, 131:3, 131:9, 131:10, 132:17, 135:24, 136:11, 137:7, 137:11, 139:11, 143:14, 147:4, 148:4, 148:8, 148:14, 148:24, 149:5, 150:13, 152:3, 152:9, 152:14, 152:21, 153:1, 153:25, 154:3, 154:19, 154:23, 155:3, 155:4, 155:5, 155:11, 155:16, 155:21, 156:3, 156:15, 156:17, 157:10, 157:15, 158:3, 158:4, 158:9, 158:20, 159:6, 159:11, 160:1, 160:5, 160:6, 160:11, 160:19, 163:15, 163:17, 163:24, 164:11, 164:14, 165:19, 165:21, 166:12, 167:6

**WITHIN** [7] - 87:1, 91:23, 111:17, 114:2, 118:10, 122:23, 124:13

**WITHOUT** [11] - 13:24, 69:10, 70:24, 71:15, 72:3, 72:24, 90:22,

99:2, 108:10, 131:9, 132:22

**WITNESS** [88] - 4:1, 4:6, 4:10, 5:2, 5:5, 5:9, 18:15, 21:8, 21:25, 22:2, 23:6, 23:9, 23:19, 24:2, 29:4, 29:11, 29:13, 30:9, 30:16, 30:20, 30:24, 31:3, 31:8, 32:4, 32:6, 32:9, 33:1, 33:9, 33:13, 33:18, 33:21, 33:24, 34:4, 34:7, 34:14, 34:23, 35:3, 37:16, 38:11, 43:6, 47:14, 47:16, 47:18, 53:6, 53:9, 53:12, 53:20, 77:3, 77:5, 77:7, 77:11, 78:2, 78:5, 78:9, 78:14, 87:9, 88:1, 95:4, 103:6, 103:25, 104:4, 104:7, 104:12, 106:19, 106:22, 107:4, 109:22, 114:2, 114:11, 121:16, 124:10, 126:24, 127:22, 128:18, 128:22, 129:8, 129:11, 130:19, 135:5, 138:1, 139:17, 140:8, 141:3, 141:18, 142:1, 146:25, 147:21, 169:4

**WITNESSES** [3] - 3:24, 141:14, 168:7

**WOMAN** [1] - 24:10

**WON** [1] - 19:17

**WON'T** [2] - 124:21

**WONG** [1] - 139:9

**WORD** [11] - 33:15, 34:2, 42:18, 43:3, 43:5, 43:24, 55:14, 97:22, 140:16, 143:3

**WORDS** [10] - 43:8, 60:18, 61:17, 63:21, 97:20, 97:21, 107:5, 108:21, 108:24, 126:10

**WORK** [44] - 6:12, 7:3, 7:4, 7:24, 8:6, 8:13, 11:25, 12:2, 12:9, 13:11, 14:7, 15:7, 15:13, 16:12, 17:6, 18:22, 19:4, 28:9, 32:19, 38:5, 38:8, 52:11, 56:7, 56:8,

56:22, 65:17, 70:12, 79:14, 81:5, 83:6, 84:7, 91:6, 93:25, 111:4, 111:9, 111:14, 111:21, 119:21, 121:24, 126:20, 130:4, 134:4, 137:10, 140:22

**WORKED** [16] - 5:20, 10:13, 16:19, 18:24, 50:4, 50:6, 50:19, 53:10, 55:8, 64:6, 80:4, 80:11, 80:25, 92:16, 105:3

**WORKER** [1] - 39:25

**WORKING** [10] - 20:22, 57:4, 69:4, 80:18, 80:21, 92:5, 93:18, 105:13, 161:13, 164:14

**WORKS** [21] - 38:6, 54:19, 54:23, 56:5, 56:6, 60:13, 60:21, 60:22, 61:6, 61:8, 62:10, 66:17, 67:2, 68:25, 131:9, 141:2, 150:24, 151:4, 153:9, 153:22, 154:17

