IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **J.L., et al.**,<br><br>   Plaintiffs,<br><br>   *v.*<br><br>**LOWER MERION SCHOOL DISTRICT**,<br><br>   Defendant. | CIVIL ACTION<br><br>NO. 20-1416-KSM |

**ORDER**

**AND NOW**, this 30th day of December, 2024, upon consideration of the parties' motions *in limine* (Doc. Nos. 129–38), the responses thereto (Doc. Nos. 139–40, 142–47, 149–50), and the parties' oral arguments, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiffs' motion *in limine* to exclude ASHA Statement and Vosseller Consent Order (Doc. No. 134) is **GRANTED IN PART** and **DENIED IN PART**.

2. Plaintiffs' motion *in limine* to preclude evidence on whether the District fulfilled its FAPE obligations and the administrative proceedings and subsequent decisions (Doc. No. 135) is **GRANTED IN PART** and **DENIED IN PART**.

3. Plaintiffs' motion *in limine* to exclude evidence of fundamental alteration or undue financial or administrative burdens (Doc. No. 136) is **DENIED AS MOOT**.

4. Plaintiffs' motion *in limine* to preclude opinion testimony of District's lay witnesses (Doc. No. 137) is **DENIED**.

5. Plaintiffs' motion *in limine* to preclude opinions of Dr. Howard Shane (Doc. No. 138) is **GRANTED IN PART** and **DENIED IN PART**.

6.      Defendant's motion *in limine* to preclude the expert testimony of Chad Staller and all testimony and evidence of educational loss (Doc. No. 129) is **GRANTED IN PART** and **DENIED IN PART**.

7.      Defendant's motion *in limine* to exclude argument or evidence of Plaintiff's emotional distress or migraine headaches (Doc. No. 130) is **DENIED**.

8.      Defendant's motion *in limine* to exclude all facts or opinions not presented to or known by the District as of December 20, 2018 (Doc. No. 131) is **DENIED**.

9.      Defendant's motion *in limine* to exclude all evidence of other individuals who communicate with a letterboard (Doc. No. 132) is **DENIED**.

10.     Defendant's motion for a hearing pursuant to Federal Rules of Evidence 104 and 604 (Doc. No. 133) is **DENIED**.

It is **FURTHER ORDERED** that the parties shall meet and confer and submit the proposed stipulation and limiting instructions, as directed in the accompanying Memorandum, by **January 3, 2025**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.