**WORLD** [2] - 14:17, 126:16

**WORSE** [1] - 72:19

**WORTH** [2] - 65:13, 136:6

**WORTHWHILE** [2] - 167:16, 168:3

**WOULD** [158] - 9:2, 10:25, 11:14, 11:15, 11:21, 17:11, 19:13, 21:17, 23:13, 24:15, 24:22, 28:17, 28:19, 29:7, 30:16, 31:4, 34:23, 34:25, 35:3, 36:17, 37:22, 38:19, 39:14, 42:10, 42:16, 44:5, 45:3, 46:5, 46:21, 46:24, 46:25, 47:2, 50:5, 52:6, 53:3, 55:3, 56:10, 61:9, 62:6, 62:9, 63:18, 63:24, 63:25, 64:22, 65:1, 65:8, 65:10, 65:11, 65:13, 65:22, 66:4, 66:9, 69:9, 70:5, 70:7, 72:9, 74:23, 77:21, 83:18, 84:22, 92:20, 95:6, 98:19, 98:20, 98:21, 98:22, 98:25,

99:3, 99:5, 100:19, 103:13, 105:14, 105:20, 105:22, 106:22, 109:13, 110:10, 110:13, 113:24, 114:17, 116:6, 116:7, 116:9, 117:8, 117:13, 118:11, 120:12, 120:16, 121:1, 122:10, 123:10, 123:20, 124:15, 124:19, 125:19, 125:21, 125:22, 126:8, 126:11, 126:12, 126:17, 126:18, 126:19, 127:17, 128:4, 128:8, 130:1, 130:4, 130:6, 130:12, 130:13, 130:14, 130:20, 133:13, 135:4, 136:8, 136:17, 139:1, 139:2, 139:4, 139:12, 140:22, 141:1, 141:9, 142:15, 143:5, 149:20, 154:23, 155:11, 155:16, 156:3, 157:7, 157:22, 160:3, 160:10, 160:11, 160:22, 162:6, 163:10, 164:17, 166:11, 167:3, 167:15, 168:3

**WOULDN'T** [1] - 67:11

**WRACKING** [1] - 127:17

**WRITE** [9] - 32:23, 34:11, 42:25, 43:1, 43:4, 83:22, 88:4, 107:5, 143:5

**WRITES** [1] - 34:8

**WRITING** [4] - 42:23, 88:3, 135:20, 143:6

**WRITTEN** [6] - 108:5, 110:19, 110:20, 114:2, 127:23, 165:2

**WRONG** [5] - 88:18, 102:20, 137:15, 138:25, 139:9

**WROTE** [2] - 33:6, 128:9

## X

**X-RAYS** [1] - 67:25

## Y

**YALE** [2] - 9:15, 9:18

**YEAH** [24] - 7:11, 8:21, 12:2, 12:20, 13:12, 17:3, 19:1, 21:5, 21:25, 23:9, 27:8, 29:11, 31:3, 40:7, 40:17, 41:3, 52:23, 68:10, 76:17, 99:24, 103:5, 119:17, 134:14

**YEAR** [4] - 12:12, 73:3, 85:7, 85:9

**YEARS** [22] - 6:8, 6:20, 19:11, 30:17, 49:8, 52:8, 59:19, 59:23, 60:4, 62:5, 64:9, 72:6, 92:17, 105:4, 105:15, 105:17, 113:15, 115:21, 148:25, 155:5

**YELL** [1] - 21:24

**YES** [147] - 3:25, 4:5, 4:13, 5:19, 6:1, 6:4, 6:15, 8:1, 8:7, 8:14, 8:25, 9:24, 10:12, 10:17, 13:8, 14:10, 15:6, 15:16, 16:10, 16:14, 17:8, 17:16, 18:2, 22:2, 23:19, 25:12, 27:20, 29:22, 30:5, 30:24, 33:1, 33:12, 33:18, 33:24, 35:10, 35:13, 35:16, 35:25, 36:5, 36:10, 40:12, 40:21, 41:7, 41:10, 42:14, 42:22, 46:14, 48:4, 48:23, 49:15, 49:18, 51:24, 53:6, 53:9, 54:10, 58:6, 61:7, 63:6, 66:13, 67:20, 68:14, 69:23, 71:2, 71:5, 71:7, 71:12, 71:13, 71:18, 72:13, 72:18, 72:19, 73:6, 73:10, 73:12, 77:12, 77:23, 79:16, 80:8, 81:10, 81:23, 83:2, 84:10, 85:20, 85:24, 86:2, 86:11, 86:18, 87:14, 87:17, 88:11, 88:13, 88:17, 88:21, 89:6, 89:20, 90:10, 91:25, 92:10, 93:9, 94:15, 97:8, 97:17, 98:3, 99:10, 100:2, 100:5, 100:25, 101:25,

103:11, 103:19, 106:19, 106:22, 107:21, 107:24, 108:8, 109:23, 110:15, 111:23, 112:14, 115:5, 116:8, 120:20, 122:14, 125:6, 125:18, 128:22, 129:11, 129:20, 130:2, 134:5, 135:17, 136:22, 137:13, 141:9, 144:5, 144:13, 145:9, 148:7, 148:18, 150:4, 150:21, 151:1, 151:19, 157:2, 166:20, 168:12, 168:13

**YORK** [3] - 9:12, 14:11, 19:17

**YOU** [836] - 3:2, 3:6, 3:12, 3:15, 3:17, 3:22, 4:3, 4:7, 4:10, 4:16, 4:17, 4:19, 4:20, 4:23, 4:24, 5:1, 5:10, 5:15, 6:2, 6:14, 6:17, 6:19, 6:21, 6:22, 7:13, 7:24, 8:4, 8:6, 8:11, 8:13, 8:19, 8:22, 9:4, 9:6, 9:11, 9:13, 9:19, 9:22, 10:1, 10:3, 10:4, 10:10, 10:16, 10:23, 11:1, 11:5, 11:6, 12:4, 12:5, 13:6, 13:10, 13:15, 14:3, 14:7, 14:24, 14:25, 15:1, 15:4, 15:7, 15:13, 15:24, 16:1, 16:2, 16:12, 17:1, 17:5, 17:10, 17:11, 17:15, 17:18, 17:23, 17:25, 18:4, 18:22, 18:24, 20:25, 21:2, 21:12, 21:22, 22:5, 23:4, 23:7, 23:23, 24:2, 24:4, 24:5, 24:8, 24:9, 24:20, 25:2, 25:6, 25:8, 26:1, 26:14, 26:20, 26:25, 27:5, 27:6, 27:17, 27:19, 28:13, 29:23, 30:2, 30:14, 30:18, 30:19, 30:22, 31:1, 31:5, 31:17, 32:2, 33:5, 33:7, 33:9, 33:22, 33:25, 34:1, 34:3, 34:5, 34:9, 34:12, 34:19,

34:20, 34:25, 35:11, 35:15, 35:17, 35:22, 36:1, 36:7, 36:11, 36:19, 36:24, 37:4, 37:13, 37:14, 37:20, 38:10, 38:12, 39:7, 39:14, 39:17, 39:23, 40:2, 40:6, 41:12, 41:15, 41:18, 41:20, 41:24, 42:2, 42:9, 42:19, 43:3, 43:4, 43:14, 43:15, 44:8, 44:12, 45:10, 46:3, 46:7, 46:8, 46:9, 46:13, 46:15, 47:6, 47:10, 47:13, 47:17, 47:18, 48:3, 48:5, 48:17, 48:21, 49:3, 49:12, 49:16, 49:19, 49:21, 50:14, 50:16, 50:18, 50:22, 50:25, 51:3, 51:7, 51:10, 51:18, 51:21, 51:25, 52:3, 52:6, 52:19, 52:20, 53:1, 53:4, 53:10, 53:18, 53:23, 54:1, 54:8, 54:12, 54:18, 54:22, 54:25, 55:20, 55:25, 56:3, 56:9, 56:10, 56:11, 56:20, 56:24, 57:2, 57:11, 57:13, 57:17, 57:19, 57:20, 57:21, 57:25, 58:3, 58:14, 58:17, 58:19, 59:1, 59:4, 59:17, 60:8, 60:11, 60:12, 60:19, 61:5, 61:9, 61:12, 61:25, 62:1, 62:9, 62:10, 62:15, 62:19, 63:5, 63:7, 63:11, 63:13, 64:4, 64:14, 64:15, 64:21, 65:5, 65:15, 65:18, 65:23, 65:24, 66:4, 66:7, 66:16, 67:1, 67:7, 67:8, 67:9, 67:10, 67:15, 67:16, 67:17, 67:21, 67:22, 67:23, 67:24, 68:1, 68:6, 68:11, 68:22, 68:24, 69:24, 70:1, 70:2, 70:6, 70:11, 71:14, 71:17, 71:22, 71:24, 72:12, 72:15, 72:16, 72:18, 72:19, 72:20, 72:23, 73:1, 73:2, 73:3, 73:7, 73:8, 73:14, 73:19, 74:4, 74:5, 74:14, 74:15, 74:16, 74:17, 74:19,

74:20, 75:2, 75:4, 75:7, 75:15, 76:5, 76:8, 76:9, 76:10, 76:14, 76:16, 76:21, 77:4, 77:10, 77:15, 77:16, 77:18, 77:21, 78:1, 78:11, 78:13, 78:14, 78:19, 78:24, 78:25, 79:7, 79:9, 79:13, 79:17, 80:3, 80:6, 80:10, 80:25, 81:7, 81:21, 81:24, 82:9, 82:14, 82:15, 83:1, 83:5, 83:20, 83:24, 84:8, 84:19, 84:25, 85:3, 85:4, 85:6, 85:11, 85:13, 85:15, 85:21, 85:22, 85:25, 86:4, 86:7, 86:9, 86:22, 87:4, 87:6, 87:13, 87:19, 88:8, 88:12, 88:15, 88:25, 89:2, 89:5, 89:7, 89:21, 89:22, 90:6, 90:12, 91:7, 91:11, 91:12, 91:22, 92:2, 92:12, 92:13, 93:6, 93:16, 93:19, 94:4, 95:3, 95:10, 95:12, 95:15, 95:16, 95:18, 95:20, 96:4, 96:5, 96:6, 96:8, 96:9, 97:6, 97:8, 97:15, 97:16, 97:18, 97:25, 98:4, 98:7, 98:16, 99:8, 99:14, 99:19, 99:20, 99:25, 100:9, 100:10, 100:11, 101:15, 102:14, 102:19, 103:3, 103:11, 103:12, 103:13, 103:17, 104:9, 104:10, 104:17, 105:3, 105:5, 105:8, 105:11, 105:12, 105:13, 105:18, 105:19, 106:4, 106:10, 106:11, 106:13, 106:17, 106:20, 107:2, 107:10, 107:13, 107:14, 107:15, 107:18, 107:23, 108:6, 108:17, 108:18, 109:9, 109:11, 109:25, 110:19, 110:21, 110:25, 111:1, 111:5, 111:22, 111:25, 112:2,

112:7, 112:12, 113:3, 113:8, 113:10, 113:11, 113:12, 113:14, 113:17, 113:18, 113:19, 113:21, 113:22, 114:13, 114:14, 115:2, 115:6, 115:9, 115:14, 115:15, 115:16, 115:24, 116:3, 116:4, 117:3, 117:12, 117:20, 117:22, 117:24, 117:25, 118:18, 119:11, 120:1, 120:7, 120:15, 120:17, 120:22, 121:5, 121:21, 121:22, 122:4, 122:6, 122:7, 122:8, 122:16, 122:18, 122:19, 122:21, 123:5, 123:23, 124:11, 124:16, 124:20, 124:22, 125:2, 125:7, 125:8, 125:17, 125:19, 125:21, 126:1, 126:2, 127:7, 127:13, 127:20, 128:3, 128:14, 128:21, 128:24, 129:1, 129:3, 129:5, 130:12, 130:13, 130:14, 130:21, 130:25, 131:3, 131:10, 131:13, 131:14, 131:15, 131:18, 131:20, 131:21, 131:23, 131:24, 132:4, 132:7, 132:8, 133:16, 134:8, 134:9, 134:17, 134:22, 134:23, 134:25, 135:1, 135:2, 135:7, 135:10, 135:11, 135:13, 135:14, 135:15, 135:19, 135:24, 135:25, 136:1, 136:2, 136:3, 136:5, 136:6, 136:12, 136:13, 136:16, 136:17, 136:18, 137:6, 137:9, 137:11, 137:12, 137:13, 137:17, 138:4, 138:12, 138:15,

138:16, 138:17, 138:19, 138:21, 139:24, 140:5, 140:6, 140:7, 140:8, 140:9, 140:13, 140:18, 140:19, 140:20, 140:21, 140:23, 141:1, 141:4, 141:5, 141:10, 141:13, 141:14, 141:15, 141:16, 141:17, 141:21, 141:24, 141:25, 142:1, 142:5, 142:18, 142:19, 143:7, 143:25, 144:11, 144:14, 144:20, 144:22, 145:1, 145:3, 145:5, 145:10, 145:11, 145:13, 145:16, 145:19, 145:25, 146:4, 146:7, 146:8, 146:10, 146:13, 146:14, 146:15, 146:24, 146:25, 147:4, 147:8, 147:9, 147:19, 147:20, 147:24, 148:4, 148:5, 148:8, 148:14, 148:21, 149:10, 149:13, 149:18, 149:19, 149:25, 150:1, 150:7, 150:10, 150:11, 150:14, 150:19, 150:22, 151:3, 151:9, 151:13, 151:18, 151:20, 152:2, 152:5, 152:10, 152:12, 152:16, 152:18, 152:23, 152:24, 153:1, 153:8, 153:9, 153:20, 153:21, 154:16, 154:17, 154:22, 154:23, 155:11, 155:16, 155:17, 155:22, 155:23, 156:3, 156:4, 156:8, 156:9, 156:24, 157:9, 157:12, 157:15, 157:18, 157:23, 158:5, 158:13, 159:2, 159:7, 159:14, 159:25, 160:1, 160:2, 160:4, 160:15, 160:16,

160:19, 161:3, 161:4, 161:19, 161:22, 161:24, 162:11, 162:18, 163:5, 163:7, 163:12, 163:18, 163:20, 164:2, 164:4, 164:6, 164:16, 165:15, 165:22, 166:11, 166:12, 166:17, 166:18, 166:22, 166:23, 166:25, 167:3, 167:4, 167:9, 167:12, 167:13, 167:15, 167:16, 167:17, 167:20, 167:23, 168:4, 168:6, 168:9, 168:14
**YOU'VE** [1] - 17:4
**YOUNG** [5] - 17:21, 84:5, 152:8, 153:25, 155:10
**YOUNGER** [1] - 84:6
**YOUR** [179] - 3:4, 3:6, 3:25, 4:5, 5:3, 5:7, 5:8, 5:17, 6:23, 7:8, 7:9, 7:16, 9:2, 9:18, 10:7, 10:16, 10:21, 10:22, 11:3, 11:5, 14:3, 17:5, 17:6, 17:9, 17:24, 20:12, 25:10, 26:20, 29:19, 30:8, 30:15, 31:1, 31:6, 34:21, 36:6, 39:18, 41:15, 42:4, 46:20, 47:8, 47:24, 49:19, 52:3, 52:20, 54:2, 54:9, 54:13, 54:20, 55:2, 55:25, 56:3, 56:14, 57:24, 58:3, 58:13, 58:19, 59:2, 60:9, 60:22, 61:2, 61:4, 61:13, 62:1, 62:9, 62:14, 64:4, 66:16, 67:1, 69:13, 69:19, 69:21, 69:25, 70:12, 71:8, 71:9, 72:12, 72:16, 73:7, 74:5, 74:16, 74:18, 75:6, 75:14, 76:23, 76:24, 78:1, 78:3, 78:7, 78:8, 79:17, 80:9, 83:20, 84:4, 84:20, 85:18, 87:16, 87:25, 90:7, 90:12, 95:7, 96:1, 99:20, 99:21, 99:22, 102:4, 103:14, 103:23, 104:2, 104:5, 104:10,

104:17, 107:10, 111:18, 115:2, 117:13, 117:22, 118:16, 127:2, 127:5, 128:11, 129:15, 129:18, 130:4, 130:20, 131:6, 133:13, 133:23, 136:10, 136:11, 137:7, 137:20, 139:22, 141:25, 142:6, 142:25, 143:16, 144:6, 144:21, 146:14, 147:14, 147:24, 148:9, 148:19, 149:16, 150:4, 150:6, 150:15, 150:22, 151:9, 152:1, 153:7, 153:18, 154:14, 155:11, 156:24, 158:5, 158:14, 158:17, 158:25, 159:14, 161:5, 162:20, 163:7, 163:24, 164:6, 164:10, 164:13, 165:21, 166:18, 166:24, 167:1, 168:12, 168:13
**YOURS** [1] - 73:11
**YOURSELF** [4] - 50:25, 93:7, 120:23, 145:22

---

## Z

**ZOOM** [3] - 20:17, 32:7, 32:11